UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, *et al.*, <br><br> Defendants. | No. 05-cv-1004 (ESH) |

**NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS**

Please take notice that plaintiffs are filing herewith the declaration of Jessica Langley, attesting to service of the summons and complaint in this case upon each of the defendants.

Respectfully submitted,

_____
Arthur B. Spitzer
  D.C. Bar No. 235960
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W. #119
Washington, DC 20036
(202) 457-0800

Counsel for Plaintiffs

May 26, 2005