IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION;<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION;<br>AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE; GREENPEACE, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS; and UNITED FOR PEACE AND JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants. | Civ. A. No. 1:05-CV-1004 (ESH)<br><br>Judge Ellen S. Huvelle |

## NOTICE OF APPEARANCE

The Clerk of the Court will please take notice of the appearances of Anthony J. Coppolino and Elizabeth J. Shapiro, U.S. Department of Justice, Civil Division, as counsel for the defendants in the above-captioned civil action. Contact information is set forth below. All orders and notices should be served on Mr. Coppolino at the street address set forth below or via the Court's ECF system at the email address tony.coppolino@usdoj.gov.

    Respectfully Submitted,

    PETER D. KEISLER
    Assistant Attorney General

    KENNETH L. WAINSTEIN
    United States Attorney

ELIZABETH J. SHAPIRO
(D.C. Bar No. 418925)
Assistant Branch Director
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7152
Telephone:  (202) 514-5302
Facsimile:   (202) 616-8470
Email:  Elizabeth.Shapiro@usdoj.gov


   /s/ Anthony J. Coppolino
ANTHONY J. COPPOLINO
(D.C. Bar No. 417323)
Special Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6102
Telephone:  (202) 514-4782
Facsimile:   (202) 616-8460
Email:   tony.coppolino@usdoj.gov

Dated:  June 14, 2005

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, the foregoing Notice of Appearance was filed electronically and served by means of the Court's ECF notice system.  See Local Rule 5.4(d)(1). If otherwise necessary, the foregoing will also be served directly by electronic mail and first-class mail, postage pre-paid, on:

Ben Wizner
bwizner@aclu.org
Staff Attorney
American Civil Liberties Union
125 Broad St., 18th Flr.
New York, NY 10004

   /s/ Anthony J. Coppolino
ANTHONY J. COPPOLINO