UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br>        Plaintiffs, <br><br>    v. <br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*, <br><br>        Defendants. | No. 05-cv-1004 (ESH) |

**MOTION FOR ADMISSION, *PRO HAC VICE*,
OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Ann Beeson, a Staff Attorney with the National Legal Department of the American Civil Liberties Union and a member of the Texas bar, Ben Wizner, a Staff Attorney with the National Legal Department of the American Civil Liberties Union and a member of the California bar, and Corey Stoughton, a Staff Attorney with the National Legal Department of the American Civil Liberties Union and a member of the New York bar, as additional counsel for plaintiffs in this case.

The declaration of each of these attorneys, as required by Local Civil Rule 83.2(d), is filed herewith.

Wherefore the motion should be granted.

                                        Respectfully submitted,

                                        _____
                                        Arthur B. Spitzer,  D.C. Bar No. 235960
                                        American Civil Liberties Union
                                          of the National Capital Area
                                        1400 20th Street, N.W. #119
                                        Washington, D.C. 20036
                                        Tel. (202) 457-0800

                                        Counsel for Plaintiffs

June 16, 2005