UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
:
AMERICAN CIVIL LIBERTIES UNION :
FOUNDATION, *et al.*, :
:
Plaintiffs, :
:
v. : No. 1:05-cv-1004
:
FEDERAL BUREAU OF :
INVESTIGATION, *et al.*, :
:
Defendants. :
------------------------------------------------------------x

**DECLARATION OF BEN WIZNER**

Pursuant to Local Rule 83.2(d), I, Ben Wizner, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice.*

1. My full name is Benjamin Elihu Wizner.

2. I am a Staff Attorney at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 17th floor, New York, NY 10004. My office telephone number is 212-519-7860.

3. I was admitted by examination to the State Bar of California on November 30, 2001 and remain a member in good standing. I am a member of the bar of the United States Supreme Court, the United States Courts of Appeals for the Ninth Circuit and the District of Columbia Circuit and for the United States District Courts for the Central District of California and the Southern District of California.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have been admitted *pro hac vice* in this Court once within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 23 day of May, 2005.

_____
BEN WIZNER