UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
:
AMERICAN CIVIL LIBERTIES UNION :
FOUNDATION, *et al.*, :
:
Plaintiffs, :
:
v. : No. 1:05-cv-1004
:
FEDERAL BUREAU OF :
INVESTIGATION, *et al.*, :
:
Defendants. :
------------------------------------------------------------x

**DECLARATION OF COREY STOUGHTON**

Pursuant to Local Rule 83.2(d), I, Corey Stoughton, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Corey Lynn Stoughton.

2. I am an Attorney at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 17th floor, New York, NY 10004. My office telephone number is 212-549-2663.

3. I was admitted by examination to the New York bar in June of 2003 and was waived into the District of Columbia Bar in the Spring of 2004. I am a member of the bar of the United States Court of Appeals for the Fourth Circuit and the United States District Court for the Southern District of New York.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 23 day of May, 2005.

_____
COREY STOUGHTON