UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>Defendants. | No. 05-cv-1004 (ESH) |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), plaintiffs hereby move for a preliminary injunction requiring the immediate processing and release of agency records identified in two requests submitted by plaintiffs under the Freedom of Information Act on December 2, 2004.

The reasons for this motion are set forth in the accompanying memorandum.

Plaintiffs have informed defendant of their intent to file this motion and defendant has indicated its intent to oppose it.

Respectfully submitted,

_____
Arthur B. Spitzer
   D.C. Bar No. 235960
American Civil Liberties Union
   of the National Capital Area
1400 20th St., N.W. #119
Washington, DC 20036
Phone: (202) 457-0800
Fax: (202) 452-1868

Ann Beeson
Ben Wizner
Corey Stoughton (D.C. Bar No. 472867)
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 549-2500
Fax: (202) 452-1868

Counsel for Plaintiffs

June 16, 2005