UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, *et al.,*

Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION, *et al.,*          No. 05-cv-1004 (ESH)

Defendants.

**ORDER**

Upon consideration of plaintiffs' motion for preliminary injunction, it is, this _____ day of July, 2005, hereby

ORDERED that the motion is granted; and it is further

ORDERED that defendants shall, within 7 days, state which records they possess that are responsive to plaintiffs' request and identify which of these they intend to release; and it is further

ORDERED that defendants shall, within 20 days, release all of the records so identified.

_____
Ellen Segal Huvelle
United States District Judge

Copies of this Order shall be served upon:

Arthur B. Spitzer, Esq.
American Civil Liberties Union
   of the National Capital Area
1400  20th Street, N.W. #119
Washington, D.C. 20036

Ann Beeson, Esq.
Ben Wizner, Esq.
Corey Stoughton, Esq.
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004

Anthony J. Coppolino, Esq.
Special Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW  Room 6102
Washington, DC 20530