UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, *et al.*, <br><br> Defendants. | No. 05-cv-1004 (ESH) |

### ERRATA

Plaintiffs neglected to attach Exhibits A through E to their motion for a preliminary injunction [7], filed yesterday. Those exhibits are attached hereto, with apologies to the Court and defense counsel.

    Respectfully submitted,

_____

Arthur B. Spitzer
  D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th St., N.W. #119
Washington, DC 20036
Phone: (202) 457-0800
Fax: (202) 452-1868

Ann Beeson
Ben Wizner
Corey Stoughton (D.C. Bar No. 472867)
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 549-2500
Fax: (202) 452-1868

Counsel for Plaintiffs

June 17, 2005