IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN-ARAB ANTI DISCRIMINATION COMMITTEE; GREENPEACE; PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS; and UNITED FOR PEACE AND JUSTICE, <br><br> Plaintiffs, <br><br> FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants. | Civ. A. No. 1:05-CV-1004 (ESH) <br><br> Judge Ellen S. Huvelle |

## JOINT SCHEDULING MOTION

The parties, by and through their undersigned counsel, hereby stipulate and agree, and jointly move the Court to set the following schedule in connection with Plaintiffs' Motion for a Preliminary Injunction and Defendants' response thereto:

(1)   Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction, and any cross-motion by Defendants, shall be filed no later than July 1, 2005; and

(2)   Plaintiffs' reply to Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction, and Plaintiffs' Opposition to any cross-motion by Defendants, shall be filed no later than July 15, 2005; and

(3)   Defendants' reply to Plaintiffs' Opposition to any cross motion filed by Defendants shall be filed no later than July 27, 2005; and

(4)   If the Court's schedule permits, the parties request that any hearing to be held on the pending motions be scheduled prior to August 12, 2005.

Respectfully Submitted,

| FOR DEFENDANTS | FOR PLAINTIFFS |
|---|---|
| PETER D. KEISLER<br>Assistant Attorney General | Arthur B. Spitzer<br>D.C. Bar No. 235960 |
| KENNETH L. WAINSTEIN<br>United States Attorney | American Civil Liberties Union of the National Capital Area<br>1400 20th Street, N.W. #19 |
| ELIZABETH J. SHAPIRO<br>(D.C. Bar No. 418925)<br>Assistant Branch Director<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W. Room 7152<br>Telephone: (202) 514-5302<br>Facsimile: (202) 616-8470<br>Email: Elizabeth.Shapiro@usdoj.gov | Washington, D.C. 20036<br>Phone: (202) 457-0800<br>Fax:    (202) 452-1868 |
| /s/ Anthony J. Coppolino<br>ANTHONY J. COPPOLINO<br>(D.C. Bar No. 417323)<br>Special Litigation Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W. Room 6102<br>Telephone: (202) 514-4782<br>Facsimile: (202) 616-8460<br>Email: tony.coppolino@usdoj.gov | /s/ Ben Wizner<br>Ann Beeson<br>Ben Wizner<br>Corey Stoughton (D.C. Bar No. 472867)<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>New York, New York 10004<br>Phone: (212) 549-2500<br>Fax:    (202) 452-1868 |

Dated: June 20, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION; <br> AMERICAN-ARAB ANTI DISCRIMINATION <br> COMMITTEE; GREENPEACE; PEOPLE FOR THE <br> ETHICAL TREATMENT OF ANIMALS; and <br> UNITED FOR PEACE AND JUSTICE, <br><br> Plaintiffs, <br><br> FEDERAL BUREAU OF INVESTIGATION; <br> UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants. | Civ. A. No. 1:05-CV-1004 (ESH) <br><br> Judge Ellen S. Huvelle |

## ORDER

Upon consideration of the parties' joint motion for scheduling consideration of Plaintiffs' Motion for a Preliminary Injunction and Defendants' response thereto, the record of this case, and good cause appearing, it is

HEREBY ORDERED THAT the parties' joint motion shall be and hereby is GRANTED; and it is FURTHER ORDERED THAT:

(1)     Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction, and any cross-motion by Defendants, shall be filed no later than July 1, 2005; and

(2)     Plaintiffs' reply to Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction, and Plaintiffs' Opposition to any cross-motion by Defendants, shall be filed no later than July 15, 2005; and

(3)     Defendants' reply to Plaintiffs' Opposition to any cross motion filed by Defendants shall be filed no later than July 27, 2005; and

    (4)    The pending motions shall be heard on _____ at \_\_\_\_\_ O'clock in Courtroom _____.

SO ORDERED:


DATE: _____                  _____
                                                                 The Honorable Ellen S. Huvelle
                                                                  United States District Judge