IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al*. ) | |
| ) | Civ. A. No. 1:05-CV-1004 (ESH) |
| Plaintiffs, ) | |
| ) | Judge Ellen S. Huvelle |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION; ) | |
| UNITED STATES DEPARTMENT OF JUSTICE ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME

Defendants, by and through their undersigned counsel, hereby move unopposed to extend the date on which Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction, and any cross-motion by Defendants, is due from Friday, July 1, 2005, to Tuesday, July 5, 2005. The grounds for this motion are that the undersigned counsel for Defendant has an unexpected medical care issue on July 1 which requires an appointment and, as a result, will be unable to complete a timely filing. Defendants propose no change in the hearing date scheduled by the Court for this matter: July 29, 2005. Defendants propose that the date for Plaintiffs' response to Defendants filing be extended equally from July 15 to July 19. Defendants' reply date would remain the same: July 27, 2005. The undersigned counsel for the Defendants (Mr. Coppolino) had conferred with counsel for the Plaintiffs (Mr. Wizner) who indicated that Plaintiffs do not oppose the granting of this motion. A proposed order is attached.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

|  |  |
|---|---|
|  | KENNETH L. WAINSTEIN<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>(D.C. Bar No. 418925)<br>Assistant Branch Director<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W. Room 7152<br>Telephone:  (202) 514-5302<br>Facsimile:  (202) 616-8470<br>Email: Elizabeth.Shapiro@usdoj.gov<br><br>　　/s/ Anthony J. Coppolino<br>ANTHONY J. COPPOLINO<br>(D.C. Bar No. 417323)<br>Special Litigation Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W. Room 6102<br>Telephone:  (202) 514-4782<br>Facsimile:  (202) 616-8460 |
| Dated:  July 1, 2005 | Email:  tony.coppolino@usdoj.gov |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL BUREAU OF INVESTIGATION;<br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>　　　　　　Defendants. | )<br>)<br>)  Civ. A. No. 1:05-CV-1004 (ESH)<br>)<br>)  Judge Ellen S. Huvelle<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Defendants' Unopposed Motion to Extend Time, the record of this case, and good cause appearing, it is

HEREBY ORDERED THAT Defendants' motion shall be and hereby is GRANTED; and it is FURTHER ORDERED THAT:

(1) The date on which Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction, and any cross-motion by Defendants, shall be filed is hereby extended to July 5, 2005; and

(2) The date on which Plaintiffs' reply to Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction, and Plaintiffs' Opposition to any cross-motion by Defendants, shall be filed is hereby extended to July 19, 2005; and

(3) Defendants' reply to Plaintiffs' Opposition to any cross motion filed by Defendants shall be filed as currently scheduled by July 27, 2005; and

  (4) The pending motions shall be heard as currently scheduled on July 29, 2005 at 9:30 a.m in Courtroom 18.


SO ORDERED:


DATE: _____          _____
                       The Honorable Ellen S. Huvelle
                       United States District Judge

CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2005, the foregoing *Defendants' Unopposed Motion to Extend Time* was filed electronically and served by means of the Court's ECF notice system. See Local Rule 5.4(d)(1). If otherwise necessary, the foregoing will also be served directly by electronic mail and first-class mail, postage pre-paid, on:

Arthur B. Spitzer
artspitzer@aol.com,
courtfilings@aclu-nca.org
D.C. Bar No. 235960
American Civil Liberties Union of the
National Capital Area
1400 20th Street, N.W. #19
Washington, D.C. 20036

Ben Wizner
bwizner@aclu.org
Staff Attorney
American Civil Liberties Union
125 Broad St., 18th Flr.
New York, NY 10004

        /s/ Anthony J. Coppolino
    ANTHONY J. COPPOLINO