IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; <br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>  Defendants. | ) <br> ) <br> ) Civ. A. No. 1:05-CV-1004 (ESH) <br> ) <br> ) Judge Ellen S. Huvelle <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION FOR A STAY OF PROCEEDINGS**

Defendants, by and through their undersigned counsel, hereby move for a stay of proceedings in this action pursuant to Section 552(a)(6)(C)(i) of the Freedom of Information Act ("FOIA), 5 U.S.C. § 552(a)(6)(C)(i), and *Open America v. Watergate Special Prosecution Force,* 547 F.2d 605 (D.C. Cir. 1976).  The grounds for this motion are set in Defendants' accompanying Memorandum of Points and Authorities.  A proposed order is submitted herewith.

  Respectfully Submitted,

  PETER D. KEISLER
  Assistant Attorney General

  KENNETH L. WAINSTEIN
  United States Attorney

  ELIZABETH J. SHAPIRO
  (D.C. Bar No. 418925)
  Assistant Branch Director
  United States Department of Justice
  Civil Division, Federal Programs Branch
  20 Massachusetts Avenue, N.W. Room 7152
  Telephone:  (202) 514-5302
  Facsimile:   (202) 616-8470
  Email: Elizabeth.Shapiro@usdoj.gov

                                            /s/ Anthony J. Coppolino
                                          ANTHONY J. COPPOLINO
                                          (D.C. Bar No. 417323)
                                          Special Litigation Counsel
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Avenue, N.W. Room 6102
                                          Telephone:  (202) 514-4782
                                          Facsimile:   (202) 616-8460
Dated:  July 5, 2005                       Email:  tony.coppolino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) |
| Plaintiffs, | ) Civ. A. No. 1:05-CV-1004 (ESH) ) |
| v. | ) Judge Ellen S. Huvelle ) |
| FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendants. | ) ) |

[PROPOSED] ORDER

Upon consideration of Defendants' Motion for a Stay of Proceedings pursuant to Section 552(a)(6)(C)(i) of the Freedom of Information Act ("FOIA), 5 U.S.C. § 552(a)(6)(C)(i), and *Open America v. Watergate Special Prosecution Force,* 547 F.2d 605 (D.C. Cir. 1976), the record of this case, and good cause appearing, it is

HEREBY ORDERED THAT Defendants' Motion for a Stay of Proceedings shall be and here is GRANTED; and it is

FURTHER ORDERED THAT further proceedings in this action shall be stayed until further order of the Court.

SO ORDERED:


Date: _____        _____
                                      United States District Judge

CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2005, the foregoing *Defendants' Motion for a Stay of Proceedings* was filed electronically and served by means of the Court's ECF notice system.  See Local Rule 5.4(d)(1).  If otherwise necessary, the foregoing will also be served directly by electronic mail and first-class mail, postage pre-paid, on:

Arthur B. Spitzer
artspitzer@aol.com,
courtfilings@aclu-nca.org
D.C. Bar No. 235960
American Civil Liberties Union of the
National Capital Area
1400 20th Street, N.W. #19
Washington, D.C. 20036

Ben Wizner
bwizner@aclu.org
Staff Attorney
American Civil Liberties Union
125 Broad St., 18th Flr.
New York, NY 10004

        /s/ Anthony J. Coppolino
      ANTHONY J. COPPOLINO