IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) |
| | ) |
| Plaintiffs, | ) Civ. A. No. 1:05-CV-1004 (ESH) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendants. | ) |

Exhibit B to Coppolino Declaration

## About Us

Search
ADVANCED  HELP

HOME | ABOUT THE ACLU | NEWS | LEGISLATIVE UPDATE | SUPREME COURT | DONATE NOW | PRESS ROOM

**Hot Topics**
Torture Documents >>
Fighting for Marriage >>
USA PATRIOT Act >>

DEFEND YOUR RIGHTS — Take Action
SIGN UP FOR Email Updates



Annual Report FY2004

The ACLU is our nation's guardian of liberty. We work daily in courts, legislatures and communities to defend and preserve the individual rights and liberties guaranteed to every person in this country by the Constitution and laws of the United States. Our job is to conserve America's original civic values - the Constitution and the Bill of Rights.

The American system of government is founded on two counterbalancing principles: that the majority of the people governs, through democratically elected representatives; and that the power even of a democratic majority must be limited, to ensure individual rights.

Majority power is limited by the Constitution's Bill of Rights, which consists of the original ten amendments ratified in 1791, plus the three post-Civil War amendments (the Thirteenth, Fourteenth and Fifteenth) and the Nineteenth Amendment (women's suffrage), adopted in 1920.

The mission of the ACLU is to preserve all of these protections and guarantees:

- Your First Amendment rights-freedom of speech, association and assembly. Freedom of the press, and freedom of religion supported by the strict separation of church and state.
- Your right to equal protection under the law - equal treatment regardless of race, sex, religion or national origin.
- Your right to due process - fair treatment by the government whenever the loss of your liberty or property is at stake.
- Your right to privacy - freedom from unwarranted government intrusion into your personal and private affairs.

We work also to extend rights to segments of our population that have traditionally been denied their rights, including Native Americans and other people of color; lesbians, gay men, bisexuals and transgendered people; women; mental-health patients; prisoners; people with disabilities; and the poor.

If the rights of society's most vulnerable members are denied, everybody's rights are imperiled.

The ACLU was founded by Roger Baldwin, Crystal Eastman,

**IN THIS SECTION**

Staff & Leaders
Video About the ACLU
FAQs
Events
Career Opportunities
Supporting the ACLU
History & Overview
Affiliates & Chapters

**LATEST NEWS**

ACLU Welcomes New Policy Counsel to Washington Legislative Office From U.S. Commission on Civil Rights (06/29/2005)

ACLU of Northern California Announces Appointment of Four New Staff Members (05/05/2005)

More >>

**RELATED INFORMATION**

Press Releases
Position Papers
Publications
Legislative Documents
Events
General Items
Resources

Albert DeSilver and others in 1920. We are nonprofit and nonpartisan and have grown from a roomful of civil liberties activists to an organization of more than 400,000 members and supporters. We handle nearly 6,000 court cases annually from our offices in almost every state.

The ACLU has maintained the position that civil liberties must be respected, even in times of national emergency. The ACLU is supported by annual dues and contributions from its members, plus grants from private foundations and individuals. We do not receive any government funding. Learn more about joining the ACLU.

You can read more about the ACLU in our position paper "Freedom Is Why We're Here."

Current events

| CONGRESSIONAL SCORECARD | MULTIMEDIA | FORUMS | PUBLICATIONS | SUPPORT US | STORE | FEEDBACK |

© ACLU, 125 Broad Street, 18th Floor New York, NY 10004 This is the Web site of the American Civil Liberties Union and the ACLU Foundation.
Learn more about the distinction between these two components of the ACLU.

User Agreement | Privacy Statement | FAQs