IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) <br> ) <br> ) Civ. A. No. 1:05-CV-1004 (ESH) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) <br> ) |
| FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

Exhibit E to Coppolino Declaration




## News



Hot Topics
Torture Documents >>
Fighting for Marriage >>
USA PATRIOT Act >>

**NEWSFEEDS**
Get the latest ACLU news and action alerts.

**ACLU Applauds Supreme Court Ruling in Kentucky Ten Commandments Case** (06/27/2005)
WASHINGTON -- The American Civil Liberties Union today applauded a Supreme Court ruling that Ten Commandments displays in two Kentucky courthouses are unconstitutional. The ruling came in a case brought by the ACLU of Kentucky.

**ACLU Disappointed with Supreme Court Ruling on Domestic Violence Orders of Protection** (06/27/2005)
NEW YORK -- The American Civil Liberties Union today expressed disappointment over a Supreme Court decision finding that the U.S. Constitution does not recognize an entitlement by domestic violence victims to enforcement of their protective orders. As Justice Stevens wrote in the dissent, "the Court gives short shrift to the unique case of [statutes requiring police enforcement] in the domestic violence context."

**U.S.: Scores of Muslim Men Jailed Without Charge** (06/27/2005)
NEW YORK -- Operating behind a wall of secrecy, the U.S. Department of Justice thrust scores of Muslim men living in the United States into a Kafkaesque world of indefinite detention without charge and baseless accusations of terrorist links, Human Rights Watch and the American Civil Liberties Union said in a report released today.

**ACLU Vows To Press Fight To Preserve Free Internet As Supreme Court Decides Two Cases** (06/27/2005)
NEW YORK -- The American Civil Liberties Union today expressed concern over the Supreme Court's rulings in two cases of great importance for the future of freedom on the Internet, and vowed to continue fighting to preserve the Internet as the greatest forum for free speech and innovation that now exists.

**ACLU Troubled by Court's Refusal to Hold Louisiana Governor's Program on Abstinence in Contempt for Continuing to Preach with Taxpayer Dollars** (06/24/2005)
NEW ORLEANS -- The American Civil Liberties Union was disconcerted by a Louisiana court's refusal late yesterday to hold the Governor's Program on Abstinence in contempt of a 2002 order requiring the state to keep religion out of the taxpayer-funded program.



**BROWSE BY ISSUE**
Select an Issue

**BROWSE BY REGION**
Select an Affiliate

**BROWSE BY MONTH**
Month   Year

ACLU Launches Web Site for Reproductive Rights Activists, TakeIssueTakeCharge.org (06/23/2005)
NEW YORK -- The American Civil Liberties Union launched a Web site today, TakeIssueTakeCharge.org, as part of a national grassroots campaign to protect reproductive freedom.

South Dakota Schools Discriminating Against Native American Students, Charge ACLU and Tribe (06/23/2005)
WASHINGTON -- In a complaint filed today with the U.S. Department of Education on behalf of 14 Native American families, the American Civil Liberties Union and the Attorney General of the Rosebud Sioux Tribe charge that the public school district in Winner, South Dakota discriminates against Native American children in its disciplinary practices and denies these students their right to equal educational opportunities.

U.S. Supreme Court Strikes Down Michigan Law (06/23/2005)
DETROIT -- The U.S. Supreme Court ruled today that the Michigan law denying legal representation to poor people in a criminal appeal is unconstitutional. The American Civil Liberties Union of Michigan filed the one of a kind case after the law was passed in 1999.

Pentagon Student Database Another Example of the Government's Out-of-Control Information Grab, ACLU Says (06/23/2005)
NEW YORK -- The recent revelation that the Pentagon is working with a private company to create information dossiers on millions of American college and high school students as young as 16 for the purpose of military recruiting is yet another example of the government's rampant and unregulated collection and use of our personal information.

ACLU Secures Promise from Missouri High School to Stop Censoring Student's Gay-Supportive T-Shirts (06/23/2005)
NEW YORK -- The American Civil Liberties Union announced today that it has secured assurances from a Missouri high school that it will no longer censor a student from wearing t-shirts expressing her support for gay rights. In return, the ACLU has agreed to end a censorship lawsuit that began in April.

ACLU Sues Major Medical Provider Over Deficient Care in Mississippi Prison (06/22/2005)
WASHINGTON, DC -- Citing the extreme health risks faced by nearly 1000 men confined in a Mississippi prison, the American Civil Liberties Union and the law firm Holland & Knight LLP today filed a lawsuit against one of the country's largest for-profit medical providers for prisoners.

Lawsuit Against Rumsfeld to Be Heard in Federal Court in the District of Columbia (06/22/2005)
WASHINGTON -- A lawsuit that seeks to hold Secretary of Defense Donald Rumsfeld and others directly responsible for

the abuse and torture of detainees in U.S. military custody will be heard in a federal court in the District of Columbia, a seven-judge panel ruled yesterday. The lawsuit, which was the first to name Secretary Rumsfeld in the ongoing torture scandal in Afghanistan and Iraq, was filed by the American Civil Liberties Union and Human Rights First on behalf of eight Afghan and Iraqi men who were tortured while they were held in U.S. detention facilities.

ACLU Says House Approval of Flag Desecration Amendment is Loss for Freedom, Urges Senate to Stand Ground and Reject Measure Once Again (06/22/2005)
WASHINGTON - The American Civil Liberties Union today called the House's approval of the "Flag Desecration Amendment" a loss for freedom and an unwarranted assault on the First Amendment. The proposal, which requires two-thirds of those voting and present to pass, was adopted by an eight-vote margin on a vote of 286 to 130. The amendment now heads to the Senate.

ACLU Calls on House to Reject Flag Desecration Amendment: This Session May Mark Closest Congressional Vote Yet on Measure (06/21/2005)
WASHINGTON - The Flag Desecration Amendment is introduced nearly every session of Congress, but the vote this session may be the closest yet. Noting that free expression and the right to dissent are among the core principles the flag should represent, the American Civil Liberties Union today called upon the House of Representatives to reject the amendment. That proposal, which would amend the Constitution to restrict the First Amendment's protections for the first time, is scheduled for a vote on Wednesday.

Administration Considers Promotions for Generals in Torture Scandal; ACLU Urges Senators to Seek Appointment of an Outside Special Counsel (06/21/2005)
WASHINGTON - While the administration continues to attack a single provocative remark by Senator Richard Durbin (D-IL), Defense Secretary Donald Rumsfeld is reportedly considering promotions for senior generals tied to the torture scandal. In response, the American Civil Liberties Union today sent a letter to Senators reiterating its call for the appointment of a special counsel to investigate torture policies. High-ranking government officials should not be rewarded for putting themselves above the rule of law and the Constitution, the letter says.

Science Under Siege By Bush Administration, ACLU Charges (06/21/2005)
WASHINGTON -- The American Civil Liberties Union released a report today examining government policies and practices that have hampered academic freedom and scientific inquiry since September 11, 2001. The report sheds new light on how these policies curtail basic rights and put all Americans at risk.

ACLU Calls on Congress to Reject Funding of Religious Activities, Says Faith Based Initiative Goes Too Far and Threatens Civil Rights (06/21/2005)
WASHINGTON - The American Civil Liberties Union today urged lawmakers not to give the green light to the President's plan to funnel taxpayer dollars to faith-based organizations to provide social services. Without the proper safeguards, the President's "Faith-Based Initiative" will amount to little more than "government funded religion."

ACLU Says TSA Action on Secure Flight Shows Blatant Disregard for Privacy, Agency Violated Congressional Limits and Its Own Public Positions (06/20/2005)
WASHINGTON - The Department of Homeland Security's Transportation Security Administration is set to disclose this week in the Federal Register that the agency has collected and stored personal data about airline travelers, despite a Congressional ban and promises from the agency that it would not do so. The American Civil Liberties Union today said the secret collection of personal data from private companies shows a complete disregard for the privacy of Americans, and said it shows that the Secure Flight program should not be launched because testing of commercial data using a more limited amount of data failed.

ACLU Applauds Child Custody Award For Surviving Lesbian Mom in West Virginia (06/17/2005)
CHARLESTON, WV -- The American Civil Liberties Union today applauded the decision of the West Virginia Supreme Court of Appeals not to separate a five-year-old boy from his lesbian mother following the tragic death of her partner, the child's biological mother.

ACLU Applauds Iowa Supreme Court for Allowing Lower Court to Dissolve Lesbian Couple's Civil Union (06/17/2005)
DES MOINES, IA -- The American Civil Liberties Union today applauded the Iowa Supreme Court for not interfering with a lower court's ruling dissolving the civil union of a lesbian couple. The court ruled that a group of state legislators and others represented by the Alliance Defense Fund lacked standing to challenge the ruling.

Appeals Court Clears Way for Restaurant Worker Exploitation Case to Continue (06/17/2005)
PHILADELPHIA -- The American Civil Liberties Union today announced that a federal appeals court has ruled that a sex discrimination and labor exploitation lawsuit brought by two immigrant waitresses against a New Jersey Chinese restaurant may continue.

ACLU and United Airlines Announce Settlement of Case on Behalf of Plaintiffs Assem Bayaa and American-Arab Anti-Discrimination Committee (06/17/2005)
LOS ANGELES -- The American Civil Liberties Union and United Airlines announced today that they have reached a

settlement in a lawsuit brought on behalf of Assem Bayaa and the American-Arab Anti-Discrimination Committee (ADC), charging that the airline discriminated against Bayaa by removing him from a flight. While United disputes Bayaa's and ADC's allegations, the parties agree that settlement of this claim is in the best interest of all.

Local Communities Join ACLU to Urge Patriot Act Reform In New Phase of National Campaign (06/17/2005)
WASHINGTON –Elected officials from communities that have passed Patriot Act reform resolutions visited Washington yesterday to urge congressional leaders to fix sections of the Patriot Act that put Americans' privacy and civil liberties at risk. Their travels to Washington are part of a new phase of the American Civil Liberties Union's campaign to reform the Patriot Act's most extreme provisions.

ACLU Denounces Senator Roberts' Patriot Act Expansion Bill, Says Constitutional Rights Need to Be Protected, Not Further Eroded (06/17/2005)
WASHINGTON -Senator Pat Roberts (R-KS) formerly introduced legislation today designed to reauthorize - and expand - the Patriot Act. The American Civil Liberties Union today denounced the proposal, and called upon lawmakers to bring the act in line with the Constitution by restoring proper checks and balances.

ACLU Applauds Oregon Attorney General's Statement that Medical Marijuana Program Remains 100 Percent Legal (06/17/2005)
PORTLAND, OR – The American Civil Liberties Union of Oregon expressed satisfaction that the state attorney general's office acknowledged today that Oregon's medical marijuana program remains in full force and effect despite the U.S. Supreme Court's decision last week in Gonzales v. Raich. The attorney general's opinion means that the Oregon Department of Human Services (DHS) must immediately resume issuance of medical marijuana registry identification cards to qualified applicants – a process that DHS had temporarily suspended pending the attorney general's review.

President Threatens to Veto Patriot Act Reform Legislation, Dismisses Bipartisan Calls for Checks and Balances (06/16/2005)
WASHINGTON - The Bush administration has threatened to veto legislation passed Wednesday by the House of Representatives that would reform the controversial "library records provision" of the Patriot Act. The "Freedom to Read" proposal, offered by Rep. Bernie Sanders (I-VT), denies funding for FBI access to library and bookstore records under section 215 of the Patriot Act, and was approved by a bipartisan majority (238-187).

ACLU Says DHS Privacy Office Probe on TSA's Handling of Consumer Data Confirms Fears About Government Abuse

of Databases (06/16/2005)
NEW YORK -- The revelation that the Chief Privacy Officer of the Department of Homeland Security is investigating the possible violation of the Privacy Act by the Transportation Security Agency confirms what the American Civil Liberties Union and other privacy advocates have been saying about the problems with entrusting the government with large amounts of personal data on millions of innocent American travelers.

Civil Rights Groups File Freedom of Information Act Request in Wake of Reports of FBI Harassment of Muslims in Lodi, CA (06/16/2005)
SACRAMENTO -- Prompted by reports from the Council on American-Islamic Relations of Sacramento Valley and the Muslim community, the American Civil Liberties Union of Northern California and local civil rights groups today filed a Freedom of Information Act request seeking FBI records of the procedures and policies used during the questioning and detention of dozens of Muslims in the Central Valley town of Lodi.

ACLU of Alaska Calls on Attorney General to Clarify State's Commitment to Uphold Medical Marijuana Statute (06/16/2005)
JUNEAU, AK -- The American Civil Liberties Union of Alaska announced today that it has submitted a letter to the state attorney general's office requesting public acknowledgment of the continued validity of the state's medical marijuana law. The letter comes after newly appointed Alaska Attorney General David W. Márquez last week announced that the state's medical marijuana law was under review and could be declared inoperative following the U.S. Supreme Court decision in Gonzales v. Raich.

ACLU Welcomes Senate Inquiry Into Detainees and Their Abuse, Says Outside Special Counsel Needed To Answer Questions (06/15/2005)
WASHINGTON -- The American Civil Liberties Union today applauded Senator Arlen Specter (R-PA), chair of the Senate Judiciary Committee, for conducting an oversight hearing on the issue of detainees held by the federal government. Critics have long called for Congressional inquiries into the issue, noting that there continues to be gross violations of the basic protections of detainees, and that an outside special counsel is needed to investigate and prosecute any criminal acts in the torture or abuse of detainees by the U.S. Government.

ACLU and Planned Parenthood Ask Court to Block Idaho's Third Attempt at Restricting Teenagers' Access to Abortion (06/15/2005)
BOISE, ID -- The American Civil Liberties Union and Planned Parenthood Federation of America argued in court today that Idaho's third attempt at enforcing a dangerous

measure restricting teenagers' access to abortion should be enjoined.

ACLU of Florida Calls on Sheriff to Safeguard First Amendment Rights of Brevard Residents (06/15/2005)
MELBOURNE, FL -- In a memorandum sent today to Brevard County Sheriff Jack Parker, the American Civil Liberties Union of Florida's Brevard Chapter called for additional training and reforms to prevent a recurrence of political surveillance practices that took place from 2002 to 2005.

ACLU Applauds House Stance Against Intrusive Patriot Act Power; Bipartisan Majority Adopts "Freedom to Read" Amendment (06/15/2005)
WASHINGTON - The American Civil Liberties Union today applauded the House of Representatives for adopting the "Freedom to Read" proposal - offered by Rep. Bernie Sanders (I-VT). It denies funding for FBI access to library and bookstore records under section 215 of the Patriot Act. A bipartisan majority (238-187) approved the measure as an amendment to a Department of Justice funding measure.

"Girlfriend Problem" Harms Women and Children, Impacted Families Call Mandatory Sentences Unfair and Destructive (06/14/2005)
WASHINGTON -- Several formerly incarcerated women, a child of an incarcerated woman and national experts on sentencing policy - including the American Civil Liberties Union - told lawmakers today about the negative effects of drug sentencing laws have on women and families and urged reform. Under current drug laws, even those with little involvement in drug trafficking operations - often women in relationships with men involved in drug-related activities - are held liable for the entire quantity of drugs charged in connection with the conspiracy.

ACLU of Massachusetts Condemns Arrest of Peaceful Protesters and Use of Free Speech "Pen" During Army Event (06/14/2005)
CAMBRIDGE, MA -- The American Civil Liberties Union of Massachusetts condemned the arrests today of peaceful protesters by police officers during an event on the Cambridge Common to mark the founding of the United States Army. The ACLU also criticized the police for forcing people to move into a "pen" if they were expressing views critical of U.S. policies.

Groups Ask Court to Block Michigan's Abortion Ban (06/14/2005)
DETROIT, MI -- The American Civil Liberties Union, the Center for Reproductive Rights, and the Planned Parenthood Federation of America asked a federal court today to block a broad and dangerous abortion ban Besides not providing an adequate exception to protect women's health, the ban goes farther than any other state or federal law by prohibiting even

first-trimester abortions.

ACLU Sues Denver Police for Records of Internal Investigations Related to "Spy Files" Controversy (06/14/2005)
DENVER -- The American Civil Liberties Union of Colorado today filed a lawsuit against the Denver Police Department seeking disclosure of the records of internal investigations that were prompted by the Spy Files controversy in 2002 and 2003.

ACLU Applauds Supreme Court Rulings in Two Cases Charging Racial Bias in Jury Selection (06/13/2005)
WASHINGTON -- The American Civil Liberties Union today applauded two decisions by the Supreme Court that will make it more difficult for prosecutors to engage in racial discrimination during jury selection.

U.S. Attorney Retracts Threat of Prosecution After Receiving Demand from ACLU of Hawaii (06/13/2005)
HONOLULU -- The American Civil Liberties Union of Hawaii today said it appreciated the "clarification" of comments by U.S. Attorney Ed Kubo regarding doctors who recommend medical marijuana to their patients.

Supreme Court's Decision Upholds Prisoners' Due Process Protections, But Limits Their Reach (06/13/2005)
WASHINGTON -- The American Civil Liberties Union applauded the U.S. Supreme Court's ruling today that the extreme deprivation and punishment found in "supermax" prisons warrant protections for prisoners' due process rights, but the group expressed disappointment that more extensive protections were rejected.

ACLU Says President Continuing Patriot Act "Charm Offensive," But Hasn't Silenced Bipartisan Calls for Reform (06/10/2005)
WASHINGTON - President Bush spoke today at the National Counterterrorism Center as part of the administration's renewed "charm offensive" on the Patriot Act. The American Civil Liberties Union called the president's remarks both misguided and deceitful. Key parts of the Patriot Act are set to "sunset" or expire at the end of the year, and the administration is pushing for reauthorization, and expansion, of the anti-terrorism law.

ACLU Says President Bush Misled Public on Patriot Act; Urges Congress to Bring Law In Line with the Constitution (06/09/2005)
WASHINGTON - The American Civil Liberties Union called the president's address today on the Patriot Act to law enforcement personnel in Columbus, Ohio both misguided and disingenuous. Key parts of that law are set to "sunset" or expire at the end of the year, and the administration is pushing to not only reauthorize the act, but to expand it.

ACLU of Oregon Urges State Officials to Immediately Resume Medical Marijuana Card Program (06/09/2005)

PORTLAND, OR -- The American Civil Liberties of Oregon issued a letter today to the State Attorney General's office and the Department of Human Services urging the immediate resumption of the state's medical marijuana card program in compliance with state law.

ACLU of New Mexico Defends Patient's End-of-Life Wishes (06/09/2005)
ALBUQUERQUE -- The American Civil Liberties Union of New Mexico announced today that it has sued the New Mexico Orthopaedic Surgery Center for requiring a patient to abandon his living will prior to receiving medical care, which the ACLU said violates the New Mexico Uniform Health-Care Decisions Act.

Utah Businesses, Free Speech Groups and Individuals Challenge Restrictions on Internet Speech (06/09/2005)
SALT LAKE CITY -- Citing free speech and interstate commerce violations, the American Civil Liberties Union of Utah today joined a broad based group of bookstores, artistic and informative Web sites, Internet Service Providers and national trade associations in filing a federal lawsuit challenging the constitutionality of a Utah law meant to restrict children's access to material on the Internet.

Statewide Public Defender Becoming a Reality (06/08/2005)
The American Civil Liberties Union today applauded the Montana legislature for enacting a precedent-setting bill that creates the state's first ever state-wide public defender office.

ACLU Hails Montana's Public Defense Bill as Leading National Trend (06/08/2005)
HELENA, MT - The American Civil Liberties Union today applauded the Montana Legislature's passage of groundbreaking public defender legislation that creates a new statewide office and guarantees constitutional rights to all Montanans, not just those who can afford to pay lawyers.

House Judiciary Committee Holds Final Patriot Act Oversight Hearing; ACLU Prepares to Increase Pressure on Lawmakers for Reform (06/08/2005)
WASHINGTON - The House Judiciary Committee met today to hold its final oversight hearing on the Patriot Act, wrapping up weeks of testimony from both conservatives and liberals that changes are needed to restore checks and balances. The American Civil Liberties Union called on lawmakers to reject the administration's push to expand the controversial law, and instead bring it in line with the Constitution.

ACLU of Hawaii Demands Immediate Retraction from U.S. Attorney (06/08/2005)
HONOLULU -- The American Civil Liberties Union of Hawaii (ACLU) demanded in a letter today that U.S. Attorney Ed Kubo immediately retract comments threatening to arrest doctors who recommend medical marijuana to their

patients.

Federal Appeals Court Revives Michigan
"Bicycling-While-Black" Lawsuit (06/08/2005)
DETROIT -- A federal appeals court today reinstated a so-called "bicycling-while-black" lawsuit after finding that there is enough evidence of racial discrimination and illegal searches by a suburban Detroit police department to take the case to a jury. The American Civil Liberties Union of Michigan argued the appeal of the racial profiling lawsuit, which was brought by 21 young African American men in 2001.

Tennessee's Use of Lethal Injection Chemical Blocks Public's First Amendment Right to Know, Says ACLU (06/08/2005)
NASHVILLE -- The public and the media have the First Amendment right to witness and gather accurate information about Tennessee's execution procedure, said the American Civil Liberties Union of Tennessee and the Middle Tennessee State University newspaper, Sidelines, in a supporting brief to a case challenging the state's method of lethal injection argued before the state supreme court today.

Senate Panel Considering Patriot Act Expansion Bill in Secret; ACLU Says Fixes, Not Expansions, Are Needed (06/07/2005)
WASHINGTON - The Senate Select Committee on Intelligence is meeting today behind closed doors to conclude secret deliberations on legislation designed to reauthorize - and expand - the Patriot Act. The American Civil Liberties Union denounced the secretive process, and said lawmakers should be reforming, not expanding, the most extreme parts of the Patriot Act. The proposed bill would make the Patriot Act's most controversial provisions permanent, and further expand it by allowing FBI agents to issue their own search orders with no court approval.

ACLU Disappointed with Patriot Act Expansion Bill Approved in Secret; Says "Administrative Subpoenas" Create End-Run Round Constitution (06/07/2005)
WASHINGTON - Following reports that the Senate Select Committee on Intelligence today approved - behind closed doors - legislation designed to reauthorize and expand the Patriot Act, the American Civil Liberties Union expressed its disappointment with the secretive process and the end result that tramples on the Constitution.

State Medical Marijuana Laws Remain Valid Despite U.S. Supreme Court Ruling in Gonzales v. Raich, ACLU Says (06/06/2005)
WASHINGTON -- In response to a U.S. Supreme Court ruling today in Gonzales v. Raich, that the federal government can enforce federal laws prohibiting the cultivation, possession, and use of medical marijuana even in states where medical marijuana is legal under state law, the American Civil Liberties Union urged state and local

governments to protect individual patients and their caregivers.

ACLU Criticizes Pennsylvania Eco-Terrorism Legislation as Part of Government's Crackdown on Political Dissent (06/06/2005)
PHILADELPHIA -- The American Civil Liberties Union of Pennsylvania today criticized eco-terrorism legislation that is before the state General Assembly, calling it a threat to the First Amendment rights of all Pennsylvanians who wish to express their views on matters of public policy.

Parents, Educators Denounce Florida Voucher Scheme, Say Program Hurts Public Schools (06/06/2005)
TALLAHASSEE, FL - The Florida Supreme Court will hear arguments tomorrow on the constitutionality of Florida's school voucher program in a case that will determine whether the state can continue diverting much-needed tax dollars from neighborhood public schools to private, mostly church-run schools.

ACLU Says Vouchers Are Not Education Reform (06/06/2005)
MIAMI, FL -- Ever since Jeb Bush became governor of Florida, he has championed programs that undermine the state's public school system by transferring tax dollars from public to private and church-run schools.

ACLU Files Brief Urging Appeals Court to Overturn Ban on Rhode Island Mayor's Radio Show (06/06/2005)
PROVIDENCE, RI--The American Civil Liberties Union of Rhode Island today filed a friend-of-the-court brief in support of Cranston Mayor Stephen Laffey's lawsuit seeking an order allowing him to continue to host a radio talk show on WPRO. The lawsuit was filed after the Board of Elections' ruled that the radio show constituted an illegal campaign contribution under state election law.

ACLU Files Lawsuit on Behalf of Army Veteran Against Library of Congress for Transgender Discrimination (06/02/2005)
WASHINGTON, DC -- The American Civil Liberties Union filed a lawsuit in federal court here today against the Library of Congress on behalf of a 25-year veteran of the U.S. Army whose job offer was rescinded after she informed the organization that she was in the process of transitioning from male to female.

ACLU Urges State to Clarify Regulation Used by Cosmetology School to Justify Kicking Out HIV Positive Student (06/02/2005)
LITTLE ROCK -- The American Civil Liberties Union sent a letter to the Arkansas Board of Cosmetology today asking it to clarify a state regulation that has been used as the justification by a Paragould-based cosmetology school to expel an HIV-positive student.

Iranian American "Know Your Rights" Campaign Launched

By National Organizations (06/02/2005)
LOS ANGELES -- At a breakfast briefing this morning the American Civil Liberties Union and leaders of the Iranian American community launched a "Know Your Rights" Campaign designed to address community-specific concerns.

Appeals Court Requires Justice Department to Turn Over Secret Memo on Immigration Policy (06/02/2005)
NEW YORK -- Calling it another blow to government secrecy over post-9/11 policies and practices, the American Civil Liberties Union today hailed a unanimous federal appeals court ruling that requires the Justice Department to disclose a secret legal memorandum that outlines the government's legal position advocating for unprecedented power by local police to enforce civil immigration laws.

In Wake of ACLU Civil Rights Lawsuit Settlement, African Americans Affected by Texas Drug Task Force Scandal Call for Reconciliation at Town Meeting (06/02/2005)
HEARNE, TX -- At a community meeting tonight, African American residents in this rural community of 5,000, where the American Civil Liberties Union recently settled a major civil rights lawsuit against agents of a federally funded regional narcotics task force, will meet with local and state officials to discuss ways to work together to reform drug law enforcement in Robertson County, where Hearne is located.

Federal Court Orders Government to Turn Over Videos and Photos Showing Detainee Abuse (06/02/2005)
NEW YORK -- A federal judge has ordered the Defense Department to turn over dozens of photographs and four movies depicting detainee abuse at Abu Ghraib prison in Iraq as part of an ongoing lawsuit brought by the American Civil Liberties Union.

ACLU Praises Arkansas Board of Cosmetology for Quickly Confirming that People With HIV Are Not Barred From Practicing Cosmetology (06/02/2005)
LITTLE ROCK -- In response to a letter sent today by the American Civil Liberties Union, the Arkansas Board of Cosmetology quickly confirmed that people with HIV are not barred from practicing cosmetology in the state. The ACLU sent the letter after the Paragould-based cosmetology school, Hair Tech Beauty College, expelled an HIV-positive student, claiming it was illegal for people with HIV to practice cosmetology.

ACLU and PJC Urge Maryland Board to Reject Contract with Company Known for Providing Deficient Medical Care in Prisons (06/01/2005)
ANNAPOLIS, MD -- Citing Correctional Medical Services' poor record for dispensing medical care to prisoners, the American Civil Liberties Union and Public Justice Center today urged Maryland's Board of Public Works to reject a proposed contract with the for-profit company.

Elks Lodge Settles ACLU Lawsuit, Agrees to Admit Women as Members (06/01/2005)
ROME, NY -- The New York Civil Liberties Union and the Women's Rights Project of the American Civil Liberties Union today hailed the settlement of a lawsuit brought by a local woman who was denied admission to an Elks Lodge here solely because of her gender. Bonnie Orendorff has agreed to drop her lawsuit on the condition that the Benevolent and Protective Order Elks Lodge No.96 admit women members on the exact basis that they admit men.

ACLU of Rhode Island Files Open Records Lawsuit Against North Smithfield (06/01/2005)
NORTH SMITHFIELD, RI -- For the third time in two years, the American Civil Liberties Union of Rhode Island has taken legal action against the town of North Smithfield, this time for a violation of the state's open records law. Today's lawsuit challenges a requirement by the town that any individual seeking access to an online database of public records must first provide personal information.

West Virginia School Officials Violated Student's Rights By Punishing Him Over a T-Shirt, Court Rules (06/01/2005)
CHARLESTON, WV -- A federal court today found that school officials violated a high school student's rights when they disciplined him for wearing a t-shirt bearing an image of the Confederate flag. The ruling comes in response to a lawsuit brought by the American Civil Liberties Union of West Virginia.

After ACLU Intervention, Free Speech Upheld in Florida Parks (06/01/2005)
FORT LAUDERDALE, FL -- The Broward County Parks and Recreation Division has reaffirmed its commitment to freedom of expression, especially the right of all people to speak about politics, after the American Civil Liberties Union of Florida's Broward Chapter announced today. The chapter had intervened on behalf of two anti-war protesters who were barred from distributing fliers at Easterlin Park, located in the city of Oakland Park.

Pennsylvania Judge Upholds Muslim Firefighter's Religious Liberty in ACLU Lawsuit (06/01/2005)
PHILADELPHIA -- In Pennsylvania's first court interpretation of the state's Religious Freedom Protection Act, a city judge has ruled that a devout Muslim firefighter who refuses to shave his beard on religious grounds cannot be fired while his legal case continues.

Appeals Court Finds Government May Have Violated Rights of WTO Protesters in Seattle (06/01/2005)
SEATTLE -- The Ninth Circuit Court of Appeals today ruled that even in times of unrest, the government cannot arrest protesters simply because of the content of their message. The ruling came in the American Civil Liberties Union of

Washington's lawsuit challenging the city of Seattle's establishment and enforcement of a No Protest Zone during the meeting of the World Trade Organization (WTO) in 1999.

ACLU Applauds Supreme Court Ruling Protecting Religious Liberty in Prisons (05/31/2005)
WASHINGTON -- The American Civil Liberties Union today applauded an unusual unanimous vote by the Supreme Court upholding the constitutionality of a federal law that requires states to allow prisoners to practice their religious beliefs.

ICLU and Indiana Citizens Challenge Sectarian Prayers in State House (05/31/2005)
INDIANAPOLIS -- Acting on behalf of a retired Methodist minister, a lobbyist for a statewide Quaker group and two Roman Catholic citizens, the Indiana Civil Liberties Union today filed a federal lawsuit asking that the Speaker of the Indiana House of Representatives be blocked from the practice of opening House sessions with sectarian and proselytizing prayers.

Minnesota Prison Officials End Censorship of ACLU Publication After Threat of Lawsuit (05/27/2005)
ST. PAUL, MN -- The American Civil Liberties Union today applauded prison officials' policy revision allowing Minnesota prisoners in segregation to receive publications containing legal material. The policy change came on the eve of the ACLU's filing that would have challenged the censorship of the organization's legal journal for prisoners.

Senate Intelligence Committee Considers Patriot Act Expansion Bill in Secret; ACLU Calls for Open and Public Dialogue (05/26/2005)
WASHINGTON - The American Civil Liberties Union denounced today's closed-door votes by the Senate Select Committee on Intelligence of legislation designed to reauthorize - and expand - the Patriot Act. Included in the committee's deliberations are proposals to make the Patriot Act's most controversial provisions permanent, and to expand it by allowing FBI agents issue their own search orders with no advance court approval.

Patriot Act Provision Lets Government Grab Personal Records Secretly; ACLU Testifies Before House That Law Needs Checks and Balances (05/26/2005)
WASHINGTON - The "national security letter" provision of the Patriot Act goes too far in letting the government secretly gather confidential records and gagging those ordered to turn them over, the American Civil Liberties Union said in testimony before a key panel of lawmakers Thursday.

Defense Department Personnel Impersonated State Department Officials in Guantánamo Interrogations, FBI Documents Show (05/26/2005)

NEW YORK -- Documents released by the FBI state that Defense Department personnel impersonated State Department officials in interrogations at Guantánamo Bay, the American Civil Liberties Union said today.

### ACLU Endorses Federal Hate Crimes Legislation for First Time, Says Conyers Proposal Properly Addresses Free Speech Concerns (05/26/2005)

WASHINGTON - After more than seven years of expressing concerns that federal hate crimes legislation would chill constitutionally protected speech, the American Civil Liberties Union today endorsed a new hate crimes bill introduced by Rep. John Conyers (D-MI).

### ACLU Defends Peace Activists Facing Fines Over Iraq Travel Ban (05/26/2005)

NEW YORK -- The American Civil Liberties Union filed lawsuits this week on behalf of two peace activists accused of going to Iraq as "human shields" prior to the beginning of the war in 2003. Both are fighting an effort by the federal Office of Foreign Asset Control (OFAC) to impose large fines on them without allowing them to contest the charges.

### ACLU Argues That Exploited Restaurant Workers Should Not Be Denied Their Day in Court (05/26/2005)

PHILADELPHIA -- Before a federal appeals court today, the American Civil Liberties Union argued that a federal trial court wrongly dismissed a sex discrimination and labor exploitation lawsuit brought by two immigrant waitresses against a Chinese restaurant.

### ACLU Sues PA School District to Stop Official Prayers at Graduation and School Board Meetings (05/26/2005)

PITTSBURGH -- The American Civil Liberties Union of Pennsylvania filed a lawsuit today against the Keystone School District in Clarion County asking a federal court for an immediate order prohibiting school officials from allowing prayers at tomorrow's graduation ceremony and from continuing to open school board meetings with a sectarian prayer.

### Guantánamo Prisoners Told FBI of Qur'an Desecration in 2002, New Documents Reveal (05/25/2005)

NEW YORK -- New documents released by the FBI include previously undisclosed interviews in which prisoners at Guantánamo complain that guards have mistreated the Qur'an, the American Civil Liberties Union said today. In one 2002 summary, an FBI interrogator notes a prisoner's allegation that guards flushed a Qur'an down the toilet.

### "No More Tulias" Legislation Introduced in Congress, ACLU Supports Oversight, Accountability of Drug Task Forces (05/25/2005)

WASHINGTON - Legislation introduced today would provide oversight and accountability for the millions of federal dollars distributed to state and local law enforcement

agencies to fight the drug war. The American Civil Liberties Union called the bill an important first step toward stopping widespread drug task force scandals such as the one in Tulia, Texas, where many of the town's African American residents were arrested on bogus drug charges.

ACLU Calls Flag Desecration Amendment Assault on Free Speech; Says Measure Fails Very Principles Flag Embodies (05/25/2005)
WASHINGTON - Noting that free expression and the right to dissent are among the core principles for which the American flag stands, the American Civil Liberties Union today strongly urged Congress to reject the reintroduced Flag Desecration Amendment. The House Judiciary Committee is considering that measure today.

ACLU Calls Upon Congress to Protect the Health and Reproductive Rights of Women in the Military (05/25/2005)
WASHINGTON - The American Civil Liberties Union today called upon Congress to protect the health and rights of women in the military by supporting an amendment that would lift the ban on privately funded abortion services at military hospitals.

Muslim Woman Sues Prison for Forcing Her to Remove Headscarf in Front of Male Guards and Prisoners (05/25/2005)
MADISON, WI -- The American Civil Liberties Union of Wisconsin today filed a lawsuit in federal court on behalf of Cynthia Rhouni, a Muslim woman who was forced to remove her religious headscarf, or hijab, in front of male guards and prisoners as a condition of visiting her son's father at Columbia Correctional Institution.

Senate Intelligence Committee Examines Controversial Patriot Act Expansion Bill; Closed Door Vote to Be Held This Week (05/24/2005)
WASHINGTON - The Senate Select Committee on Intelligence met today to consider legislation that would reauthorize - and expand - the Patriot Act. The American Civil Liberties Union denounced attempts to expand, rather than critically review and reform, the controversial provisions set to expire at the end of the year. A proposal to make the law's most controversial provisions permanent, and to expand it by allowing FBI agents issue their own search orders with no advance court approval, will likely be voted on in secret Thursday.

Discriminatory Bank Policy Prohibits Foreigners from Receiving Credit, ACLU Charges (05/24/2005)
LOS ANGELES -- What do Yao Ming and Russell Crowe have in common? They, like Laguna Niguel resident Janice Rooney, can't get a credit card from the Union Bank of California. Despite incredible wealth, or good credit in the case of Rooney, Union Bank won't extend you credit if you are not a U.S. citizen, the American Civil Liberties Union said today in a lawsuit filed on Rooney's behalf.

NYCLU Hails Introduction of Civil Rights Legislation to End Unlawful NYPD Detention Practice (05/24/2005)
NEW YORK -- The New York Civil Liberties Union today called on the City Council to pass landmark civil rights legislation that will be introduced tomorrow. Known as the "Charge or Release" bill and introduced by Council Member Bill Perkins, it would mandate that individuals arrested in New York City are arraigned within 24 hours of arrest.

ACLU Confident the U.S. Supreme Court Will Uphold Lower Court Decision Striking New Hampshire Law Restricting Teenagers' Access to Abortion (05/23/2005)
WASHINGTON -- The American Civil Liberties Union today welcomed the U.S. Supreme Court's decision to review a lower court ruling striking down a New Hampshire law restricting teenagers' access to abortion.

ACLU of Rhode Island Sues DMV Over Driver's License Procedures For Immigrants (05/23/2005)
PROVIDENCE, R.I. -- The ACLU of Rhode Island today filed a lawsuit against the Division of Motor Vehicles, charging the agency with a complete failure to comply with an important state law designed to ensure open and responsive government. The Administrative Procedures Act requires state agencies to provide advance public notice and seek public comment before they adopt rules and regulations governing their activities.

ACLU and Rights Groups Challenge Ft. Lauderdale "No-Protest" Zone During June OAS Meeting (05/20/2005)
FT LAUDERDALE -- The Broward Chapter of the American Civil Liberties Union of Florida, the National Lawyers Guild Mass Defense Committee and Southern Legal Counsel today filed a lawsuit challenging a "no-protest" zone and other restrictions limiting free speech during upcoming protests at the Organization of American States ministerial meetings in Ft. Lauderdale.

U.S. Soldier Instructed Iraqi Detainee to Dig Own Grave, According to New Army Documents (05/19/2005)
NEW YORK -- New documents released by the Department of Defense reveal more cases of abuse including mock executions and use of a religious symbol to taunt detainees, the American Civil Liberties Union said today.

ACLU Urges New York Appeals Court to End Unfairness Against Gay Couples in Marriage (05/19/2005)
NEW YORK -- The American Civil Liberties Union filed a brief today in a New York appeals court asking the court to strike down a New York law that bars lesbian and gay couples and their families from the protections of marriage. Religious leaders, civil rights advocates and women's groups also announced their support for marriage for same-sex couples through friend-of-the-court briefs filed this week.

### ACLU Urges Lawmakers to Enact "Common Sense" Fixes to Patriot Act In Appearance Before the House Intelligence Committee (05/19/2005)

WASHINGTON - The American Civil Liberties Union appeared today before the House Permanent Select Committee on Intelligence in a public oversight hearing on the Patriot Act and renewed its call for changes to bring the 2001 anti-terrorism measure in line with the Constitution.

### In Light of ACLU Lawsuit Charging the Federal Government with Funding Religious Activities, the Silver Ring Thing Removes Religious Content from Website (05/19/2005)

NEW YORK -- In response to a lawsuit filed by the American Civil Liberties Union and Jenner & Block LLP against the federal government for funding religious activities in an abstinence-only program, the Silver Ring Thing today substantially altered and removed religious content from its website.

### ACLU of Florida Launches Religious Freedom Project (05/19/2005)

MIAMI -- In response to recent and bold assaults on First Amendment freedoms, the American Civil Liberties Union of Florida will launch the Florida Religious Freedom Project. The project will focus on issues in the state involving religious freedom and separation of church and state.

### Following ACLU Lawsuit, Leafleting Guaranteed At All Public Doors into Chicago Convention Center (05/19/2005)

CHICAGO -- All people and organizations will have the opportunity to hand out leaflets at public entry and exit points at Chicago's McCormick Place Convention Center, under the terms of a negotiated settlement agreement presented in federal court today. The settlement successfully concludes First Amendment litigation brought by the American Civil Liberties Union of Illinois on behalf of two activists who sought to broaden their opportunity to effectively communicate with people attending conventions at McCormick Place.

### Documents Obtained by ACLU Expose FBI and Police Targeting of Political Groups (05/18/2005)

WASHINGTON -- The American Civil Liberties Union charged today that the FBI and local police are engaging in intimidation based on political association and are improperly investigating law-abiding human rights and advocacy groups, according to documents obtained through a series of Freedom of Information Act (FOIA) requests. ACLU affiliates today filed FOIA requests seeking similar documents in ten states.

CONGRESSIONAL SCORECARD | MULTIMEDIA | FORUMS | PUBLICATIONS | SUPPORT US | STORE | FEEDBACK

© ACLU, 125 Broad Street, 18th Floor New York, NY 10004 This is the Web site of the American Civil Liberties Union and the ACLU Foundation.

Learn more about the distinction between these two components of the ACLU.

User Agreement | Privacy Statement | FAQs