IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) |
| | ) |
| | ) Civ. A. No. 1:05-CV-1004 (ESH) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Exhibit F to Coppolino Declaration



Search
ADVANCED HELP

# Press Room



HOME | ABOUT THE ACLU | NEWS | LEGISLATIVE UPDATE | SUPREME COURT | DONATE NOW | PRESS ROOM

Welcome to the ACLU online press room. Bookmark this page for the latest news from the ACLU, its affiliates and the national projects -- or E-mail with your contact information and areas of interest to receive ACLU press releases and statements straight to your inbox.

ACLU national media offices are located in New York City and Washington, DC. Journalists working on stories about national legislative matters should contact the Washington office.

Journalists with inquiries about national or international civil liberties issues should contact the New York national office. Contact information for both offices is listed in the box on the right. Click on the "issues" button above the contact information to access news, backgrounders, and other information about specific topics.

Local and regional journalists may want to contact the ACLU affiliate in their area. We have staffed offices that cover every state in the nation, including the District of Columbia and Puerto Rico. Click the "Your Local ACLU" button at the bottom of this page for contact information.

We regret that we cannot respond to calls or e-mails seeking legal assistance. Please contact your local ACLU affiliate.

CONTACT INFO
**New York:**
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
E-mail:
media@aclu.org

**Washington:**
American Civil Liberties Union
915 15 th Street, NW, 6th Floor
Washington, DC 20005
E-mail:
media@dcaclu.org

## AT A GLANCE
About Us
Brief History
Staff and Leaders
FAQs
**ALSO:**
Latest Ads
Multimedia Section

Keep America Safe and Free ▶

**NEWSFEEDS**
XML
Get the latest ACLU news and action alerts.

LATEST NEWS

ACLU Applauds Supreme Court Ruling in Kentucky Ten Commandments Case (Jun-27)

ACLU Disappointed with Supreme Court Ruling on Domestic Violence Orders of Protection (Jun-27)

U.S.: Scores of Muslim Men Jailed Without Charge (Jun-27)

ACLU Vows To Press Fight To Preserve Free Internet As Supreme Court Decides Two Cases (Jun-27)

ACLU Troubled by Court's Refusal to Hold Louisiana Governor's Program on Abstinence in Contempt for Continuing to Preach with Taxpayer Dollars (Jun-24)

ACLU Launches Web Site for Reproductive Rights Activists, TakeIssueTakeCharge.org (Jun-23)

South Dakota Schools Discriminating Against Native American Students, Charge ACLU and Tribe (Jun-23)

U.S. Supreme Court Strikes Down Michigan Law (Jun-23)

Pentagon Student Database Another Example of the Government's Out-of-Control Information Grab, ACLU Says (Jun-23)

ACLU Secures Promise from Missouri High School to Stop Censoring Student's Gay-Supportive T-Shirts (Jun-23)

ACLU Sues Major Medical Provider Over Deficient Care in Mississippi Prison (Jun-22)

Lawsuit Against Rumsfeld to Be Heard in Federal Court in the District of Columbia (Jun-22)

ACLU Says House Approval of Flag Desecration Amendment is Loss for Freedom, Urges Senate to Stand Ground and Reject Measure Once Again (Jun-22)

ACLU Calls on House to Reject Flag Desecration Amendment: This Session May Mark Closest Congressional Vote Yet on Measure (Jun-21)

Administration Considers Promotions for Generals in Torture Scandal; ACLU Urges Senators to Seek Appointment of an Outside Special Counsel (Jun-21)

Science Under Siege By Bush Administration, ACLU Charges (Jun-21)

ACLU Calls on Congress to Reject Funding of Religious Activities, Says Faith Based Initiative Goes Too Far and Threatens Civil Rights (Jun-21)

ACLU Says TSA Action on Secure Flight Shows Blatant Disregard for Privacy, Agency Violated Congressional Limits and Its Own Public Positions (Jun-20)

ACLU Applauds Child Custody Award For Surviving Lesbian Mom in West Virginia (Jun-17)

ACLU Applauds Iowa Supreme Court for Allowing Lower Court to Dissolve Lesbian Couple's Civil Union (Jun-17)

Appeals Court Clears Way for Restaurant Worker Exploitation Case to Continue (Jun-17)

ACLU and United Airlines Announce Settlement of Case on Behalf of Plaintiffs Assem Bayaa and American-Arab Anti-Discrimination Committee (Jun-17)

Local Communities Join ACLU to Urge Patriot Act Reform In New Phase of National Campaign (Jun-17)

ACLU Denounces Senator Roberts' Patriot Act Expansion Bill, Says Constitutional Rights Need to Be Protected, Not Further Eroded (Jun-17)

ACLU Applauds Oregon Attorney General's Statement that Medical Marijuana Program Remains 100 Percent Legal (Jun-17)

President Threatens to Veto Patriot Act Reform Legislation,

Dismisses Bipartisan Calls for Checks and Balances (Jun-16)

ACLU Says DHS Privacy Office Probe on TSA's Handling of Consumer Data Confirms Fears About Government Abuse of Databases (Jun-16)

Civil Rights Groups File Freedom of Information Act Request in Wake of Reports of FBI Harassment of Muslims in Lodi, CA (Jun-16)

ACLU of Alaska Calls on Attorney General to Clarify State's Commitment to Uphold Medical Marijuana Statute (Jun-16)

ACLU Welcomes Senate Inquiry Into Detainees and Their Abuse, Says Outside Special Counsel Needed To Answer Questions (Jun-15)

ACLU and Planned Parenthood Ask Court to Block Idaho's Third Attempt at Restricting Teenagers' Access to Abortion (Jun-15)

ACLU of Florida Calls on Sheriff to Safeguard First Amendment Rights of Brevard Residents (Jun-15)

ACLU Applauds House Stance Against Intrusive Patriot Act Power; Bipartisan Majority Adopts "Freedom to Read" Amendment (Jun-15)

"Girlfriend Problem" Harms Women and Children, Impacted Families Call Mandatory Sentences Unfair and Destructive (Jun-14)

ACLU of Massachusetts Condemns Arrest of Peaceful Protesters and Use of Free Speech "Pen" During Army Event (Jun-14)

Groups Ask Court to Block Michigan's Abortion Ban (Jun-14)

ACLU Sues Denver Police for Records of Internal Investigations Related to "Spy Files" Controversy (Jun-14)

ACLU Applauds Supreme Court Rulings in Two Cases Charging Racial Bias in Jury Selection (Jun-13)

U.S. Attorney Retracts Threat of Prosecution After Receiving Demand from ACLU of Hawaii (Jun-13)

Supreme Court's Decision Upholds Prisoners' Due Process Protections, But Limits Their Reach (Jun-13)

ACLU Says President Continuing Patriot Act "Charm Offensive," But Hasn't Silenced Bipartisan Calls for Reform (Jun-10)

ACLU Says President Bush Misled Public on Patriot Act; Urges Congress to Bring Law In Line with the Constitution (Jun-9)

ACLU of Oregon Urges State Officials to Immediately Resume Medical Marijuana Card Program (Jun-9)

ACLU of New Mexico Defends Patient's End-of-Life Wishes (Jun-9)

Utah Businesses, Free Speech Groups and Individuals Challenge Restrictions on Internet Speech (Jun-9)

Statewide Public Defender Becoming a Reality (Jun-8)

ACLU Hails Montana's Public Defense Bill as Leading National Trend (Jun-8)

House Judiciary Committee Holds Final Patriot Act Oversight Hearing; ACLU Prepares to Increase Pressure on Lawmakers for Reform (Jun-8)

ACLU of Hawaii Demands Immediate Retraction from U.S. Attorney (Jun-8)

Federal Appeals Court Revives Michigan "Bicycling-While-Black" Lawsuit (Jun-8)

Tennessee's Use of Lethal Injection Chemical Blocks Public's First Amendment Right to Know, Says ACLU (Jun-8)

Senate Panel Considering Patriot Act Expansion Bill in Secret; ACLU Says Fixes, Not Expansions, Are Needed (Jun-7)

ACLU Disappointed with Patriot Act Expansion Bill Approved in Secret; Says "Administrative Subpoenas" Create End-Run Round Constitution (Jun-7)

State Medical Marijuana Laws Remain Valid Despite U.S. Supreme Court Ruling in Gonzales v. Raich, ACLU Says (Jun-6)

ACLU Criticizes Pennsylvania Eco-Terrorism Legislation as Part of Government's Crackdown on Political Dissent (Jun-6)

Parents, Educators Denounce Florida Voucher Scheme, Say Program Hurts Public Schools (Jun-6)

ACLU Says Vouchers Are Not Education Reform (Jun-6)

ACLU Files Brief Urging Appeals Court to Overturn Ban on Rhode Island Mayor's Radio Show (Jun-6)

ACLU Files Lawsuit on Behalf of Army Veteran Against Library of Congress for Transgender Discrimination (Jun-2)

ACLU Urges State to Clarify Regulation Used by Cosmetology School to Justify Kicking Out HIV Positive Student (Jun-2)

Iranian American "Know Your Rights" Campaign Launched By National Organizations (Jun-2)

Appeals Court Requires Justice Department to Turn Over Secret Memo on Immigration Policy (Jun-2)

In Wake of ACLU Civil Rights Lawsuit Settlement, African Americans Affected by Texas Drug Task Force Scandal Call

for Reconciliation at Town Meeting (Jun-2)

Federal Court Orders Government to Turn Over Videos and Photos Showing Detainee Abuse (Jun-2)

ACLU Praises Arkansas Board of Cosmetology for Quickly Confirming that People With HIV Are Not Barred From Practicing Cosmetology (Jun-2)

ACLU and PJC Urge Maryland Board to Reject Contract with Company Known for Providing Deficient Medical Care in Prisons (Jun-1)

Elks Lodge Settles ACLU Lawsuit, Agrees to Admit Women as Members (Jun-1)

ACLU of Rhode Island Files Open Records Lawsuit Against North Smithfield (Jun-1)

West Virginia School Officials Violated Student's Rights By Punishing Him Over a T-Shirt, Court Rules (Jun-1)

After ACLU Intervention, Free Speech Upheld in Florida Parks (Jun-1)

Pennsylvania Judge Upholds Muslim Firefighter's Religious Liberty in ACLU Lawsuit (Jun-1)

Appeals Court Finds Government May Have Violated Rights of WTO Protesters in Seattle (Jun-1)

ACLU Applauds Supreme Court Ruling Protecting Religious Liberty in Prisons (May-31)

ICLU and Indiana Citizens Challenge Sectarian Prayers in State House (May-31)

Minnesota Prison Officials End Censorship of ACLU Publication After Threat of Lawsuit (May-27)

Senate Intelligence Committee Considers Patriot Act Expansion Bill in Secret; ACLU Calls for Open and Public Dialogue (May-26)

Patriot Act Provision Lets Government Grab Personal Records Secretly; ACLU Testifies Before House That Law Needs Checks and Balances (May-26)

Defense Department Personnel Impersonated State Department Officials in Guantánamo Interrogations, FBI Documents Show (May-26)

ACLU Endorses Federal Hate Crimes Legislation for First Time, Says Conyers Proposal Properly Addresses Free Speech Concerns (May-26)

ACLU Defends Peace Activists Facing Fines Over Iraq Travel Ban (May-26)

ACLU Argues That Exploited Restaurant Workers Should Not Be Denied Their Day in Court (May-26)

- ACLU Sues PA School District to Stop Official Prayers at Graduation and School Board Meetings (May-26)
- Guantánamo Prisoners Told FBI of Qur'an Desecration in 2002, New Documents Reveal (May-25)
- "No More Tulias" Legislation Introduced in Congress, ACLU Supports Oversight, Accountability of Drug Task Forces (May-25)
- ACLU Calls Flag Desecration Amendment Assault on Free Speech; Says Measure Fails Very Principles Flag Embodies (May-25)
- ACLU Calls Upon Congress to Protect the Health and Reproductive Rights of Women in the Military (May-25)
- Muslim Woman Sues Prison for Forcing Her to Remove Headscarf in Front of Male Guards and Prisoners (May-25)
- Senate Intelligence Committee Examines Controversial Patriot Act Expansion Bill; Closed Door Vote to Be Held This Week (May-24)
- Discriminatory Bank Policy Prohibits Foreigners from Receiving Credit, ACLU Charges (May-24)
- NYCLU Hails Introduction of Civil Rights Legislation to End Unlawful NYPD Detention Practice (May-24)
- ACLU Confident the U.S. Supreme Court Will Uphold Lower Court Decision Striking New Hampshire Law Restricting Teenagers' Access to Abortion (May-23)
- ACLU of Rhode Island Sues DMV Over Driver's License Procedures For Immigrants (May-23)
- ACLU and Rights Groups Challenge Ft. Lauderdale "No-Protest" Zone During June OAS Meeting (May-20)
- U.S. Soldier Instructed Iraqi Detainee to Dig Own Grave, According to New Army Documents (May-19)
- ACLU Urges New York Appeals Court to End Unfairness Against Gay Couples in Marriage (May-19)
- ACLU Urges Lawmakers to Enact "Common Sense" Fixes to Patriot Act In Appearance Before the House Intelligence Committee (May-19)
- In Light of ACLU Lawsuit Charging the Federal Government with Funding Religious Activities, the Silver Ring Thing Removes Religious Content from Website (May-19)
- ACLU of Florida Launches Religious Freedom Project (May-19)
- Following ACLU Lawsuit, Leafleting Guaranteed At All Public Doors into Chicago Convention Center (May-19)
- Documents Obtained by ACLU Expose FBI and Police

Targeting of Political Groups (May-18)

| CONGRESSIONAL SCORECARD | MULTIMEDIA | FORUMS | PUBLICATIONS | SUPPORT US | STORE | FEEDBACK |

© ACLU, 125 Broad Street, 18th Floor New York, NY 10004 This is the Web site of the American Civil Liberties Union and the ACLU Foundation.
Learn more about the distinction between these two components of the ACLU.

User Agreement | Privacy Statement | FAQs