IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, <u>et al.</u>,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civ. A. No. 1:05-CV-1004 (ESH) |

Exhibit H to Coppolino Declaration

# CAIR — Council on American-Islamic Relations
## St. Louis Chapter
### FAITH IN ACTION

- Home
- Take Action
- Archives
- Newsletter
- Upcoming Events
- FAQ's
- Media Links
- About Us
- Contact Us

Home  Contact

## About Us

### What is CAIR?

The Council on American Islamic Relations (CAIR) is a non-profit, grassroots membership organization. We have headquarters in Washington, D.C., and CAIR chapters across America. CAIR was established to promote a positive image of Islam and Muslims in America. We believe misrepresentations of Islam are most often the result of ignorance on the part of non-Muslims and reluctance on the part of Muslims to articulate their case. CAIR is dedicated to presenting an Islamic perspective on issues of importance to the American public. In offering that perspective, we seek to empower the Muslim community in America through media awareness, as well as political and social activism.

### What is CAIR-St. Louis?

The St. Louis Chapter of CAIR was started in October, 2000, to help educate Muslims living in Eastern Missouri and Southern Illinois as to their rights and ways to become active participants in the American experience. CAIR-St. Louis is also committed to serving as a bridge between Muslims and non-Muslims, as well as to educate the American populace as to the true nature of Islam.

### How does CAIR-St. Louis fulfill its mission?

The work of CAIR-St. Louis volunteers focuses upon four primary issues:

- The Media Relations Group serves as a liaison between the St. Louis Muslim community and local journalists in the hopes of establishing clear lines of communication and presenting Muslim perspectives on important issues.

- The Political Affairs Group seeks to encourage active participation in the political process by Muslims and tracks legislation affecting Muslims living in our area.

- The Community Relations Group is working towards establishing connections with various outside charitable, religious and social organizations and is responsible for encouraging local Muslims to become involved with CAIR-St. Louis activities.

- The Civil Rights Group assists St. Louis-area Muslims in issues relating to discrimination, work place prayer accommodations and other important legal issues.

**Purpose of Info Box:**
There are many purposes for an info box. You can use these boxes for things such as product or service updates, items on sale, info on what's new, and any other information you think is valuable to your customers.

**Create a New Info Box:**
Place your cursor inside the info box. Then on menu bar hit Table>Select>Table, then Edit>Copy. Then place your cursor below this info box and Edit>Paste. Make sure there is a space between the info boxes.
You can also delete the these boxes.
Table>Select>Table, then Edit>Delete.

14366 Manchester Road
Suite 200
Manchester, Missouri 63011
Phone: 636.207.8882
Fax: 314.754.8117
admin@cair-stl.org



# CAIR-LINK



Fall 2003 — Council on American-Islamic Relations St. Louis — Volume 1, Issue 1

## 2nd Annual Fundraiser & Award Banquet Set

On Saturday, September 27, 2003, CAIR-St. Louis will host its 2nd Annual Fundraiser & Award Banquet. Speakers include Sam Page (Missouri State Representative - Creve Coeur), Omar Ahmad (Founder and Chair of CAIR-National), and Arsalan Iftikhar (CAIR-National's Director of Legal Affairs).

Also, the 2003 Excellence in Journalism Award will be presented to Jean Jackson, co-host of the KTRS Morning Show and former anchor for KSDK News. The award was recently renamed the Gregory Freeman Award after last year's winner who died tragically in December of 2002.

The event will be held at the Embassy Suites Hotel on Laclede's Landing, 901 N. First Street, St. Louis, Missouri 63102. For directions to the hotel, please visit our website at www.cair-stl.org.

Tickets for this very important event are on sale now. The cost for the fundraiser is $40 per person; however, if you purchase two tickets, the cost for each ticket is reduced to $30 per ticket. You may order tickets by completing the form included in this newsletter on page 3. Please fill out the form, mail it to our office and tickets will either be mailed to you or held at a will-call window on the night of the event. Please note: the deadline for ordering tickets by mail is September 12th.

The evening will begin with registration and a silent auction at 6:30 p.m. The auction will include assorted items including Rams tickets and various services donated by Muslim vendors and service providers. All proceeds from the silent auction will go to CAIR-St. Louis.

Magrib prayer will follow at approximately 7 p.m. The dinner and awards presentation will begin promptly at 7:30. An excellent meal consisting of halal chicken, salad, rice, bread and a dessert will be provided.

### Inside this issue:

| | |
|---|---|
| Adopt-a-Highway | 2 |
| FBI Training | 2 |
| Voter Registration | 2 |
| Fundraiser Flyer | 3 |
| New Office Open | 4 |
| Library Project | 4 |
| Discrimination | 4 |
| Know Your Rights | 5 |
| Upcoming Events | 5 |
| Foreign Journalists | 5 |





## CAIR-St. Louis Joins With Habitat for Humanity

On Saturday, July 26, 2003, approximately twenty-five Muslim volunteers from the local chapter of the Council on American-Islamic Relations came together to help build a house through the Habitat for Humanity program.

This is the second time that CAIR-St. Louis has participated in the Habitat project, which seeks to develop stronger communities by building new, affordable housing for lower income families. Under a searing sun, CAIR-St. Louis volunteers installed siding and doors, helped build closets, cut and placed baseboards and even worked on the roof. Many of our volunteers were under the age of twenty and, despite the heat, significant progress was made on the assigned home. For pictures from the event, visit the CAIR-St. Louis website, www.cair-stl.org.

"We had a great turnout and everyone really seemed to enjoy themselves," said Kamal Yassin, Community Outreach Director for CAIR-St. Louis. "It was nice to work alongside the family that will eventually be moving into the home. We also learned a lot."

CAIR-St. Louis plans on participating in the Habitat program again in September 6, 2003. For more information, contact Jim Hacking, Executive Director for CAIR-St. Louis, at admin@cair-stl.org.



# Adopt-a-Highway Declared a Success



On Sunday, June 1, 2003, CAIR-St. Louis cleaned a stretch of Interstate 64 in west St. Louis County. In exchange for a commitment to clean the highway four times a year, the Missouri Department of Transportation has provided a sign bearing CAIR's name on both sides of the highway. CAIR-St. Louis has been cleaning this stretch of highway for the past two years.

Interstate 64 is a central corridor in the St. Louis area and thousands of our fellow citizens see the sign on a daily basis. On the day of our cleaning, drivers and passengers could also see CAIR-St. Louis members bagging trash and having fun. Over fifteen bags of garbage were collected and placed on the curb for pickup.

Hashim Raza, a CAIR-St. Louis director and organizer of the day's event, declared the event a great success. Our next cleanup is scheduled for Sunday, October 26, 2003 from 11 a.m. to 1 p.m.



# CAIR-St. Louis Conducts FBI Sensitivity Training

The St. Louis Chapter of the Council on American Islamic Relations (CAIR) conducted an Islamic awareness training program for approximately 25 members of the Federal Bureau of Investigation's St. Louis field office.

James O. Hacking, III, Executive Director of CAIR-ST. LOUIS, and Imam Muhammad Nur Abdullah, President of the Islamic Society of North America (ISNA) and local Imam, conducted an hour long Power Point presentation specifically tailored to law enforcement officers at the FBI's local headquarters.

Issues addressed included the basic tenets of the Islamic faith, the status of women in Islam, the diversity of the American Muslim community and ways the estimated 75,000 area Muslims can work together with law enforcement. A question-and-answer session followed.



Imam Nur and Mr. Hacking also met with Special Agent in Charge Tom Bush to discuss the concerns of the Muslim community in St. Louis, to reinforce the importance of protecting Muslims from hate crimes, and making sure our nation's aws are enforced evenly and fairly.

Executive Director Hacking noted that it is important to maintain clear lines of communication between law enforcement officials and the Muslim community. "I believe the presentation was well received and several agents thanked us and stated they found the discussion informative," he said.

# CAIR-St. Louis Presents "Islam On The Air"

CAIR-St. Louis hosted a workshop on July 11th, 2003 at Daar ul-Islam designed to introduce local Muslims to the inner workings of the radio industry. Approximately Seventy-five people attended the session.

The workshop, called "Islam on the Air," provided information about how local Muslims can respond to attacks on their faith, develop the skills necessary to accurately and objectively present Islam and ways to encourage our Muslim youth to consider careers in journalism.

Speakers included Mike Sampson, host of KWMU's *St. Louis on the Air*, Mary Edwards, Production Manager for KWMU and Jean Jackson, co-host of the *KTRS Morning Show*.

"We were extremely pleased with the turnout and the excellent advice we received from our panel members," said CAIR-St. Louis Executive Director James O. Hacking, III. "The audience received 'real world' examples of how to present issues related to Islam in an intelligent and concise manner. The discussion was very well-received and many important points were made."





In the Name of God, the Beneficent, the Merciful

# "United in Action - Building Strength Through Advocacy"
## Council on American-Islamic Relations - St. Louis
### 2nd Annual Fundraiser & Award Banquet

**SATURDAY
SEPTEMBER 27, 2003
6:30 - 10:30 p.m.**

**EMBASSY SUITES HOTEL
901 N. FIRST STREET
LACLEDE'S LANDING**

Keynote Speakers:

**Sam Page**
Missouri State Representative
(D) Creve Coeur

**Omar Ahmad**
CAIR Founder and
Chairperson

**Arsalan Iftikhar**
CAIR Director of
Legal Affairs

The 2003 Greg Freeman
Excellence in Journalism
Award Winner

**Jean Jackson**
Co-Host
KTRS Morning Show

*Deadline for purchasing
tickets by mail is
Friday, September 12, 2003*

---

*Mail Completed Form To:*

**CAIR-ST. LOUIS**
14366 Manchester Road
Suite #200
Manchester, MO 63011

Phone: (636) 207-8882
Fax: (314) 754-8117

Email: admin@cair-stl.org

www.cair-stl.org

### CAIR-ST. LOUIS - 2ND ANNUAL FUNDRAISER & AWARD BANQUET

I would like to purchase ___ tickets. $40 for one ticket or $30 per ticket for orders of 2 tickets or more. My check or money order for $____ is enclosed.

_____
Name

_____
Address

_____
City                    State                    Zip Code

_____
Phone Number                         Email

## New Chapter Office Set to Open

On September 2, 2003, CAIR will open its new St. Louis office. The office is located at 14366 Manchester Road, Suite 200 in Manchester, Missouri 63011. The office is located above the Islamic Information Center, just a short drive from the Daar ul Islam mosque. The office will serve as a resource center for area Muslims concerned with protecting their civil rights and will enable CAIR to better serve its constituents.

Lubna Alam, a recent graduate of St. Louis University, will be managing the office, with assistance from Executive Director James O. Hacking, III. Lubna plans on attending law school in the fall of 2004 and CAIR is extremely lucky to have her for the upcoming term.

"We are very excited to be opening our office in St. Louis," Hacking said. "Our goal is to have at least two full-time employees working for CAIR in the near future. This is a significant step towards establishing CAIR as the advocate for all Muslims."

The St. Louis CAIR chapter began operations in November of 2000. We have an email list of over 200 and are actively working towards expanding our membership.

*If you would like to volunteer or intern with CAIR, please contact us at admin@cair-stl.org or call (636) 207-8882.*

> "This is a significant step towards establishing CAIR as the advocate for all Muslims."

## CAIR Library Project Approaches 7,000 Libraries

In September 2002, CAIR launched a major educational initiative to provide accurate information to the American public about Islam and to counter anti-Muslim bigotry.

The campaign is called **Explore Islamic Civilization and Culture**. It involves the community-sponsored distribution of books, videos and audiocassettes about Islam and Muslims to thousands of public libraries throughout the United States.

To sponsor a library, please visit CAIR's special website—www.libraryproject.org. The cost is only $150 which allows you to share over 15 items related to Islam.

CAIR's library project has received 6813 sponsorships for $150 book and tape packages on Islam. Our goal is to send accurate and objective information about Islam to America's 16,000 public libraries. Locally, CAIR-St. Louis has assisted in arranging sponsors for 27 of the local 33 municipal libraries.



## CAIR Assisting in Local Employment Discrimination Cases

Your local CAIR Chapter has been involved in assisting area Muslims in asserting their rights under the employment protection laws. Several recent complaints have been filed with the Missouri Human Rights Commission and the U.S. Equal Employment Opportunity Commission.

One Muslim brother worked in a manufacturing plant near St. Peters. He was passed over for promotion and denied additional training that he needed in order to advance. Recently, he was "laid off" from his



position at the plant. His complaint alleges that he was discriminated against based on his Islamic faith and his national origin. In a similar case, a Muslim lab worker filed claims regarding actions of his employer which penalized him for attending Friday prayer and was a hostile, anti-Muslim work environment. CAIR helped these Muslims initiate the process of protecting their rights and continues to monitor their cases.

If you feel that you have been discriminated against on the job or in some other way, please contact CAIR immediately at ((636) 207-8882.

# CAIR-St. Louis Conducts "Know Your Rights" Seminar



On Friday, April 18, 2003, CAIR-St. Louis, along with the Religious Affairs Committee of the Islamic Foundation of Greater St. Louis presented a dinner and panel discussion entitled "St. Louis Area Muslims - Know Your Rights" at the Daar ul-Islam Mosque in west St. Louis County.

Approximately 70 area Muslims attended the discussion, which included speeches and a question-and-answer session. Civil rights activist and former head of the American Muslim Council, Eric Vickers, began with a fervent exhortation to the community to engage in the struggle for Muslim civil rights. Barbara Seely, Supervisory Attorney for the St. Louis office of the Equal Employment Opportunity Commission, provided practical solutions for Muslims who may experience discrimination based on race, national origin or religion in the work place.

Matt LeMieux, the Executive Director of the ACLU for Eastern Missouri, outlined recent efforts by the ACLU to hold the federal government accountable for its actions in detaining individuals, thwarting political protests and racial profiling. James O. Hacking, III, Executive Director of CAIR-St. Louis, served as moderator and also presented an analysis of the proposed Patriot Act II.

## Upcoming CAIR-St. Louis Events

**September 2, 2003**
Opening of CAIR Office

**September 6, 2003**
Habitat for Humanity
8 a.m. to 3 p.m.

**September 27, 2003**
Fundraiser and Award Banquet
6:30 p.m. to 10:30 p.m.

**October 11, 2003**
Executive Board Training Day

**Mid-October, 2003**
Media Iftar during Ramadan
After Magrib

**October 26, 2003**
Adopt-a-Highway
11 a.m. to 1 p.m.

**November 8, 2003**
Committee Kickoff Meeting
12 p.m. to 2 p.m.

**December 14, 2003**
Red Cross Blood Drive
11 a.m. to 3 p.m.

*For more information on these events, please check our website:*
www.cair-stl.org

# Executive Director Meets With Foreign Journalists

The Executive Director of CAIR-St. Louis, James O. Hacking, III, met with a group of foreign journalists on August 5, 2003 as part of the U.S. State Department's International Visitor Program to discuss grassroots organizing and the participation of Muslims in the U.S. political process.

CAIR was asked to meet with the delegation of journalists from Tanzania as part of the State Department's program entitled **Journalism, Society and the Political Process in the United States**. The meeting took place at the World Affairs Council in Clayton.



Mr. Hacking and the journalists discussed the increased participation of Muslims in local politics, CAIR's media watchdog efforts, the portrayal of Islam in the media and CAIR's national voter registration drive.

"Outreach programs such as this help to inform the broader community of CAIR's vision and goals," said Mr. Hacking, "and to spread CAIR's message across the globe."

# CAIR
Council on American-Islamic Relations
St. Louis
14366 Manchester Road
Suite #200
Manchester, Missouri 63011

We're on the Web
www.cair-stl.org

# CAIR-St. Louis in the News

Executive board members of CAIR-St. Louis have appeared regularly in local and national media outlets.

## ST. LOUIS POST-DISPATCH

Arsalan Iftikhar, the former executive director of CAIR-St. Louis and current Director of Legal Affairs for CAIR-DC, has appeared in the New York Times, Rolling Stone, the Washington Post and has had op-ed pieces published throughout the nation. He has appeared on countless television programs, including all local media outlets, as well as the O'Reilly Factor.

The Post-Dispatch featured Arsalan in a cover story following his graduation from law school and his move to Washington, D.C. to work for CAIR.

Arsalan's successor, James O. Hacking, III, was interviewed by KSDK Newschannel 5 for a news story regarding CAIR's Community Resource Guide which was distributed to area Muslims and mosques at the start of the war in Iraq. Mr. Hacking also worked with Post-Dispatch photojournalist Laurie Skrivan on a photo essay regarding hijab.

Mr. Hacking was also interviewed on KMOX and the local NPR affiliate regarding CAIR's voter registration drive. Speaking of the voter registration drive, the Post-Dispatch featured an article highlighting CAIR's efforts to register local Muslims to vote. This particular news item was picked up by the various newswires and carried across the country.

CAIR Board Member Kamal Yassin has had several letters to the editor published, most recently regarding Muslims' participation in the political process.



npr

Chicago Tribune




Council On American-Islamic Relations - Chicago Chapter - Online Center  About Islam | About Us | Contact Us

Friday, July 01, 2005

 Search 

- Home
- Our News
- Making The News
- News Briefs
- Action Alerts
- Press Center
- Events/Workshops
- Media Monitor
- Volunteer Center
- Resource Center
- Report An Incident
- Media Response
- Request A Speaker
- Make A Donation
- Join CAIR
- Our Partners
- Careers
- Newsletter
- Contact us





28 E. Jackson Blvd.
Suite 405
Chicago, Illinois 60604

Tel: (312) 212-1520
Fax: (312) 212-1530

[ About CAIR Chicago | Meet Our Staff | Meet Our Board | CAIR Headquarters ]



Click on a CAIR state above to see its chapter(s)

## ARIZONA

**CAIR - Arizona**
202 E. McDowell
Suite 165
Phoenix, AZ 85004
Contact Name: Deedra Abboud
Main Telephone: 602-262-2247
Alternate Telephone: 602-790-9319
Fax Number: 602-262-2249

Email: director@cairaz.org
Website: http://www.cairaz.org





## MICHIGAN

### CAIR - Michigan

28820 Southfield Road Suite 126
Lathrup Village, MI 48076
Contact Name: Umar Abdur-Rahman
Main Telephone: 248-569-2203
Fax Number: 248-569-9748

Email: cairmichigan@yahoo.com
Website: http://www.cairmichigan.org



## MINNESOTA

### CAIR - Minnesota

2525 East Franklin Avenue, Suite 200
Minneapolis, MN 55406
Main Telephone: 612-581-2101
Website: http://www.cairminnesota.org



## MISSOURI

### CAIR - St. Louis

14366 Manchester
Suite 200
St. Louis, MO 63011
Contact Name: James Hacking
Main Telephone: 636-207-8882
Alternate Telephone: 314-602-3794
Fax Number: 314-754-8117

Email: admin@cair-stl.org
Website: http://www.cair-stl.org



## NEW JERSEY