IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civ. A. No. 1:05-CV-1004 (ESH) |

Exhibit K to Coppolino Declaration

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP A. NARDUCCI, )
)
Plaintiff, )
)
v. ) Civ. Action No. 98-0130
)
FEDERAL BUREAU OF INVESTIGATION, ) FILED
)
Defendant. ) JUL 17 1998
)
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of plaintiff's motion for a Vaughn index, defendant's motion for a stay pursuant to Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976), and in accordance with the proceedings in open court at the status conference of July 17, 1998, it appearing to the Court that defendant "is deluged with a volume of requests for information vastly in excess of that anticipated by Congress," see Open America, 547 F.2d at 616, and has made "reasonable progress in reducing its backlog" of pending requests, see 5 U.S.C. § 552(a)(6)(C)(ii), it is, this 17th day of July, 1998,

ORDERED, that plaintiff's motion [6] for a Vaughn index is denied, without prejudice; and it is

FURTHER ORDERED, that defendant's motion [9] for an Open America stay is granted; and it is

FURTHER ORDERED, that all proceedings in this case are stayed until May 31, 2001, at which time the case is scheduled for a status conference at 9:30 a.m.

Thomas Penfield Jackson
U.S. District Judge

TOTAL P.22