**APPENDIX 1**

1.  Kirsten Atkins
2.  William Sulzman
3.  Mark Cohen
4.  Pavlos Stavropoulos
5.  Kerry Appel,
6.  Sarah Bardwell
7.  Scott Silber
8.  Stephen Polk
9.  Mackenzie Liman
10. Christopher Riederer

**Notarized Authorization**

I, Kirsten Atkins, hereby authorize my attorney, Mark Silverstein, to submit the attached "Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of Investigation and its Denver offices, and to receive any responsive records on my behalf.

I declare under penalty of perjury that the foregoing is true.

Signed on _Dec 2_____, 2004.

_Kirsten Atkins_
Kirsten Atkins

State of _Colorado_ )
                    ) ss.
County of _Denver_ )

I hereby certify that on this _2nd_ day of _December_____, 2004, Kirsten Atkins, executed before me this Notarized Authorization.

_Debra L. Woods_____
NOTARY

My Commission expires:

_My Comm. Expires: June 26, 2006_

**Identifying Information For Kirsten Ann Atkins**

**Full Name:**          Kirsten Ann Atkins

**Date of Birth:**      September 13, 1965

**Place of Birth:**     Stamford, CT

**Citizenship:**        United States

**Current Address:**    P.O. Box 592
                        204 4th Street
                        Crested Butte, CO 81224

**Notarized Authorization**

I, William Sulzman, hereby authorize my attorney, Mark Silverstein, to submit the attached "Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of Investigation and its Denver offices, and to receive any responsive records on my behalf.

I declare under penalty of perjury that the foregoing is true.

Signed on October *12*, 2004.

*William Sulzman*
William Sulzman

State: Colorado
County: El Paso

*Laurie Jean White*

MY COMMISSION EXPIRES
07/28/2007

## Identifying Information For William Sulzman

**Full Name:**           William Joseph Sulzman

**Date of Birth:**       March 9, 1938

**Place of Birth:**      Selden, Kansas

**Citizenship:**         United States

**Current Address:**     817½ S. Tejon Street
                         Colorado Springs, CO 80903

**Notarized Authorization**

I, Mark Cohen, hereby authorize my attorney, Mark Silverstein, to submit the attached "Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of Investigation and its Denver offices, and to receive any responsive records on my behalf.

I declare under penalty of perjury that the foregoing is true.

Signed on October __, 2004.

_Mark Cohen_
Mark Cohen

STATE OF COLORADO           )
                            ) ss.
CITY AND COUNTY OF DENVER)

The foregoing document was acknowledged before me this _12_ day of October, 2004, by Mark Cohen.

WITNESS my hand and official seal. My commission expires _____

[SEAL]

_Barbara Cohen_
Notary Public

My Commission Expires 10/25/2005

## Identifying Information For Mark Cohen

**Full Name:**          Mark Benjamin Cohen

**Date of Birth:**      November 23, 1945

**Place of Birth:**     New York, NY

**Citizenship:**        United States

**Current Address:**    2443 S. Gaylord
                        Denver, CO 80210

**Notarized Authorization**

I, Pavlos Stavropoulos, hereby authorize my attorney, Mark Silverstein, to submit the attached "Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of Investigation and its Denver offices, and to receive any responsive records on my behalf.

I declare under penalty of perjury that the foregoing is true.

Signed on October 12, 2004.

_____
Pavlos Stavropoulos

State of Colorado        )
                         )
County of Denver         )

I hereby certify that on this 12th day of October , 2004, Pavlos Stavropoulos executed before this Notarized Authorization.

_____
Notary

My Commission expires:

My Commission Expires: June 26, 2006

**Identifying Information For Pavlos Stavropoulos**

**Full Name:**           Pavlos Stavropoulos

**Date of Birth:**       February 11, 1965

**Place of Birth:**      Athens, Greece

**Citizenship:**         United States

**Current Address:**     5655 South Crocker Street
                         Littleton, CO 80120

**Notarized Authorization**

I, Kerry Appel, hereby authoize my attorney, Mark Silverstein, to submit the attached "Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of Investigation and its Denver offices, and to receive any responsive records on my behalf.

I declare under penalty of perjury that the foregoing is true.

Signed on October 12, 2004.

_____
Kerry Appel

State of Colorado)
County of Denver)

I hereby certify that on this 12th day of October, 2004, Kerry Appel, executed before mee this Notarized Authorization.

_____
Notary

My Commission expires:



DEBRA L. WOODS
NOTARY
PUBLIC
STATE OF COLORADO

My Commission Expires: June 26, 2006

**Identifying Information For Kerry Appel**

**Full Name:**          Kerry Andrew Appel

**Date of Birth:**      March 29, 1951

**Place of Birth:**     Denver, CO

**Citizenship:**        United States

**Current Address:**    218 South Broadway
                        Denver, CO 80209

## Notarized Authorization

I, Sarah Bardwell, hereby authorize my attorney, Mark Silverstein, to submit the attached "Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of Investigation and its Denver offices, and to receive any responsive records on my behalf.

I declare under penalty of perjury that the foregoing is true.

Signed on _November 29_, 2004.

_____
Sarah Bardwell

State of _Minnesota_ )
                     ) ss.
County of _Hennepin_ )

I hereby certify that on this _29th_ day of _November_, 2004, Sarah Bardwell, executed before me this Notarized Authorization.

_____
NOTARY

My Commission expires:

_Jan. 31, 2007_

JOHN C. BULL
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2007

**Identifying Information For Sara Bardwell**

| | |
|---|---|
| **Full Name:** | Sarah Bardwell |
| **Date of Birth:** | June 2, 1983 |
| **Place of Birth:** | Denver, CO |
| **Citizenship:** | United States |
| **Current Address:** | 2216 Race Street<br>Denver, CO 80205 |

## Notarized Authorization

I, Scott Silber, hereby authorize my attorney, Mark Silverstein, to submit the attached "Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of Investigation and its Denver offices, and to receive any responsive records on my behalf.

I declare under penalty of perjury that the foregoing is true.

Signed on October 1⁄4, 2004.

_____
Scott Silber

State of Colorado )
                  ) ss.
County of Denver  )

I hereby certify that on this 15th day of October, 2004, Scott Silber, executed before me this Notarized Authorization.

_____
NOTARY

My Commission expires:

*My Commission Expires: June 26, 2006*

**Identifying Information For Scott Silber**

**Full Name:**          Scott C. Silber

**Date of Birth:**      April 6, 1976

**Place of Birth:**     Bryn Mawr, PA

**Citizenship:**        United States - Incidental

**Current Address:**    217 Seminole Dr.
                        Boulder, CO 80303

                        P.O. Box 43
                        Boulder, CO 80306

## Notarized Authorization

I, Stephen Polk, hereby authoize my attorney, Mark Silverstein, to submit the attached "Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of Investigation and its Denver offices, and to receive any responsive records on my behalf.

I declare under penalty of perjury that the foregoing is true.

Signed on October 14, 2004.

Stephen Polk

State of Colorado
County of Denver

### Identifying Information For Stephen Polk

**Full Name:**         Stephen Michael Polk

**Date of Birth:**     October 2, 1982

**Place of Birth:**    Englewood, CO

**Citizenship:**       United States

**Current Address:**   719 W. 8th Avenue
                       Denver, CO 80204

**Notarized Authorization**

I, Mackenzie Liman, hereby authorize my attorney, Mark Silverstein, to submit the attached "Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of Investigation and its Denver offices, and to receive any responsive records on my behalf.

I declare under penalty of perjury that the foregoing is true.

Signed on _November 26_, 2004.

Mackenzie Liman

State of _CO_ )
            ) ss.
County of _Denver_ )

I hereby certify that on this _26th_ day of _November_, 2004, Mackenzie Liman, executed before me this Notarized Authorization.

NOTARY

My Commission expires:

_11/5/09_

KYLE BENSON
NOTARY PUBLIC
STATE OF COLORADO

**Identifying Information For Mackenzie Liman**

| | |
|---|---|
| **Full Name:** | Mackenzie Catherine Liman |
| **Date of Birth:** | December 17, 1982 |
| **Place of Birth:** | Steamboat Springs, CO |
| **Citizenship:** | United States |
| **Current Address:** | 1065 Lipan Street<br>Denver, CO 80204 |

## Notarized Authorization

I, Christopher Riederer, hereby authorize my attorney, Mark Silverstein, to submit the attached "Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of Investigation and its Denver offices, and to receive any responsive records on my behalf.

I declare under penalty of perjury that the foregoing is true.

Signed on __11/29/04__, 2004.

_CHRS RIEDERER_
Christopher Riederer

State of _Colorado_)
                  ) ss.
County of _Denver_)

I hereby certify that on this _29th_ day of _November_, 2004, Christopher Riederer, executed before me this Notarized Authorization.

_Debra L. Woods_
NOTARY

Commission expires:

My Commission Expires: June 26, 2006

## Identifying Information For Christopher Riederer

**Full Name:**        Christopher Shannon Riederer

**Date of Birth:**    July 4, 1985

**Place of Birth:**   Denver, CO

**Citizenship:**      United States

**Current Address:**  923 Lipan Street
                      Denver, CO 80204

## APPENDIX 2

In support of its request for expedited processing discussed in Section VI of this request for records, the ACLU of Colorado provides the following list of articles as examples of the widespread media interest in the issues of political surveillance that are implicated by the this request.

**2004**

1.    Jeff Eckhoff and Mark Siebert, Group Fights Anti-war Inquiry, The Des Moines Register, February 7, 2004

2.    Jeff Eckhoff and Mark Siebert, Anti-war Inquiry Unrelated to Terror, The Des Moines Register, February 10, 2004

3.    Monica Davey, An Antiwar Forum in Iowa Brings Federal Subpoenas, New York Times, February 10, 2004

4.    Monica Davey, Subpoenas on Antiwar Protest Are Dropped, New York Times, February 11, 2004

5.    Michelle Goldberg, Outlawing Dissent Part I, Spying on Peace Meetings, Cracking Down on Protesters, Keeping Secret Files on Innocent People – How Bush's War on Terror has Become a War on Freedom, Salon.com, February 11, 2004

6.    Michelle Goldberg, Outlawing Dissent Part II, A Thousand J. Edgar Hoovers, Salon.com, February 15, 2004

7.    Kerri Ginis, Peace Fresno Seeks Damages, The Fresno Bee, February 28, 2004

8.    Mary Beth Sheridan, Interviews of Muslims to Broaden, www.washingtonpost.com, July 17, 2004

9.    Richard Schmitt and Donna Horowitz, FBI Starts to Question Muslims in U.S. About Possible Attacks, latimes.com, July 18, 2004

10.   Karen Abbott, Warnings Precede Party Conventions, Rocky Mountain News, July 24, 2004

11.   Karen Abbott, FBI, Police Visits to Young People Rile ACLU Official, Rocky Mountain News, July 24, 2004

12.   Karen Abbott, FBI Queries Rattle Activist, Rocky Mountain News, July 27, 2004

13.   Karen Abbott, FBI Admits Probe, Rocky Mountain News, July 29, 2004

14.   Karen Abbott, Missouri Activists Dogged by FBI, Rocky Mountain News, July 30, 2004

15.   Jim Hughes, FBI Interviews, Subpoenas Activists, The Denver Post, July 30, 2004

16. Bill Johnson, <u>Scary New Era in U.S. History</u>, Rocky Mountain News, July 31, 2004

17. Kelly Thornton, <u>F.B.I.'s Home Visits Have Some Muslims Feeling Harassed, Alienated</u>, Signonsandiego.com, August 4, 2004

18. Camille T. Taiara, <u>New F.B.I. Witch-Hunt</u>, San Francisco Bay Guardian, August 4-10, 2004

19. Jayashri Srikantiah, <u>Few Benefits to Questioning Targeted Groups</u>, San Francisco Chronicle, August 6, 2004

20. Amy Herdy, <u>Teaching the Silent Treatment</u>, The Denver Post, August 8, 2004

21. Eric Lichtblau, <u>FBI Goes Knocking for Political Troublemakers</u>, The New York Times, August 16, 2004

22. Editorial, <u>FBI Visits Add a Chill</u>, Seattle Post-Intelligencer, August 17, 2004

23. Jim Hughes, <u>Acquitted Muslim Gets Political</u>, The Denver Post, August 18, 2004

24. Eric Lichtblau, <u>Inquiry Into FBI Questioning Sought</u>, The New York Times, August 18, 2004

25. Editorial, <u>FBI Tactics Erode Public's Trust</u>, The Denver Post, August 19, 2004

26. Matthew Rothschild, <u>McCarthyism Watch</u>, The Progressive, August 21, 2004

27. Susan Greene, <u>Activists Decry Pre-Convention Security Tactics</u>, The Denver Post, August 26, 2004

28. Eric Lichtblau, <u>Protestors at Heart of Debate on Security vs. Civil Rights</u>, New York Times, August 27, 2004

29. Eric Lichtblau, <u>Subpoena Seeks Records About Delegate Lists on Web</u>, New York Times, August 30, 2004

30. Alex Bradley and John Mayer, <u>The War at Home: Nationwide Crackdown on Activists Part</u>, saveourliberties.com, September 2, 2004

31. David Shepardson, <u>FBI Agents Hunt for Terror Leads: Agency Combs Muslim Neighborhoods for Help in Preventing Election Day Attack</u>, The Detroit News, October 1, 2004

32. Daily Star Staff, <u>American Arabs Concerned Over FBI's 'October Plan'</u>, www.dailystar.com.1b, October 6, 2004

33. Camille T. Taiara, <u>The Cointelpro – The Feds are Spying on – and Harassing- Political Activists with a Fury not Seen Since the 1960s</u>, The San Francisco Bay, October 20-26, 2004

34. Lou Kilzer, <u>Report on Police Spying Clouded</u>, Rocky Mountain News, November 16, 2004

35. Jim Kirksey, <u>Top Cop Defends Compliance on Spying</u>, The Denver Post, November 19, 2004

36. Larry Abramson, <u>FBI Questioning Political Demonstrators</u>, NPR.org

37. Desiree Hellegers and Laurie Mercier, <u>Red Squads Redux: Portland Activists Mobilize Against the FBI's Joint Terrorism Task Force</u>, CounterPunch, October 31, 2002

38. Robert Dreyfuss, <u>The Cops Are Watching You</u>, American Jewish World Service, May 16, 2002

**2003**


39. Al Knight, <u>A Low Point in Webb's Legacy</u>, The Denver Post, January 5, 2003

40. John Ingold, <u>Police Intelligence Activity Common</u>, The Denver Post, January 5, 2003

41. Amy Herdy, <u>Spy File Scrutiny Unsettles Targets</u>, The Denver Post, January 6, 2003

42. Terje Langeland, <u>Springs Activists Troubled by Spy Files</u>, Colorado Springs Independent, January 9, 2003

43. Editorial, <u>Files Not For the Taking</u>, The Denver Post, January 10, 2003

44. Diane Eicher and Joe Bullard, <u>JOA Doesn't Mean Competition DOA</u>, The Denver Post, January 12, 2003

45. Terje Langeland, <u>Spy Files Downplayed</u>, Colorado Springs Independent, January 16, 2003

46. John C. Ensslin, <u>Public Hearing Urged on 'Spy Files'</u>, Rocky Mountain News, January 17, 2003

47. Amy Herdy, <u>Citizens Urge Panel to Probe Police Spy Files</u>, January 17, 2003

48. Kevin Vaughan, <u>Mares Wants a 'Spy Files' Panel</u>, Rocky Mountain News, January 20, 2003

49. Matt Larson, <u>If Elected Mayor, Mares Would Curb Police Surveillance</u>, The Denver Post, January 20, 2003

50. Kieran Nicholson, <u>Zavaras Vows Review of Spy Files</u>, The Denver Post January 23, 2003

51. <u>Air Force May Have Augmented Spy Files</u>, The Denver Post, January 23, 2003

52. Sue Lindsay, <u>'Spy Files' Intrigue Grows</u>, Rocky Mountain News, January 23, 2003

53. Kevin Vaughan, <u>Spy Plan Slammed</u>, Rocky Mountain News, January 23, 2003

54. Brian D. Crecente, <u>Watchdog Proposed</u>, Rocky Mountain News, January 23, 2003

55. Katha Pollitt, <u>They Know When You Are Sleeping</u>, The Nation, January 27, 2003

56. Judith Graham, <u>Denver's Secret Files on Citizens Arouse Outrage</u>, Chicago Tribune, January 27, 2003

57.   Daniel Brogan, Spying on the Latest Spy File, 5280 Magazine, February/March 2003

58.   Amy Herdy, Court Hears Spy-Files Arguments, The Denver Post, February 4, 2003

59.   Kevin Vaughan, Cops Accused of Spying on Journalists, Rocky Mountain News, February 4, 2003

60.   Amy Herdy, City Reportedly Vetoed Spy-Files Settlement, The Denver Post, February 7, 2003

61.   Kevin Vaughan, Group Plans to Grade Candidates on 'Spy Files', Rocky Mountain News, February 7, 2003

62.   Kevin Vaughan, Deal on 'Spy Files' is Elusive, Rocky Mountain News, February 7, 2003

63.   Owen S. Good, CB Lands Man in Spy Files, Rocky Mountain News, February 8, 2003

64.   John Ingold and Amy Herdy, Activist Blames Spy Files on Bias, The Denver Post, February 9, 2003

65.   Kevin Vaughan, Spy Case Forced a Fresh Face, Rocky Mountain News, February 11, 2003

66.   Editorial, Let Spy Hearings Begin, The Denver Post, February 10, 2003

67.   Kevin Vaughan, Cost of 'Spy Files' Dispute" $118,000, Rocky Mountain News, February 15, 2003

68.   Kevin Vaughan, Did Spies Attend 'Spy Files' Rally?, Rocky Mountain News, February 19, 2003

69.   Kevin Vaughan, Trench Coat Mafia in 'Spy Files', Rocky Mountain News, February 20, 2003

70.   Kevin Vaughan, Some Doubt Police will Cease Spying, Rocky Mountain News, February 21, 2003

71.   Amy Herdy, New Spy-File Policy Challenged, The Denver Post, February 21, 2003

72.   Kevin Vaughan, 'Spy Files' Settlement Stuck?, Rocky Mountain News, February 28, 2003

73.   Cindy Brovsky, Webb Tackles Spy-files Lawsuit, The Denver Post, February 28, 2003

74.   Editorial, 'Spy Files' Suit Asking Too Much, Rocky Mountain News, March 1, 2003

75.   Editorial, So Settle It, Already, The Denver Post, March 3, 2003

76.   Amy Herdy, City, ACLU Ordered to Settle 'Spy' Suit, The Denver Post, March 6, 2003

77.  Kevin Vaughan, <u>Pursuing a 'Spy Files' Settlement</u>, Rocky Mountain News, March 6, 2003

78.  Amy Herdy, <u>Denver Yet to Conduct 'Spy Files' Audit</u>, The Denver Post, March 7, 2003

79.  Kevin Vaughan, <u>Denver, ACLU Attempt to Settle</u>, Rocky Mountain News, March 11, 2003

80.  Kieran Nicholson, <u>'Spy Files Talks End With No Agreement</u>, The Denver Post, March 11, 2003

81.  Al Knight, <u>Don't Give an Inch, Denver</u>, The Denver Post, March 12, 2003

82.  Kevin Vaughan, <u>Sleuthing Out a Settlement</u>, Rocky Mountain News, March 12, 2003

83.  John Ingold, <u>'Spy Files' Negotiations Continue</u>, The Denver Post, March 13, 2003

84.  Kevin Vaughan, <u>'Spy Files' Panel Subpoenas Police</u>, Rocky Mountain News, March 13, 2003

85.  Kevin Vaughan, <u>Mayoral Hopeful Tackles 'Spy Files'</u>, Rocky Mountain News, March 15, 2003

86.  Gail Bundy, <u>It's Denver's Job to Restore Trust Broken by Spy Files</u>, The Denver Post, March 24, 2003

87.  <u>Denver to Halt 'Spy Files' on Peaceful Organizers</u>, Reuters, April 17, 2003

88.  <u>Denver Police to Stop Files On Protesters</u>, New York Times, April 18, 2003

89.  Kevin Vaughan, <u>Police Will Still Gather Intelligence</u>, Rocky Mountain News, April 18, 2003

90.  Mike McPhee, <u>Police Outline 'Spy File' Revamp</u>, The Denver Post, April 18, 2003

91.  Editorial, <u>Shameful 'Spy' Episode Over</u>, The Denver Post, April 19, 2003

92.  Editorial, <u>Spy File Settlement Too Long in Coming</u>, Rocky Mountain News, April 22, 2003

93.  Kevin Vaughan, <u>Board Leans On 4 Cops</u>, Rocky Mountain News, April 25, 2003

94.  Jim Spencer, <u>Ugly History of Spy Files Must Live On</u>, The Denver Post, April 25, 2003

95.  John Ingold, <u>Detectives Subpoenaed on 'Spy Files'</u>, The Denver Post, April 27, 2003

96.  Robert Sanchez, <u>Rivals Drub Absent Zavaras</u>, Rocky Mountain News, April 29, 2003

97.  Owen S. Good, <u>Papers Hint 'Spy' Info Shared With FBI, Lawyer Says</u>, Rocky Mountain News, April 29, 2003

98.   Terje Langeland, <u>New 'Spy File' Revelations</u>, Colorado Springs Independent, May 1, 2003

99.   Opinion, <u>'Spy Files' Concessions Not Minor</u>, Rocky Mountain News, May 4, 2003

100.  <u>Police 'Spy Files' Agreement Finalized</u>, The Denver Post, May 8, 2003

101.  Terje Langeland, <u>FBI Embroiled in 'Spy Files'</u>, Colorado Springs Independent, May 8, 2003

102.  Joel Warner, <u>CU Police Helped Fill Spy Files</u>, Boulder Weekly, May 8, 2003

103.  Mike McPhee, <u>'Spy Files' Shared with FBI, Others</u>, The Denver Post, May 16, 2003

104.  Brian D. Crecente, <u>Denver Controls 'Spy Files'</u>, Rocky Mountain News, May 16, 2003

105.  Kieran Nicholson, <u>Contempt Citations Loom Via Spy Files</u>, The Denver Post, May 16, 2003

106.  Amy Hebert, <u>CU Police Contributed to 'Spy files'</u>, The Daily Camera, May 18, 2003

107.  <u>Denver 'Spy Files' Have CU Police Data</u>, The Denver Post, May 19, 2003

108.  <u>'Spy Files' Contain Data From CU Police</u>, Rocky Mountain News, May 19, 2003

109.  Berny Morson, <u>'Spy' Report Irks Group</u>, Rocky Mountain News, May 20, 2003

110.  Jim Kirksey, <u>Police Doubted Spy Files' Legality as Early as 2000</u>, The Denver Post, May 21, 2003

111.  Ann Davis, <u>Data Collection is Up Sharply Following 9/11</u>, Wall Street Journal, May 22, 2003

112.  Val Phillips, <u>Spy Files Case Settled</u>, American Friends Service Committee Newsletter, Summer 2003

113.  Mark Cohen, <u>Police Intelligence and Other Oxymorons</u>, Social Anarchism, Summer 2003

114.  Scott Bortnick, <u>Candidates:  Preserve 'Spy Files' to Learn from Mistakes</u>, The Denver Post, June 1, 2003

115.  Kevin Vaughan, <u>City Doesn't Fear Rash of 'Spy Files' Lawsuits</u>, Rocky Mountain News, July 30, 2003

116.  George Merritt, <u>Safety Panel Urges 'Spy Files' Inquiry</u>, The Denver Post, August 22, 2003

117.  Patricia Calhoun, <u>Why Spy?</u>, Westword, September 25, 2003

118.  Sue Lindsay, <u>ACLU is Suing City over Work of FBI</u>, Rocky Mountain News, October 16, 2003

119.  April M. Washington, <u>Police Fail to Meet 'Spy Files' Deadline</u>, Rocky Mountain News, October 18, 2003

120.  Lino Lipinsky, <u>'Spy Files Statements Mischaracterized</u>, Rocky Mountain News, October 29, 2003

121.  Eric Lichtblau, <u>F.B.I. Scrutinizes Antiwar Rallies</u>, The New York Times, November 23, 2003

122.  Curt Anderson, <u>FBI Publicly Denies Spying on Protesters</u>, Associated Press, November 26, 2003

123.  Terje Langeland, <u>FBI Spying Widespread</u>, Colorado Springs Independent, December 4-10, 2003

124.  Berny Morson, <u>Cops Defend Use of 'Spy' Tactics</u>, Rocky Mountain News, December 27, 2003

## 2002

125.  <u>ACLU:  Police Illegally Monitor Protest Groups</u>, The Associated Press, March 11, 2002

126.  Robert Weller, <u>Denver Police Accused of Tracking Protest Groups</u>, Associated Press, March 11, 2002

127.  Peggy Lowe and Sarah Huntley, <u>Council to Consider Civil Rights Resolution</u>, Rocky Mountain News, March 12, 2002

128.  Sean Kelly, <u>Police 'Spy Files' Assailed</u>, The Denver Post, March 12, 2002

129.  Sarah Huntley, <u>Cops have 'Spy Files,' Groups Say</u>, Rocky Mountain News, March 12, 2002

130.  Sean Kelly, <u>Cities Share Protester Files</u>, The Denver Post, March 13, 2002

131.  Editorial, <u>Is Big Brother Back?</u>, The Denver Post, March 13, 2002

132.  Editorial, <u>Over-Eager Police Probes</u>, Rocky Mountain News, March 13, 2002

133.  <u>Denver Police Files Raise Rights Concerns</u>, New York Times, March 14, 2002

134.  Michael Riley, <u>Limits on Terror Fight Eyed</u>, The Denver Post, March 15, 2002

135.  Peggy Lowe, <u>Civil Liberties Proposal Expands to Include 'Spy Files' Restriction</u>, Rocky Mountain News, March 15, 2002

136.  Carol Kreck, <u>Chiefs Seeking Inside Info</u>, The Denver Post, March 15, 2002

137.  Editorial, <u>Letting Freedom Reign</u>, The Denver Post, March 15, 2002

138.  Editorial, <u>Release the Spy File Names</u>, Rocky Mountain News, March 15, 2002

139.  John C. Ensslin, <u>ACLU Urges City to Unlock 'Spy Files'</u>, Rocky Mountain News, March 15, 2002

140.  Building Bridges, Progressive Politics Network News, March 15, 2002

141.  Editorial, Don't Handcuff the Police, The Denver Post, March 16, 2002

142.  John C. Ensslin, Don't Destroy 'Spy Files,' ACLU Tells City, Rocky Mountain News, March 16, 2002

143.  Diane Carman, 'Secret' Surveillance Worthy of Keystone Kops, The Denver Post, March 17, 2002

144.  Allison Sherry, Activists: Police Files Will Hurt Free Speech, The Denver Post, March 17, 2002

145.  Chuck Green, Action, Please, on City's Spy Files, The Denver Post, March 17, 2002

146.  Barry Bortnick, Rights Groups Rarely Watched, Springs Police Say, The Gazette, March 18, 2002

147.  Peggy Lowe, Council Resolution Opposes Police Spying, Rocky Mountain News, March 19, 2002

148.  Diane Carman, Speak Out, Get a Police Escort, The Denver Post, March 19, 2002

149.  Sean Kelly, Webb has Police Scrambling, The Denver Post, March 20, 2002

150.  Sarah Huntley, Police Reject Activist's Request for Peek at 'Spy File', Rocky Mountain News, March 20, 2002

151.  Cartoon, My Secret Denver Police Department "Spy File" ..., Westword, March 21-27, 2002

152.  Commentary - Mary Ellen McNich and Paul Lacey, Quaker Group Defends Acts of Dissent, The Denver Post, March 21, 2002

153.  Sarah Huntley, Illegal Police Search Bolstered Spy Files, ACLU Says, Rocky Mountain News, March 22, 2002

154.  Cindy Brovsky, Webb Picks 2 to Review Denver Cops' 'Spy Files', The Denver Post, March 22, 2002

155.  Peggy Lowe, Ex-Judges to Oversee Police Spy Files Inquiry, Rocky Mountain News, March 22, 2002

156.  Julie Cart, Denver Police Spied on Activists, ACLU Says, Los Angeles Times, March 22, 2002

157.  Jeff Kass and Peggy Lowe, ACLU Requests Information on Police 'Spy Files', Rocky Mountain News, March 26, 2002

158.  John Ingold, ACLU Wants Police Department's Secret Files, The Denver Post, March 26, 2002

159.  John C. Ensslin, Judicial Panel to Meet With Targets of Spying, Rocky Mountain News, March 27, 2002

160.  Editorial, Files Belong to Spied-Upon, The Denver Post, March 27, 2002

8

161. Peggy Lowe, <u>No Sanction Power for Spy-Files Panel</u>, Rocky Mountain News, March 28, 2002

162. Pamela White and David Chase, <u>Are You a Terrorist</u>?, Boulder Weekly, March 28-April 4, 2002

163. Stephen Nash, <u>Lawsuit Filed to Prevent Cover-Up of Spy Files</u>, End the Politics of Cruelty, March 29, 2002

164. Nick Groke, <u>Diverse Group Decries 'Spy Files'</u>, The Denver Post, April 22, 2002

165. Ari Armstrong, <u>LP Joins Protest of Police Files</u>, Colorado Liberty, May 2002

166. Al Knight, <u>Police Policies are Sound</u>, The Denver Post, May 12, 2002

167. Glenn T. Morris, <u>Let Public See the 'Spy Files'</u>, The Denver Post, May 12, 2002

168. Sean Kelly, <u>Hearing set Tuesday on 'Spy Files' Revisions</u>, The Denver Post, May 13, 2002

169. Sean Kelly, <u>Nonviolent Protesters Might See 'Spy Files'</u>, The Denver Post, May 15, 2002

170. Brian D. Crecente, <u>'Spy File' Changes Fall Short, Critics Say</u>, Rocky Mountain News, May 15, 2002

171. Michael A. deYoanna, <u>Public Decries 'Spy Files'</u>, Colorado Daily, May 16, 2002

172. Robert Dreyfuss, <u>The Cops are Watching You</u>, The Nation, June 3, 2002

173. Carol Kreck, <u>'Spy File' Disposal Advised</u>, The Denver Post, July 2, 2002

174. Peggy Lowe and Sarah Huntley, <u>Panel says Denver Should Destroy Police 'Spy Files'</u>, Rocky Mountain News, July 3, 2002

175. Carol Kreck, <u>Police 'Spy Files' Called Harassment</u>, The Denver Post, July 3, 2002

176. Peggy Lowe, <u>Activists Slam Report on Spy Files</u>, Rocky Mountain News, July 4, 2002

177. John Ingold, <u>Throw Out Spy Files, Judges Say</u>, The Denver Post, July 4, 2002

178. Editorial, <u>Don't Destroy Spy Files, Release Them</u>, Rocky Mountain News, July 5, 2002

179. Editorial, <u>Fair End to 'Spy' Files</u>, The Denver Post, July 5, 2002

180. Marc J. Montoya, <u>Political Activist Blasts Panel's Recommendation on 'Spy Files'</u>, Rocky Mountain News July 17, 2002

181. Carol Kreck, <u>Department-Wide Policy on Police Surveillance Urged</u>, The Denver Post, July 17, 2002

182. The Associated Press, <u>Webb Won't Destroy Files</u>, The Gazette, July 23, 2002

183. Peggy Lowe, <u>"Spy Files' Won't be Destroyed</u>, Rocky Mountain News, July 23, 2002

184. Carol Kreck, <u>Webb Won't Destroy Controversial 'Spy Files'</u>, The Denver Post, July 23, 2002

185. Editorial, <u>Keep Files, Notify Subjects</u>, The Denver Post, July 26, 2002

186. Speakout - Mark Cohen, <u>'Spy Files' Moves Mostly Unacceptable</u>, Rocky Mountain News, July 29, 2002

187. Brent Boyer, <u>'Spy Files' to get 60-da7 Review</u>, The Denver Post, August 2, 2002

188. Michael BeDan, <u>Eye Spy: Police Files Can be Seen</u>, Rocky Mountain News, August 2, 2002

189. Opinion, <u>Big Brother's Semi-Bungle</u>, The Denver Post, August 5, 2002

190. <u>Procedures Establish for Those who Want to Know if Their Names Appear in Files</u>, www.denvergov.org , August 5, 2002.

191. Patricia Calhoun, <u>Smart Bombs – There's Nothing Intelligent About the Way the DPD Kept its Spy Files</u>, Westword, August 22, 2002

192. Karen Abbott, <u>Feds Interested in Cases Among 'Spy Files'</u>, Rocky Mountain News, August 29, 2002

193. Carol Kreck, <u>Activists Anxious to View Police Files</u>, The Denver Post, September 2, 2002

194. Michael BeDan and John C. Ensslin, <u>Spy-File Release no Clancy Thriller</u>, Rocky Mountain News, September 4, 2002

195. Bill Johnson, <u>The Few ... the Proud ... the Guys on City's Spy List</u>, Rocky Mountain News, September 4, 2002

196. Carol Kreck, <u>Hundreds Log Requests to see Cops' 'Spy Files'</u>, The Denver Post, September 4, 2002

197. Patricia Calhoun, <u>Why Spy?</u> Westword, September 5 -11, 2002

198. Sarah Huntley, <u>Police Catch up on Backlog of 'Spy Files'</u>, Rocky Mountain News, September 5, 2002

199. Ari Armstrong, <u>Denver Spy Files Target Libertarian Party</u>, The Colorado Freedom Report, September 6, 2002

200. Sarah Huntley, <u>Greens Criticize Cops for Spy Files</u>, Rocky Mountain News, September 7, 2002

201. Carol Kreck, <u>People Named in 'Spy Files' Feel Left in Dark</u>, The Denver Post, September 8, 2002

202. Tom Gorman, <u>Denver in an Uproar Over Police 'Spy' Files</u>, Los Angeles Times, September 10, 2002

203. Peter Blake, <u>Activist says 'Spy Files' Procedure is Suspect</u>, Rocky Mountain News, September 11, 2002

204. Letters to Editor, <u>Binge and Purge Active Imagination</u>, Westword, September 12, 2002

10

205.  Ben Jacklet, The Secret Watchers, Portland Tribune, September 13, 2002

206.  Maxine Bernstein, James Long and Henry Stern, Decades – Old Surveillance Files Surface, The Oregonian, September 13, 2002

207.  Ben Jacklet and Anna Skinner, The Wild, the Weird and the Plain Silly, Portland Tribune, September 13, 2002

208.  Ben Jacklet, Hidden Files Reveal Spying by Police, Portland Tribune, September 13, 2002

209.  Ben Jacklet, 'It Should be Noted', Portland Tribune, September 17, 2002

210.  Jim Redden, Tumultuous Times Fattened the Files, Portland Tribune, September 17, 2002

211.  John Ingold, Police Locate More 'Spyfiles' in Search Connected With Suit, The Denver Post, September 17, 2002

212.  Brian D. Crecente, More Spy Files Found, Rocky Mountain News, September 17, 2002

213.  More 'Spy Files' Found in Denver, The Denver Post, September 18, 2002

214.  Spy-File Follies, Act II, The Denver Post, September 18, 2002

215.  Patricia Calhoun, Last But Not Yeast – The DPD's Binge-and-Purge Problem Continues, Westword, September 19, 2002

216.  Ben Jacklet, A Legacy of Suspicion, Portland Tribune, September 20, 2002

217.  Helen Silvis, Native Americans Keenly Felt Police Heat, Portland Tribune, September 20, 2002

218.  Ari Armstrong, Self-Defense Groups Subject of Denver Police Files, The Colorado Freedom Report, September 20, 2002

219.  Comments from Viewers, Portland Tribune, September 23, 2002

220.  The Secret Watchers – See for Yourself, Portland Tribune, September 23, 2002

221.  Ben Jacklet, Portland's Muslims Feel all Eyes on Then – Then and Now, Portland Tribune, September 24, 2002

222.  Denver Police Department, Purged Intelligence File Review Procedures, www.denvergov.org, September 24, 2002

223.  Carol Kreck, Police to Share GangNet Database, The Denver Post, September 24, 2002

224.  Ben Jacklet, In Case you Were Wondering, Portland Tribune, September 27, 2002

225.  Jim Redden, Spying on Trial, Portland Tribune, September 27, 2002

226.  John Ingold, Latest Hunt for Spy Files Decried, The Denver Post, October 6, 2002

227.  Vladimir Kovalev, Exiting a Dangerous Road, Rocky Mountain News, October 9, 2002

228. Kevin Vaughn, Pro-Gun Protester Wins Lawsuit, Rocky Mountain News, October 10, 2002

229. Sue Lindsey, ACLU: City Using Legal Device as Spy Tool, Rocky Mountain News, October 17, 2002

230. Carol Kreck and Kieran Nicholson, ACLU Aims to Protect Spy-File Figures' Pasts, The Denver Post, October 17, 2002

231. Carol Kreck, 526 Spy-File Subjects Named, The Denver Post, October 18, 2002

232. Sarah Huntley and Karen Abbott, ACLU Stirs Spy-File Pot, Rocky Mountain News, October 19, 2002

233. Spy Files Update, ACLU of Colorado Newsletter, November 2002

234. Carol Kreck, Police Sending Letters on Spy Files, The Denver Post, November 3, 2002

235. Patricia Calhoun, Piles of Files, Westword, November 14, 2002

236. Terje Langeland, Springs Police Spied on Local Activists, Colorado Springs Independent, November 21, 2002

237. Barry Noreen, Springs Police Spied on Protesters, Colorado Springs Gazette, November 22, 2002

238. Karen Abbott and Dick Foster, ACLU Lobs Spy Charge Against Springs Police, Rocky Mountain News, November 22, 2002

239. Erin Emery, Springs Cops Contributed to 'Spy Files', The Denver Post, November 22, 2002

240. Terje Langeland, Answers Sought on "Spy Files", Colorado Springs Independent, November 28, 2002

241. Terje Langeland, Police Fighting to Keep 'Spy Files' Secret, Colorado Springs Independent, December 5, 2002

242. Peggy Lowe, Kevin Vaughan, John C. Ensslin, Spy Files Lacked Consistent Rules, Rocky Mountain News, December 18, 2002

243. Amy Herdy and Carol Kreck, Spies With City Badges, The Denver Post, December 18, 2002

244. Terje Langeland, Police Targeted American Indians, Colorado Springs Independent, December 19, 2002

245. Peggy Lowe, Court Orders Keep Bureau Hopping, Rocky Mountain News, December 19, 2002

246. Amy Herdy and Carol Kreck, 'Spy Filed' Target Seeks Scrutiny of Cops, The Denver Post, December 19, 2002

247. Sue Lindsay, ACLU Expands 'Spy File' Probe to Other Police Departments, Rocky Mountain News, December 19, 2002

248.  John C. Ensslin and Peggy Lowe, 'Spy Files' Turn Political, Rocky Mountain News, December 19, 2002

249.  Kevin Vaughn, Spy Files Oversight Debated, Rocky Mountain News, December 19, 2002

250.  Editorial, Police Snoops Lacked Leash, The Denver Post, December 19, 2002

251.  Groups Including in Police 'Spy Files', The Denver Post, December 19, 2002

252.  Amy Herdy, Group Asks Costs of Police Spy Files, The Denver Post, December 20, 2002

253.  Kevin Vaughn, Request for Police Records Called "Fishing Expedition', December 20, 2002

254.  Editorial, Judges Investigation 'Spy Files' Fell Short, Rocky Mountain News, December 20, 2002

255.  Peggy Lowe, Coalition Seeks Audit of Police, City Attorney, Rocky Mountain News, December 20, 2002

256.  Ford Fessenden with Michael Moss, Going Electronic, Denver Reveals Long-Term Surveillance, New York Times, December 21, 2002

257.  Amy Herdy, Mayoral Candidates Weigh in on Police Spy Files, The Denver Post, December 22, 2002

258.  Owen S. Good, Zavaras:  Spy File Abuse a Surprise, Rocky Mountain News, December 23, 2002

259.  Amy Herdy, Zavaras:  Police had Spy Policy, The Denver Post, December 23, 2002

260.  Amy Herdy, Police Chief Seeks Internal Spy-Files Probe, The Denver Post, December 24, 2002

261.  Editorial, Try Spy Case in Court, The Denver Post, December 24, 2002

262.  Editorial, Accountability – What a Concept!, Rocky Mountain News, December 24, 2002

263.  Peggy Lowe, Mares to Aid 'Spy files' Probe, Rocky Mountain News, December 25, 2002

264.  Amy Herdy, Post Seeks Full Disclosures of Police Spy Files, The Denver Post, December 27, 2002

265.  Open Forum, Mark Silverstein, Not About the Past, The Denver Post, December 30, 2002

266.  Open Forum, Mark Schneider, Diverting the Issue, The Denver Post, December 30, 2002

267.  Open Forum, Richard Myers, Tip of the Iceberg, The Denver Post, December 30, 2002

268.    Jim Redden, <u>City Finds that FBI Ties are Blinding Ones,</u> Portland Tribune, Fall of 2002

269.    Ben Jacklet, <u>Report Earnestly Detailed Low-Key Event</u>, Portland Tribune, Fall 2002

270.    <u>Targets of Surveillance</u>, Portland Tribune, Fall 2002

271.    <u>About the Series</u>, Portland Tribune, Fall 2002