IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-CV-1004 |

# EXHIBIT D



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

December 23, 2004

Ms. Ann Beeson
American Civil Liberties Union
18th Floor
125 Broad Street
New York, NY 10004-2400

Request No.: 1010242- 000
Subject: American Civil Liberties Union/
January 1, 2000 to Present

Dear Ms. Beeson:

- ☒ This acknowledges receipt of your Freedom of Information Act (FOIA) requests to FBI Headquarters (HQ), and the New York (NY), Los Angeles (LA), and Washington (WF) Field Offices. Your requests were forwarded from the NY, LA and WF Field Offices to HQ and will be handled in conjunction with your HQ request.

- ☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

- ☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

- ☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

- ☐ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

- ☐ Processing delays have been caused by the large number of requests received by the FOIA. We will process your request(s) as soon as possible.

Your requests have been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division