IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1004 |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT E

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| \multicolumn{9}{c}{**12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS**<br>**STATUS AS OF 7/1/2005**<br>1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–<br>Disclosure<br>**PAGE COUNTS ARE ONLY APPROXIMATE**} |
| **DATE** | **REQUESTER** | **LETTER #/Office** | **REQUEST NO** | **SUBJECT** | **Pages** | **STATUS** | **EXPEDITION DECISION** | **REASON FOR EXPEDITION DECISION** |
| 12/02/04 | **Ann Beeson/ ACLU** | **FBIHQ** | 1010242 | American Civil Liberties and the American Civil Liberties Union Foundation (ACLU) | 1,173 | 3 | DENIED by letter dated 5/25/05 | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | | 1010245 | Greenpeace | 2,383 | 6 | DENIED by letter dated 5/25/05 | " |
| | **Ann Beeson/ ACLU Continued** | | 1010246 | Muslim Public Affairs Council (MPAC) | 274 | 10 | DENIED by letter dated 5/25/05 | " |

**Exhibit E to Hardy Declaration**                                            **Page 1**

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS STATUS AS OF 7/1/2005 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure PAGE COUNTS ARE ONLY APPROXIMATE | | | | | | | | |
|------|-----------|----------------|----------------|---------|-------|--------|----------------------|-----------------------------------|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| | | | 1010249 | NJTTF | Min. 13,000 | Request to negotiate letter sent 6/29/05 | DENIED by letter dated 6/6/05 | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | Ann Beeson/ ACLU Continued | New York | | American Civil Liberties Union and the American Civil Liberties Union Foundation (ACLU) | 1,173 | 3 | DENIED by letter dated 5/25/05 | " |
| | | | | Greenpeace | 2383 | 6 | DENIED by letter dated 5/25/05 | " |

**Exhibit E to Hardy Declaration**                                                                 **Page 2**

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS STATUS AS OF 7/1/2005 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue; 5–File Check-In Queue; 6–T-Drive; 7–WPU Scan; 8–b7A issues; 9–Closed; 10–Disclosure PAGE COUNTS ARE ONLY APPROXIMATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| | **Ann Beeson/ ACLU Continued** | | | Muslim Public Affairs Council (MPAC) | 274 | 10 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | **Los Angeles** | | American Civil Liberties and the American Civil Liberties Union Foundation (ACLU) | 1173 | 3 | DENIED by letter dated 5/25/05 | " |
| | | | | Greenpeace | 2383 | 6 | DENIED by letter dated 5/25/05 | " |

**Exhibit E to Hardy Declaration**                                                                 **Page 3**

| | | | | 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS<br>STATUS AS OF 7/1/2005<br>1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure<br>PAGE COUNTS ARE ONLY APPROXIMATE | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| | | | | Muslim Public Affairs Council (MPAC) | 274 | 10 | DENIED by letter dated 5/25/05 | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | Ann Beeson/ ACLU Continued | WFO | | American Civil Liberties and the American Civil Liberties Union Foundation (ACLU) | 1173 | 3 | DENIED by letter dated 5/25/05 | " |
| | | | | Greenpeace | 2383 | 6 | DENIED by letter dated 5/25/05 | " |

**Exhibit E to Hardy Declaration**                                                                 **Page 4**

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS STATUS AS OF 7/1/2005 1-Search Queue; 2-Scope Queue; 3-Date Ready; 4-Order Queue; 5-File Check-In Queue; 6-T-Drive; 7-WPU Scan; 8-b7A issues; 9-Closed; 10-Disclosure PAGE COUNTS ARE ONLY APPROXIMATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| | **Ann Beeson/ ACLU Continued** | | | Muslim Public Affairs Council (MPAC) | 274 | 10 | DENIED by letter dated 5/25/05 | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | 6-Boston | 1010244 | Code Pink | No Records | 9 | DENIED by letter dated 5/25/05 | " |
| | | | 1010248 | United for Peace and Justice (UFPJ) | 6 | 9 (Release made on 6/27/05) | DENIED by letter dated 5/25/05 | " |

**Exhibit E to Hardy Declaration**                                            **Page 5**

| \ | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS** <br> **STATUS AS OF 7/1/2005** <br> 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue; 5–File Check-In Queue; 6-T-Drive; 7–WPU Scan; 8–b7A issues; 9–Closed; 10-Disclosure <br> **PAGE COUNTS ARE ONLY APPROXIMATE** | | | | | | | | |
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| | **Ann Beeson/ ACLU Continued** | **7-Richmo nd** | 1010247 | People for the Ethical Treatment of Animals (PETA) | No Records | 9 | DENIED by letter dated 5/25/05 | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | **8-San Francis co** | 1010243 | The American - Arab Anti-Discrimination Committee (ADC) | 0 | 10 | DENIED by letter dated 5/25/05 | " |
| | **Ann Beeson/ ACLU Continued** | **9-Detroit** | | The American-Arab Anti-Discrimination Committee (ADC) | 64 | 10 | DENIED by letter dated 5/25/05 | " |

**Exhibit E to Hardy Declaration**          **Page 6**

| | | | | 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS<br>STATUS AS OF 7/1/2005<br>1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure<br>PAGE COUNTS ARE ONLY APPROXIMATE | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| 12/02/04 | **Andrea R. Myer/ ACLU** | **1**<br>**Subjects of request for Portland only.** | 1010270 | The American Civil Liberties Union of Oregon aka the American Civil Liberties Union; ACLU | | 9 | DENIED 4/6/05 | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | **Andrea R. Myer/ ACLU Continued** | | 1010273 | American Friends Service Committee aka AFSC | | 9 | | " |
| | | | 1010275 | Oregon Wildfire Federation | | 9 | | " |
| | | | 1010278 | David J. Fidanque aka David Joseph Fidanque | | 9 | | " |

**Exhibit E to Hardy Declaration**                                                    **Page 7**

**12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS**
**STATUS AS OF 7/1/2005**
1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6-T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure
**PAGE COUNTS ARE ONLY APPROXIMATE**

| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
|---|---|---|---|---|---|---|---|---|
| | | | 1010276 | Back to the Wall aka The Wall | | 9 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | | 1010280 | Daniel Handelman | | 9 | | " |
| | | | 1010282 | Matt Rossell | | 9 | | " |
| | | | 1010279 | William R. Seaman | | 9 | | " |
| | | | 1010271 | Portland Peaceful Response Coalition aka PPRC | | 9 (closed on 6/13/05 ) | | " |

**Exhibit E to Hardy Declaration**                                                    **Page 8**

Exhibit E to Hardy Declaration

**12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS**
**STATUS AS OF 7/1/2005**
1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue; 5–File Check-In Queue; 6–T-Drive; 7–WPU Scan; 8–b7A issues; 9–Closed; 10–Disclosure
**PAGE COUNTS ARE ONLY APPROXIMATE**

| DATE | REQUESTER | LETTER ##/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
|---|---|---|---|---|---|---|---|---|
| | | | 1010281 | Martin Gonzalez | | 9 | | " |
| | Andrea R. Myer/ ACLU Continued | | 1010274 | In Defense of Animals aka IDA | | 9 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . . ." |
| | | | 1010304 | Shahriar S. Ahmed | | 10 | | " |

Page 9

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS STATUS AS OF 7/1/2005 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue; 5–File Check-In Queue; 6–T-Drive; 7–WPU Scan; 8–b7A issues; 9–Closed; 10-Disclosure PAGE COUNTS ARE ONLY APPROXIMATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
|  | **Andrea R. Myer/ ACLU Continued** |  | 1010303 | Alaa Abunijem |  | 4 |  | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
|  |  |  | 101027 2-1 | Peace and Justice Works aka PJW |  | 10 |  | " |
|  |  |  | 1010302 | Joseph Keating |  | 9 |  | " |
|  | **Andrea R. Myer/ ACLU Continued** |  | 101027 7-1 | Islamic Center of Portland, Masjed AS-Saber aka ICPMA |  | 3 |  | " |

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS STATUS AS OF 7/1/2005 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6-T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10-Disclosure PAGE COUNTS ARE ONLY APPROXIMATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
|  | **Andrea R. Myer/ ACLU Continued** |  | 1010283 | Connie Durkee |  | 10 |  | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| 12/02/04 | **Michael Steinberg/ ACLU** | **Subjects of the request for Detroit only.** | 1010250 | The American Civil Liberties Union of Michigan |  | 9 | DENIED 4/6/05 | " |

**Exhibit E to Hardy Declaration**                                                                 **Page 11**

| | 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS |
|---|---|

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS |
|---|
| STATUS AS OF 7/1/2005 |
| 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6-T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure |
| PAGE COUNTS ARE ONLY APPROXIMATE |

| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
|---|---|---|---|---|---|---|---|---|
| | **Michael Steinberg/ ACLU Continued** | | 1010251 | Direct Action | | 10 Assigned to QRT 6/29 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | **Michael Steinberg/ ACLU Continued** | | 1010253 | Life for Relief and Development aka LIFE | | 10 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |

**Exhibit E to Hardy Declaration**                                                  **Page 12**

| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
|---|---|---|---|---|---|---|---|---|
| | | | | **12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS**<br>**STATUS AS OF 7/1/2005**<br>1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure<br>PAGE COUNTS ARE ONLY APPROXIMATE | | | | |
| | **Michael Steinberg/ ACLU Continued** | | 1010255 | Students Allied for Freedom and Equality aka SAFE | | 9 | | " |
| | | | 1010254 | National Lawyers Guild (Detroit Chapter) | | 9 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | | 1010257 | Peace Action of Michigan | | 9 | | " |
| | | | 1010256 | Students for Economic Justice | | 9 | | " |

**Exhibit E to Hardy Declaration**                                                   **Page 13**

| | 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS |
|---|---|
| | STATUS AS OF 7/1/2005 |
| | 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure |
| | PAGE COUNTS ARE ONLY APPROXIMATE |

| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
|---|---|---|---|---|---|---|---|---|
| | | | 1010252 | Ann Arbor Area Committee for Peace | | 9 | | " |
| 12/02/04 | **Mark Silverstein /ACLU** | **1–Denver** | 1010314 | Ancient Forest Rescue | | 9 | DENIED 4/6/05 | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | | 1010324-001 | Kirsten Atkins aka Dirsten | | 10 | | " |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS**<br>**STATUS AS OF 7/1/2005**<br>**1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6-T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10-Disclosure**<br>**PAGE COUNTS ARE ONLY APPROXIMATE** |
| **DATE** | **REQUESTER** | **LETTER #/Office** | **REQUEST NO** | **SUBJECT** | **Pages** | **STATUS** | **EXPEDITION DECISION** | **REASON FOR EXPEDITION DECISION** |
| | **Mark Silverstein /ACLU Continued** | | 1010308 | American Friends Service Committee aka AFSC | | 9 | | " |
| | | | 1010307 | Denver Justice and Peace Committee, INC. aka DJPC | | 10 | | " |
| | | | 1010313 | American Indian Movement of Colorado aka AIM | | 10 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | | 1010347 | Christopher Riederer | | 10 | | " |

**Exhibit E to Hardy Declaration**                                                    **Page 15**

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS<br>STATUS AS OF 7/1/2005<br>1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure<br>PAGE COUNTS ARE ONLY APPROXIMATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| | | | 1010344 | Scott Silber | | 9 | | " |
| | | | 1010326 | Mark Cohen | | 9 | | " |
| | | | 1010305 | Rocky Mountain Animal Defense | | 10 | | " |
| | | | 1010327 | Pavolos Stavropoulos | | 9 | | " |
| | | | 1010316 | Dandelion Center | | 9 | | " |
| | | | 1010343 | Sara Bardwell | | 9 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |

**Exhibit E to Hardy Declaration**                                                **Page 16**

| | 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS STATUS AS OF 7/1/2005 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure PAGE COUNTS ARE ONLY APPROXIMATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **DATE** | **REQUESTER** | **LETTER #/Office** | **REQUEST NO** | **SUBJECT** | **Pages** | **STATUS** | **EXPEDITION DECISION** | **REASON FOR EXPEDITION DECISION** |
| 1 | **Mark Silverstein /ACLU Continued** | | 1010309 | Colorado Campaign for Middle East Peace | | 3 | | " |
| | | | 1010315 | Transform Columbus Day aka TCD | | 9 | | " |
| | | | 1010321 | Citizens for Peace in Space aka CPIS | | 9 | | " |
| | | | 1010325 | William Sulzman | | 3 | | " |

**Exhibit E to Hardy Declaration**                                                                      **Page 17**

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS |
| STATUS AS OF 7/1/2005 |
| 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure |
| PAGE COUNTS ARE ONLY APPROXIMATE |

| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
|---|---|---|---|---|---|---|---|---|
|  |  |  | 1010323 | Rocky Mountain Peace and Justice Center |  | 10 |  | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
|  |  |  | 1010348 | Denver Joint Terrorism Task Force aka Denver JTTF |  | 10 |  | " |
|  |  |  | 1010306 | Campaign for Labor Rights |  | 9 |  | " |
|  |  |  | 1010310 | Chiapas Coalition |  | 9 |  | " |

**Exhibit E to Hardy Declaration**                                    **Page 18**

| **12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS** |
|---|

| **STATUS AS OF 7/1/2005** |

**1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue; 5–File Check-In Queue; 6–T-Drive; 7–WPU Scan; 8–b7A issues; 9–Closed; 10–Disclosure**

**PAGE COUNTS ARE ONLY APPROXIMATE**

| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
|---|---|---|---|---|---|---|---|---|
| | **Mark Silverstein /ACLU Continued** | | 1010311 | End the Politics of Cruelty | | 9 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | | 1010312 | The Human Bean Company | | 9 | | " |
| | | | 1010320 | Creative Resistance | | 9 | | " |
| | | | 1010322 | Denver Cop Watch | | 9 | | " |
| | | | 1010342 | Kerry Appel | | 9 | | " |
| | | | 1010345 | Stephen Polk | | 9 | | " |

**Exhibit E to Hardy Declaration**                                                          **Page 19**

| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
|---|---|---|---|---|---|---|---|---|
| | | | | **12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS**<br>**STATUS AS OF 7/1/2005**<br>**1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue; 5–File Check-In Queue; 6–T-Drive; 7–WPU Scan; 8–b7A issues; 9–Closed; 10–Disclosure**<br>**PAGE COUNTS ARE ONLY APPROXIMATE** | | | | |
| | | | 1010346 | Mackenzie Liman | | 9 | | " |
| | | | 1016205 | Multi-Agency County Group Intelligence Conference aka MAGIC | | 9 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | **Mark Silverstein /ACLU Continued** | | 1010349 | Multi-County Group Intelligence Conference aka MAGIC | | 9 | | " |

**Exhibit E to Hardy Declaration**                                                    **Page 20**

| | | | | 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS<br>STATUS AS OF 7/1/2005<br>1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure<br>PAGE COUNTS ARE ONLY APPROXIMATE | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| 12/02/04 | **Harvey Grossman /ACLU** | **Chicago** | 1010362 | The American Civil Liberties Union of Illinois | | 10 | DENIED 4/6/05 | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | **Chicago** | 1010363 | American Friends Service Committee aka AFSC | | 10 | | " |
| | | **Chicago** | 1010364 | Council of American-Islamic Relations Chicago Chapter | | 10 | | " |

**Exhibit E to Hardy Declaration**                                             **Page 21**

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS STATUS AS OF 7/1/2005 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue; 5–File Check-In Queue; 6-T-Drive; 7–WPU Scan; 8–b7A issues; 9–Closed; 10–Disclosure PAGE COUNTS ARE ONLY APPROXIMATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| | **Harvey Grossman/ ACLU Continued** | **Chicago** | 1010365 | Council of Islamic Organizations of Greater Chicago | | 9 | | " |
| | | **Chicago** | 1010366 | Community Renewal Society | | 9 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | **Chicago** | 1010367 | Fellowship of Reconciliation Chicago Area Chapter aka FOR | | 9 | | " |
| | | **Chicago** | 1010368 | Muslim Bar Association | | 9 | | " |

**Exhibit E to Hardy Declaration**                                   **Page 22**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS**<br>**STATUS AS OF 7/1/2005**<br>1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure<br>**PAGE COUNTS ARE ONLY APPROXIMATE** |
| **DATE** | **REQUESTER** | **LETTER #/Office** | **REQUEST NO** | **SUBJECT** | **Pages** | **STATUS** | **EXPEDITION DECISION** | **REASON FOR EXPEDITION DECISION** |
| | | **Chicago** | 1010369 | Muslim Civil Rights Center | | 9 (closed on 6/22/05 ) | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | **Chicago** | 1010370 | Oak Park Coalition for Truth & Justice | | 9 | | " |
| | **Harvey Grossman/ ACLU Continued** | **FBIHQ & Chicago** | 1010371 | Mohammed Rasheed Ahmed | | 9 | LETTER 1 - DENIED 4/7/05 | " |
| | | **FBIHQ & Chicago** | 1010372 | Colleen Connell | | 9 | | " |

**Exhibit E to Hardy Declaration**                                                **Page 23**

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS<br>STATUS AS OF 7/1/2005<br>1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure<br>PAGE COUNTS ARE ONLY APPROXIMATE |||||||||
|---|---|---|---|---|---|---|---|---|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| | Harvey Grossman/ ACLU Continued | FBIHQ & Chicago | 1010373 | Seema Akhtar Imam | | 10 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | FBIHQ & Chicago | 1010374 | Kareem M. Irfan | | 2 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |

**Exhibit E to Hardy Declaration**                                    **Page 24**

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS |
|---|

| STATUS AS OF 7/1/2005 |

**12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS**
**STATUS AS OF 7/1/2005**
1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure
**PAGE COUNTS ARE ONLY APPROXIMATE**

| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
|---|---|---|---|---|---|---|---|---|
| | **Harvey Grossman/ ACLU Continued** | **FBIHQ & Chicago** | 1010375 | Zubair Ahmad Kahn | | 9 | | " |
| | | **FBIHQ & Chicago** | 1010376 | Michael John McConnell | | 9 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | | **FBIHQ & Chicago** | 1010377 | Kevin McDermott | | 9 | | " |
| | | **FBIHQ & Chicago** | 1010378 | Ed McManus | | 10 | | " |

**Exhibit E to Hardy Declaration**                                                    **Page 25**

| | | | | 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS STATUS AS OF 7/1/2005 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure PAGE COUNTS ARE ONLY APPROXIMATE | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| | | **FBIHQ & Chicago** | 1010379 | Calvin Morris | | 9 | | " |
| | | **FBIHQ & Chicago** | 1010380 | Mohammed Yaser Tabbara | | 3 | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | **Harvey Grossman/ ACLU Continued** | **FBIHQ & Chicago** | 1010381 | National Joint Terrorism Task Force aka National JTTF aka NJTTF | | Negotia -tion | | " |

**Exhibit E to Hardy Declaration**                                                     **Page 26**

| | | | | 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | STATUS AS OF 7/1/2005 | | | | |
| | | | | 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure | | | | |
| | | | | PAGE COUNTS ARE ONLY APPROXIMATE | | | | |
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| | Harvey Grossman/ ACLU Continued | Chicago | 1012202 | Roger Baldwin Foundation | | 9 | | " |
| 12/02/04 | Randall C. Wilson/ ACLU | Des Moines RA, Omaha | 1010464 | Joint Terrorism Task Force | | 4 | LETTER 3 - DENIED 4/7/05 | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |
| | Randall C. Wilson/ ACLU Continued | FBIHQ, DesMoi nes RA, & Omaha | 1010268 | Des Moines Catholic Workers (DMCW) | | 9 | LETTER 6 - DENIED 4/7/05 | " |

**Exhibit E to Hardy Declaration**

**Page 27**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS**<br>**STATUS AS OF 7/1/2005**<br>**1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue; 5–File Check-In Queue; 6–T-Drive; 7–WPU Scan; 8–b7A issues; 9–Closed; 10–Disclosure**<br>**PAGE COUNTS ARE ONLY APPROXIMATE** | | | | | | | | |
| **DATE** | **REQUESTER** | **LETTER #/Office** | **REQUEST NO** | **SUBJECT** | **Pages** | **STATUS** | **EXPEDITION DECISION** | **REASON FOR EXPEDITION DECISION** |
| | | **FBIHQ, & DesMoi nes RA, & Omaha** | 1010267 | Catholic Peace Ministry (CPM) | | 9 | LETTER 4 - DENIED 4/7/05 | " |
| | **Randall C. Wilson/ ACLU Continued** | **FBIHQ, Des Moines RA, & Omaha** | 1010269 | Drake University Law School Chapter of the National Lawyers Guild | | 9 | LETTER 5 - FORM DATED 4/7/05, | Topic of request is not a matter of "widespread and exceptional media interest." |
| | | **FBIHQ, & Omaha** | 1010263 | Elton Lloyd Davis | | 10 | LETTER 2 - DENIED 4/7/05 | " |
| | | **FBIHQ, & Omaha** | 1010264 | Wendy Bobbitt Vasquez | | 10 | LETTER 1 - DENIED 4/7/05 | " |

**Exhibit E to Hardy Declaration**                                        **Page 28**

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS |||||||||
|---|---|---|---|---|---|---|---|---|
| STATUS AS OF 7/1/2005 |||||||||
| 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue;  5–File Check-In Queue; 6–T-Drive; 7–WPU Scan;  8–b7A issues; 9–Closed; 10–Disclosure |||||||||
| PAGE COUNTS ARE ONLY APPROXIMATE |||||||||
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
| | **Randall C. Wilson/ ACLU Continued** | **FBIHQ Des Moines RA & Omaha** | 1010542 | STARC Amory/Protests 2003-2004 | | 3 | | " |
| | | **FBIHQ & Omaha** | 1010266 | Sally Belinkoff | | 9 (Closed 7/1/05) | | " |
| | | **FBIHQ & Omaha** | 1010265-1 | Cordaro, Frank Joseph | | 1 (7/1/05 -- to WPU) | | Topic of request is not a matter of "widespread and exceptional media interest" and is not a matter "in which there exist possible questions about the government's integrity . . ." |

**Exhibit E to Hardy Declaration**                                    **Page 29**

| 12/2/2004 ACLU REQUESTS FOR JTTF/NJTTF RECORDS STATUS AS OF 7/1/2005 1–Search Queue; 2–Scope Queue; 3–Date Ready; 4–Order Queue; 5–File Check-In Queue; 6–T-Drive; 7–WPU Scan; 8–b7A issues; 9–Closed; 10–Disclosure PAGE COUNTS ARE ONLY APPROXIMATE | | | | | | | | |
|------|-----------|----------------|----------------|---------|-------|--------|------------------------|------------------------------------------|
| DATE | REQUESTER | LETTER #/Office | REQUEST NO | SUBJECT | Pages | STATUS | EXPEDITION DECISION | REASON FOR EXPEDITION DECISION |
|      | Randall C. Wilson/ ACLU Continued | FBIHQ & Omaha | 1010262 | Brian Terrell | | 9 (Closed on 6/30/05 ) | | " |

**Exhibit E to Hardy Declaration**

**Page 30**