IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, et al.,  )
                                         )
    Plaintiffs,                           )
                                         )
        v.                                )   Civil Action No. 05-CV-1004
                                         )
FEDERAL BUREAU OF INVESTIGATION,          )
et al.,                                   )
                                         )
    Defendants.                           )

# EXHIBIT F



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

March 3, 2005

MS ANN ACLU/BEESON
AMERICAN CIVIL LIBERTIES UNION
18TH FLOOR
125 BROAD STREET
NEW YORK, NY 10004 2400

Request No.: 1010244- 000
Subject: CODE PINK/JANUARY 1, 2000 TO PRESENT

Dear Ms. Beeson:

This is in response to your Freedom of Information Act (FOIA) request noted above. Your request was also forwarded to FBI Headquarters from the Boston, Los Angeles, New York, and Washington Field Offices.

A search of the automated indices to our central records system files located no records at FBI Headquarters and the Boston, Los Angeles, New York, and Washington Field Offices responsive to your FOIA request.

Although no records responsive to your FOIA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division