IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, et al.,

Plaintiffs,

v.   Civil Action No. 05-CV-1004

FEDERAL BUREAU OF INVESTIGATION, et al.,

Defendants.

# EXHIBIT G



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

March 16, 2005

MS ANN ACLU/BEESON
AMERICAN CIVIL LIBERTIES UNION
18TH FLOOR
125 BROAD STREET
NEW YORK, NY 10004 2400

          Request No.: 1010247- 000
          Subject: PEOPLE FOR THE ETHICAL
          TREATMENT OF ANIMALS/JANUARY 1, 2000 TO PRESENT

Dear Requester:

      This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

      To respond to your request, our focus is to identify records that are indexed as main files in the Central Records System. An automated search at our Richmond Field Office revealed no records pertinent to your FOIPA request.

      You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure