IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1004 |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT I

ANN BEESON
*ASSOCIATE LEGAL DIRECTOR*



February 8, 2005

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL
NEW YORK, NY 10004-2400
T/212.549.2601
F/212.549.2651
ABEESON@ACLU.ORG
WWW.ACLU.ORG

Mark Corallo
Director, Office of Public Affairs
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

David M. Hardy
Chief, Freedom of Information-Privacy Acts Section
Records Management Division
Federal Bureau of Investigation
U.S. Department of Justice
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001

**RE:    REQUEST FOR EXPEDITED PROCESSING
         FOIA Requests No. 1010249-000; 1010242-000; 1010243-000;
         1010244-000; 1010245-000; 1010246-000; 1010247-000;
         1010248-000**

Dear Mr. Corallo and Mr. Hardy:

This letter concerns two Freedom of Information Act ("FOIA") requests submitted on December 2, 2004 by the American Civil Liberties Union and the American Civil Liberties Union Foundation ("ACLU") on behalf of the ACLU and several political and religious organizations. These FOIA requests seek information regarding: (1) the activities, operations, and organization of national and local Joint Terrorism Task Forces ("JTTFs"); and (2) any monitoring, surveillance, observation, questioning, investigation and/or infiltration of the requesting organizations by the FBI.

Both FOIA requests included a request for expedited processing pursuant to 28 C.F.R. § 16.5(d)(1). DOJ regulations provide that a decision to grant or deny expedited processing shall be made within ten (10) calendar days of the date of a FOIA request. 28 C.F.R. § 16.5(d)(4). As that deadline passed nearly six weeks ago, on December 19, 2004, you are in violation of the regulations.

Please inform us as soon as possible, but no later than February 21, 2005, of your determination regarding our request for expedited processing for the two above-referenced FOIA requests.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Sincerely,

Ann Beeson

2