# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 05-CV-1004 |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT K



**U.S. Department of Justice**

Federal Bureau of Investigation

---

Washington, D. C. 20535-0001

June 6, 2005

Ms. Ann Beeson
American Civil Liberties Union
18th Floor
125 Broad Street
New York, NY 10004-2400

                              RE:  Request No. 1010249
                                    National Joint Terrorism Task Force

Dear Ms. Beeson:

This is in reference to your letter dated December 2, 2004, directed to Federal Bureau of Investigation (FBI) Headquarters, in which you requested expedited processing for the above-referenced Freedom of Information Act request.  This response is being made both on behalf of the FBI and the U.S. Department of Justice (DOJ) Office of Public Affairs (OPA).

You have requested expedited processing of your request pursuant to the DOJ standard permitting expedition for requests involving "[a]n urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."  28 C.F. R. §16.5 (d)(1)(ii).  Based on the information you have provided, I cannot find that there is a particular urgency to inform the public about an actual or alleged federal government activity beyond the public's right to know about government activity generally.  Additionally, the primary activity of the American Civil Liberties Union is not information dissemination, which is required for a requester to qualify for expedited processing under this standard.

You have also requested expedited processing of your request pursuant to the DOJ standard permitting expedition for request involving "[a] matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affect public confidence."  28 C.F. R. §16.5 (d)(1)(iv).  Pursuant to DOJ policy, we forwarded your request to the Director of DOJ OPA, who makes the decision whether to grant or deny expedited processing under this standard.  See §16.5 (d)(2).  The Director of OPA did not detect "widespread and exceptional media interest," nor questions concerning the government's integrity regarding the issues raised in your request.  The Director of OPA has therefore denied your request for expedited processing.  Accordingly, your requests have been placed in the FBI's regular processing queue.

1 - Mr. Hardy, Room 6296
1 - Ms. A. Semo, "PA 400"
1 - Ms. K. Finnegan, "PA 400"
1 - Mrs. P. Bellando, Room 6359

DMH:msh (5)

Ms. Ann Beeson

With respect to the portion of your letter seeking a waiver of the customary fees, we will make a decision once our records search is completed. In the event that your request for a fee waiver is denied, you will be notified of any applicable fees prior to the processing of any responsive records.

If you are not satisfied with the denial of your request for expedited processing, you may administratively appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D. C. 20530-0001, within sixty (60) days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

2