IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 05-CV-1004
)
FEDERAL BUREAU OF INVESTIGATION, )
et al., )
)
Defendants. )

# EXHIBIT L

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                                  Date: 12/07/2004

To: All Field Offices        Attn: CDCs
                                   FBIHQ, Manuals Desk

From: Records Management
      RIDS/SRU
      Contact: JoAnn I. Gallahan, (202) 324-6792

Approved By:  Hardy David M
              Gehle Keith
              Jackson Margaret Payne

Drafted By:   Gallahan JoAnn I: jig

Case ID #:  66F-HQ-A1358157-MISC -/23
            66F-HQ-C1384970 (Manuals Desk)-/5332

Title: RECORDS MANAGEMENT DIVISION-MISC
       ACLU Freedom of Information Act
       Requests concerning JTTF Issues

Synopsis: To request that any Freedom of Information Act, (FOIA) request from the American Civil Liberties Union, (ACLU) concerning the Joint Terrorism Task Force, (JTTF) issue be immediately forwarded to FBIHQ.

Details: The CDCs are advised to read the SIOC Sentinel dated December 3, 2004, for appropriate details. The ACLU plans to file FOIA requests to various FBI Field Offices. The ACLU requests are seeking records concerning the JTTF and/or Organizations and Individuals that the FBI may have targeted or placed under surveillance, in particular peace groups. Any ACLU request received in the Field Offices concerning this matter must immediately be forwarded to the Records Information/Dissemination Section (RIDS), Service Request Unit (SRU), JoAnn Gallahan, Room 6359, or faxed to (202) 324-3752 for appropriate handling. FBIHQ has already received a twenty-four page request that the ACLU sent to the Denver Office. It is expected that other field offices will receive similar requests.

♦♦

| This EC: | Initials | Date |
|---|---|---|
| Is OK To Upload | | |
| Was Uploaded BY | | |

To: All Field Offices  From: Records Management
Re: 66F-HQ-A1358157-MISC 12/07/2004

**LEAD(s):**

**Set Lead 1: (Action)**

ALL RECEIVING OFFICES

Forward any ACLU FOIA requests regarding this matter immediately to FBIHQ, Attention: JoAnn Gallahan, Room 6359, or fax to (202) 324-3752.

2

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE  **Date:** 1/04/2005

**To:** All FBIHQ Divisions  **Attn:** FBIHQ, Manuals Desk
All Field Offices  Chief Division Counsel
Administrative Officer

**From:** Records Management
RIDS/Service Request Unit (SRU)
**Contact:** Margaret Payne Jackson, (202) 220-1194

**Approved By:** Hardy David M
Gehle Keith R

**Drafted By:** Jackson Margaret Payne

**Case ID #:** 66F-HQ-1358157-MISC - 127

**Title:** RECORDS MANAGEMENT DIVISION-MISC
American Civil Liberties Union
Freedom of Information Act Request
for Information concerning JTTF, et al.

**Synopsis:** To request all Divisions submit responsive records concerning the Joint Terrorism Task Force, (JTTF), National JTTF, various organizations and individuals in response to requests that will be forwarded to you via the SRU.

**Reference:** 66F-HQ-1358157-MISC-Serial 123

**Details:** Pursuant to above referenced communication, field offices forwarded ACLU requests for information for records concerning the JTTF, National JTTF, several organizations and individuals.

Each Field Office will be contacted via office mail by a representative from the SRU. The communication will include a copy of this EC, a cover memo and the actual request for information. This procedure is necessary to coordinate the vast amount of requests, requesters, subjects and materials involved. The purpose of this EC is to request the field offices submit responsive materials including any and all records, emails and communications to the SRU after contact by the SRU representative.

To: All FBIHQ Divisions   From: Records Management
    All Field Offices
Re: 66F-HQ-1358157-MISC-, 01/04/2005

**LEAD(s):**

**Set Lead 1: (Info)**

ALL RECEIVING OFFICES

Please remit requested documents after SRU representative contacts your office via office mail,

♦♦

2