IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, et al., <br><br> Defendants. | Civ. A. No. 05-CV-1004 (ESH) |

# EXHIBITS TO DECLARATION OF DAVID M. HARDY

ACLU/JTTF II – Exhibit List:

Exhibit A –   NJTTF 12/2/04 Beeson letter
Exhibit B –   JTTF/PETA/Code Pink, et al. 12/2/04 Beeson letter
Exhibit C –   All other ACLU 12/2/04 letters/and summary of letters
Exhibit D –   12/23/04 FBI acknowledgment letter
Exhibit E –   Chart showing RIDS processing of all ACLU 12/2/04 requests
Exhibit F –   3/3/05 letter from FBIHQ to ACLU re Code Pink/no records
Exhibit G –   3/16/05 letter from FBIHQ to ACLU re PETA/no records
Exhibit H –   Releases of material to date -- 6/27/05 -- FOIPA No. 1010248
Exhibit I –   ACLU's 2/8/05 letter asking for decision on expedition
Exhibit J –   May 25, 2005 FBIHQ letter to ACLU denying expedited processing for JTTF request
Exhibit K –   June 6, 2005 FBIHQ letter to ACLU denying expedited processing for NJTTF request
Exhibit L –   Search Ecs
Exhibit M –   6/30/05 letter from FBIHQ to ACLU re negotiating scope of NJTTF request