# EXHIBIT A



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 27, 2005

MS ANN ACLU/BEESON
AMERICAN CIVIL LIBERTIES UNION
18TH FLOOR
125 BROAD STREET
NEW YORK, NY 10004 2400

Subject: UNITED FOR PEACE AND JUSTICE/JANUARY 1, 2000 TO PRESENT

FOIPA No. 1010248- 001

Dear Ms. Beeson:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☐(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

6 **page(s)** were reviewed and 6 **page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

   ☐ referred to the OGA for review and direct response to you.

   ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☐ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

---- Working Copy ----                                                    Page     1


Precedence: ROUTINE                          Date: 09/04/2003

To: Counterterrorism      Attn: SSA [_____] SEMU           b6
                                SSA [_____] DTOU
                                UC  [_____] DTAU           b7C
    New York              Attn: SA  [_____] DT-5
    Boston                      SA  [_____] CT-2
    Los Angeles                 SA  [_____] USSS, CT-3
                                SA  [_____] CT-6

From: Los Angeles
      CT-6
      Contact: [_____]  [_____]

Approved By: [_____]                                 b2
Drafted By:  [_____] mad                             b6
                                                                  b7C
Case ID #: 300A-NY-284132    (Pending)
           300A-LA-C217624   (Pending)

Title: 2004 REPUBLICAN NATIONAL CONVENTION,
       AUGUST 30 - SEPTEMBER 3, 2004;
       NEW YORK, NEW YORK;

Synopsis:  RNC protest web sites established.

Reference: 300A-NY-284132 Serial 11

Details:  Review of the Internet found three web sites that are
currently promoting protests against the upcoming 2004 Republican
National Convention (RNC) in New York.  At least one of these
sites is operated by a group known to have participated in
previous illegal and disruptive demonstrations against political
and economic gatherings in the United States.  This information
is being reported to recipients in a effort to facilitate
security awareness and Special Event planning for the 2004 RNC.

     As previously reported to this file in serial 11, the
group RNC Not Welcome, www.rncnotwelcome.org, is promoting
demonstrations to "disrupt" the 2004 RNC.  Additionally, the web     Out of Scope
site www.counterconvention.org, which is hyperlinked to RNC Not
Welcome, has been established to promote the same types of           b2
protests against the 2004 RNC. [_____]
[_____]           b6
[_____]
[_____]           b7C
[_____]
[_____]           b7D
[_____] includes the
                                                                     b7E

---------------------------------------------------------------
Case ID : 300A-NY-284132                      Serial : 19
          300A-LA-C217624                              168
          300A-NY-284132-K                             4

following statement regarding its intended makeup; "Imagine: A million people on the street, representing the diversity of New York, and the multiplicity of this nation - community organizers, black radicals, unions, anarchists, church groups, queers, grandma's for peace, AIDS activists, youth organizers, environmentalists, people of color contingents, global justice organizers, those united for peace and justice, veterans, and everyone who is maligned by Bush's malicious agenda - on the street - en masse - An overwhelming, festive, and poignant showing with the entire world bearing witness."

Review of the Internet found that a web site operated by Global Exchange, one of the groups responsible for organizing protests against the World Trade Organization (WTO) meeting in Seattle that turned violent during late 1999, is promoting demonstrations against the 2004 RNC via www.unitedforpeace.org.

Out of Scope
b2
b6
b7C
b7D
b7E

Members of Global Exchange are also known to have participated in past anarchist events, to include the "Showdown in Texas" held in Austin, Texas, between May 3rd and May 5th, 2003, to protest the Administration of President George W. Bush.

Text of United For Peace and Justice's (UFPJ) "Call for Mass Demo," dated 7/7/03, that is posted to various Internet sites, follows: "UNITED FOR PEACE AND JUSTICE, 212-603-3700, MASS WORLDWIDE PROTEST DURING THE REPUBLICAN CONVENTION IN NEW YORK CITY: SUNDAY, AUGUST 29, 2004

"In the last three years, George W. Bush has presided over a radical right-wing takeover of the U.S. government whose ramifications have been felt all over the world. Not only has he waged two wars, killing thousands of innocent people, during his short time in office, but he has also implemented a policy of pre-emptive war that violates international law and threatens global security. On the home front, unemployment soars, the federal budget deficit swells into the billions, and states prepare to slash funding for everything from healthcare to education, yet Bush responded with two huge tax cut that will primarily benefit the wealthy rather than the people who are most in need.

"On every issue - from environmental regulations and international treaty participation to worker rights, civil rights and civil liberties - George W. Bush has pushed for unprecedented and destructive changes in U.S. foreign and domestic policy that even more sharply favor corporations and the wealthy, especially Bush Administration supporters at the expense of the people of the world and our environment.

"Meanwhile, the Bush Administration shamelessly uses the tragic attacks of September 11, 2001 to justify its aggressive and militaristic policies. In its most recent attempt to exploit the grief and fear that were provoked after September 11, the Republican Party pushed back its 2004 convention to August 28 - September 2, 2004 and will hold it in New York City,

not far from Ground Zero.

"SAVE THE DATE: ON AUGUST 29, 2004, THE WORLD SAYS NO TO BUSH - On February 15, 2003, millions of people all over the world took to the streets in protest with the message The World Says No to War. On August 29, 2004, we will come together in New York City and in cities throughout the world to say The World Says No to Bush!

"We are also organizing a protest for Thursday, Sept. 2, 2004, the day of Bush's official selection as the presidential candidate of the Republican Party.

"Initiated by United for Peace and Justice (<http://www.unitedforpeace.org/>), a U.S. anti-war coalition with more than 600 member groups. UFPJ looks forward to working with many other organizations on this day of protest, so please contact us at info@unitedforpeace.org if your group wants to work collaboratively on these actions and to let us know about other actions being planned to coincide with the Republican Convention."

This information is being reported to recipients for review and action deemed appropriate.


LEAD(s):

Set Lead 1:   (Info)

        COUNTERTERRORISM

            AT WASHINGTON, DC

        For SEMU, No hard copy to follow, read and clear.

Set Lead 2:   (Info)

        COUNTERTERRORISM

            AT WASHINGTON, DC

```
                    ---- Working Copy ----                        Page    4

            For DTOU,  No hard copy to follow, read and clear.
Set Lead 3:   (Info)

        COUNTERTERRORISM

            AT WASHINGTON, DC

            For DTAU,  No hard copy to follow, read and clear.
Set Lead 4:   (Info)
                                                    b6
        NEW YORK
                                                    b7C
            AT NEW YORK, NY

            For SA [          ] Read and Clear.
Set Lead 5:   (Info)

        BOSTON                                      b6

            AT BOSTON, MA                           b7C

            For SA [              ] No hard copy to follow, read
and clear.
Set Lead 6:   (Info)

        LOS ANGELES
                                                    b6
            AT LOS ANGELES, CA
                                                    b7C
            For SA [                    ] Read and Clear.
Set Lead 7:   (Info)

        LOS ANGELES
                                                    b6
            AT LOS ANGELES, CA
                                                    b7C
            For SA [              ] Read and Clear.
```

```
                ---- Working Copy ----                        Page    1


Precedence: PRIORITY                           Date:  05/24/2004

To:   New York              Attn:   JTTF
      Boston                        FIG Supervisor
                                    DNC Working Group
                                    CT-2
                                                         b2
From: Boston
      CT-2                                               b6
      Contact: [                    ] [        ]
                                                         b7C
Approved By: [                      ]
                                             b6
Drafted By:  [              ]
                                             b7C
Case ID #: 266A-BS-92850    (Pending)

Title: [                                                    ]
       [       ] Threat to Disrupt Democratic National
       Convention; AOT-DT; Violent Crimes - Predicate Offense

Synopsis:  To set lead to New York Division to identify
subject [                    ]

Enclosure(s): Enclosed for NYO is (1) copy of forum taken off
Indymedia.org containing excerpts by [                     ]
                                                              Out of Scope
[                                                        ]     b6
[                                                        ]     b7C
[                                                        ]     b7D

Details: Through the course of criminal investigation, Boston
has learned that [                                       ]
[                                                        ]
[                                                        ]
[                                                        ]
[                                                        ]
[                                                        ]
[                                                        ]
[                                                        ]
[                                                        ]
[                                                        ]

------------------------------------------------------------------
Case ID : 266A-BS-92850                      Serial : 61
          266A-NY-284923-B                            6
```

Out of Scope

b6
b7C

"The Organization" is discovered to have a very loose affinity for the Black Bloc, a renowned anarchist tactic. [redacted] critical of the traditional "hammering" tactics as used by other anarchist groups, most notably the UFPJ, NION, ANSWER, as well as the Black Bloc Hammers. It is known to the writer that the term "hammering" conveys illegal activity such as property destruction, disruption of traffic, antagonization of police, and the interruption of business.

According to