# EXHIBIT  A



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

June 27, 2005

MS ANN ACLU/BEESON
AMERICAN CIVIL LIBERTIES UNION
18TH FLOOR
125 BROAD STREET
NEW YORK, NY 10004 2400

Subject: UNITED FOR PEACE AND JUSTICE/JANUARY 1,
2000 TO PRESENT

FOIPA No. 1010248- 001

Dear Ms. Beeson:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | Section 552a | |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☐(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

6 **page(s)** were reviewed and 6 **page(s)** are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐  referred to the OGA for review and direct response to you.

☐  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☐ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation.  Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s).  Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)

```
Precedence:  ROUTINE                    Date:  09/04/2003

To: Counterterrorism        Attn:  SSA ┌──────────┐ SEMU      b6
                                   SSA │          │ DTOU
                                   UC  └──────────┘ DTAU      b7C
      New York               Attn:  SA ┌─────────┬─DT-5
      Boston                        SA │         │ CT-2
      Los Angeles                   SA │         │USSS, CT-3
                                    SA └─────────┘CT-6

From:  Los Angeles
       CT-6
       Contact: ┌────────────────┐ ┌──────────────┐
                └────────────────┘ └──────────────┘

Approved By: ┌──────────────────────┐            b2

Drafted By:  ┌──────────────┐mad                 b6
                                                 b7C
Case ID #: 300A-NY-284132    (Pending)
           300A-LA-C217624   (Pending)
```

Title: 2004 REPUBLICAN NATIONAL CONVENTION,
       AUGUST 30 - SEPTEMBER 3, 2004;
       NEW YORK, NEW YORK;

Synopsis:  RNC protest web sites established.

Reference:  300A-NY-284132 Serial 11

Details:  Review of the Internet found three web sites that are
currently promoting protests against the upcoming 2004 Republican
National Convention (RNC) in New York.  At least one of these
sites is operated by a group known to have participated in
previous illegal and disruptive demonstrations against political
and economic gatherings in the United States.  This information
is being reported to recipients in a effort to facilitate
security awareness and Special Event planning for the 2004 RNC.

        As previously reported to this file in serial 11, the
group RNC Not Welcome, www.rncnotwelcome.org, is promoting
demonstrations to "disrupt" the 2004 RNC.  Additionally, the web     Out of Scope
site www.counterconvention.org, which is hyperlinked to RNC Not
Welcome, has been established to promote the same types of           b2
protests against the 2004 RNC. ┌──────────────────────────────┐
┌─────────────────────────────────────────────────────────────┐     b6
│                                                               │
│                                                               │     b7C
│                                                               │
└───────────────────────────────────────────────────────────────┘   b7D

            ┌──────────────────────────────────┐ includes the       b7E
            └──────────────────────────────────┘

------------------------------------------------------------------------
Case ID : 300A-NY-284132           Serial : 19
          300A-LA-C217624                    168
          300A-NY-284132-K                   4
```

following statement regarding its intended makeup; "Imagine:  A
million people on the street, representing the diversity of New
York, and the multiplicity of this nation - community organizers,
black radicals, unions, anarchists, church groups, queers,
grandma's for peace, AIDS activists, youth organizers,
environmentalists, people of color contingents, global justice
organizers, those united for peace and justice, veterans, and
everyone who is maligned by Bush's malicious agenda - on the                    Out of Scope
street - en masse - An overwhelming, festive, and poignant
showing with the entire world bearing witness."
                                                                                b2

        Review of the Internet found that a web site operated                   b6
by Global Exchange, one of the groups responsible for organizing
protests against the World Trade Organization (WTO) meeting in                   b7C
Seattle that turned violent during late 1999, is promoting                      b7D
demonstrations against the 2004 RNC via www.unitedforpeace.org.
                                                                                b7E

Members of Global Exchange are also known to have participated in
past anarchist events, to include the "Showdown in Texas" held in
Austin, Texas, between May 3rd and May 5th, 2003, to protest the
Administration of President George W. Bush.

        Text of United For Peace and Justice's (UFPJ) "Call for
Mass Demo," dated 7/7/03, that is posted to various Internet
sites, follows:  "UNITED FOR PEACE AND JUSTICE, 212-603-3700,
MASS WORLDWIDE PROTEST DURING THE REPUBLICAN CONVENTION IN NEW
YORK CITY: SUNDAY, AUGUST 29, 2004

        "In the last three years, George W. Bush has presided
over a radical right-wing takeover of the U.S. government whose
ramifications have been felt all over the world. Not only has he
waged two wars, killing thousands of innocent people, during his
short time in office, but he has also implemented a policy of
pre-emptive war that violates international law and threatens
global security. On the home front, unemployment soars, the
federal budget deficit swells into the billions, and states
prepare to slash funding for everything from healthcare to
education, yet Bush responded with two huge tax cut that will
primarily benefit the wealthy rather than the people who are most
in need.

        "On every issue - from environmental regulations and
international treaty participation to worker rights, civil rights
and civil liberties - George W. Bush has pushed for unprecedented
and destructive changes in U.S. foreign and domestic policy that
even more sharply favor corporations and the wealthy, especially
Bush Administration supporters at the expense of the people of
the world and our environment.

        "Meanwhile, the Bush Administration shamelessly uses
the tragic attacks of September 11, 2001 to justify its
aggressive and militaristic policies. In its most recent attempt
to exploit the grief and fear that were provoked after September
11, the Republican Party pushed back its 2004 convention to
August 28 - September 2, 2004 and will hold it in New York City,

not far from Ground Zero.

"SAVE THE DATE: ON AUGUST 29, 2004, THE WORLD SAYS NO
TO BUSH - On February 15, 2003, millions of people all over the
world took to the streets in protest with the message The World
Says No to War. On August 29, 2004, we will come together in New
York City and in cities throughout the world to say The World
Says No to Bush!

"We are also organizing a protest for Thursday, Sept.
2, 2004, the day of Bush's official selection as the presidential
candidate of the Republican Party.

"Initiated by United for Peace and Justice
(<http://www.unitedforpeace.org/>), a U.S. anti-war coalition
with more than 600 member groups. UFPJ looks forward to working
with many other organizations on this day of protest, so please
contact us at info@unitedforpeace.org if your group wants to work
collaboratively on these actions and to let us know about other
actions being planned to coincide with the Republican
Convention."

This information is being reported to recipients for
review and action deemed appropriate.

LEAD(s):

Set Lead 1:   (Info)

        COUNTERTERRORISM

            AT WASHINGTON, DC

            For SEMU, No hard copy to follow, read and clear.

Set Lead 2:   (Info)

        COUNTERTERRORISM

            AT WASHINGTON, DC

```
                    ---- Working Copy ----                      Page      4
```

                    For DTOU,  No hard copy to follow, read and clear.

Set Lead 3:  (Info)

            COUNTERTERRORISM

                AT WASHINGTON, DC

                For DTAU,  No hard copy to follow, read and clear.

Set Lead 4:  (Info)

            NEW YORK                            b6

                                                b7C
                AT NEW YORK, NY

                For SA [                    ] Read and Clear.

Set Lead 5:  (Info)

            BOSTON                                  b6

                                                    b7C
                AT BOSTON, MA

                For SA [                      ] No hard copy to follow, read
and clear.

Set Lead 6:  (Info)

            LOS ANGELES
                                                b6
                AT LOS ANGELES, CA
                                                b7C
                For SA [                        ] Read and Clear.

Set Lead 7:  (Info)

            LOS ANGELES
                                                    b6
                AT LOS ANGELES, CA
                                                    b7C
                For SA [                      ] Read and Clear.

---- Working Copy ----                    Page        1


Precedence:  PRIORITY                    Date:    05/24/2004

To:  New York                 Attn:    JTTF
     Boston                           FIG Supervisor
                                      DNC Working Group
                                      CT-2
                                                   b2
From:  Boston
       CT-2                                        b6
       Contact:  [                 ] [        ]
                                                   b7C
Approved By:  [                    ]
                                         b6
Drafted By:  [                  ]
                                         b7C
Case ID #:  266A-BS-92850    (Pending)

Title:  [                                              ]
        [              ] Threat to Disrupt Democratic National
        Convention; AOT-DT; Violent Crimes - Predicate Offense


Synopsis:  To set lead to New York Division to identify
subject[                    ]

Enclosure(s):  Enclosed for NYO is (1) copy of forum taken off
Indymedia.org containing excerpts by[                 ]
[                                                    ]    Out of Scope
[                                                    ]
[                                                    ]       b6
[                                                    ]
[                                                    ]       b7C
[                                                    ]
[                                                    ]       b7D

Details:  Through the course of criminal investigation, Boston
has learned that[                                     ]
[                                                          ]
[                                                          ]
[                                                          ]
[                                                          ]
[                                                          ]
[                                                          ]
[                                                          ]
[                                                          ]
[                                                          ]
[                                                          ]
[                                                          ]
[                                                          ]
[                                                          ]

--------------------------------------------------------------
Case ID : 266A-BS-92850                 Serial : 61
          266A-NY-284923-B                       6

Out of Scope

b6

b7C

"The Organization" is discovered to have a very loose affinity for the Black Bloc, a renowned anarchist tactic. critical of the traditional "hammering" tactics as used by other anarchist groups, most notably the UFPJ, NION, ANSWER, as well as the Black Bloc Hammers.  It is known to the writer that the term "hammering" conveys illegal activity such as property destruction, disruption of traffic, antagonization of police, and the interruption of business.

According to