# EXHIBIT C



**UNITED STATES DEPARTMENT OF COMMERCE**
**National Institute of Standards and Technology**
Gaithersburg, Maryland 20899-

May 3, 2005

Mr. Christopher Calabrese
ACLU
125 Broad Street, 18th floor
New York, NY 10004-2400

Dear Mr. Calabrese,

This letter is to acknowledge receipt of your April 25, 2005 Freedom of Information Act (FOIA) request to the National Institute of Standards and Technology (NIST) for information regarding radio frequency identification chips for use in United States passports. Your request was received at the NIST FOIA Control Desk on April 28, 2005, and was assigned FOIA Log #05-37.

For the purpose of the FOIA, you are in the "News Media" category. Your fee waiver request has been granted.

NIST is currently processing your FOIA request and we will be releasing documents on a rolling basis.

Per our telephone conversation of today, enclosed is the GPO news release No. 05-01 dated 01/12/05.

Sincerely,

Sharon E. Bisco
Freedom of Information Act Officer

Enclosure

