IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION; <br> AMERICAN-ARAB ANTI DISCRIMINATION <br> COMMITTEE; GREENPEACE; PEOPLE FOR THE <br> ETHICAL TREATMENT OF ANIMALS; and <br> UNITED FOR PEACE AND JUSTICE, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and <br> UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants. | Civ. A. No. 1:05-CV-1004 (ESH) <br><br> Judge Ellen S. Huvelle |

JOINT STATUS REPORT

In follow-up to the Court's in-chambers conference with the parties on July 29, 2005, the parties have conferred and reached agreement on a schedule for the dates on which the Defendants will complete their response to Plaintiffs' FOIA requests at issue in this action as follows:

1.      For Plaintiffs' FOIA request for documents related to specific organizations, see Exhibit B to the Declaration of David Hardy (hereafter the "Organization requests"), Defendants will complete their response and any production of documents by October 1, 2005.

2.      For Plaintiffs' FOIA request for documents related to the National Joint Terrorism Task Force (NJTTF) and local task forces, see Exhibit A to the Declaration of David Hardy, as narrowed in scope upon discussion by the parties (hereafter the "NJTTF requests"), Defendants will complete their response and any production of documents in connection with this request as

follows:

    (i)      By January 6, 2006, for responsive documents related to NJTTF policies, practices, and procedures; and

    (ii)     By March 1, 2006, for any remaining documents responsive to this request as narrowed in scope upon discussion between the parties.

    3.     The parties propose that the Court schedule a status conference two weeks after the production date for the respective requests (i.e., October 1, 2005 and March 1, 2006) to confer with the parties as to whether there will be any litigation concerning the requests and to schedule briefing for any such litigation.  If the Defendants' response to these requests is not challenged by the Plaintiffs, the parties would so advise the Court and cancel any scheduled status conference.

    4.     In any litigation concerning either FOIA request, Defendant FBI wishes to advise the Court of its position that a sample *Vaughn* indices may be necessary and appropriate.

Respectfully Submitted,

**FOR THE DEFENDANTS**

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

**FOR THE PLAINTIFFS**

ARTHUR B. SPITZER
D.C. Bar No. 235960
American Civil Liberties Union of the
National Capital Area
1400 20th Street, N.W. #19
Washington, D.C. 20036
artspitzer@aol.com,

ELIZABETH J. SHAPIRO

(D.C. Bar No. 418925)

Assistant Branch Director

United States Department of Justice

Civil Division, Federal Programs Branch

20 Massachusetts Avenue, N.W. Room 7152

Telephone:  (202) 514-5302

Facsimile:   (202) 616-8470

Email: Elizabeth.Shapiro@usdoj.gov


  /s/ Anthony J. Coppolino

ANTHONY J. COPPOLINO

(D.C. Bar No. 417323)

Special Litigation Counsel

United States Department of Justice

Civil Division, Federal Programs Branch

20 Massachusetts Avenue, N.W. Room 6102

Telephone:  (202) 514-4782

Facsimile:   (202) 616-8460

Email:  tony.coppolino@usdoj.gov


Date: August 29, 2005

courtfilings@aclu-nca.org

Phone (202) 457-0800

Fax (202) 452-1868


   /s/ Ben Wizner

Ann Beeson

Ben Wizner (bwizner@aclu.org)

Corey Stoughton

American Civil Liberties Union

125 Broad Street

New York, New York 10004

Tel: (202) 549-2500

Fax: (202) 549-2629