UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION,** *et al.*, | : : : | |
| **Plaintiffs,** | : : | |
| v. | : : | Civil Action No. 05-1004 (ESH) |
| **FEDERAL BUREAU OF INVESTIGATION,** *et al.*, | : : : | |
| **Defendants.** | : : | |

## ORDER

Based on the parties' joint status report filed this date, it is hereby

**ORDERED** that production regarding specific organizations shall be made on or before October 1, 2005; production regarding NJTTF policies, practices and procedures shall be made on or before January 6, 2006; and any remaining documents shall be produced on or before March 1, 2006; and it is

**FURTHER ORDERED** that the status set for August 30, 2005 is vacated and reset for October 18, 2005 at 9:30 a.m.; and it is

**FURTHER ORDERED** that all pending motions are **DENIED AS MOOT**.

                                                                         s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

Dated: August 29, 2005