UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION,** *et al.*, : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **FEDERAL BUREAU OF INVESTIGATION,** *et al.*, : <br> : <br> **Defendants.** : <br> _____: | Civil Action No. 05-1004 <br> (ESH) |

### ORDER

Based on telephone conference call held this date, it is hereby

**ORDERED** that defendants will file a *Vaughn* index on December 1, 2005, with respect to documents relating to PETA, United for Peace and Justice, ACLU and Greenpeace; and it is

**FURTHER ORDERED** that as to the remaining two plaintiffs, the *Vaughn* index will be filed on December 22, 2005; and it is

**FURTHER ORDERED** that plaintiffs will identify for defendants which documents they challenge on December 29, 2005; and it is

**FURTHER ORDERED** that defendants will file for summary judgment on January 20, 2005, plaintiffs' opposition is due on February 10, 2006, and defendants' reply is due on February 17, 2006; and it is

**FURTHER ORDERED** that this matter is set down for a status on March 31, 2006 at 9:45 a.m.

                                                  s/
                               ELLEN SEGAL HUVELLE
                               United States District Judge

Dated: November 1, 2005