UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. 1:05cv01004-ESH |
| v. | ) ) | |
| FEDERAL BUREAU OF INVESTIGATION, et al. | ) ) ) | |
| Defendants | ) ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Steven Y. Bressler, an attorney in good standing with the

District of Columbia Bar, will be appearing as counsel for defendants in this action.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

    /s/ Steven Y. Bressler
ANTHONY J. COPPOLINO
STEVEN Y. BRESSLER D.C. Bar # 482492
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7138
Washington, D.C.  20530
Tel.: (202) 514-4781
Fax: (202) 318-7609
Email: steven.bressler@usdoj.gov
Attorneys for Defendants