UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, *et al.*,

        Plaintiffs,

v.

FEDERAL BUREAU OF
INVESTIGATION, *et al.*,

        Defendants.

No. 05-cv-1004 (ESH)

**MOTION FOR ADMISSION, *PRO HAC VICE*,
OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice,* of Scott Michelman, a Staff Attorney with the National Legal Department of the American Civil Liberties Union and a member of the California bar, as additional counsel for plaintiffs in this case.

Mr. Michelman's declaration, in the form required by Local Civil Rule 83.2(d), is filed herewith.

Wherefore the motion should be granted.

                                      Respectfully submitted,

                                      /s/

                                      _____

                                      Arthur B. Spitzer
                                        D.C. Bar No. 235960
                                      American Civil Liberties Union
                                        of the National Capital Area
                                      1400 20th Street, NW #119
                                      Washington, DC 20036
                                      202-457-0800

February 6, 2006