UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------------------x
                                                           :
AMERICAN CIVIL LIBERTIES UNION                             :
FOUNDATION, et al.,                                        :
                                                           :
                            Plaintiffs,                    :
                                                           :
        v.                                                 :        No. 1:05-cv-1004
                                                           :
FEDERAL BUREAU OF                                          :
INVESTIGATION, et al.,                                     :
                                                           :
                            Defendants.                    :
-----------------------------------------------------------x
```

## DECLARATION OF SCOTT MICHELMAN

Pursuant to Local Rule 83.2(d), I, Scott Michelman, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1.  My full name is Scott Matthew Michelman.

2.  I am an Attorney at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 17th floor, New York, NY 10004. My office telephone number is 212-549-2500.

3.  I was admitted by examination to the State Bar of California on June 2, 2005 and remain a member in good standing. I am a member in good standing of the bar of the United States Courts of Appeals for the Ninth Circuit.

4.  I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6.    I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 1st day of February, 2006.

_____
SCOTT MICHELMAN