UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, *et al.*,

        Plaintiffs,

v.

FEDERAL BUREAU OF
INVESTIGATION, *et al.*,

        Defendants.

No. 05-cv-1004 (ESH)

**ORDER**

Upon consideration of the motion of Scott Michelman for admission *pro hac vice*, it is, this _____ day of February, 2006, hereby ORDERED that the motion is granted.

_____
Ellen Segal Huvelle
United States District Judge