UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, *et al.*,

        Plaintiffs,

v.

FEDERAL BUREAU OF
INVESTIGATION, *et al.*,

        Defendants.

No. 05-cv-1004 (ESH)

**MOTION TO WITHDRAW APPEARANCE OF COREY STAUGHTON**

Pursuant to Local Civil Rule 83.6(c), Corey Staughton moves for leave to withdraw as one of plaintiffs' counsel in this action, having assumed a new position with another employer.

Plaintiffs will continue to be represented by Ann Beeson and Ben Wizner of the American Civil Liberties Union and by Arthur Spitzer of the American Civil Liberties Union of the National Capital Area. Additionally, Scott Michelman has just filed a motion for admission *pro hac vice*. No party will be prejudiced by Mr. Staughton's withdrawal.

        Respectfully submitted,

        /s/

        _____
        Arthur B. Spitzer
          D.C. Bar No. 235960
        American Civil Liberties Union
          of the National Capital Area
        1400 20th Street, NW #119
        Washington, DC 20036
        202-457-0800

February 6, 2006                              One of Counsel for Plaintiffs