*ACLU, et al. v. DOJ, et al.*, Civ. A. No. 05-CV-1004 (D.D.C.)
**EXHIBIT A TO FIFTH HARDY DECLARATION**                                                              *Page 1*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 1 | **1010248-01 UFPJ** | 1-2 | (b)(6)-4 (b)(7)(C)- 4 (b)(7)(D)-2 | Withheld in part | 2 | FBI Electronic Communication ("EC") dated 9/4/03 from Los Angeles to Counterterrorism, et al Subject: 2004 Republican National Convention 8/30-9/3/04, New York, NY |
| 2 | 1010248-01 UFPJ | 5-6 | (b)(6)-4, (b)(7)(C)-4, (b)(7)(D)-2, 4 | Withheld in part | 2 | EC dated 5/24/04 from Boston Field Office to New York Field Office and Boston Field Office Subject: Threat to Disrupt Democratic National Convention; AOT-DT; Violent Crimes - Predicate Offense |
| | | | | | | |
| 3 | **1010242 ACLU/ACLU Foundation** | 7-1 to 7-6 | (b)(6)-4, 5 (b)(7)(C)-4,5, (b)(7)(D)-2 | Withheld in full | 6 | Collection of e-mails dated 8/17, 8/31, 9/29/04 obtained through sources. ACLU is incidentally mentioned in these documents. |
| 4 | 1010242 ACLU/ACLU Foundation | 7-7 to 7-16 | (b)(6)-4,5, (b)(7)(C)-4,5, (b)(7)(D)-2 | Withheld in full | 10 | Collection of e-mails dated 12/22, 12/24, 12/28-29, 12/31/03, 1/14/04, 1/22/04, 2/5-6/04, 2/11/04 obtained through sources. ACLU is incidentally mentioned in these documents. |
| 5 | 1010242 ACLU/ACLU Foundation | 7-17 to 7-22 | (b)(6)-4,5, (b)(7)(C)-4,5, (b)(7)(D)-2 | Withheld in full | 6 | Collection of e-mails dated 10/19, 10/20, 11/04/04 obtained through sources. ACLU is incidentally mentioned in these documents. |
| 6 | 1010242 ACLU | 14-32 | (b)(5)-1, (b)(6)-4, 5 (b)(7)(C)-4, 5 | Withheld in part | 19 | Draft discussions of the USA Patriot Act provisions and ACLU's criticism of same |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                    *Page 2*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 7 | 1010242 ACLU/ACLU Foundation | 50-51 | (b)(5)-1 | Withheld in part | 2 | Patriot Act Reauthorization Briefing Book April/May 2004 |
| 8 | 1010242 ACLU/ACLU Foundation | 56 | (b)(5)-1 | Withheld in part | 1 | Prepared remarks of an individual not subject of the request |
| 9 | 1010242 ACLU | 59 | (b)(5)-1 | Withheld in part | 1 | Intelligence Authorization Act, National Security Letters - Issues and Q and A's - the Q & A portion has been deleted as it is not clear if it is a final, and it does not relate to the request |
| 10 | 1010242 ACLU/ACLU Foundation | 62 | (b)(5)-1, (b)(6)-4, 5 (b)(7)(C)-4, 5 | Withheld in part | 1 | Whistle blower allegations - not subject of the request |
| 11 | 1010242 ACLU/ACLU Foundation | 63 | (b)(5)-1 | Withheld in part | 1 | ACLU Lawsuit Re: NSLs - Questions and Answers portion has been deleted |
| 12 | 1010242 ACLU/ACLU Foundation | 76 | (b)(5)-1 | Withheld in part | 1 | Questions and Answers portion has been deleted |
| 13 | 1010242 ACLU/ACLU Foundation | 77 | (b)(5)-1 | Withheld in part | 1 | E-mail dated 9/27/04, from Bowman to FBI Personnel from the OI and OCA, discussing various areas of the House Bill |

_ACLU, et al. v. DOJ, et al._, Civ. A. No. 05-CV-1004 (D.D.C.)
**EXHIBIT A TO FIFTH HARDY DECLARATION**                                                                       *Page 3*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 14 | 1010242 ACLU/ACLU Foundation | 79-1 to 79-2<br><br>80-1 to 80-5<br><br>81-1 to 81-2<br><br>82-1 to 82-4<br><br>83-1 to 83-4<br><br>84-1 to 84-2;<br>85-1 to 85-8 | (b)(6)-4,5<br>(b)(7)(C)-4,5<br>(b)(7)(D)-1 | Withheld in full | 27 | Collection of e-mails dated 2/11/00, 2/14/00, 2/17/00, 5/7/00, 5/10/00, 5/22/00, 8/4/00, 9/7/00, 9/11/00, 12/6/00, and 12/7/00 obtained through sources.  ACLU is incidentally mentioned in these documents. |
| 15 | 1010242 ACLU/ACLU Foundation | 86 | (b)(3)-1 | Withheld in part | 1 | FD 302 dated 6/18/03, Federal Grand Jury Material |
| 16 | 1010242 ACLU/ACLU Foundation | 87-88 | (b)(1)<br>(b)(6)-4, 5<br>(b)(7)(C)-4, 5 | Withheld in part | 2 | P. 1 and 4, only, of an EC dated 1/5/01, from NY to National Security Division and Ottawa  - re results of an interview with subject who is not part of the request |

*ACLU, et al. v. DOJ, et al.*, *Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                    *Page 4*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 17 | 1010242 ACLU/ACLU Foundation | 89-90 | (b)(1) | Withheld in part | 2 | Document dated 2/14/02, from Washington Field Office re individual who not subject of the request |
| | | | | | | |
| 18 | **1010247-01 PETA** | 92 | (b)(1) | Withheld in part | 1 | EC, dated 12/6/04, from International Operations Unit II to International Operations Unit re no further action required, case can be closed - information is from a foreign government whose relationship with the FBI is protected |
| 19 | 1010247-01 PETA | 93-94 | (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 | Withheld in part | 2 | P.  3 and 5 of an EC dated 7/1/04, from Chicago to Counterterrorism - contains information regarding third party individuals and groups not part of the request.  PETA is incidentally mentioned |
| 20 | 1010247-01 PETA | 95 | (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 | Withheld in part | 1 | P. 2 of an EC dated 11/21/03, from Portland to Counterterrorism - contains information regarding third party individuals and groups not part of the request.  PETA is incidentally mentioned |
| 21 | 1010247-01 PETA | 96 | (b)(7)(A) (b)(7)(D)-4 | Withheld | 1 | EC dated 2/12/04, from NY to NY - information is in response to a lead #9415.  The information is not part of the request.  PETA is incidentally mentioned |
| 22 | 1010247-01 PETA | 97-98 | (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 | Withheld in part | 2 | P. 3 and 5 of an EC dated 5/1/00 from Investigative Services Division to Portland Field Office discussing various members of PETA. |

*ACLU, et al. v. DOJ, et al.,* Civ. A. No. 05-CV-1004 (D.D.C.)
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                                      *Page 5*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 23 | 1010247-01 PETA | 100-103 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 4 | EC dated 5/10/01 from Norfolk to Norfolk -contains information regarding an individual not part of the request |
| 24 | 1010247-01 PETA | 121-123 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(E)-1 | Withheld in part | 3 | Field Office report from Indianapolis Division regarding subject that is not part of request PETA is incidentally mentioned |
| 25 | 1010247-01 PETA | 124-125 | (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 (b)(7)(E)-1 | Withheld in part | 2 | Field Office reports from Indianapolis, Anchorage - discussing third party individuals and groups not part of the request.  PETA is incidentally mentioned. |
| 26 | 1010247-01 PETA | 127-128 131 | (b)(5)-1 (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 3 | P. 9-10, 14 of an internal FBI report - discusses PETA, as well as other groups and third party individuals not part of the request |
| 27 | 1010247-01 PETA | 133-139 | (b)(5)-1 (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 7 | P. 2, 19, 25, 28, 34, 37, 46 of an FBI document.  All pages have the word DRAFT printed in the middle |
| 28 | 1010247-01 PETA | 141-143 | (b)(7)(A) | Withheld in part | 3 | EC dated 2/26/01 from Norfolk Field Office to Counterterrorism Division and All Field Offices regarding ongoing investigation of domestic security terrorist activities |
| 29 | 1010247-01 PETA | 144-149 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1,2 (b)(7)(A) | Withheld in part | 6 | EC dated 4/2/01, from Counterterrorism to Norfolk, Portland Ongoing investigation of domestic security terrorist activities. |

*ACLU, et al. v. DOJ, et al.,* *Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                                 *Page 6*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 30 | 1010247-01 PETA | 150-153 | (b)(7)(A) | Withheld in part | 4 | P. 21, 23, 38, 39 of a write-up on an ongoing investigation of domestic security terrorist activities |
| 31 | 1010247-01 PETA | 155-158 | (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 | Withheld in part | 4 | P. 29, 32, 46, 47 of a write-up on an ongoing investigation of domestic security terrorist activities |
| 32 | 1010247-01 PETA | 159-14 to 159-22 | (b)(3)-2--26 U.S.C. § 6103 | Withheld in part | 9 | Tax Information  (PETA's Schedule of Donations - FY 2001) |
| 33 | 1010247-01 PETA | 159-23 to 159-25 | (b)(3)-2 --26 U.S.C. § 6103 | Withheld in part | 3 | Tax Information  (PETA's Book Asset Detail 8/1/88 - 7/31/01) |
| 34 | 1010247-01 PETA | 159-26 to 159-38 | (b)(3)-2--26 U.S.C. § 6103 | Withheld in part | 13 | 7/15/03 - Red Flag Report  -  FUR Commission.com |
| 35 | 1010247-01 PETA | 162 | (b)(3) -FGJ Information FRCP Rule 6e (b)(6)-4, 5 (b)(7)(A) (b)(7)(C)-4, 5 | Withheld in part | 1 | Write up dated 8/28/00 on Third party individuals who are not subjects of the request |
| 36 | 1010247-01 PETA | 168 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 1 | Information relating to third party individuals and groups not subjects of the request |
| 37 | 1010247-01 PETA | 170 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 1 | P. 2 of 2 - document containing investigative material.  PETA is incidentally mentioned |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                    *Page 7*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 38 | 1010247-01 PETA | 171-172 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 2 | PowerPoint pages which show names of organizations that are not subject to the request.   PETA is incidentally mentioned |
| 39 | 1010247-01 PETA | 173-175 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 3 | P. 6, 8, 15 of write-up on third party individuals and groups which are not subjects of the request.  PETA is incidentally mentioned. |
| 40 | 1010247-01 PETA | 177-2 | (b)(6)-4 (b)(7)(C)-4 | Withheld in full | 1 | Second page of a multiple-page faxed document, dated 12/8/03, which contains information on a third party individual who is not subject of the request |
| 41 | 1010247-01 PETA | 179-181 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 3 | Letter from Congress dated 12/8/03, to William E. Moschella, DOJ - Request for documents.  The request letter contains information regarding names of third party individuals and groups not subject of the request |
| 42 | 1010247-01 PETA | 183 | (b)(7)(D)-1 | Withheld in part | 1 | P. 28  of report on various FBI Field Office Divisions, which contains information regarding investigations of domestic security terrorist activities |
| 43 | 1010247-01 PETA | 187 | (b)(3)-1 (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 1 | Chart listing the Investigations being conducted by FBI Field offices.  This chart contains information on third party individuals and groups not subject of the request |
| 44 | 1010247-01 PETA | 189-1 to 189-9 | (b)(3)-1 (b)(6)-4 (b)(7)(C)-4 | Withheld in full | 9 | This document reflects the analysis of a Title III conducted on a matter that is not subject to the request -- PETA is incidentally mentioned |
| 45 | 1010247-01 PETA | 190 | (b)(3)-1 (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 1 | "Tax Exempt Groups Funding Domestic Terrorism - Talking Points" Portion of information related to PETA has been withheld as grand jury-related information; the remaining information is out of scope. |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                                    *Page 8*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 46 | 1010247-01 PETA | 191-192 | (b)(6)-4, (b)(7)(C)-4 | Withheld in part | 2 | Biography on third-party individuals.  PETA is incidentally mentioned |
| 47 | 1010247-01 PETA | 193-1 to 193-4 | Removed/ Direct Referral | Withheld in full | 4 | Referred to Office of Personnel Management |
| 48 | 1010247-01 PETA | 193-5 | (b)(5)-1 (b)(6)-4, 5 (b)(7)(C)-4, 5 | Withheld in full | 1 | Document entitled "Observation on the Animal Rights Movement and Animal Researchers" © 2002, By: Kurt C. Stakeman, Womble Carlyle Sandridge & Rice PLLC"; contains handwritten notes |
| 49 | 1010247-01 PETA | 193-6 to 193-15 | (b)(5)-1 (b)(6)-4 (b)(7)(C)4 (b)(7)(D)-1 | Withheld in full | 10 | Draft copy of Internal FBI document containing information regarding PETA |
| 50 | 1010247-01 PETA | 193-16 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in full | 1 | Investigative insert  containing source-derived information of investigative interest. |
| 51 | 1010247-01 PETA | 194-195 | (b)(2)-4 (b)(3)-1 (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 (b)(7)(D)-1, 2 (b)(7)(E)-1 | Withheld in part | 2 | Investigative writeup regarding a Norfolk Field Office ongoing investigation (Terrorism Enterprise Investigation Preliminary Inquiry) on PETA and ALF.  Information is deleted for privacy and identity concerns. There is also material listed that was provided in response to a subpoena. |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                              **Page 9**

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 52 | 1010247-01 PETA | 199 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 1 | One page of an FBI Salt Lake City Division Report, dated 1/4/02 - FBI Olympic Counterterrorism Intelligence Section, 2002 Olympic Winter Games Threat Assessment by Entity.  PETA is incidentally mentioned |
| 53 | 1010247-01 PETA | 220-221 | (b)(2)-4 (b)(3)-1 (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-2, 4 | Withheld in part | 2 | Norfolk Field Office information on a incident involving PETA. Information is deleted for privacy and identity concerns.  There is also material listed that was provided in response to a subpoena. |
| 54 | 1010247-01 PETA | 222 | (b)(6)-4 (b)(7)(C)-4 | Withheld | 1 | 2nd P. of a letter from Special Agent in Charge, FBI written in response to an article regarding PETA. |
| 55 | 1010247-01 PETA | 229-235 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 7 | Photos and identifying information of third parties (including names and dates of birth) |
| 56 | 1010247-01 PETA | 236-243 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 8 | Different version of an informal memo written dates 7/14/00, and 7/6/00 reporting on an investigation not part of the request.  PETA is incidentally mentioned. |
| 57 | 1010247-01 PETA | 249 | (b)(6)-4 (6)(7)(C)-4 | Withheld in part | 1 | Document which lists the names of individuals arrested at multiple protests |
| 58 | 1010247-01 PETA | 250 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 1 | Investigative insert providing source information.  PETA is incidentally mentioned. |

*ACLU, et al. v. DOJ, et al.*, Civ. A. No. 05-CV-1004 (D.D.C.)
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                        *Page 10*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 59 | 1010247-01 PETA | 253 | (b)(6)-4, (b)(7)(C)-4 | Withheld in part | 1 | FBI Field Office - providing case information.  PETA is incidentally mentioned. |
| 60 | 1010247-01 PETA | 255-256, 262, 265, 267, 271, 273, 276, 279-280, 284-286 292, 294-297 | (b)(5)-1 (b)(6)-4, 5 (b)(7)(C)-4, 5 | Withheld in part | 19 | E-mail traffic dated 7/5/02, 3/9/04, 4/6/04, 5/12/04-5/13/04, 5/18/04, 8/25/04. 11/10/04, 11/12/04, 12/1/04,12/5/04, 12/6/04, 3/8/04-3/9/04 |
|  |  |  |  |  |  |  |
| 61 | **1010243 ADC** | 299 to 302 | (b)(1) (b)(7)(A) | Withheld in part | 4 | EC dated 11/15/02, from Los Angeles Field Office to Counterterrorism Division and Detroit Field Office, portions of which are classified. Pgs 1, 12, 21, 28 only - reporting items discovered during a consent to search premise subject of which is not part of the request; ADC is incidentally mentioned/cross references |
| 62 | 1010243 ADC | 304-1 to 304-7, 305-1 | (b)(1) (b)(6)-4, 5 (b)(7)(A) (b)(7)(C)-4, 5 | Withheld in full | 8 | Source-derived document which has been classified. |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                    *Page 11*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 63 | 1010243 ADC | 311 | (b)(6)-4, 5 (b)(7)(C)-4, 5 | Withheld in part | 1 | P. 2 of FD-302 dated September 19, 2001, of individual active with ADC. |
| 64 | 1010243 ADC | 313-1 to 313-7 | (b)(3)-1 (b)(6)-4 (b)(7)(C)-4 | P. 313-1 withheld in part | 7 | Response to subpoena request in part P. 313-2 to 313-7 - Withheld in full |
| 65 | 1010243 ADC | 475-1 to 475-5 | (b)(1) (b)(2)-4 (b)(6)-4, 5 (b)(7)(C)-4, 5 | Withheld in full | 5 | Source-derived document which has been classified. |
| 66 | 1010243 ADC | 501-502 | (b)(6)-4, 5 (b)(7)(C)-4, 5 | Withheld in part | 2 | Investigative Insert - Phone search results - ADC is incidentally mentioned |
| | | | | | | |
| 67 | 1010246- **MPAC** | 512-1 512-2 | (b)(1) (b)(2)-4 (b)(6)-4 (b)(7)(C)-4 | Withheld in full | 2 | FBI EC dated 12/12/01 from Los Angeles Field Office to Los Angeles Field Office |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                              *Page 12*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 68 | 1010246 - MPAC | 513-1 | (b)(1) (b)(2)-4 (b)(6)-4 (b)(7)(C)-4 | Withheld in full | 1 | P. 1 of EC dated 3/20/02 from Los Angles Field Office to Los Angeles Field Office - summarizes a 3/13/02 telephone call with a Detective, FBI Dallas concerning a case that is not a subject of the request |
| 69 | 1010246 - MPAC | 515-1 | (b)(6)-5 (b)(7)(C)-5 (b)(7)(E)-1 | Withheld in part | 1 | Counterterrorism Analysis Section ("CTAS") Product Report: computer screen printout with search terms and results |
| 70 | 1010246 - MPAC | 515-2 to 515-11 | (b)(1) (b)(2)-4 (b)(5)-1 (b)(6)-4, 5 (b)(7)(A) (b)(7)(C)-4,5 (b)(7)(E)-1 | Withheld in part | 10 | CTAS Product Report dated 10/1/2003 - 3/31/2004 which contains a listing of various work products that relate to both international and domestic terrorist groups |
| 71 | 1010246 - MPAC | 515-12 to 515-13 | (b)(5)-1 | Withheld in part | 2 | Typed outline of proposed media approach regarding FBI program |
| 72 | 1010246 - MPAC | 515-14 to 515-15 | (b)(6) -4, 5 (b)(7)(C)-4,5 | Withheld in part | 2 | Investigative summary of a third-party individual of interest to the FBI, but who is not a subject of the request |

*ACLU, et al. v. DOJ, et al.*, *Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                        *Page 13*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 73 | 1010246 - MPAC | 515-16 to 515-17 | (b)(5)-1 (b)(6)-4,5 (b)(7)(C)-4,5 | Withheld in part | 2 | E-mail traffic dated 8/18-19/2004 from a Field Office to HQ regarding a proposed meeting |
| 74 | 1010246 - MPAC | 515-19 to 515-22 | (b)(6)-4 (b)(7)(C)-4 | Withheld in full | 4 | Resume of a third party individual not subject of the request |
| 75 | 1010246 - MPAC | 515-23 to 515-25 | (b)(2)-4 (b)(6)-4,5 (b)(7)(A) (b)(7)(C)-4,5 (b)(7)(E)-1 | Withheld in part | 3 | Source-derived information |
| 76 | 1010246 - MPAC | 515-26 to 515-31 | (b)(1) (b)(6)-4, 5 (b)(7)(A) (b)(7)(C)-4, 5 (b)(7)(D)-2 | Withheld in part | 6 | FBI EC dated 4/3/00, from NY to National Security Division, FBIHQ, AT, BA, SF, SE - regarding individuals not a party to this request |
| 77 | 1010246 - MPAC | 515-32 to 515-35 | (b) (1) (b)(2)-4 (b)(6)-4,5 (b)(7)(A) (b)(7)(C)-4, 5 (b)(7)(E)-1 | Withheld in part | 4 | FBI EC dated 9/20/01, from Foreign government agency to Counterterrorism Division, Investigative Services, NY -purpose it to provide a response to a request for an FBI investigation which is not a subject of this request |

_ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)_
_EXHIBIT A TO FIFTH HARDY DECLARATION_                                                                          _Page 14_

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 78 | 1010246 - MPAC | 515-38 to 515-42<br><br>516-1 | (b)(1)<br>(b)(2)-4<br>(b)(6)-4,5<br>(b)(7)(A)<br>(b)(7)(C)-4, 5<br>(b)(7)(D)-2<br>(b)(7)(E)-1 | Withheld in part | 6 | FBI EC dated 4/03/2000 from New York Field Office to National Security Division, Atlanta Field Office, Baltimore Field Office, San Francisco Field Office and Seattle Field Office,  regarding several pending FBI investigations |
| 79 | 1010246 - MPAC | 516-3 to 516-5 | (b)(2)-4<br>(b)(7)(A)<br>(b)(7)(E)-1 | Withheld in part | 3 | Source document |
| 80 | 1010246 - MPAC | 545 and 516-6 | (b)(1)<br>(b)(7)(A) | Withheld in part | 2 | P. 1 and 2 of an FBI EC dated 1/31/2005 from the Washington Field Office to Records Management Division, FBIHQ, which discusses a file with incidental references to MPAC, PETA and ACLU, which are incidentally mentioned by others in these files |
| 81 | 1010246 - MPAC | 516-7 to 516-8 | (b)(5)-1 | Withheld in part | 2 | FBI E-mail traffic dated 6/7/2004, 6/21/2004, and 6/28/02004 to -29/2004 regarding an FBI investigation which is not subject of the request |

*ACLU, et al. v. DOJ, et al.*, *Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                                      *Page 15*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 82 | 1010246 - MPAC | 516-9 to 516-41 \n\n 517-1 to 517-35 | (b)(2)-4 \n (b)(6)-4, 5 \n (b)(7)(A) \n (b)(7)(C)-4, 5 \n (b)(7)(E)-1 | Withheld in part | 68 | Source documents which discuss organizations and third-party individuals of investigative interest but who are not the subject of the current request. |
| 83 | 1010246 - MPAC | 517-36 | (b)(1) | Withheld in part | 1 | FBI file search/request form dated **1/27/2005 (which is beyond cut-off date of search)**- classified file numbers in which MPAC is incidentally mentioned. |
| 84 | 1010246 - MPAC | 517-37 | (b)(1) | Withheld in part | 1 | EC dated 8/16/2002 from Washington Field Office to Washington Field Office regarding a subject of investigative interest to the FBI, but not a subject of the request |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
**EXHIBIT A TO FIFTH HARDY DECLARATION**                                                    *Page 16*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 85 | 1010246 - MPAC | 517-38 to 517-44<br><br>518-1 to 518-17 | (b)(1) | 517-38 Withheld in part<br><br>517-39 to 517-44 and 518-1 to 518-17 Withheld in full | 1<br><br>23 | Source-derived information which has been classified. |
| 86 | 1010246 - MPAC | 518-18 to 518-34 | (b)(1) | 518-18 Withheld in part<br><br>518-19 to 518-34 Withheld in full | 1<br><br>16 | EC dated 8/31/2004 from the Washington Field Office to the Washington Field Office regarding an FBI investigation with documents attached, MPAC is incidentally mentioned. |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                                                   *Page 17*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 87 | 1010246 - MPAC | 518-35 | (b)(1) (b)(7)(A) | Withheld in part | 1 | List of pending file numbers, some of which are classified, with certain serials which reference MPAC |
| 88 | 1010246 - MPAC | 555 and 518-36 to 518-37 | (b)(6)-4, 5 (b)(7)(C)-4, 5 | 518-36 is withheld in full  518-37 is withheld in part | 3 | P. 1-3, of an FBI FD-302 dated 11/4/2002, third party individual not a subject of the request |
| 89 | 1010246 - MPAC | 518-38 to 518-42 | (b)(6)-4,5 (b)(7)(C)-4, 5 | Withheld in full | 5 | Working copy of a FBI FD-302 dated 4/8/2003, third party individual not a subject of the request |
| 90 | 1010246 - MPAC | 518-43 to 518-44 | (b)(6)-4, -5 (b)(7)(C)-4, -5 | Withheld in part | 2 | MPAC facsimile to Ron Iden, dated 10/20/03, and E-mail attached to the Fax The E-mail is from a third party individual not a subject of the request |
| 91 | 1010246 - MPAC | 519-2 to 519-3 | (b)(1) (b)(6)-4,5 (b)(7)(C)-4,5 | Withheld in part | 2 | EC dated 3/19/2002 from Los Angeles Field Office to Los Angeles Field Office regarding an FBI investigation which is not a subject of the request - MPAC is incidentally mentioned in the serial |

_ACLU, et al. v. DOJ, et al.,_ Civ. A. No. 05-CV-1004 (D.D.C.)
**EXHIBIT A TO FIFTH HARDY DECLARATION**                                                                        *Page 18*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 92 | 1010246 - MPAC | 519-5 | (b)(1) | Withheld in part | 1 | FD-5A, Automated Serial Permanent Charge-Out form, date 3/18/2003 |
| 93 | 1010246 - MPAC | 519-6 | (b)(1) | Withheld in part | 1 | EC dated 3/20/2002 from Los Angeles Field Office to Los Angeles Field Office to summarize 3/13/02 telephone call with a Detective, FBI Dallas concerning case connections not part of the request |
| 94 | 1010246 - MPAC | 519-8 | (b)(1) | Withheld in part | 1 | Muslim Public Affairs Council Letter dated 12/26/2001, to Ron Iden, AD, FBI, regarding a convention entitled "Rising Moderate Voices of American Muslims: Silent Majority No More" to be held on 12/29/01 |
| 95 | 1010246 - MPAC | 519-9 | (b)(6)-5 (b)(7)(C)-5 | Withheld in part | 1 | Facsimile cover sheet dated 12/26/2001, from Muslim Public Affairs Council to Ron Iden, AD, FBI |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                    *Page 19*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 96 | 1010246 - MPAC | 520-31 to 520-40<br><br>520-41 to 520-44 and 521-1 | (b)(1) | 520-31 to 520-40 Withheld in part<br><br>520-41 to 520-44 and 521-1 Withheld in full | 15 | The entire document remains classified, FBI investigative information that is not subject to the request.  MPAC is incidentally mentioned. |
| 97 | 1010246 - MPAC | 521-43 to 44 and 522-1 to 2 | (b)(1) | Withheld in part | 4 | EC dated 2/4/02 from Los Angeles Field Office to New York Field Office regarding an FBI investigation not subject of the request; MPAC is incidentally mentioned |
| 98 | 1010246 - MPAC | 522-5 | (b)(1) | Withheld in part | 1 | Form FD-159 - Record of Information Furnished Other Agencies, dated 2/17/02, which documents information provided to California Department of Justice |
| 99 | 1010246 - MPAC | 533 - 534 | (b)(1) | Withheld in part | 2 | Classified information on document remains classified.  FBI Information. |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
**EXHIBIT A TO FIFTH HARDY DECLARATION**                                                                           *Page 20*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 100 | 1010246 - MPAC | 536 | (b)(6)-4 (b)(7)-4 | Withheld in part | 1 | August 16, 2004 Comments re Meeting with Muslim and Arab American Groups, information regarding third party individuals not part of the request |
| 101 | 1010246 - MPAC | 543 | (b)(2)-4 (b)(7)(E)-1 | Withheld in part | 1 | Investigative insert, dated 10/8/01, information regarding third party individuals not part of the request |
| | | | | | | |
| 102 | **1010245 Greenpeace** | 622-624 | (b)(6)-4,5 (b)(7)(C)-4,5 (b)(7)(D)-2 | Withheld in part | 3 | EC - from Los Angeles to Counterterrorism; dated 4/25/01, regarding information relating to the Vandenburg Action Coalition |
| 103 | 1010245 Greenpeace | 659 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 1 | FD 302 dated 5/14/01, a source providing information on protest at Vandenburg Air Force Base |
| 104 | 1010245 Greenpeace | 685 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 1 | EC from Los Angeles to Counterterrorism, Los Angeles; dated 6/1/01 Subject: Santa Cruz Direct Action Coalition; Greenpeace; Global Network against weapons and nuclear power in space; Rukus; Catholic Workers Group, Vandenberg Action Coalition; Document discusses case conversion from Preliminary Inquiry to Full Investigation |

*ACLU, et al. v. DOJ, et al.*, *Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                                    *Page 21*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 105 | 1010245 Greenpeace | 689-690 | (b)(2)- 4 (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 2 | EC from Los Angeles to Counterterrorism, Los Angeles;  dated 6/6/01 Discusses 6/6/01 meeting with Vandenberg Air Force Base personnel. Discussion of countermeasures to powered parachute incursion by Greenpeace |
| 106 | 1010245 Greenpeace | 693-694 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 2 | FD 302, dated 5/17/01, discussing a source who provided an attachment. |
| 107 | 1010245 Greenpeace | 730-731 | (b)(6)-4 (b)(7)(C)-1,4 (b)(7)(D)-1 | Withheld in part | 2 | FD 302, dated 7/7/01, source provided information |
| 108 | 1010245 Greenpeace | 738-739 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 2 | FD 302, dated 5/9/01, source provided information |
| 109 | 1010245 Greenpeace | 740-741 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 2 | FD 302, dated 3/13/01, Source provided information |
| 110 | 1010245 Greenpeace | 742-743 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 2 | FD 302, dated 3/7/01 Source provided information |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                         *Page 22*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 111 | 1010245 Greenpeace | 744-746 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 3 | FD 302, dated 6/28/01, Source provided information |
| 112 | 1010245 Greenpeace | 747-749 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 3 | FD 302, dated 6/4/01, source provided information |
| 113 | 1010245 Greenpeace | 750-752 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 3 | FD 302, dated 6/11/01, source provided information |
| 114 | 1010245 Greenpeace | 753-755 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 3 | FD 302, dated 6/18/01, source provided information |
| 115 | 1010245 Greenpeace | 756-758 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-1 | Withheld in part | 3 | FD 302, dated 6/14/01, Source provided information |

*ACLU, et al. v. DOJ, et al.,* Civ. A. No. 05-CV-1004 (D.D.C.)
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                    *Page 23*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 116 | 1010245 Greenpeace | 794 | (b)(7)(D)-1 | Withheld in part | 1 | Third page of three-page EC from Los Angeles to Washington Field Office, et al, dated 4/8/02.  (ACLU Bates pages 792 and 793 are no longer being challenged).  Subject:  Santa Cruz Direct Action Coalition; Greenpeace; Global Network against weapons and nuclear power in space; Rukus; Catholic Workers Group, Vandenberg Action Coalition.    Information withheld to protect source. |
| 117 | 1010245 Greenpeace | 795-821 | (b)(6)-4, (b)(7)(C)-4 | Withheld in part | 27 | Documents gathered for law enforcement purposes |
| 118 | 1010245 Greenpeace | 949 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 1 | Write-up on individual not subject of the request.  Info relates to 2003 Exxon/Mobil incident and  2004 Exxon/Mobil protests |
| 119 | 1010245 Greenpeace | 950 | (b)(6)-4, (b)(7)(C)-4 | Withheld in part | 1 | Write-up on individual not subject of the request.  Information relates to 2003 Exxon/Mobil/Greenpeace protest action |
| 120 | 1010245 Greenpeace | 951 | (b)(6)-4, (b)(7)(C)- 4 (b)(7)(D)-2 | Withheld in part | 1 | Write up on individual not subject of the request.  Info has a brief mention of Greenpeace. |
| 121 | 1010245 Greenpeace | 952 | (b)(6)-4 (b)97)(C)-4 (b)(7)(D)-2 | Withheld in part | 1 | Write up on individual not subject of the request.  Mentions case summary of Greenpeace ship which had initiated operation named "Greenpeace Stop Star Wars program" |
| 122 | 1010245 Greenpeace | 953 | (b)(6)-4, (b)(7)(C)-4 | Withheld in part | 1 | Write up on individual not subject of the request, former Greenpeace Board member |

*ACLU, et al. v. DOJ, et al.*, *Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                                                      *Page 24*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 123 | 1010245 Greenpeace | 955 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 1 | P. 3 of FBI EC, document has mere mention of Greenpeace |
| 124 | 1010245 Greenpeace | 956 | (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 | Withheld in part | 1 | P. 3 of working copy of FBI EC, document discusses individuals not subject of the request |
| 125 | 1010245 Greenpeace | 961 | (b)(5)-1, (b)(6)-4, (b)(7)(C)-4 (b)(7)(D)-2 | Withheld in part | 1 | P. 3 of FBIHQ 2001 Annual Field Office Report ("AFOR"), reports on Anchorages challenges in dealing with the threat emanating from Greenpeace. |
| 126 | 1010245 Greenpeace | 963 | (b)(5)-1 (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-2 | Withheld in part | 1 | P. 3 of FBIHQ 2001 AFOR reports on Anchorages challenges in dealing with the threat emanating from Greenpeace. |
| 127 | 1010245 Greenpeace | 1055 | (b)(5)-1 (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-2 | Withheld in part | 1 | P. 17 of FBIHQ 2001 AFOR reports on Anchorages challenges in dealing with the threat emanating from Greenpeace. |
| 128 | 1010245 Greenpeace | 1056 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 1 | P. 4 of Internal FBI report, dated February 2004, in which Greenpeace is incidentally mentioned |

_**ACLU, et al. v. DOJ, et al.**_, _Civ. A. No. 05-CV-1004 (D.D.C.)_
_**EXHIBIT A TO FIFTH HARDY DECLARATION**_                                                     _**Page 25**_

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 129 | 1010245 Greenpeace | 1057-1058 | (b)(6)-4 (b)(7)(A) (b)(7)(C)- 4 | Withheld in part | 2 | Pages of a document containing investigative information, in which Greenpeace is incidentally mentioned |
| 130 | 1010245 Greenpeace | 1061 - 1063 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-2 | Withheld in part | 3 | 4/25/00 memo written to Mr. Watson, regarding various groups, to include Greenpeace, and incidents that occurred in the Anchorage Field Office. |
| 131 | 1010245 Greenpeace | 1072 | (b)(2)- 4 (b)(5)-1 | Withheld in part | 1 | E-mail dated 7/29/04, subject - FYI on DT Foreign Nationals - discusses meeting amongst CTD individuals re foreign nationals |
| 132 | 1010245 Greenpeace | 1126-1187 | (b)(6)-4, 5 (b)(7)(C)-4, 5 (b)(7)(D)-4 | Withheld in part | 62 | Investigative material compiled by various state, county and local law enforcement agencies and provided to the FBI |
| 133 | 1010245 Greenpeace | 1335-1 | (b)(6)-4 (b)(7)(C)-4 | Withheld in full | 1 | Criminal complaint dated 7/16/01 |
| 134 | 1010245 Greenpeace | 1335-2 to 1335-7 | (b)(6)-4 (b)(7)(C)-4 | Withheld in full | 6 | Affidavit of a Special Agent, undated and unsigned |
| 135 | 1010245 Greenpeace | 1335-8 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-2 | Withheld in full | 1 | DOJ Facsimile cover sheet dated 7/31/01 |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                                    *Page 26*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 136 | 1010245 Greenpeace | 1335-9 to 1335-11 | (b)(6)-4 (b)(7)(C)-4 (b)(7)(D)-2 | Withheld in full | 3 | Two Facsimiles from Just Cause Law Collective, two p. fax dated 7/30/01, and one p. fax dated 7/31/01 |
| 137 | 1010245 Greenpeace | 1480 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 1 | FD302 of Third Party who provided investigative information to the FBI |
| 138 | 1010245 Greenpeace | 1482-14 1482-18 | Third Party Information, (b)(6)-4, (b)(7)(C)-4 | Withheld in full | 5 | Document obtained from the Greenpeace Website, Team profiles of individuals who are not subject of the request |
| 139 | 1010245 Greenpeace | 1712-1715 | (b)(6)- 4, 5 (b)(7)(C)-4, 5 | Withheld in part | 4 | Law enforcement document related to third parties of investigative interest |
| 140 | 1010245 Greenpeace | 1797-1802 | (b)(6)-4, 5 (b)(7)(C)-4, 5 (b)(7)(D)- 4 | Withheld in part | 6 | Investigative Material Compiled by State, County or Local Law Enforcement Agencies and Provided to the FBI on individual not subject of the request |
| 141 | 1010245 Greenpeace | 1809-1812 | (b)(6)-4 (b)(7)(C)-4 | Withheld in part | 4 | Municipal Court docket as of 3/7/02, on individual not subject of the request |

*ACLU, et al. v. DOJ, et al.*, *Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                    *Page 27*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 142 | 1010245 Greenpeace | 1896-3 | (b)(6)-4, (b)(7)(C)-4 | Withheld in full | 1 | Piece of paper that contains scribbled notes of a possible investigative nature, along with the names of third party individuals not subject of the request |
| 143 | 1010245 Greenpeace | 2003-1 - 2003-2 | (b)(6)-4, (b)(7)(A) (b)(7)(C)-4 (b))(7)(D)-2 | Withheld in full | 2 | FBI Letterhead Memorandum ("LHM") dated 3/16/01, p. 1 and 13, Investigative matter not subject of the request |
| 144 | 1010245 Greenpeace | 2003-3 | (b)(6)-4 (b)(7)(A) (b)(7)(D)-2 | Withheld in full | 1 | Letter dated 6/24/04, from Pittsburgh to Mueller, et al |
| 145 | 1010245 Greenpeace | 2003-4 to 2003-6 | (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 (b)(7)(D)-2 | Withheld in full | 3 | Internal FBI e-mail traffic dated 6/24/04, regarding Urgent Report for Greenpeace Demonstrators at the power plant in Green County |

*ACLU, et al. v. DOJ, et al.*, *Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                                    *Page 28*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 146 | 1010245 Greenpeace | 2003-7 | (b)(6)- 4 (b)(7)(A) (b)(7)(C)-4 (b)(7)(D)-2 | Withheld in full | 1 | Internal FBI e-mail traffic dated 6/24/04, regarding Greenpeace and another group, not subject of the request |
| 147 | 1010245 Greenpeace | 2003-8 to 2003-16 | (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 (b)(7)(D)-2 | Withheld in full | 9 | EC dated 7/14/00, includes pp. 1, 4,  8, 10, 11, 12, 15, 16, 18 |
| 148 | 1010245 Greenpeace | 2003-17 | (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 | Withheld in full | 1 | Internal e-mail traffic dated 1/7/05, investigative discussion regarding a service attack against a company which is not a subject of the request |
| 149 | 1010245 Greenpeace | 2003-18 | (b)(7)(A) | Withheld in full | 1 | Last page of attachment to e-mail traffic dated 1/7/05, continuing discussion regarding a service attack against a company which is not subject of the request |
| 150 | 1010245 Greenpeace | 2003-19 | (b)(7)(A) | Withheld in full | 1 | More attachments to above e-mail traffic, dated 1/7/05 |
| 151 | 1010245 Greenpeace | 2003-20 | (b)(7)(A) | Withheld in full | 1 | More attachments to above e-mail traffic, dated 1/7/05 |

_**ACLU, et al. v. DOJ, et al.,** Civ. A. No. 05-CV-1004 (D.D.C.)_
_**EXHIBIT A TO FIFTH HARDY DECLARATION**_                                                            _**Page 29**_

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 152 | 1010245 Greenpeace | 2003-21 | (b)(6)-4, (b)(7)(A) (b)(7)(C)-4 | Withheld in full | 1 | Internal e-mail traffic dated 1/7/05, investigative discussion regarding a service attack against a company which is not a subject of the request |
| 153 | 1010245 Greenpeace | 2003-22 | (b)(7)(A) | Withheld in full | 1 | 2nd page - Statement of Andrew W. Vale, Domestic Terrorism Operations Unit Chief, Counterterrorism Division,  Federal Bureau of Investigation, Before the House Ways and Means Committee, April 1, 2004 - Greenpeace is incidentally mentioned |
| 154 | 1010245 Greenpeace | 2003-23 | (b)(6)-4, (b)(7)(A) (b)(7)(C)-4 | Withheld in full | 1 | P. 3 of a printout entitled "AMP News Service, Monday January 19, 2004" |
| 155 | 1010245 Greenpeace | 2003-24 | (b)(7)(A) | Withheld in full | 1 | 2nd page - Statement of James F. Jarboe, Domestic Terrorism Section Chief, Counterterrorism Division, Federal Bureau of Investigation, Before the House Resources Committee, Subcommittee on Forests and Forest Health, February 12, 2002 |
| 156 | 1010245 Greenpeace | 2003-25 to 2003-26 | (b)(6)-4, (b)(7)(A) (b)(7)(C)-4 | Withheld in full | 2 | Biography on individual not party to this request - Greenpeace is incidentally mentioned, nothing of substance provided |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                      *Page 30*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 157 | 1010245 Greenpeace | 2003-27 | (b)(6)-4, (b)(7)(A) (b)(7)(C)-4 | Withheld in full | 1 | Write-up on organizations not party to this request - Greenpeace is incidentally mentioned, nothing of substance provided |
| 158 | 1010245 Greenpeace | 2003-28 to 2003-31 | (b)(6)-4, (b)(7)(A) (b)(7)(C)-4 | Withheld in full | 4 | Document in which Greenpeace is incidentally mentioned, nothing of substance provided. |
| 159 | 1010245 Greenpeace | 2003-37 to 2003-39 | (b)(6)-4, (b)(7)(A) (b)(7)(C)-4 | Withheld in full | 3 | 8/27/04, document in which Greenpeace is incidentally mentioned, nothing of substance provided p. 2003-39 same as 2003-19 |
| 160 | 1010245 Greenpeace | 2003-40 to 2003-41 | (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 | Withheld in full | 2 | Biography on individual not party to this request - Greenpeace is incidentally mentioned, nothing of substance provided |
| 161 | 1010245 Greenpeace | 2003-42 to 2003-43 | (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 | Withheld in full | 2 | FBI Letterhead Memorandum (LHM) dated 12/3/03, on a group that is not subject of the request |
| 162 | 1010245 Greenpeace | 2003-44 and 2004-1 | (b)(6)-4 (b)(7)(A) (b)(7)(C)-4 | Withheld in full | 2 | FBI Letterhead Memorandum (LHM) dated 1/26/04, on a group that is not subject of the request, first page and p. 3 |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
*EXHIBIT A TO FIFTH HARDY DECLARATION*                                                                *Page 31*

| Document # | FOIA # & Subject | ACLU Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 163 | 1010245 Greenpeace | 2004-2 to 2004-10 | (b)(6)-4,5 (b)(7)(A) (b)(7)(C)-4,5 Misc NLG v. AG, 77-CIV.-999 (SONY) | Withheld in full | 9 | Investigative documents in which Greenpeace is incidentally mentioned |
| 164 | 1010245 Greenpeace | 2127 to 2141 | (b)(6)-4, 5 (b)(7)(C)-4, 5 | Withheld in part | 17 | Room receipts and phone records of Third Parties of Investigative Interest or Who provided information to the FBI |
| 165 | 1010245 Greenpeace | 2142 to 2147 | (b)(6)-4, (b)(7)(C)-4 | Withheld in part | 6 | Room receipts and phone records from the Lamplighter Inn & Suites San Luis Obispo, CA |
| 166 | 1010245 Greenpeace | 2148 | (b)(6)-4, 5 (b)(7)(C)-4, 5 | Withheld in part | 1 | Handwritten notes which contain names and/or Identifying Information of Third Parties of Investigative Interest or Who Provided Information to the FBI |
| 167 | 1010245 Greenpeace | 2150 | (b)(6)-4, 5 (b)(7)(C)-4, 5 | Withheld in part | 1 | Handwritten notes which contain names and/or Identifying Information of Third Parties of Investigative Interest or Who Provided Information to the FBI |