

**ACLU LAWSUIT – NATIONAL SECURITY LETTERS**

<u>**Issue:**</u> The ACLU filed a suit under seal on April 6 challenging the FBI's authority to issue National Security Letters. The ACLU charges that Section 505 of the USA PATRIOT Act violates the First and Fourth Amendments because it does not include adequate safeguards on the FBI's authority to force disclosure of sensitive and constitutionally protected information. A redacted version of the ACLU's suit was unsealed and they issued a press release on April 28.

A *Washington Post* article (Eggen 4/29/2004) cites the lawsuit, saying, "The ACLU alleges that a section of the act is unconstitutional because it allows the FBI to request financial records and other documents from businesses without a warrant or judicial approval."

**63**

b5 -1

b5 -1

OTHER O/S

## ACLU LAWSUIT – NATIONAL SECURITY LETTERS

**Issue:** The ACLU filed a suit under seal on April 6 challenging the FBI's authority to issue National Security Letters. The ACLU charges that Section 505 of the USA PATRIOT Act violates the First and Fourth Amendments because it does not include adequate safeguards on the FBI's authority to force disclosure of sensitive and constitutionally protected information. A redacted version of the ACLU's suit was unsealed and they issued a press release on April 28.

A *Washington Post* article (Eggen 4/29/2004) cites the lawsuit, saying, "The ACLU alleges that a section of the act is unconstitutional because it allows the FBI to request financial records and other documents from businesses without a warrant or judicial approval."

**From:** BOWMAN, MARION E. (OGC) (FBI)                          b6 −1
**Sent:** Monday, September 27, 2004 1:40 PM
**To:** [        ]OI) (OGA)[            ]OCA) (FBI)              b7C −1
**Subject:** House Bill

<u>**UNCLASSIFIED**</u>                                          b5 −1
<u>**NON-RECORD**</u>

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
### DELETED PAGE INFORMATION SHEET

___1___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) – 4, 5 | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) – 1 | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) – 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
_Bates page. 79 – 1_____

XXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X  No Duplication Fee   X
X   for this page   X
XXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

__1__  Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | X (b)(7)(C) — 4, 5 | ☐ (k)(1) |
| _____ | X (b)(7)(D) — 1 | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| X (b)(6) — 4, 5 | | ☐ (k)(7) |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s): _____
_____
_____

X  The following number is to be used for reference regarding these pages:
__Bates page 79-2_____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)      X
X  No Duplication Fee    X
X    for this page        X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

___*1*___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

_X_ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — *4, 5* | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) — *1* | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — *4, 5* | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

_X_ The following number is to be used for reference regarding these pages:
*Bates page 80 - 1*_____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X    for this page      X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

_1_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) _-4,5_ | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) _-1_ | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) _-4,5_ | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
_Bates page 80-2_ _____

```
XXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X No Duplication Fee   X
X   for this page      X
XXXXXXXXXXXXXXXX
```

XXXXXX
XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_1_  Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

_X_  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — *4,5* | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) — *1* | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — *4,5* | | ☐ (k)(7) |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s): _____
_____
_____

_X_  The following number is to be used for reference regarding these pages:
_Bates page 80 - 3_ _____

XXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X  No Duplication Fee  X
X   for this page      X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

_1_  Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — _4, 5_ | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) — _1_ | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — _4, 5_ | | ☐ (k)(7) |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s): _____
_____
_____

☒  The following number is to be used for reference regarding these pages:
_Bates page 80-4_ _____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X No Duplication Fee   X
X    for this page       X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_____1_____ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — *4,5* | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) — *1* | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — *4,5* | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
_Bates Page 80 - 5_ _____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee    X
X    for this page    X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_1_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — 4, 5 | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) — 1 | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
_Bates page, 81-1_ _____

XXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee    X
X    for this page    X
XXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

___1___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — 4, 5 | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) — 1 | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
_Bates page 81- 2_____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee  X
X    for this page      X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) – 1, 4, 5 | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) – 1 | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) – 1, 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s):  _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
Bates page 82-1 _____

XXXXXXXXXXXXXXXX
X   Deleted Page(s)      X
X   No Duplication Fee   X
X   for this page        X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_/_  Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

XX  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — 1, 4, 5 | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) — 1 | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — 1, 4, 5 | | ☐ (k)(7) |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s): _____
_____
_____

☒  The following number is to be used for reference regarding these pages:
_Bates page 82-2_

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X     for this page      X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

_1_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | X (b)(7)(C) — 1, 4, 5 | ☐ (k)(1) |
| _____ | X (b)(7)(D) — 1 | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| X (b)(6) — 1, 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

X The following number is to be used for reference regarding these pages:
_Bates page 82-3_____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X No Duplication Fee   X
X    for this page       X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

__1__ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — 1, 4, 5 | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) — 1 | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — 1, 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
_Bates page 82-4_ _____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X     for this page     X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

_1_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) _-1, 4, 5_ | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) _-1_ | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) _-1, 4, 5_ | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

☒ The following number is to be used for reference regarding these pages:
_Bates page 83-1_

XXXXXXXXXXXXXXXX
X  Deleted Page(s)    X
X  No Duplication Fee  X
X  for this page      X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

_1_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) – 4, 5 | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) – 1 | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) – 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

☒ The following number is to be used for reference regarding these pages:
Bates Page 83-2

XXXXXXXXXXXXXXX
X  Deleted Page(s)  X
X  No Duplication Fee  X
X  for this page  X
XXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

___1___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) ‑ 1, 4, 5 | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) ‑ 1 | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) ‑ 1, 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

☒ The following number is to be used for reference regarding these pages:
___Bates page 83-3_____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X   No Duplication Fee   X
X    for this page    X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_1_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | X (b)(7)(C) _4, 5_ | ☐ (k)(1) |
| _____ | X (b)(7)(D) _— 1_ | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| X (b)(6) _— 4, 5_ | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

X The following number is to be used for reference regarding these pages:
_____ Bates page 83-4

```
XXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee  X
X   for this page       X
XXXXXXXXXXXXXXXX
```

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_/_  Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) _-/, 4, 5_ | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) _-/_ | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) _-/, 4, 5_ | | ☐ (k)(7) |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s):  _____
_____
_____

☒  The following number is to be used for reference regarding these pages:
_Bates page 84-1_____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee    X
X    for this page    X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_1_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) _-4, 5_ | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) _- 1_ | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) _- 4, 5_ | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
_Bates page 84-2_____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee  X
X    for this page    X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

# FEDERAL BUREAU OF INVESTIGATION
## FOIPA
### DELETED PAGE INFORMATION SHEET

_____ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X   Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — 1, 4, 5 | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) — 1 | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — 1, 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

X   The following number is to be used for reference regarding these pages:
_Bates page 85 - 1_____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X  No Duplication Fee   X
X     for this page        X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

_1_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — 1, 4, 5 | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) — 1 | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — 1, 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
_Bates page 85 — 2_ _____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X   No Duplication Fee   X
X    for this page      X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

*1* Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — *4, 5* | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) — *1* | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — *4, 5* | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

☒ The following number is to be used for reference regarding these pages:
*Bates page, 85 - 3* _____

XXXXXXXXXXXXXXXX
X     Deleted Page(s)     X
X  No Duplication Fee   X
X     for this page       X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_/_  Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — _1, 4, 5_ | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — _1, 4, 5_ | | ☐ (k)(7) |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s):  _____
_____
_____

☒  The following number is to be used for reference regarding these pages:
_Bates page 85 — 4_____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee  X
X    for this page      X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_/_    Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X    Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | X (b)(7)(C) — *1, 4, 5* | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| X (b)(6) — *1, 4, 5* | | ☐ (k)(7) |

☐    Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐    Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____    Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____    Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____    Pages were not considered for release as they are duplicative of _____

_____    Page(s) withheld for the following reason(s): _____

X    The following number is to be used for reference regarding these pages:
*Bates page 85 - 5*_____

```
XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X   No Duplication Fee   X
X    for this page    X
XXXXXXXXXXXXXXXX
```

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

___1___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) ‒ 4, 5 | ☐ (k)(1) |
| | ☐ (b)(7)(D) | ☐ (k)(2) |
| | ☐ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) ‒ 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

☒ The following number is to be used for reference regarding these pages:
_Bates page 85-6_

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X    for this page      X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

# FEDERAL BUREAU OF INVESTIGATION
## FOIPA
### DELETED PAGE INFORMATION SHEET

_1_  Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | X (b)(7)(C) — 1, 4, 5 | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| X (b)(6) — 1, 4, 5 | | ☐ (k)(7) |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s): _____
_____
_____

X  The following number is to be used for reference regarding these pages:
_Bates page 85-7_ _____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee    X
X    for this page        X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

___1___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) — 4, 5 | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) — 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
_Bates page 85-8_____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X No Duplication Fee   X
X    for this page      X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription ____06/18/2003____

### GRAND JURY MATERIAL - DISSEMINATE PURSUANT TO RULE 6(e)

Pursuant to a Federal Grand Jury Subpoena issued from the Southern District of New York (SDNY) or _____ directing

b3 -1

b3 -1

b3 -1

86

Investigation on ____06/18/2003____ at _New York, New York_

File # _265A-NY-285072_                          Date dictated _____

by  SA _____

b6 -1
b7C -1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SECRET

To: National Security  From: New York
Re: (S) 203C-NY-276936, 01/05/2001

b6 -4,5

b7C -4,5

b6 2

b7C -2

OTHER O/S

b6 -4,5

b7C -4,5

6.  BARRY S. STEINHARDT
    American Civil Liberties Union
    125 Broad Street, 17th Floor
    New York, NY 10004
    212.549.2508 or 212.549.2656
    email: barrys@aclu.org

b6 -2

b7C -2

b6 -2

b7C -2

OTHER O/S

b6 -2

b7C -2

SECRET

4

88

**DO NOT DESTROY – PENDING LITIGATION**

SECRET

LS [          ]                          b6 -1
Washington Field                        b7C -1
February 14, 2002
                                        b1 -1
{S}

{S}



b1 -1

[SPANISH]
1 - 202A-WF-1442 Sub EL4
1 - CA [          ]                      b1 -1
1 - 202A-WF-17679 [              ] SA [        ]   89    b6 -1
{S}
                                                        b7C -1

Document Name [        ] cuo      Page 1

b6 -1
                                    SECRET
b7C -1

DATE: 08-18-2005
CLASSIFIED BY 65179 DMH/CAL
REASON: 1.4 ((C))
DECLASSIFY ON: 08-18-2030

CA# 05-CV-1004

(S)



[TN: It is not clear whether this completes the report, however, these were the only pages captured.]

b1 -1

90

b6 -1

Document Name:⬚cuo        Page 3

b7C -1

S E C R E T

(Rev. 01-31-2003)

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                     Date:  12/06/2004

To:   International Operations   Attn:  SSA[                    ]  b6 -1
                                                                 b7C -1
From:   International Operations                                 b2 -1
          International Operations Unit II, Room 7458
          Contact: [                              ]

Approved By:  [                              ]          ALL INFORMATION CONTAINED
                                             b6 -1      HEREIN IS UNCLASSIFIED EXCEPT
                                             b7C -1     WHERE SHOWN OTHERWISE
Drafted By:

Case ID #: (U)   163H-HQ-1483630 ~~/~~ (Closed)

Title:  ~~(S)~~   DOMESTIC TERRORISM - PEOPLE FOR
                  ETHICAL TREATMENT OF ANIMAL (PETA)

Synopsis:  ~~(S)~~   No further action is required for this matter;
case can be closed.

          ~~(S)~~      ~~Derived From : G-3~~
                       ~~Declassify On: X5~~

Details:  ~~(S)~~ [                                          ]
                                                              (S)  b1
[                                                            ]
Domestic Terrorism Operations Section, along with SSA[        ]
[          ] SSA [          ] IA[        ] IA[      ] IA          b6 -1
[          ] IA [          ] and IA[              ] No further   b7C -1
action is required for this matter; case can be closed.

◆◆

~~SECRET~~

                                              05-CV-1004

**92**

b7A

OTHER outside scope

To: **Counterterrorism**  From:  Chicago
Re: _____  07/01/2004



b6 -4
b7C -4

b6 -4
b7C -4

b6 -4
b7C -4

3

To: <u>Counterterrorism</u>  From:  Chicago
Re:  [                    ]  07/01/2004
                           b7A

OTHER outside scope

b6 -4
b7C -4

b6 -4
b7C -4

b6 -4
b7C -4

b6 -4
b7C -4

5

To: __Counterterrorism__  From:  Portland
Re: [                    ] 11/21/2003 b7A

OTHER outside scope

b6 -4
b7C -4

b6 -4
b7C -4

b6 -4
b7C -4

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:  02/12/2004

To:  New York                    Attn:  DT-01 SSA

From:  New York
       JTTF DT-02
       Contact: [          ]

Approved By:  SSA [            ]

                        b6 -1,3
                        b7C -1,3

Drafted By: [          ]   *14054*

Case ID #: [          ] (PENDING)

Title: [          ]

                  b7A
                  OTHER outside scope

Synopsis:  **LEAD# 9415 Covered**

b6 -3
b7C -3
b7D -4

7D -4

96

To: __Portland__ __From:__ __Investigative Services__
Re: [                    ] 05/01/2000 b7A

OTHER outside scope

2 -3
6 -4
7C -4
7D -3

b6 -4
b7C -4

b6 -4
b7C -4

6 -4
7C -4

6 -4
7C -4

b6 -4
b7C -4

3

To: ~~Portland From~~  Investigative Services
Re: [          ]          05/01/2000    b7A

OTHER outside scope

b6 -4
b7C -4

b6 -4
b7C -4

2 -3
b6 -4
b7C -4
b7D -3

b6 -4
b7C -4

b6 -4
b7C -4

b6 -4
b7C -4

5

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 05/10/2001

**To:** Norfolk

**From:** Norfolk
      Squad 6
      **Contact:** SA                            b6 -1
                                             b7C -1

**Approved By:**
                                        b6 -1
**Drafted By:**
                                        b7C -1

**Case ID #:** 266A-NF-NEW    (Pending)

**Title:**                          b6 -4
                      OF PETA;    b7C -4
      ET AL,
      501 FRONT STREET,
      NORFOLK, VIRGINIA                   b6 -4
      ANIMAL ENTERPRISE TERRORISM           b7C -4

**Synopsis:**                                                        
                         People for the Ethical Treatment of Animals (PETA).

OTHER Outside the scope

100

Peta

To: Norfolk  From:  Norfolk
Re:  266A-NF-NEW, 05/10/2001

              Past FBI investigations conducted to date developed
evidence that members of the ALF were connected to or directed
by PETA.  Such links and evidence lie in past investigations

b6 -4

b7C -4

involving [                              ]  There
is information in these files that PETA received faxes directly from
             PETA [

]
[                    ] (which never actually occurred).

b6 -4

b7C -4

[

]

for PETA [

[                                   ] for PETA, was also [            ]

OTHER Outside the scope

[

]

              PETA is also known to hire interns from Asia and other
locations for the sole purpose of committing criminal acts at
protests, which result in arrests, and thus bring publicity to PETA's
cause.

[                                            ]

b6 -4

b7C -4

are the four main decision makers at PETA who report directly to
[                                ] and PETA provided funds to [          ] of
Chicago Animal Rights Coalition, which has been involved in various
criminal acts relative to animal rights issues.

[                                            ] of PETA, is

b6 -4

b7C -4

providing financial support to members of ALF and other animal rights
extremists in an attempt to fund their (ALF's) direct actions.
[                                            ]
performing "actions" on PETA's web page for college students who want
to assist with protest and demonstration.  [          ] has been quoted in
a number of interviews expressing hope

2

To: Norfolk  From: Norfolk
Re: 266A-NF-NEW, 05/10/2001

b6 -4
b7C -4

Various businesses within the Norfolk Division territory have been targeted by animal rights activists; whereby, locks to their stores have been glued shut, graffiti has been sprayed, and anti-meat posters glued to various fast food restaurants, to include McDonalds, Hardees, and Red Lobster.

In addition to the above, a meat packaging plant in Chesapeake, Virginia, was the target of animal rights activists; whereby, the electrical circuits were cut causing the meat storage facility to lose power and meat to thaw. In all cases, PETA anti-meat posters were pasted on the various establishments. PETA is headquartered in Norfolk, Virginia; however, representatives of PETA deny any affiliation with the ALF.

Newkirk gave further insight into PETA's alliance with ALF in a 1985 interview:

City Paper Interviewer (CP): "These groups destroy and have according to their own assertion destroyed millions of dollars of equipment. Do you agree with those tactics?"

Newkirk: "We don't choose to do those tactics here. I certainly more firmly disagree with the people who destroy and mutilate living things..."

CPI: "Destroying property is violating a human right, isn't it?"

Newkirk: "Is it the human right to torture others? We don't believe so. Human beings don't have any rights to torture, harm, and to destroy. No, you don't own those animals."

CPI: "Have you corroborated with them at all in planning some raids in which they destroy property?"

Newkirk: "If we had, we wouldn't say so. We don't discuss anything to do with that. We would never place them in jeopardy."

A PETA fact sheet entitled, "The Animal Liberation Front: The Army of the Kind," suggests a collaboration between Newkirk, PETA, and ALF: "The Animal Liberation Front's activities comprise and important part of today's animal protection movement... Without ALF break-in...many more animals would have suffered..."

3

To: Norfolk  From:  Norfolk
Re: 266A-NF-NEW, 05/10/2001

                                    b6 -4
                                    b7C -4

went on to state that "PETA intends to use [          ] as an example to persuade other vivisectors, who were heartened by his stand on animal research, that it doesn't pay off."    b6 -4   b7C -4

         On 04/16/2001, the writer contacted SA [          ] regarding 266A-SE-62235. SA [          ] advised that PETA was involved in the [                                                          ] PETA received taxes directly from [                    ] of PETA [          ] (which never actually occurred), etc.

                            b6 -1
                            b7C -1
                            b6 -4
                            b7C -4

OTHER Outside the scope

◆◆

4

2661-IP-98467

## INDIANAPOLIS DIVISION

OTHER outside scope

**Title:**

**(266A-IP-92467)**

Background:

OTHER outside scope

OTHER outside scope

general intelligence
regarding

upcoming "Vegan Community Project", scheduled to occur on 04/02/03,
and hosted by the recently appointed, "official, national lecturer" for PETA, Gary Yourofsky.
This gathering is to occur on the Bloomington, In., campus at Indiana University Memorial
Union, Maple Room, from 7-10pm. A surveillance is planned for

b6 -4
b7C -4
b7E -1

*2ab8A - IP - 92467*

**INDIANAPOLIS DIVISION**                    OTHER outside scope

**Title:**

**(266A-IP-92467)**

Background:                                  OTHER outside scope

Current Situation:                           OTHER outside scope

**general intelligence**    b6 -4
**regarding**                                                           b7C -4
**upcoming "Vegan Community Project", scheduled to occur on**    b7E -1
**04/02/03, and hosted by the recently appointed, "official, national lecturer" for PETA,**

122

This gathering is to occur on the Bloomington, Indiana, campus at Indiana University Memorial Union, Maple Room, from 7-10pm. A surveillance is planned for

b6 -4
b7C -4
b7E -1

OTHER outside scope

OTHER outside scope

**Current Situation:**

OTHER outside scope

general intelligence regarding [                                ] upcoming "Vegan Community Project", scheduled to occur on 04/02/03, and hosted by the recently appointed, "official, national lecturer" for PETA, Gary Yourofsky. This gathering is to occur on the Bloomington, In., campus at Indiana University Memorial Union, Maple Room, from 7-10pm. A surveillance is planned [                              ]

[                                              ] Occasional spot checks and surveillances are being conducted.

b6 -4
b7C -4
b7E -1

b7A
OTHER outside scope

124

representative of the People for the Ethical Treatment of Animals (PETA), in Little Rock.

b6 -4
b7C -4

OTHER outside scope

residing with                    a

representative of the People for the Ethical Treatment of Animals (PETA), in Little Rock prior to the demonstrations. OTHER Outside the scope

b6 -4
b7C -4

**Pacific Region**                    OTHER outside scope

**Anchorage**

125

OTHER outside scope