@006

03/19/03  WED 10:14 FAX[        ]  WCSR  ...........  Message 10815 of 10855     Page 2 of 3
b6 -5
b7C -5

Many scholars have written regarding social cause movements, like the
civil rights movement and the peace movements and the FBI's crude and
sometimes downright illegal tactics in dealing with them. PETA itself
has a history of FBI and ATF harassment. We suffered through
(successfully) defeating subpoenas to examine our membership and
volunteer lists, and many of us were compelled to give handwriting
samples and photographs and to appear before grand juries without
lawyers present. Wire taps were put on our telephones (dollars to
doughnuts they are there again now, and that's not being paranoid,
just practical), our telephone records were seized at source, and the
postal authority turned over our mail for pre-sorting. All this
happened because, unable to come up with real evidence and pinpoint
anyone in particular, the FBI set out to "troll" through the most
outspoken animal rights group and see if they turned up anything.
Doesn't sound very much like the America we know and love, but there
you are.

I don't say any of this to alarm you, for you will probably never
receive any communication from the FBI/Homeland Security/local law
enforcement but to warn you that if you do, it is not at all smart to
think you can outwit them, convert them, or just give them "harmless"
information and they'll go away. By allowing an FBI agent to write in
his book, "Spoke for 20 mins to (your name here)." instead of "She has
nothing to say," you have helped keep the chain alive. If you talk to
them, they write things like "(your name here) confirmed that
she 'knows all about the ALF' and is familiar with the recent mink
liberation," when, in fact, you simply answered "Yes" to the
question "Do you know what the ALF is?" and "Yes, I read about it in
a newspaper clipping" to the question "What do you know about the
mink liberation?" If you invite them in, talk to them, and so on, you
will almost certainly be used in the future.

One reason people disregard this advice is because the first reaction
most of us have is to think "well, we have nothing to hide, so what's
the harm?" Or, my favorite, "But, they seemed so nice!" How far
would they get with us if they said, "I hate animals" or "I'm out to
get you?" One of our staff recounts how an FBI agent came and sat
next to him when he was detained after a protest. The agent was very
friendly, slouched in his chair and called the police who had been at
the demo, "jerks." He acted as if he and our staffer were old friends
and casually asked our fellow for his name, his age, how long he'd
worked at PETA, if he traveled much in his work, if "higher ups"
decided how a demo was going to go. When our person said he wasn't
answering and would need to speak to an attorney, the FBI agent acted
offended and said, "Wow, we were just having a conversation here." He
then told our staffer that he'd heard him on the radio and that "you
were articulate, fantastic. That one caller - he was an idiot." When
it was clear he wasn't going to get answers, he left the room.

Here is exactly what seasoned attorneys suggest most strongly that you
do if approached by an FBI agent, other Homeland Security or other law
enforcement officer: who wants to "just chat:" Say politely but
firmly and without hesitation, "I have nothing to say" and then hang
up, walk away, close the door. Do not be coerced or charmed into
helping them by "just answering a few easy questions." If anyone
tries to detain you, ask "Am I under arrest?" If they cannot
say "yes," you are free to go. Walk or drive away.

If they ring or knock or approach you again, say "Please leave me

alone. You are harassing me." Say nothing more. It seems rude, but la
enforcement officers are used to hearing it and won't take it
personally. They will go away. If you converse with them you will be
called/visited again.

In light of the constitution, you have the freedom to associate with
whomever you choose, and the right to say what you believes in
without fear of reprisal, and they have no right to harass those who
object to exploitation, war, racial discrimination, animal slavery
and the like.

Thank you.
Ingrid Newkirk

Message 10815 of 10855 | Previous | Next [ Up Thread ] Message Index   Msg # [

Reply | Forward | View Source | Unwrap Lines

Copyright © 2003 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help - Ad Feedback

**NORFOLK**

**Subject:** [redacted]    b2 -4

**TEI - PI**
**100A-NF-35558**

**New Information:** Norfolk SAC granted a second 90 day extension for this TEI-PI on 05/28/2004. This Preliminary Inquiry is now set to expire on 08/28/2004.

**Background:** On 08/29/2003, Norfolk initiated a Terrorism Enterprise Investigation (TEI)-Preliminary Inquiry on People for the Ethical Treatment of Animals (PETA), Inc., headquartered in Norfolk, Virginia. PETA is suspected of providing material support and resources to known domestic terrorist organizations such as the Animal Liberation Front (ALF) and the Earth Liberation Front (ELF). A 90-day PI extension was granted on 02/28/2004 which expired on 05/28/2004.

As part of its financial investigation, Norfolk has subpoenaed [redacted]   b3 -1
[redacted] dated 04/25/2001, which was endorsed and deposited [redacted]
[redacted] personal account.
Norfolk has traced funds [redacted]
[redacted] Legat London advised that [redacted]
[redacted] consultants. The directors are [redacted]
[redacted]
[redacted]
[redacted] PETA.

b6 -4
b7C -4

In an attempt to develop a cooperating source, Norfolk has concentrated on identifying former disgruntled PETA employees. One such person, [redacted] was interviewed by [redacted]
RA, on 01/29/2004. [redacted] PETA [redacted] Soon after
[redacted]

b6 -4
b7C -4
b7D -2

1.   DTOU Weekly Report found at_S: / DTCS/DTOU   **70504WR.WPD**

2.   Not to be disseminated outside DTOU without permission of DTOU Unit Chief

performing.  PETA also pressed [                    ]
[                                        ] personally requested her to participate in this. [          ]

b6 -4
b7C -4    [                              ] advised that PETA [                    ]
b7D -2    [                                        ]
          [                      ] observed references to the Animal Liberation Front (ALF) in many articles and
paperwork at PETA's office. [                                        ]
          [          ] Norfolk is awaiting the results of New York Division's interview of [          ]

          On 03/16-19/2004, Norfolk agents along with a DTOU supervisor debriefed [          ]
          (protect identity), [                                        ]
b6 -4     of vandalism targeting fast food restaurants, butcher and fur shops, committed by PETA employees
b7C -4    and encouraged by President Ingrid Newkirk. [                              ] statements
b7D -1    suggesting that PETA was formed as a cover for the Animal Liberation Front (ALF) and PETA and
          ALF were one in the same. Names of several former disgruntled PETA employees were provided and
          Norfolk will attempt to locate and interview any such persons in the hopes of developing a cooperating
          source. A lead was set for [                    ], to locate and interview former employee, [          ]
          [          ]

          Several FBI Divisions have observed apparent links between PETA and animal rights
extremists. Los Angeles Division advised that [                ] a PETA employee, was detained in
b6 -4
b7C -4    [                                        ]

                                                                              b7A
          [                                        ]
          [              ] a vehicle registered to PETA was observed parked in the driveway. This was the day after    b2 -4
FBI Newark executed a search on SHAC's old house in Somerset.  A Pen register [          ]                b3 -1
          [          ] revealed [          ]                                                              b6 -4
          [                                        ]                                                      b7C -4
                                                                                                          b7D -4

OTHER outside scope

          [                                        ]

          1.    DTOU Weekly Report  found at_S: / DTCS/DTOU   70504WR.WPD

          2.    Not to be disseminated outside DTOU without permission of DTOU Unit Chief

OTHER outside scope

> In the portion of your article entitled "The PETA Link" you accurately state that the FBI does not consider PETA a terrorist organization. Unfortunately, that is the only accurate statement in that section. At no time did SA [           ] or SA [         ] "....recount financial dealings between PETA and ELF" or make the statements you attribute to them on that subject during their presentation or at any other point. In fact, when told that you had information through your own investigation that PETA was contributing money to ELF, these agents simply acknowledged that the same information was available on public internet sites and was not of investigative concern to the FBI. Apparently that answer was not what you were hoping for.

b6 -4
b7C -4

OTHER outside scope

2

**222**

**Affiliation: PETA**

**Law Enforcement Sensitive**

229

b6 -4
b7C -4

**Affiliation:  PETA, CAFT, SHAC**

# Law Enforcement Sensitive

b6 –4
b7C –4

Affiliation:  PETA,
              ADAPTT
              (former)

# Law Enforcement Sensitive

231

b6 -4
b7C -4

**Affiliation: PETA**

# Law Enforcement Sensitive

232

b6 -4
b7C -4

**Affiliation:  PETA**

# Law Enforcement Sensitive

b6  -4
b7C  -4

**Affiliation:  UARC, PETA, ADL**

**Law Enforcement Sensitive**

234

b6 -4
b7C -4

**Affiliation:  PETA**

**Law Enforcement Sensitive**

235

b6 -4
b7C -4

OTHER outside scope

PRO: pro

On 6/16/2000,

is well insulated
within the People for the Ethical Treatment of Animals (PETA),

b6 -4
b7C -4
b7D -1

to attend the Animal Rights 2000 Convention being held in Washington, DC
from June 30, 2000 through July 4, 2000. The purpose of this convention is to meet with various
animal rights groups and individuals to discuss upcoming events that are significant to their

OTHER outside scope

On 6/30/2000, the source traveled to the Animal Rights 2000 Conference that was held in Washington, D.C. While attending the Animal Rights 2000 Conference, the source learned that

b6 -4
b7C -4
b7D -1

the People for the Ethical Treatment of Animals (PETA) and the Physician's Committee for Responsible Medicine (PCRM) are allegedly helping in the funding and planning for the upcoming convention events.

OTHER outside scope

b6 -1
b7C -4
b7D -1

OTHER outside scope

**237**

b6 -1
b7C -1

7/14/2000

b6 -4
b7C -4

b6 -4
b7C -4
b7D -1
OTHER outside scope

## RECENT DEVELOPMENTS

OTHER outside scope

## BACKGROUND INFORMATION

1 -
1 -
1 -
1 -
1 -
1 -

b6 -1
b7C -1

1 - each SSA DTOU
1 - each IOS DTOU
1 - each DT/CPS Unit Chief
1 -
1 -

PRQ: prq

**238**

OTHER outside scope

b6 -4
b7C -4
b7D -1

who is well insulated within the People for the Ethical Treatment of Animals (PETA),

invited to attend the Animal Rights 2000 Convention being held in Washington, DC from June 30, 2000 through July 4, 2000. The purpose of this convention is to meet with various animal rights groups and individuals to discuss upcoming events that are significant to their cause. The source will attend this convention to further establish the source within the animal rights/Ruckus movements.

**239**

OTHER outside scope

        On 6/30/2000, the source traveled to the Animal Rights 2000 Conference that was held in Washington, D.C.  While attending the Animal Rights 2000 Conference, the source learned that

b6 -4
b7C -4
b7D -1

the People for the Ethical Treatment of Animals (PETA) and the Physician's Committee for Responsible Medicine (PCRM) are allegedly helping in the funding and planning for the upcoming convention events.

OTHER outside scope

240

b6 -1
b7C -1

b6 -4
b7C -4
b7D -1
OTHER outside scope

1 -
1 -
PRQ: prq

1 -

who is well insulated within the People for
the Ethical Treatment of Animals (PETA).

to attend
the Animal Rights 2000 Convention being held in Washington, DC from June 30, 2000 through
July 4, 2000. The purpose of this convention is to meet with various animal rights groups and
individuals to discuss upcoming events that are significant to their cause. The source will attend
this convention to further establish the source within the animal rights/Ruckus movements.

OTHER outside scope

**241**

b6 -1
b7C -1

OTHER outside scope                      7/06/2000

b6 -4
b7C -4
b7D -1
OTHER OUTSIDE SCOPE                **RECENT DEVELOPMENTS**

On 6/30/2000, the [          ] source (hereafter identified as source) traveled to the Animal Rights 2000 Conference that was held in Washington, D.C. [                    ]

[                                        ] An individual identified as "Grubs" in Los Angeles was identified as a point of contact. The source also learned that the People for the Ethical Treatment of Animals (PETA) and the Physician's Committee for Responsible Medicine (PCRM) are allegedly helping in the funding and planning for the upcoming convention events. According to the source, [                    ]

THER outside scope

1 -
1 -
1 -
1 -
1 -
1 -
PRQ: prq

                    b6 -1
                    b7C -1

1 - each SSA DTOU
1 - each IOS DTOU
1 - each DT/CPS Unit Chief
1 -
1 -

pete

b6 -4
b7C -4
b7D -1
OTHER outside scope

who is well insulated within the People for the Ethical Treatment of Animals (PETA),

to attend the Animal Rights 2000 Convention being held in Washington, DC from June 30, 2000 through July 4, 2000. The purpose of this convention is to meet with various animal rights groups and individuals to discuss upcoming events that are significant to their cause. The source will attend this convention to further establish the source within the animal rights/Ruckus movements.

OTHER outside scope

243

Analysis of Protest Related Arrests
Domestic Terrorism/Civil Rights Intelligence Unit

      Also of note is Sean Diener, _____  b6 -4
_____ He was arrested at both the RNC  b7C -4
and DNC for charges relating to the dumping of manure which was
aimed at blocking streets. _____

According to an interview with National Public Radio, he was
acting on behalf of People for the Ethical Treatment of Animals
(PETA), which paid for his travel to and from the protest, for
the rental of the dump truck, and for his bail. OTHER outside scope

OTHER Outside the scope

b6 -4
b7C -4

OTHER Outside the scope

b6 -4

b7C -4

representative of the People for the Ethical Treatment of Animals (PETA), in Little Rock.

OTHER outside scope

OTHER Outside the scope

representative of the People for the Ethical Treatment of Animals (PETA), in Little Rock prior to b6 -4
the demonstrations.                                                                         b7C -4

OTHER outside scope

**Pacific Region**

**Anchorage**

OTHER outside scope

253

Message

b6 -1
b7C -1

-----Original Message-----
From: [                    ](FBI)     b6 -1
Sent: Wednesday, December 01, 2004 10:19 AM     b7C -1
To: [                    ](FBI)
Cc:

Subject: FW: PETA LHM

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

[          ] asked me to forward the attached draft EC from the Norfolk Division regarding the initiation of a full TEI on PETA. Could you please review it and provide input regarding whether you think there is enough for a full TEI. We are interested in doing a conference call with NF this week to discuss. Could you please indicate your availablity for a call.     b6 -1
                                                                              b7C -1

                                                          b6 -1
-----Original Message-----                                b7C -1
From: [                    ](FBI)
Sent: Friday, November 12, 2004 4:07 PM

Subject: PETA LHM

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**                                            b5 -1

Attached is a PETA LHM, proposing that the case be opened as a full field investigation [        ]
[          ] whether you think there is enough in the LHM to go to a full.

thanks,                                OTHER Outside the scope

[                    ]     b6 -1
                          b7C -1
                          b2 -1

**SENSITIVE BUT UNCLASSIFIED**


**SENSITIVE BUT UNCLASSIFIED**

b6 -4
b7C -4

**I came across 100-CE-C85791 while doing some work on PETA. Some of you may remember this, but a few years ago, PETA** _____

_____ **PETA then**

**distributed them to the media. So something to keep in mind as the investigation continues.**

b2 -1
b6 -1
b7C -1

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

_____(FBI)

**From:** _____|FBI)                          b6 -1
**Sent:** Wednesday, November 10, 2004 1:31 PM             b7C -1
**To:**



**Cc:**
**Subject:** Threat to UNC Chapel Hill

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

I came across 100-CE-C85791 while doing some work on PETA.  Some of you may remember this, but a few
years ago, PETA employee|_____
_____|PETA then distributed them to the
media.  So something to keep in mind as the investigation continues.        b6 -4
                                                                            b7C -4

                              b2 -1
                              b6 -1
                              b7C -1


<u>**UNCLASSIFIED**</u>

**262**

b6 -4
b7C -4

**From:**
**Sent:** Wednesday, May 12, 2004 6:07 PM
**To:**

**Subject:** RE: DO/2138 Input Needed to Prepare Response To Incoming Letter from PETA alleging FBI false and defamatory statements against them

**UNCLASSIFIED**
**NON-RECORD**

I will have [ ] provide you the information and what has been done to date. He will be in tomorrow.

b2 -1
b6 -1
b7C -1

b6 -1
b7C -1

-----Original Message-----
**From:**
**Sent:** Wednesday, May 12, 2004 10:36 AM
**To:**
**Subject:** RE: DO/2138 Input Needed to Prepare Response To Incoming Letter from PETA alleging FBI false and defamatory statements against them

**UNCLASSIFIED**
**NON-RECORD**

[ ] can you you out to [ ] and let her know where we are on this and the course of action we are taking. Thanks,

b6 -1
b7C -1

-----Original Message-----
**From:**
**Sent:** Wednesday, May 12, 2004 10:22 AM
**To:**

b6 -1
b7C -1

**Subject:** DO/2138 Input Needed to Prepare Response To Incoming Letter from PETA alleging FBI false and defamatory statements against them
**Importance:** High

**UNCLASSIFIED**
**NON-RECORD**



DEADLINE COB Monday 5/17

b6 -1
b7C -1

Attached is a letter CTD received from the PETA. I need your recommendation for our

NO SPECIFIC CASE!

b6 -1
b7C -1

**From:**

**Sent:**    Tuesday, May 18, 2004 3:35 PM

**To:**

**Subject:** AR Info of Interest

**UNCLASSIFIED**
**NON-RECORD**

_____ (see attached pictures) has announced plans for the "Tour to End
Primate Research." _____ is referenced in several FBI investigations.

                                                                    b6 -4
_____ (PETA) convicted on one count of Criminal Trespass.    b7C -4

b6 -1

b7C -1

**From:**

**Sent:**   Friday, May 14, 2004 9:49 AM

**To:**

**Cc:**

**Subject:** RE: PETA Communication - Input Needed to Prepare Response

**UNCLASSIFIED**
**NON-RECORD**                                                    b5 -1

Let me know if yuou need anything further
from OGC.  Thanks.                    b6 -1

b7C -1

b2 -1

b6 -1

b7C -1

-----Original Message-----
**From:**
**Sent:** Thursday, May 13, 2004 4:45 PM

(FBI)
**Subject:** FW: PETA Communication - Input Needed to Prepare Response    b6 -1
**Importance:** High                                                       b7C -1

b5 -1

**UNCLASSIFIED**
**NON-RECORD**

**From:**

**Sent:** Thursday, May 13, 2004 4:50 PM

**To:**

**Subject:** RE: PETA Communication - Input Needed to Prepare Response

b6 -1
b7C -1

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

I would

b5 -1

b6 -1
b7C -1

-----Original Message-----
**From:**
**Sent:** Thursday, May 13, 2004 4:45 PM

(FBI)
**Subject:** FW: PETA Communication - Input Needed to Prepare Response
**Importance:** High

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

b6 -1
b7C -1
b5 -1

-----Original Message-----
**From:**
**Sent:** Thursday, May 13, 2004 4:01 PM
**To**
**Subject:** PETA Communication - Input Needed to Prepare Response
**Importance:** High

b6 -1
b7C -1

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

**276**

**From:**
**Sent:**     Wednesday, August 11, 2004 5:20 PM     b6 -1
**To:**     b7C -1
**Subject:** RE: New number on the Pen

<u>**SENSITIVE BUT UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>     b5 -1

Just a thought     OTHER outside scope

**From:**                                                        b6 -1

                                                                b7C -1

**Sent:**    Monday, May 17, 2004 10:52 AM

**To:**

**Cc:**

**Subject:** Background and draft letter to respond to PETA correspondence

**UNCLASSIFIED**
**RECORD 62F-HQ-1077732**                    OTHER Outside the scope

Sorry about being delayed in sending this to you.  Please see the attached documents.

It further highlights our response to the internet article written by                This article was
discussed predominately in the letter from PETA.

                                                                          b5 -1

The third document is a letter that was sent by the SAC Chicago to              regarding his internet article.  I
                                                        This letter was sent out last week.

Let me know if there is anything else that you need.              b6 -1

                                                                b7C -1

**UNCLASSIFIED**

**280**

Message                                    *NO SPECIFIC CASE*    Page 1 of 2

b6 -1
b7C -1

**From:**
**Sent:**        Thursday, May 13, 2004 4:45 PM
**To:**

**Subject:**     FW: PETA Communication - Input Needed to Prepare Response
**Importance:** High

b5 -1
b6 -1
b7C -1

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

b6 -1
b7C -1

-----Original Message-----

b6 -1
b7C -1

**Sent:** Thursday, May 13, 2004 4:01 PM

**Subject:** PETA Communication - Input Needed to Prepare Response
**Importance:** High

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

b6 -1
b7C -1

OTHER Outside the scope

With regard to the PETA letter, I just need a simple email with your recommendation as to how we should respond. And answers to any issues that are brought up in the communication. Just read it and send me an email with your recommendation and any background that might be helpful in writing the response. I need it in email form so that I can attach your email as background/justification for what I will include in the response. If you still think we need to discuss it I will call you tomorrow, but I'll still need you to include that info in your email so that I have support for the info I include in the letter.

**282**

Case 1:05-cv-01004-ESH     Document 31-11     Filed 02/24/2006     Page 34 of 51

1007-NF-35558

**From:**                                                               b6 -1
                                                                        b7C -1
**Sent:**    Friday, November 12, 2004 4:07 PM
**To:**

**Cc:**
         (FBI)
**Subject:** PETA LHM

                                                                        b5 -1
**SENSITIVE BUT UNCLASSIFIED**                                          b6 -1
**NON-RECORD**                                                          b7C -1

Attached is a PETA LHM, proposing that the case be opened as a full field investigation.

thanks,

                              OTHER Outside the scope
                    b6 -1
                    b7C -1
                    b2 -1

**SENSITIVE BUT UNCLASSIFIED**

                                                          **284**

4/13/2005

b6 -1
b7C -1

**Sent:**   Friday, November 12, 2004 4:48 PM

**To:**

**Subject:** FW: PETA LHM

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Please ensure there is a through review of this request.  A couple of months ago they wanted to close the case and now they want a full 100.  Needless to say, this will receive scrutiny.

-----Original Message-----

b6 -1
b7C -1

**Sent:** Friday, November 12, 2004 4:07 PM

**Subject:** PETA LHM

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b5 -1
b6 -1
b7C -1

Attached is a PETA LHM, proposing that the case be opened as a full field investigation.

thanks,

b6 -1
b7C -1
b2 -1

OTHER Outside the scope

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**285**

4/13/2005

Message

From:

Sent: Wednesday, April 06, 2005 4:50 PM

To:

Cc:

Subject: Penn State University

b6 –1
b7C –1

**UNCLASSIFIED**
**NON-RECORD**

Everyone,

I received a telephone call and a fax from Philadelphia Division, State College RA (SCOLRA) advising of the following information:

b6 –4
b7C –4

During the week of April 18 through 20, 2005 a spokesperson for PETA, Loring Harkness, will present at a lecture at the request of the Alliance for Animal Rights (AAR) at Penn State University. Harkness will lecture on April 18, 2005 and April 20, 2005. The AAR is a registered PSU Student Organization sanctioned and funded by the University. The AAR has in the recent past performed Legal Protest against the Zola's Restaurant, Kentucky Fried Chicken as well as circuses.

Of interest, during the week of April 14 through April 17, 2005, the Ringling Brothers Circus will be at the Jordan Center in State College, Pennsylvania. On April 16, 2005, PSU will host the Little International Livestock Exhibition and the Penn State Dairy Exposition. These dates also coincide with WWAIL.

SCOLRA has notified the local and state law enforcement as well as PSU University Police. All involved have decided to make appropriate notifications to local farms and any identified possible targets; providing information to public relations officials at PSU, as well as other affected entities; and an increase in covert law enforcement activity in the area.

SCOLRA is aware that PETA is a legal organization exercising its first amendment rights and has articulated same to local law enforcement entities. SCOLRA will not conduct investigation into this gathering unless attendees engage in criminal activity.

**UNCLASSIFIED**

**286**

**From:**     [                    ]          b6 -1
**To:**                                       b7C -1
**Date:**     7/5/02 8:58AM
**Subject:**     FYI:  I was speaking with [            ] an SA in Norfolk who is investigating   b6 -1
the People for the Et                                                                              b7C -1

FYI:  I was speaking with [            ] an SA in Norfolk who is investigating the People for
the Ethical Treatment of Animal's link to ALF/ELF.  He is reviewing PETA's financial
transactions and he found that PETA gave the Anarchist Black Cross Federation money through
[            ], an Los Angeles ALF/ELF member. (266A-NF-33925 Serial : 35)

I will draft an EC on this transaction and the link between the groups in question.

[                                                                                ]          b6 -1
                                                                                            b7C -1

**292**

**From:**

**Sent:**    Wednesday, March 09, 2005 9:53 AM

**To:**                                                              b6 -1
                                                                      b7C -1

**Subject:** FW: PETA Protest -- Little Rock

**UNCLASSIFIED**
**NON-RECORD**

                                            b6 -1
                                            b7C -1
                                            b2 -1

-----Original Message-----
**From:**
**Sent:** Wednesday, March 09, 2005 9:51 AM
**To:**
(CTD) (FBI)

**Subject:** RE: PETA Protest -- Little Rock                    b6 -1
                                                                 b7C -1

**UNCLASSIFIED**
**NON-RECORD**

Greetings All--

I listened to the Corey and Jay Show this morning. [        ] called in and stated that the protest would not take place. Apparently, some of the parents got wind of the plan and were not very supportive of the protest. So, as of about 0830 this morning the protest is off according to [        ] However, there is an audio clip on the Corey and Jay website, www.coreyandjayshow.com/AudioDownloads.html that provides a bit of background into this situation.

                                            b2 -1                    b6 -4
                                            b6 -1                    b7C -4
                                            b7C -1

-----Original Message-----              b6 -1
**From:**                               b7C -1
**Sent:** Tuesday, March 08, 2005 6:17 PM

**Subject:** PETA Protest -- Little Rock

**UNCLASSIFIED**            b6 -1
**NON-RECORD**             b7C -1

This is the information I have confirmed as of today, regarding a planned PETA protest at Clear Channel's radio Station 105.1, KMJX FM, better known as "Magic 105" in Little Rock. The protest is apparently planned for 5:00 p.m., Friday, March 11, 2005, at the Clear Channel facility, located at 10800 Colonel Glenn Road, Little Rock, Arkansas. A copy of the

e-mail received by the Corey and Jay Show at KMJX from[                    ]e-mail address:[                    ]
sent on 3/8/2005 is as follows:

b6 -4
b7C -4

b6 -4
b7C -4

"Dear Supporter,

Thank you so very much for being involved in our ever-so-necessary cause. As you know, our Little Rock chapter will be protesting the Corey and Jay Show at Clear
Channel Metroplex on Friday 11th at 5:00pm. Most of the 27 members signed up to protest are in junior high school and will need us to arrange to pick them up.
Parents will be told that their children are on a "field trip" and this is not to be strayed from. Veggie-Lasagna and Dasani water will be provided to those who attend.

*Why protest Corey and Jay Show?*

The Corey and Jay Show have become very popular in the Little Rock area since their introduction to the airwaves, their indecent topics ranging from animal cruelty to
discussions of eating meat. Their program has gone too far and we will stand up and let our voices be heard! Corey and Jay Show, HERE WE COME!

To hear the opening battle cry of our war against Corey and Jay show, visit their own tacky website and see just how neanderthalaic (sic) these imbasils (sic) truely
(sic) are!"

b6 -4
b7C -4

Apparently, some time in the past year or so,[            ]was a caller to the Corey and Jay Show, felt he was
[                                        ]nd now is encouraging a protest against the station. The Corey and Jay Show website apparently has recordings of those calls posted, and are the basis of[          ]reference to the show's website in his final sentence in the above e-mail.[          ]is one of the Little Rock leaders, if not the leader, of Little Rock's PETA.

[                    ]

b2 -1
b6 -1
b7C -1

**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**

4/15/2005

Message

**From:**

**Sent:**    Wednesday, March 09, 2005 9:06 AM

**To:**

**Subject:** FW: PETA Protest -- Little Rock

b6 -1
b7C -1

**UNCLASSIFIED**
**NON-RECORD**

b2 -1
b6 -1
b7C -1

-----Original Message-----
**From:**
**Sent:** Tuesday, March 08, 2005 7:17 PM

b6 -1
b7C -1

**Subject:** PETA Protest -- Little Rock

**UNCLASSIFIED**
**NON-RECORD**

b6 -1
b7C -1

This is the information I have confirmed as of today, regarding a planned PETA protest at Clear Channel's radio Station 105.1, KMJX FM, better known as "Magic 105" in Little Rock.  The protest is apparently planned for 5:00 p.m., Friday, March 11, 2005, at the Clear Channel facility, located at 10800 Colonel Glenn Road, Little Rock, Arkansas.  A copy of the e-mail received by the Corey and Jay Show at KMJX from                                                                    sent on 3/8/2005 is as follows:

b6 -4
b7C -4

   "Dear Supporter,

   Thank you so very much for being involved in our ever-so-necessary cause.  As you know, our Little Rock chapter will be protesting the Corey and Jay Show at Clear
   Channel Metroplex on Friday 11th at 5:00pm.  Most of the 27 members signed up to protest are in junior high school and will need us to arrange to pick them up.
   Parents will be told that their children are on a "field trip" and this is not to be strayed from.  Veggie-Lasagna and Dasani water will be provided to those who attend.

   Why protest Corey and Jay Show?

   The Corey and Jay Show have become very popular in the Little Rock area since their introduction to the airwaves, their indecent topics ranging from animal cruelty to
   discussions of eating meat.  Their program has gone too far and we will stand up and let our voices be heard! Corey and Jay Show, HERE WE COME!

   To hear the opening battle cry of our war against Corey and Jay show, visit their own tacky website and see just how neanderthalaic (sic) these imbasils (sic) truely
   (sic) are!"

4/15/2005

**296**

Apparently, some time in the past year or so, [_____] was a caller to the Corey and Jay Show, felt he was ridiculed to [_____] and now is encouraging a protest against the station. The Corey and Jay Show website apparently has recordings of those calls posted, and are the basis of [_____] reference to the show's website in his final sentence in the above e-mail. [_____] is one of the Little Rock leaders, if not the leader, of Little Rock's PETA.

b6 -1
b7C -1
b2 -1

b6 -4
b7C -4

**UNCLASSIFIED**


**UNCLASSIFIED**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 12-20-2005
CLASSIFIED BY 65179 DMH/HKG/CH
REASON: 1.4 (C)
DECLASSIFY ON: 12-20-2030



b2 -1

b6 -1

b7C -1

(S)

(S)    b1

b7A

(S)

(U)

(U)

DATE: 09-09-2005
CLASSIFIED BY 60309AUCtam/dcg/cad
REASON: 1.4 (C))
DECLASSIFY ON: 09-09-2030

OTHER

299



SECRET



b1

b1 -1

(S)

b6 -4,5

b7C -4,5

b6 -4,5

b7C -4,5

b6 -4,5

b7C -4,5

b6 -4,5

b7A

.C -4,5

b6 -4,5

b7C -4,5

b6 -4,5

b7C -4,5

b6 -4,5

b7C -4,5

(S)          OTHER          bi -1          b1

b7A

28

OPCA-20 (12-3-96)

XXXXXXX
XXXXXXX
XXXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_1_   Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒   Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☒ (b)(1) – _1_ | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☒ (b)(2) – _2_ | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) – _4, 5_ | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) – _4, 5_ | | ☐ (k)(7) |

☐   Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐   Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____   Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____   Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____   Pages were not considered for release as they are duplicative of _____

_____   Page(s) withheld for the following reason(s): _____
_____
_____

☒   The following number is to be used for reference regarding these pages:
BATES  PAGE  304 – 1

XXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X  No Duplication Fee   X
X    for this page         X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXXX

FBI/DOI

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

___|___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☐ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☑ (b)(1) – *1* | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☑ (b)(2) *2* | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☑ (b)(7)(C) – *4, 5* | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) – *4, 5* | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

☑ The following number is to be used for reference regarding these pages:
  BATES  PAGE  304 - 2

XXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X    for this page      X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☑ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☑ (b)(1) – 1 | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☑ (b)(7)(C) – 4,5 | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) – 4,5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☑ The following number is to be used for reference regarding these pages:
BATES PAGE 304·3 _____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X    for this page      X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

FEDERAL BUREAU OF INVESTIGATION
FOIPA
DELETED PAGE INFORMATION SHEET

_____  Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated,
explain this deletion.

☑  Deletions were made pursuant to the exemptions indicated below with no segregable material available for
release to you.

|            Section 552            |                    | Section 552a |
|-----------------------------------|--------------------|--------------|
| ☑ (b)(1) ~ 1                       | ☐ (b)(7)(A)        | ☐ (d)(5)     |
| ☑ (b)(2) -2                        | ☐ (b)(7)(B)        | ☐ (j)(2)     |
| ☐ (b)(3)                           | ☑ (b)(7)(C) - 4, 5 | ☐ (k)(1)     |
| _____                | ☐ (b)(7)(D)        | ☐ (k)(2)     |
| _____                | ☐ (b)(7)(E)        | ☐ (k)(3)     |
| _____                | ☐ (b)(7)(F)        | ☐ (k)(4)     |
| ☐ (b)(4)                           | ☐ (b)(8)           | ☐ (k)(5)     |
| ☐ (b)(5)                           | ☐ (b)(9)           | ☐ (k)(6)     |
| ☑ (b)(6) - 4, 5                    |                    | ☐ (k)(7)     |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your
request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies)
for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as
to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the
disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s): _____
_____
_____

☑  The following number is to be used for reference regarding these pages:
BATES  PAGE  304-4

XXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X    for this page      X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXXX                                                                                                FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
### DELETED PAGE INFORMATION SHEET

Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☑ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

|  Section 552 | | Section 552a |
|---|---|---|
| ☑ (b)(1) — 1 | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☑ (b)(7)(C) — 4, 5 | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) — 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☑ The following number is to be used for reference regarding these pages:
BATES  PAGE   304-5

XXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X    for this page      X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

___/___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☑ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☑ (b)(1) – *1* | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☑ (b)(7)(C) – *4, 5* | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) – *4, 5* | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

☑ The following number is to be used for reference regarding these pages:
BATES PAGE 304-6

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee    X
X    for this page    X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

FBI/DOJ