

SECRET

To:  National Security   From:  New York                     b7A -1
Re:  (S) _____      04/03/2000
(U)

(S) _____

_____ COMMUNITY;

_____ (S)

(S) _____ (S)        b1                b1

COVER                                        b1

(S) _____ (S)

OO:SF

(S) _____ (S)                          b2 -3
                                            b7A -1
                                            b6 -2
Synopsis:  (S) (U)Source reporting          b7C -2
                                            b7D -3
(S)  Derived From : G-3
     Declassify On: X-1

(U)  Full Field Investigation Instituted:  11/30/1993

Details:  (S)

_____



SECRET

2

515-39



b6 −3, 4
b6 −4,5
b7C −4,5
b7D −3
b7A −1
b7E −1

**SECRET**

To: National Security   From: New York
Re: (S)                  04/03/2000

b7A −1

(U)  (U)

(S)

(U)  (S)

(U)  (S)

(U)  (S) (S)

(U)  (S)

(U)  (S)

**SECRET**

3

(U)                          ~~SECRET~~                          b2 -3,4
                                                                 b6 -4,5
To:  National Security  From:  New York                          b7C -4,5
Re:  (S)                04/03/2000                               b7A -1
                                   b7A -1                         b7D -2,3
                                                                 b7E -1
INTERNATIONAL RELIGIOUS FREEDOM.                                 b2

   (U) ~~(S)~~

        ~~(S)~~

        ~~(S)~~                           (S)                b1
                                   further identified         b1

   (U) ~~(S)~~

   (U) ~~(S)~~

   (U) ~~(S)~~
the bombing of the World Trade Center.

   (U) ~~(S)~~

                        ~~SECRET~~
                           4

(U)

b2 -3,4
b6 -4,5
b7C -4,5
b7D -2,3
b7E -1
b7A -1

SECRET

To:  National Security   From:  New York
Re:  (S)                  04/03/2000      b7A -1

(U)

(S)

b1

contact                    see

(S)

investigation.

(U)   (S)

(U)   (S)

b1

(S)

(S)                                      (S)

b1

(U)   (S)

(U)   (S)

SECRET

5

515-42

b2 -3,4
b6 -4,5
b7C -4,5
b7D -2
b7E -1

**SECRET**

To:
Re:  (S)

(U)

(U)

FBI New York will continue its investigation to determine the significance of this address.

(U)        (S)

(U)        (S)

(S)

b1

**SECRET**

6

**516-1**

SECRET

b7A
b2 -4
b7E -1

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw ca# 05-cv-1004
REASON: 1.4 (c);
DECLASSIFY ON: 08-09-2030

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-29-2005

SECRET

b7A
b2 -4
b7E -1

516-4

SECRET

b7A
b2 -4
b7E -1

SECRET

SECRET

To: Records Management    From: WFO                          b7A -1
Re: [                    ]    01/31/2005

Discrimination Committee, but no investigation of the Arab-
American Discrimination Committee was conducted by the FBI.

     WFO files [                              ] contain incidental     b1   (S)
references to the Muslim Public Affairs Council.  WFO files
266A-WF-C-217262-3 and 300-WF-217908-1 contain incidental
references to the People for the Ethical Treatment of Animals   b1
(PETA).  WFO files [                    ] contain incidental references to the   (S)
ACLU.  None of these files indicates the FBI conducted an
investigation into the activities of Muslim Public Affairs
Council, PETA, or the ACLU.  These organizations were simply
mentioned by others in these files.

♦♦

SECRET

2

SECRET

DECLASSIFIED BY 65179 DMH/HRG/CH
ON 11-30-2005

b2 -1,3

b6 -1,5

b7C -1,5

b7D -3

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw  ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw caw 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

b6 -4,5

b7C -4,5

b7A

b2 -4

b7E -1

516-10

SECRET

b6 -5

b7C -5

SECRET

b6 -4,5
b7C -4,5

b7A
b2 -4
b7E -1

516-11

SECRET

b6 -5
b7C -5

SECRET

DATE: 06-09-2005
CLASSIFIED BY 65179 dmh/amw  ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 06-09-2030

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b6 -4,5

b7C -4,5

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

516-12

b7A

b2 -4

b7E -1

b6 -5

b7C -5

SECRET

SECRET

b6 -4,5
b7C -4,5

516-13        b7A
              b2 -4
              b7E -1

SECRET

b6 -5
b7C -5

SECRET

b6 -4,5
b7C -4,5

b7A
b2 -4
b7E -1

516-14

SECRET

b6 -5
b7C -5

SECRET

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw  ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

b6 -4,5

b7C -4,5

b7A -4
b2 -4
b7E -1

516-15

b6 -1

b7C -1

b6 -5

SECRET  b7C -5

SECRET

b6 -4,5
b7C -4,5

b7A
b2 -4
b7E ~1

**516-16**

SECRET

b6 -5
b7C -5

SECRET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

b6 -4,5

b7C -4,5

b7A
b2 -4
b7E -1

516-17

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw  caa 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

b6 -1

b7C -1

SECRET

b6 -5

b7C -5

SECRET

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/anw  ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

b6 -4,5

b7C -4,5

**516-18**
king the truth.

b7A

b2 -4

b7E -1

SECRET

SECRET

b6 -4,5
b7C -4,5

b7A
b2 -4
b7E -1

516-19

SECRET

b6 -5
b7C -5

SECRET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw  ca # 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

b7A

b2 -4

b7E -1

b6 -1,4,5

b7C -1,4,5

**516-20**

SECRET

b6 -5

b7C -5

SECRET

b6 -4,5
b7C -4,5

b7A
b2 -4
b7E -1

**516-21**

SECRET

b6 -5
b7C -5

SECRET

b6 -4,5
b7C -4,5

b7A
b2 -4
b7E -1

516-22

SECRET

b6 -5
b7C -5

SECRET

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw : ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b6 -1,4,5
b7C -1,4,5

b7A
516-23          b2 -4
b7E -1

SECRET

b6 -5
b7C -5

SECRET

b6 -4,5

b7C -4,5

b7A

b2 -4

b7E -1

SECRET

516-24

b6 -5

b7C -5



SECRET

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw  ca #05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

b6 1,4,5

b7C -1,4,5

b2 -4

b7E -1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**516-25**

b6 -5

b7C -5

SECRET

SECRET

b6 -4,5
b7C -4,5

b7A

516-26

b2 -4
b7E -1

SECRET

b6 -5
b7C -5

SECRET

b6 -5
b7C -5

b7A
b2 -4
b7E -1

516-27

SECRET

b6 -5
b7C -5

SECRET

DECLASSIFIED BY 65179 DMH/HKG/CH
EN 11-30-2009

b6 -1,4,5

b7C -1,4,5

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/smw caw 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

b7A
b2 -4
b7E -1

516-28

SECRET

b6 -5

b7C -5

SECRET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

b6 -1

b7C -1

b6 -4,5

b7C -4,5

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw  ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

516-29
                                    b7A
                                    b2 -4
                                    b7E -1

SECRET

                                    b6 -5
                                    b7C -5

SECRET

b6 -4,5
b7C -4,5

516-30

b7A
b2 -4
b7E -1

SECRET

SECRET

b7A
b2 -4
b7E -1

SECRET

SECRET

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw  ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

b6 -1,4,5

b7C -1,4,5

b2 -4

b7E -1
DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

516-32

b6 -5

b7C -5

SECRET

SECRET

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/smw/oak 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

b7C -1,4,5

b6 -1,4,5

**b7A**
ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

**b7E -1**    b6 -5

b7C -5

SECRET

SECRET

b6 -5
b7C -5

b7A

b2 -4

b7E -1

26    516-34

SECRET

b6 -5
b7C -5

SECRET

b6 -1,4,5
b7C -1,4,5

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/bmw ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b7A

b2 -4

b7E -1

516-35

SECRET

b6 -5
b7C -5

SECRET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b6 -4

b7C -4

DECLASSIFIED BY 65179 DMH/HKG/CW
ON 11-30-2005

b6 -1,4,5

b7C -1,4,5

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw  Ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

b7A

**516-36**

b2 -4

b7E -1

SECRET

SECRET

b6 -4,5

b7C -4,5

b7A

**516-37**

b2 -4

b7E -1

b6 -5

b7C -5

SECRET

SECRET

b6 -4,5
b7C -4,5

516-38

b7A

SECRET

b2 -4

b7E -1

SECRET

b6 -4,5
b7C -4,5

b7A

b2 -4

b7E -1

31

516-39

SECRET

SECRET

CLASSIFIED BY 65179 dmh/amw  caw 05-cv-1004
REASON: 1-4 (c)
DECLASSIFY ON: 08-09-2030

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 11-30-2005

b6 -1,4,5

b7C -1,4,5

516-40

b7A

b2 -4

b7E -1

SECRET

SECRET

b6 -4,5
b7C -4,5
b2 -4

516-41        b7A

SECRET

b2 -4

b7E -1

SECRET

b6 -4,5
b7C -4,5
b2 -4

SECRET

517-1

b7A
b2 -4
b7E -1

SECRET

b6 -4,5
b7C -4,5
b2 -4

b7A

b2 -4

b7E -1

35

SECRET

517-2

SECRET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DECLASSIFIED BY 65179 DMH/HRG/CH
ON 11-30-2005

b6 -1,4,5
b7C -1,4,5
b2 -4

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw caf 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

517-3

b7A
b2 -4
b7E -1

SECRET

SECRET

b6 -4,5
b7C -4,5
b2 -4

517-4

b7A

b2 -4

b7E -1

SECRET

SECRET

b6 -5
b7C -5
b2 -4

b7A

b2 -4

b7E -1

517-5

SECRET

SECRET

b6 -4,5

b7C -4,5

b2 -4

**517-6**

b7A

b2 -4

b7E -1

SECRET

SECRET

b6 -4,5
b7C -4,5
b2 -4

517-7

b7A
b2 -4
b7E -1

SECRET

SECRET

b7A

b2 -4

b7E -1

SECRET

**517-8**

b6 -5

b7C -5