OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

___1___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☑ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☑ (b)(1) — 1 | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

☑ The following number is to be used for reference regarding these pages:
*BATES PAGE 518-15*

XXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee  X
X    for this page      X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

FEDERAL BUREAU OF INVESTIGATION
FOIPA
DELETED PAGE INFORMATION SHEET

___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☑ (b)(1) – 1 | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☑ The following number is to be used for reference regarding these pages: 
BATES PAGE 518-16

XXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X    for this page      X
XXXXXXXXXXXXXXXXX



XXXXXX
XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☑ (b)(1) — 1 | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| | ☐ (b)(7)(D) | ☐ (k)(2) |
| | ☐ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____

☑ The following number is to be used for reference regarding these pages:
BATES  PAGE  518-19

XXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X   No Duplication Fee   X
X      for this page      X
XXXXXXXXXXXXXXXXX



XXXXXX
XXXXXX
XXXXXX





SECRET

(Rev. 10-01-1999)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                                    Date: 08/31/2004

To: WASHINGTON FIELD

From: WASHINGTON FIELD
      CT-1
      Contact: SA

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b6 -1
b7C -1

Approved By:

Drafted By:

DATE: 11-30-2005
CLASSIFIED BY 65179 DMH/BRG/CB
REASON: 1.4 (C)
DECLASSIFY ON: 11-30-2030

Case ID #: (S)                                                    (S)     b1

Title: (S)                                          (S)

Synopsis: (S)                                              (S)

Derived from: G-3
Declassify On: X1

(U) Full Field Investigation                12/01/1999

Enclosure(s): (S                                                    (S)

Administrative                                                      (S)

b1                                                                  (S)

(S)

(S)

3pg42441.wpd                        SECRET              518-18

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw  ca# 05-cv-1004
REASON: 1.4. (c)
DECLASSIFY ON                                                       (S)

SECRET

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| **Section 552** | | **Section 552a** |
|---|---|---|
| ☒ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| | ☐ (b)(7)(D) | ☐ (k)(2) |
| | ☐ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
BATES PAGE 518-19 _____

XXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee   X
X   for this page   X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_/_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

_X_ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☒ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
BATES PAGE 518-20

XXXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee   X
X   for this page   X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

# FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

_/_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| X (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☐ The following number is to be used for reference regarding these pages:
_BATES PAGE 518-21_____

XXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee   X
X   for this page   X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

___/___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

|  Section 552 | | Section 552a |
|---|---|---|
| X (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| | ☐ (b)(7)(D) | ☐ (k)(2) |
| | ☐ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☐ The following number is to be used for reference regarding these pages:
BATES PAGE 518-22

XXXXXXXXXXXXXXXXX
X    Deleted Page(s)      X
X No Duplication Fee    X
X    for this page         X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

FEDERAL BUREAU OF INVESTIGATION
FOIPA
DELETED PAGE INFORMATION SHEET

*1*   Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

*X*   Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☒ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s): _____

_____

☒  The following number is to be used for reference regarding these pages: 
BATES PAGE 518-23 _____

XXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X  No Duplication Fee   X
X    for this page      X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

___1___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☒ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

☒ The following number is to be used for reference regarding these pages: 

_B_A_T_E_S_ _P_A_G_E_ _5_1_8_-_2_4_____

XXXXXXXXXXXXXXXXXX<br>
X    Deleted Page(s)    X<br>
X  No Duplication Fee   X<br>
X    for this page      X<br>
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

FEDERAL BUREAU OF INVESTIGATION
FOIPA
DELETED PAGE INFORMATION SHEET

_____  Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| **Section 552** | | **Section 552a** |
|---|---|---|
| X (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s): _____
_____
_____

X  The following number is to be used for reference regarding these pages:
BATES  PAGE  518-25

XXXXXXXXXXXXXXXXX
X    Deleted Page(s)      X
X  No Duplication Fee   X
X     for this page        X
XXXXXXXXXXXXXXXXX



XXXXXX
XXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

FEDERAL BUREAU OF INVESTIGATION
FOIPA
DELETED PAGE INFORMATION SHEET

Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

|  Section 552 | | Section 552a |
|---|---|---|
| ☒ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
*BATES  PAGE 518-26*

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X    for this page      X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_1_   Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X   Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

|  Section 552  |  |  Section 552a  |
|---|---|---|
| X (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) |  | ☐ (k)(7) |

☐   Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐   Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____   Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____   Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____   Pages were not considered for release as they are duplicative of _____

_____   Page(s) withheld for the following reason(s):   _____

_____

☐   The following number is to be used for reference regarding these pages:
BATES   PAGE   518-27

```
XXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X     for this page     X
XXXXXXXXXXXXXXXXX
```

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

FEDERAL BUREAU OF INVESTIGATION
FOIPA
DELETED PAGE INFORMATION SHEET

Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

|  Section 552  |  |  Section 552a  |
|---|---|---|
| ☒ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) |  | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

☑ The following number is to be used for reference regarding these pages:
BATES PAGE 518-28 _____

XXXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee   X
X   for this page   X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX



OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

___1___   Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

[X]   Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | | Section 552a |
|---|---|---|---|
| [X] (b)(1) | [ ] (b)(7)(A) | | [ ] (d)(5) |
| [ ] (b)(2) | [ ] (b)(7)(B) | | [ ] (j)(2) |
| [ ] (b)(3) | [ ] (b)(7)(C) | | [ ] (k)(1) |
| _____ | [ ] (b)(7)(D) | | [ ] (k)(2) |
| _____ | [ ] (b)(7)(E) | | [ ] (k)(3) |
| _____ | [ ] (b)(7)(F) | | [ ] (k)(4) |
| [ ] (b)(4) | [ ] (b)(8) | | [ ] (k)(5) |
| [ ] (b)(5) | [ ] (b)(9) | | [ ] (k)(6) |
| [ ] (b)(6) | | | [ ] (k)(7) |

[ ]   Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

[ ]   Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____   Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____   Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____   Pages were not considered for release as they are duplicative of _____

_____   Page(s) withheld for the following reason(s): _____

_____

[X]   The following number is to be used for reference regarding these pages:
_BATES   PAGE   518 - 29_

XXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee    X
X    for this page    X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_1_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

_X_ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☒ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☒ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
_BATES PAGE 518-30_

XXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X    for this page      X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

___/___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

[X] Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| [X] (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

[X] The following number is to be used for reference regarding these pages:
BATES  PAGE  518-31

XXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee    X
X    for this page    X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
#### FOIPA
#### DELETED PAGE INFORMATION SHEET

_/___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

|            Section 552            |            |            Section 552a            |
|-----------------------------------|------------|------------------------------------|
| X (b)(1)                          | ☐ (b)(7)(A) | ☐ (d)(5)                          |
| ☐ (b)(2)                          | ☐ (b)(7)(B) | ☐ (j)(2)                          |
| ☐ (b)(3)                          | ☐ (b)(7)(C) | ☐ (k)(1)                          |
| _____                   | ☐ (b)(7)(D) | ☐ (k)(2)                          |
| _____                   | ☐ (b)(7)(E) | ☐ (k)(3)                          |
| _____                   | ☐ (b)(7)(F) | ☐ (k)(4)                          |
| ☐ (b)(4)                          | ☐ (b)(8)    | ☐ (k)(5)                          |
| ☐ (b)(5)                          | ☐ (b)(9)    | ☐ (k)(6)                          |
| ☐ (b)(6)                          |            | ☐ (k)(7)                          |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☐ The following number is to be used for reference regarding these pages:
BATES  PAGE  518-32

XXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee   X
X   for this page   X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

___/___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| X (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☑ The following number is to be used for reference regarding these pages:
BATES PAGE 518-33

XXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X No Duplication Fee    X
X    for this page      X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

*1*    Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X    Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

|          | Section 552 |            |          | Section 552a |
|----------|-------------|------------|----------|--------------|
| X (b)(1) | □ (b)(7)(A) |            | □ (d)(5) |
| □ (b)(2) | □ (b)(7)(B) |            | □ (j)(2) |
| □ (b)(3) | □ (b)(7)(C) |            | □ (k)(1) |
|          | □ (b)(7)(D) |            | □ (k)(2) |
|          | □ (b)(7)(E) |            | □ (k)(3) |
|          | □ (b)(7)(F) |            | □ (k)(4) |
| □ (b)(4) | □ (b)(8)    |            | □ (k)(5) |
| □ (b)(5) | □ (b)(9)    |            | □ (k)(6) |
| □ (b)(6) |             |            | □ (k)(7) |

□    Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

□    Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____    Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____    Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____    Pages were not considered for release as they are duplicative of _____

_____    Page(s) withheld for the following reason(s):  _____
_____
_____

X    The following number is to be used for reference regarding these pages:
BATES   PAGE   518-34

XXXXXXXXXXXXXXXXXX
X   Deleted Page(s)      X
X   No Duplication Fee   X
X   for this page        X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

SECRET

b7A

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 08-08-2005 BY 65179 dmh/amw  ca# 05-cv-1004

DATE: 11-30-2005
CLASSIFIED BY 65179 DMH/HKG/CH
REASON: 1.4 (C)
DECLASSIFY ON: 11-30-2030

(S)

(S)

(S)

(S)

b1

(S)

(S)

(S)

(S)

(S)



OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

*1* Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) - 4, 5 | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) - 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

☒ The following number is to be used for reference regarding these pages:
*BATES PAGE 518-36*

XXXXXXXXXXXXXXXXX
X   Deleted Page(s)      X
X   No Duplication Fee    X
X   for this page         X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

FEDERAL BUREAU OF INVESTIGATION
FOIPA
DELETED PAGE INFORMATION SHEET

_1_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

_X_ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) _4,5_ | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) _4,5_ | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

☒ The following number is to be used for reference regarding these pages: _BATES PAGE 518-37_

XXXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X No Duplication Fee  X
X   for this page     X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

_____  Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| X (b)(2) — 1 | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | X (b)(7)(C) — 1, 3, 4 5 | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| X (b)(6) 1, 3, 45 | | ☐ (k)(7) |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s): _____

_____

☑  The following number is to be used for reference regarding these pages:
BATES PAGE 518-38

XXXXXXXXXXXXXXXXX
X   Deleted Page(s)      X
X   No Duplication Fee   X
X   for this page        X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

___/___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☒ (b)(2) — 1 | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) 1, 3, 4/5 | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) 1, 3 4 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages: BATES PAGE 518-39

XXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X  No Duplication Fee   X
X    for this page    X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

FEDERAL BUREAU OF INVESTIGATION
FOIPA
DELETED PAGE INFORMATION SHEET

_/_  Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

✗  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ✗ (b)(2) — / | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ✗ (b)(7)(C) 1, 3, 4, 5 | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ✗ (b)(6) 1, 3, 4, 5 | | ☐ (k)(7) |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s):  _____
_____
_____

☑  The following number is to be used for reference regarding these pages:
BATES PAGE 518-4D _____

XXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X  No Duplication Fee  X
X    for this page    X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

/ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☒ (b)(2) — / | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☒ (b)(7)(C) 1,3,4,5 | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☒ (b)(6) 1,3,4,5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____
_____
_____

☒ The following number is to be used for reference regarding these pages:
BATES PAGE 518 - 41 _____

XXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee    X
X    for this page    X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

_____ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| X (b)(2) – 1 | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | X (b)(7)(C) 1, 3, 4, 5 | ☐ (k)(1) |
| | ☐ (b)(7)(D) | ☐ (k)(2) |
| | ☐ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| X (b)(6) 1, 3, 4, 5 | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

X The following number is to be used for reference regarding these pages:
BATES PAGE   518 42 _____

XXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee   X
X   for this page   X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX



SECRET

FROM : MPAC    FAX NO. : 12133839674    Oct. 20, 2003 03:18PM P7

Muslim
Public Affairs Council

LOS ANGELES
3010 Wilshire Boulevard, # 217
Los Angeles, California 90010
(213) 383-3443  Fax (213) 383-9674
email: mpacusa@aol.com

WASHINGTON, D.C.
994 National Press building
529 14th Street NW
Washington, D.C. 20045
(202) 879-6726  Fax (202) 879-6728

DECLASSIFIED BY 65179 DMH/HKG/CH
ON 12-01-2005

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw    ca# 05-cv-1004
REASON: 1.4 (d)
DECLASSIFY ON: 08-09-2030

# Fax

To: Ron Iden    From:

b2 -1

Fax:    Pages: 2    b6 -5

Phone:    Date: 10/20/03    b7C -5

Re: FYI    CC:

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Per _____ I am sending you the following
email that she received of a potential scam.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE.

(C) Contacted ____
thanked for information
Told not to contact
(S)

b7A

SECRET    518-43

b6 -4,5

b7C -4,5

DECLASSIFIED BY 65179DMH/HKG/CH
ON 12-01-2005

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw  ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

SECRET

SECRET
working Cop

**DATE: 12-01-2005**
**CLASSIFIED BY 65179 DMH/HKG/CH**e    1
**REASON: 1.4 (C)**
**DECLASSIFED ON: 12-01-2030**    03/19/2002

Precedence:   ROUTINE

To:  Los Angeles                    Attn:  SSA [                    ]    SARA JTTF

From:  Los Angeles                                                    b2 -1
       SARA JTTF                                                       b6 -1
       Contact:   SA [                              ]                  b7C -1

Approved By: [                              ]

                                    DATE: 08-09-2005
Drafted By: [                    ]  CLASSIFIED BY 65179 dmh/amw  Ca# 05-cv-1004
                                    REASON: 1.4 (C)
                                    DECLASSIFY ON: 08-09-2030

Case ID #: (X) [                              ]

Title:  (X) [                              ] (S)      (S)    **b1**    ALL INFORMATION CONTAINED
                                                                       HEREIN IS UNCLASSIFIED EXCEPT
        [                              ] (S)   (S)                     WHERE SHOWN OTHERWISE.
             OO: Los Angeles

Synopsis:  (LES)  To provide summary of "Jihad vs. Terrorism"
event at the University of California, Irvine on 03/13/2002.

(X)  Derived From: G-3
     Declassify On: X3

Enclosures:  (X)  Two promotional flyers concerning UCI and CAIR
events.  ACS summary printouts concerning scheduled speakers. **(U)**

Details:  (X)  On 03/13/2002, the writer attended a public
seminar sponsored by the University of California, Irvine (UCI)
and the Muslim Public Affairs Council (MPAC).  The event took
lasted from approximately 7:00 PM and 9:00 PM at the University
Students Center, Emerald Bay Conference Room, UCI. **(U)**    b1

      (U)  The scheduled topic was, "Jihad vs. Terrorism".
Guest speakers were MUZAMMIL SIDDIQI (subject in instant
investigation) and DR. MAHER HATHOUT.

      (LES)  The audience consisted of mostly young Muslim
college students.  Approximately eight persons left the room when
a request was made that MPAC members give up their seats so that
others could be seated.

      (LES)  There were roughly 100 persons in attendance.
An unknown number were waiting outside the conference room.

      (LES)  SIDDIQI spoke for about 20 minutes.  SIDDIQI
asserted that the term "jihad" is used in The Qu'ran six times.
SIDDIQI added that the word is only used one time in a military
context.  When used in this context, SIDDIQI stated that it

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case ID [                              ] (S)         Serial [        ] (S)  **b1**

SECRET                                                519-2

SECRET

b6 -4,5
b7C -4,5

b1

(S) b1

LEAD (s):

Set Lead 1:   (Adm)

LOS ANGELES

SECRET

AT SANTA ANA, CA

(U)   Read and clear.

SECRET

**519-3**

SECRET

Automated Serial Permanent Charge Out
FD-5a (1-5-94)

Date: 03/18/03   Time: 17:59

Case ID                                                          (S)

Description of Document:                              b1                        b6 -1
                                                                                b7C -1

                                                             b1

                                                          (U)

Reason for Permanent Charge-Out:

TRANSFERRED FOR ADMIN PURPOSES

Transferred to:

Case ID                                    (S)        DATE: 12-01-2005
                                                      CLASSIFIED BY 65179 DMH/HKG/CH
Employee:                                             REASON: 1.4 (C)
                                            b1        DECLASSIFY ON: 12-01-2030

                                          DATE: 08-09-2005
                                          CLASSIFIED BY 65179 dmh/amw  ca# 05-cv-1004
                                          REASON: 1.4 (c)
                                          DECLASSIFY ON: 08-09-2030

                                          ALL INFORMATION CONTAINED
                                          HEREIN IS UNCLASSIFIED EXCEPT
                                          WHERE SHOWN OTHERWISE

SECRET        519-5

SECRET

Working copy

Page    1

Precedence:  ROUTINE                                    Date:   03/20/2002

To:   Los Angeles                Attn:  SSA [ ] JTTF/SARA

From:  Los Angeles
       JTTF/SARA
       Contact:  SA [ ]

Approved By: [ ]

Drafted By: [ ]

Case ID #:  (LES) [ ]                        (S)

Title:  (LES) [ ]                     (S)   b1 (6)

        OO: Los Angeles

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 12-01-2005
CLASSIFIED BY 65179 DMH/BKG/CH
REASON: 1.4 (C)
DECLASSIFY ON: 12-01-2030

Synopsis:  (S)   To summarize 03/13/2002 telcall with Detective [ ]
                 FBI Dallas, concerning case connections.  (U)

(S)   Derived From: G-3
      Declassify On: X1

Details:  (S)   On 02/22/2002, the writer e-mailed Det. [ ]
FBI Dallas, to better understand the connections between the [ ]
[ ] (S)

          (U)   On 03/13/2002, the writer and Det. [ ]
discussed this matter.  During this conversation, Det. [ ]
provided the following information:

[ ] (S)

[ ] (S)

      (U)

Set Lead 1:   (Adm)

LOS ANGELES

          AT SANTA ANA, CA      SECRET

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/anw   ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

b1
b2 -1
b6 -1,3
b7C -1,3

b1

DEC-26-2001  16:3: SECRET DIC AND SACHI                     310 996 3304      P.03



*Los Angeles*
3010 Wilshire Boulevard, Suite #217
Los Angeles, California 90010
(213) 383-3443 Fax (213) 383-0674
e-mail: mpacusa@aol.com
website: www.mpac.org

Muslim
Public Affairs Council

*Washington, D.C.*
994 National Press Building
529 14th Street NW
Washington, D.C. 20045
(202) 879-6726 Fax (202) 879-6728
email: mpacdc@aol.com

December 26, 2001

DATE: 12-16-2005
CLASSIFIED BY 65179 DMR/HKG/CH
REASON: 1.4 (C)
DECLASSIFY ON: 12-16-2030

Mr. Ron Iden
Assistant Director, FBI
11000 Wilshire Blvd., Ste. 1700
Los Angeles, CA 90024

DATE: 08-09-2005
CLASSIFIED BY 65179 smh/amw  Ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

Dear Ron:

On Saturday, December 29, the Muslim Public Affairs Council will have a convention entitle "Rising Moderate Voices of American Muslims: Silent Majority No More." The convention will take place at The Sequoia Center in Buena Park from 11:00 am to 9:30 pm.

I am hoping that law enforcement can provide extra attention to the event due to the recent threat to the Muslim community from the Jewish Defense League and possible reactions from the vocal minority of Muslims who disagree with the theme of our convention.

Thank you for your assistance. If you have any questions, please call us at (213) 383-3443.

Sincerely,

Salam Al-Marayati
Executive Director

*Adl –*
*pls call BPPD*
*and insure they are*
*aware of this event*

*Thanks –*
*SR.*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

*WATCH COMMANDER CALLED*
*ALREADY AWARE OF EVENT.*
*12/27/01*

*DUC*

SECRET

519-8

(X) b1

TOTAL P.03

**SECRET**



**Muslim Public Affairs Council**

LOS ANGELES
3010 Wilshire Boulevard, Suite 217
Los Angeles, California 90010
(213) 383-3443 Fax (213) 383-9674
email: mpacusa@aol.com

WASHINGTON, D.C.
994 National Press Building
529 14th Street NW
Washington, D.C. 20045
(202) 879-6726 Fax (202) 879-6728

# Fax

DECLASSIFIED BY 65179 DMH/BKG/CB
ON: 12-01-2005

| To: | | From: | | b6 -5 |
| Fax: | | Pages: | 2 | b7C -5 |
| Phone: | | Date: | 12/26/01 | |
| Re: | | CC: | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw  ca# 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

**SECRET**

519-9

SECRET

b1

DATE: 02-09-2005
CLASSIFIED BY 61579 dmh/aw
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

520-31

SECRET

(S)

b1

(S)

b1

SECRET

520-32

SECRET

(S)

b1

b1

(S)

520-33

b1

(S)

520-34

(S)

SECRET

(S)

b1

b1

b1

b1

520-35

SECRET

SECRET

(S)

b1

b1

(S)

b1

520-56

SECRET

(S)

b1



b1

(S)

b1

520-37

SECRET

(S)

b1

(S)

b1

b1

520-38

SECRET

SECRET

(S)

b1

b1

(S)

520-39

SECRET

SECRET

(S)

b1

b1

(S)

b1

520-40

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

_1_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| **Section 552** | | **Section 552a** |
|---|---|---|
| X (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

☐ The following number is to be used for reference regarding these pages:
BATES PAGE 520-41



XXXXXXXXXXXXXXXXX
X   Deleted Page(s)     X
X  No Duplication Fee   X
X     for this page     X
XXXXXXXXXXXXXXXXX



XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_/_  Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| X (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐  Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐  Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____  Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____  Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____  Pages were not considered for release as they are duplicative of _____

_____  Page(s) withheld for the following reason(s): _____

_____

_____

X  The following number is to be used for reference regarding these pages:
BATES PAGE 520-42

XXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee   X
X   for this page   X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

___ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☑ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

|                  |                  |                  |
| ---------------- | ---------------- | ---------------- |
| __Section 552__  |                  | __Section 552a__ |
| ☑ (b)(1)         | ☐ (b)(7)(A)      | ☐ (d)(5)         |
| ☐ (b)(2)         | ☐ (b)(7)(B)      | ☐ (j)(2)         |
| ☐ (b)(3)         | ☐ (b)(7)(C)      | ☐ (k)(1)         |
| _____          | ☐ (b)(7)(D)      | ☐ (k)(2)         |
| _____          | ☐ (b)(7)(E)      | ☐ (k)(3)         |
| _____          | ☐ (b)(7)(F)      | ☐ (k)(4)         |
| ☐ (b)(4)         | ☐ (b)(8)         | ☐ (k)(5)         |
| ☐ (b)(5)         | ☐ (b)(9)         | ☐ (k)(6)         |
| ☐ (b)(6)         |                  | ☐ (k)(7)         |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____
_____

☑ The following number is to be used for reference regarding these pages:
### BATES PAGE 520-43

XXXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee   X
X   for this page   X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_1_   Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

XX   Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

|  Section 552  |  |  Section 552a  |
|---|---|---|
| XX (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐   Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐   Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____   Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____   Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____   Pages were not considered for release as they are duplicative of _____

_____   Page(s) withheld for the following reason(s): _____
_____
_____

☐   The following number is to be used for reference regarding these pages:
_BATES PAGE 520-44_

XXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee   X
X   for this page    X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX