OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_/_   Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒   Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☒ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐   Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐   Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____   Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____   Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____   Pages were not considered for release as they are duplicative of _____

_____   Page(s) withheld for the following reason(s): _____
_____
_____

☑   The following number is to be used for reference regarding these pages:
BATES PAGE 521-1 _____

XXXXXXXXXXXXXXXXX
X  Deleted Page(s)  X
X  No Duplication Fee  X
X  for this page  X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

SECRET

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                                    Date:  02/04/2002

To:  Counterterrorism                 Attn:  SSA
      New York                               IOS
                                             SA
      DATE: 12-01-2005
      CLASSIFIED BY 65179 DMH/HKG/CH
      REASON: 1.4 (C)
      DECLASSIFY ON: 12-01-2030

From:  Los Angeles                                              b1
        NSD-5                                                   b2 -1
        Contact:  SA                                           b6 -1
                                                               b7C -1

Approved By:                        DATE: 08-09-2005
                                    CLASSIFIED BY 65179 dmh/smw cae D5-cv-1004
Drafted By:                         REASON: 1.4 (c, d)
                                    DECLASSIFY ON: 08-09-2030

Case ID #:  (S)
            (S)                              (S)

                                             ALL INFORMATION CONTAINED
Title:  (S)                                  HEREIN IS UNCLASSIFIED EXCEPT
                                 (S)         WHERE SHOWN OTHERWISE

Synopsis:  (S)
                                                                (S)
           (S)

             Classified By:  5973, NSD-5/Los Angeles
             Reason          1.5(c)
             Declassify On:  X1

                                        b1                    (S)

                    SECRET            521-43

                    SECRET

SECRET

SECRET                                    b1

To: Counterterrorism  From: Los Angeles
Re: (S)                 02/04/2002

(S)

(S)

(S)

b1

(S)

(S)

2          521-44

SECRET

SECRET

To: Counterterrorism  From: Los Angeles
Re: (S                              02/04/2002        **b1**
                                        (S)

(S)

(S)

                                                    b1

(S)

(S)

SECRET

SECRET

To: Counterterrorism  From: Los Angeles                    **b1**
Re: (S)                 2/04/2002
                         (S)

                                                    b1        (S)

                                                              (S)

LEAD(s):

Set Lead 1:

    <u>ALL RECEIVING OFFICES</u>

      (S)  Read and clear.

         (U)

SECRET

SECRET          **522-2**

SECRET

FD-159 (Rev. 5-9-88)

## RECORD OF INFORMATION FURNISHED OTHER AGENCIES

Orally _____   Written Communication ___ 02/17/02 ___
            (date)                                          (date)

Information concerning:   (Include DRUG MATTERS Here)
One (1) copy of the Action Memorandum supporting the SDTO
designation of the _____ (S)

DATE: 08-09-2005
CLASSIFIED BY 65179 dmh/amw caj 05-cv-1004
REASON: 1.4 (c)
DECLASSIFY ON: 08-09-2030

Information furnished from File, Serial, and Page Numl _____

☐ On _____                    a continuing disclosure was initiated with
            (date)

02/17/02                                     and will be maintained until the conclusion    b6 -1
            (agency)                                                                          b7C -1

of the investigation.

Information furnished to:  California Department of Justice.

DATE: 12-01-2005
CLASSIFIED BY 65179 DMH/HKG/CH
REASON: 1.4 (C)
DECLASSIFY ON: 12-01-2030

Remarks: A copy of the above referenced serial was delivered by hand
to California Department of Justice Special Agent _____
on 02/17/02 pursuant to verbal request by same.

b1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE.

SA _____
     Employee Furnishing Information          SECRET          522-5

166-E-LA-A150966 _____ (S)

(01/26/1998)

~~SECRET~~

## FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 03/19/2002

To: Los Angeles              Attn: SSA [               ] SARA JTTF

From: Los Angeles                                    b7C -1
      SARA JTTF                                      b6 -1
      Contact: SA [                              ]

Approved By: [                                    ]

Drafted By:  [                                    ]      b7C -1,4
Case ID #:  (U)   265A-LA-228948  (Pending) -13        b6 -1,4

Title: (U)  [                    ]
            ET AL;
            AOT-IT
            OO: Los Angeles

Synopsis: (LES)  To provide summary of "Jihad vs. Terrorism"
event at the University of California, Irvine on 03/13/2002.

~~(S)~~  ~~Derived From : G-3~~
         ~~Declassify On: X3~~      (U)

Enclosures: ~~(S)~~  Two promotional flyers concerning UCI and CAIR
events.  ACS summary printouts concerning scheduled speakers.

(U)

Details: ~~(S)~~  On 03/13/2002, the writer attended a public
seminar sponsored by the University of California, Irvine (UCI)
and the Muslim Public Affairs Council (MPAC).  The event took
lasted from approximately 7:00 PM and 9:00 PM at the University
Students Center, Emerald Bay Conference Room, UCI.
                                                     b7C -4
        (U)  The scheduled topic was, "Jihad vs. Terrorism".   b6 -4
Guest speakers were MUZAMMIL SIDDIQI [                    ]    b2 -4
[                    ] DR. MAHER HATHOUT.

        (LES)  The audience consisted of mostly young Muslim
college students.  Approximately eight persons left the room when
a request was made that MPAC members give up their seats so that
others could be seated.

        (LES)  There were roughly 100 persons in attendance.
An unknown number were waiting outside the conference room.

~~SECRET~~

529

FD-350 (Rev. 5-8-81)
FOIPA# 1010xPO
CLASSIFIED BY: 65179 AUC TAM/MLT/KS
REASON: 1.4 (c,d)
DECLASSIFY ON: X 9/08/2030
(Mount Clipping in Space Below)

DATE: 12-14-2005
CLASSIFIED BY 65179 DMH/HRG/CH
REASON: 1.4 (C)
DECLASSIFY ON: 12-14-2030

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11/08/05 BY 65179 DmH/bms
Ca# 05-cv-1004

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
EXCEPT WHERE SHOWN
G... ...ING

(Indicate page, name of
newspaper, city and state.)

Date: Friday, 08/02/2002
Edition: Washington Post

Title: (S)

Character
or
Classification
Submitting Office:
Indexing
b6 -1
b7C -1

A6

**NATIONAL NEWS**

# M IN BRIEF

## Vietnam War Remains of Servicemen Returned

By Washington

The remains of three U.S. Army servicemen missing for 33 years in the Vietnam War have been identified and are being returned to their families, the Pentagon said. They were identified as Lt. Col. Donald Eugene Parsons of Sparta, Ill.; Chief Warrant Officer Charles Stanley of Cleveland and Sgt. 1st Class Eugene Christiansen of Barstow, part bill.

On Feb. 6, 1969, Stanley, Christiansen, Parsons and three others were on an emergency resupply mission. While en route from Quang Tri province, the crew radioed that the aircraft was returning because of bad weather. But it didn't return.

## For the Record

The Senate Foreign Relations Committee recommended authorizing $2.5 billion in reconstruction aid for Afghanistan over the next four years. The bill would offer more aid than a $1.4 billion package approved by the House in May.

An international dragnet has cut millions of dollars from al-Qaeda, but the group still has enough cash to launch terrorist attacks, in part because its costs dropped after the fall of the Taliban, Deputy Treasury Secretary Kenneth W. Dam told the Senate subcommittee on international trade and finance.

*Compiled from reports by Reuters and the Associated Press*

# Capitol Suspect

## Judge to Rule on Whether

By NEELY TUCKER
*Washington Post Staff Writer*

Six months of antipsychotic medications have made Russell E. Weston Jr. more coherent, but the man accused of killing two Capitol Police officers is still suffering from severe paranoid delusions, a psychiatrist testified in federal court yesterday.

The 45-year-old Weston, brought into the courtroom of U.S. District Court Judge Emmet G. Sullivan in a wheelchair, has been under court order to take medication in an effort to make him competent to stand trial. Sally Johnson, a public health psychiatrist who oversees his care at a federal prison facility in Butner, N.C., said Weston was showing enough progress that she thought he might one day be able to face the murder charges against him.

Johnson told the judge: "He's shown a positive response to the medication. . . . He's demonstrated more expansiveness; he smiles when it's appropriate; he's more cooperative with attention to his hygiene; and he's better able to have conversations. . . . He would not be competent tomorrow or by the end of the year, but I think it's possible sometime within the next two years."

But Weston's case has few legal

precedents, cide whether right to make take the me all parties i probably wo tent to stand avoid the de

Johnson n has severe the thought the case—i are escaped

"He does, understandi tion at the m Sullivan a of yesterday that he wou today.

Weston, with a long h lems, is char tol Police of nut and Jo bizarre shoo He is charge the Capitol wounding be that he was t by red satell turn back tin

His pretri between tria for four yea constitution er the court a defendant

Case 1:05-cv-01004-ESH   Document 31-16   Filed 02/24/2006   Page 9 of 50

FD-350 (Rev. 5-8-81)

**SECRET**

(Indicate page, name of
newspaper, city and state)

Date Friday, 08/02/2002
Edition
Washington **[ ]** Post

CLASSIFIED BY: _____ TAM/mcT/R
REASON: 1.4 (c, d)
DECLASSIFY ON: X 9/27/2030
FOIPA # 1010246

(Mount Clipping in Space Below)

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12/05 BY 05177 Dmil/amw
CQ# 05-cv-1004

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
EXCEPT WHERE SHOWN
OTHERWISE

534

---

A6   FRIDAY, AUGUST 2, 2002   S DM VA

NATIONAL NEWS



# Muslims Aid Embattled House Member

### Lawmaker Opposed Pro-Israel Resolution; Rival Backed by Jewish Leaders

By THOMAS B. EDSALL
Washington Post Staff Writer

Members of the Muslim American community are providing extensive support for Rep. Cynthia McKinney (D-Ga.), defending the five-term incumbent against a challenge financed in part by Jewish leaders critical of her stand on Israel.

At least three-quarters of the $234,299 that McKinney has raised from individuals this year is from donors with Muslim or Arab American surnames, the great majority of whom live outside her district.

Meanwhile, her Democratic challenger, former state senator Denise Majette, has begun raising large sums from Jewish donors alarmed by McKinney's comments on Middle East matters. Majette plans to spend $500,000 in the three weeks leading to the Aug. 20 primary, top aides said.

As a result, the Atlanta-based 4th District Democratic primary has to some extent become a proxy for the Israeli-Palestinian conflict, with the outcome a test of strength between the Muslim American and pro-Israel Jewish communities.

In May, McKinney was among 21 House members who voted

against a pro-Israel resolution that passed with 352 votes. In October, she wrote to Saudi Prince Alwaleed bin Talal, praising him for offering $10 million to New York City after officials rejected the $10 million because bin Talal used the occasion to criticize Israel. "Our Palestinian brethren continue to be slaughtered at the hands of Israelis while the world turns the other cheek."

McKinney wrote to bin Talal: "There are a growing number of people in the United States who recognize, like you, that U.S. policy in the Middle East needs serious examination."

In April 2001, she issued a statement suggesting that the Bush administration may have known in advance of the Sept. 11 attacks. "It is known that President Bush's father, through the Carlyle Group, had—at the time of the attacks—joint business interests with the bin Laden construction company and many defense industry holdings, the stocks of which have soared since September 11," McKinney said.

In an earlier Democratic primary, Rep. Earl F. Hilliard (D-Ala.), who was backed by Arab Americans but not as strongly as McKinney, lost to Artur Davis,

who had strong support from Jewish donors across the country.

Hilliard, Davis, McKinney and Majette are black, but the two Democratic contests have stirred unusual ethnic crosscurrents. Among other things, they have underscored the tensions between Muslims and Jews—and between African Americans and Jews—that sometimes animate local elections.

"Whenever there are any forces that appear to target members of the [Congressional Black] Caucus, all of us are concerned," said Rep. Elijah E. Cummings (D-Md.), first vice chairman of the CBC. He said a number of Jewish friends have told him "there was an effort to help defeat Hilliard, and I have heard that also about the McKinney race."

Cummings said black and Jewish members of Congress are holding dinners and private meetings to try to maintain good relations.

Hilliard, in a post-election interview with the online publication The Black Commentator, said "The only thing I know for sure, that I saw in black and white, is $1,098,000 that [Davis] reported . . . [I]t came from Jews and Republicans."

Many Arab American and

Muslim leaders view Hilliard's loss as an attack on the modest support they have in Congress.

"We have been sucked into a game of becoming involved in races because AIPAC [the American Israel Public Affairs Committee, the premier pro-Israel lobby] has ruthlessly targeted every member of Congress that is not 100 percent Israel, right or wrong," said Sarah Eltantawi, communications director of the Muslim Public Affairs Council.

The Ohio-based CAIR-PAC, or Council on American-Islamic Relations, recently sent out a fund-raising e-mail telling recipients "Support Cynthia McKinney. She is our strategic choice. Pro-Muslim Candidate Supporter of Palestinian State for over 7 years Against Secret Evidence. Against Aid to Israel."

Bill Banks, McKinney's campaign manager, said Muslim Americans support her reelection because "they feel she has spoken out for the [Middle East] policies of the US to be somewhat balanced." Banks contended that AIPAC has made McKinney the "number one candidate to try to remove from office."

Rob Doyle, who is coordinating Majette's fundraising, said donations have accelerated rapidly, with over $300,000 raised

in the past three weeks. He said he did not know how much of this was from Jewish supporters.

AIPAC spokeswoman Rebecca Needler disputed charges that the organization actively sought Hilliard's and McKinney's defeat. "AIPAC is not a PAC [political action committee] and does not rate or endorse candidates," she said. "While AIPAC does represent mainstream Jewish opinion on many issues, sometimes people confuse AIPAC with the pro-Israel community or American Jews at large."

Needler contended that the "decision to elect Artur Davis was made by the constituents of the 7th District of Alabama and the outcome of the race in Georgia will be made by the constituents of the 4th District, no one else."



Rep. Cynthia McKinney (D-Ga.) has many Muslim and Arab backers.

August 16, 2004

Meeting with Muslim and Arab American Groups

Mr. Gebhardt

b6 -4
b7C -4

1. Jean Abinader of the Arab American Institute (AAI) –
The AAI was founded in 1985 to represent Arab-American
interests in government and politics. It provides
strategies in electoral politics and on policy issues that
concern Arab-Americans. It serves as a clearinghouse for
Arab-American participation in national, state, and local
politics and government; it conducts research on Arab-
American constituency; and, it serves as a forum for
consensus positions on pressing domestic and foreign policy
matters. Finally, it acts as a resource to U.S. opinion
and policy makers on a range of Arab-American policy
concerns, including U.S. Middle East policy and political
trends in the Arab world.

2. Nawar Shora of the Arab-American Anti-Discrimination
Committee (ADC) – The ADC was founded in 1980 as a civil
rights organization committed to defending the rights of
people of Arab descent and promoting their rich cultural
heritage. The organization is allegedly non-partisan and
the largest Arab-American grassroots organization in the
U.S.

3. Salam Al-Marayati of the Muslim Public Affairs Council
(MPAC) – MPAC is a public service agency dedicated to
establishing the American Muslim constituency as a vital
and positive element within American pluralism. It
endeavors to disseminate accurate information regarding
Islam and Muslims, to serve as a reliable resource for the
media, and to encourage an accurate portrayal of Muslims
and Islam.



174C-NY-C268087
JFM:jfm

b7C -1
b6 -1

The following investigation was conducted in New York,
New York by SA [redacted]

b7C -1
b6 -1

On 10/8/01, SA [redacted] was advised by the NYO Duty
Agent (DA) that an anonymous telephone call was received on the
NYO's [redacted] number. The DA advised that the caller
sounded like a male with a West Indian or Jamaican accent. The
caller stated that "he just came from a Muslim Council and the #1
train will blow up". The DA advised that the call lasted 8 to 10
seconds [redacted] and that caller-id was
not in effect.

b7C -1
b6 -1

[redacted] of this information SA [redacted] notified

b7C -1
b6 -1

b2 -4
b7E -1

174C-NY-C265087-1406

OCT 2 5 2001

b7C -1
b6 -1

(Rev. 01-31-2003)



**SECRET**

# FEDERAL BUREAU OF INVESTIGATION

Precedence:   ROUTINE

Date:   01/31/2005

b6 -1
b7C -1

To:   Records Management           Attn:

Service Request Unit
Room 6359

From:   WFO
A-6
Contact:

Approved By:

b6 -1
b7C -1

Drafted By:

b2 -1

Subj:
MPAC

Case ID #:                    (Pending)

b7A -1

Title:   AMERICAN CIVIL LIBERTIES UNION
FREEDOM OF INFORMATION ACT REQUEST
FOR INFORMATION CONCERNING JTTF, et al.

DATE: 12-02-2005
CLASSIFIED BY 65179 DMH/HKG/CH
REASON: 1.4 (C)
DECLASSIFY ON: 12-02-2030

Synopsis:   To provide Records Management Division with
material requested from WFO by informal memo dated 1/14/2005.

Reference:

Enclosure(s):

b7A -1

Details:   WFO has enclosed the files requested by the Records
Management Division by informal memo dated 1/14/2005 in
response to a Freedom of Information Act (FOIA) Request filed
by the American Civil Liberties Union (ACLU), dated December
2, 2004, on behalf of the ACLU and six other requestors. WFO
has not conducted a separate search for e-mails in response to
this request, based upon its review of the responsive
documents.

WFO has two "main" files (288-WF-227004 and 288-WF-
225640) that FBIHQ identified as potentially responsive to the
ACLU's FOIA request. One of the requestors, American-Arab Anti
Discrimination Committee, is listed in these files as the
"victim" of a computer intrusion. The FBI did not conduct an
investigation of the American-Arab Discrimination Committee.
The FBI conducted investigations based on information received
from the Arab-American Discrimination Committee that they were

b1

(S)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b1

**SECRET**

545

FD-302 (Rev. 10-6-95)

Misc O/S
b6 -4,5
b7C -4,5

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    11/06/2002

555

Investigation on    11/04/2002    at  Los Angeles

File #  LA 44-0;  LA 265-0                    Date dictated    11/04/2002

SA

SA                                    b7C -1

                                      b6 -1        LA  44-0 - 3901

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                    **Date:** 04/25/2001

**To:** Counterterrorism          **Attn:** DTOU
                                            SSA                                    b6 -1

        Los Angeles              **Attn:** SSA                    NSD6    b7C -1

**From:** Los Angeles
          SMRA
          **Contact:** SA                                        b2 -1
                                                                  b6 -1
**Approved By:**                                                  b7C -1

**Drafted By:**                        blz

**Case ID #:** 266D-LA-226745-2 (Pending)                         b6 -1
                                                                  b7C -1

**Title:** UNSUBS;                                      b6 -4

                                                        b7C -4

          SANTA CRUZ DIRECT ACTION COALITION;
          GREENPEACE;
          GLOBAL NETWORK AGAINST WEAPONS
          AND NUCLEAR POWER IN SPACE;
          VANDENBERG ACTION COALITION;
          AOT-DT-GRC

**Synopsis:** Opening EC for Preliminary Inquiry concerning
captioned matter.

**Attached:** For LA: One E-mail from the U.S. Air Force Office of
Special Investigations.  One serial from JK 266-0.  Map of
Vandenberg Air Force Base.  CLETS and NCIC on [          ] and

b6 -4
b7C -4

**Details:** On [                    ] a reliable source reported to
this office that

b6 -4
b7C -4
b7D -2

                                                   According to the
source,

                                          According to the source,

                                                        LA  266D-LA-226745-2
                                                        SA                  b6 -1
PI 4/5/01         CPI - NONE                              4/3/01            b7C -1
Deadline 8/3/01   S- 04                                  Originally opened w/ 3/21/01
                                 622                     Communication - error wrong file #

080z1.01

To:  Counterterrorism  From:  Los Angeles
Re:  266D-LA-226745, 04/25/2001

b6 -4
b7C -4
b7D -2

According to the attached JK EC, [          ] was responsible for $3 million dollars in damage to Air Force property.  The solicited actions, as a minimum, constitute a solicitation to violate Title 18, Secn 1361, Malicious Mischief, Title 18, Secn 1382, Illegal Entry on Military Property, and possibly Title 18, Secn 2155, Destruction of National Defense Materials (interfering with the defense of the United States).

b6 -4
b7C -4

On October 7, 2000, the author spoke to [          ] date of birth: [          ] who was [          ] on Vandenberg Air Force Base. [          ] was arrested for trespassing. [          ] stated that he intended to continue to attempt to illegally impede future launch attempts by trespassing and other "non-violent" activities.

On March 7, 2001, the author went to website www.geocities.com/vafb_M19, the official website of the Vandenberg Action Coalition.  This website solicits individuals to engage in "nonviolent civil disobedience" in order to interfere with the May 19, 2001 launch of the NMD missile.

Vandenberg Action Coalition, in alliance with Greenpeace, has called for individuals to carry walkie-talkie radios and other equipment during their incursion on Vandenberg AFB.  Previously, trespassers had radios in their possession.

Based on the public statements of the Vandenberg Action Coalition, combined with statements made by [          ] and [          ] it is recommended that a 266D Preliminary Inquiry be initiated with the purpose of conducting a criminal investigation of the planned illegal activities of the conspirators.  As part of the strategy, SA RA will attempt to develop [          ]

b6 -4
b7C -4
b7D -2

sources to gather information on the violator's planned illegal activities.  The sources [          ] [          ] The sources will not encourage or otherwise be party to any violation of law.  Once authorities are obtained, the sources [          ] The sources will not engage in unauthorized illegal activity. All investigative actions will be in compliance with FBI policy, procedure and Attorney General Guidelines.  Authorities will be obtained for any and all investigative activities that require authorities.

b6 -2
b7C -2

On March 6, 2001, the FBI received information from VAFB Office of Special Investigations [          ] who had in turn received from the U.S. Navy, that Greenpeace [          ]

2

b7D -2



To: Counterterrorism  From: Los Angeles
Re: 266D-LA-226745, 04/25/2001

```
                                                              b6 -5
                                                              b7C -5
                             and                        is   b7D -2
```
reportedly willing to cooperate with law enforcement. Additional
details will be gathered via lead to Seattle Division once this
case is opened.

        The majority of people involved in protesting the NMD
are exercising legitimate and proper First Amendment rights.  The
FBI has no interest in collecting information derived from free
speech.  This is an investigation of violations of Federal Law
only.  Extraordinary care will be taken that no source or other
government agent interferes with the free speech of protestors.
No information will be gathered from any school records.

`b6 -2`            Attached is an E-mail from Vandenberg Air Force Base
Office of Special Investigations
`b7C -2`  voicing the Air Force's concern relating to this matter.

        California Law Enforcement Telecommunications System
`b6 -4` (CLETS) and NCIC indicate          has an extensive history of
arrests and convictions relating to trespassing and vandalism.
`b7C -4`  CLETS and NCIC indicate that

**Descriptive Data:**



```
        Main Subject
        Name -
          Last:
          First:
          Middle:                           b6 -4
        Race:            W
        Sex:             M                   b7C -4
        DOB:

        Main Subject
        Name -
          Last:
          First:
          Middle:                           b6 -4
        Race:            W
        Sex:             M                   b7C -4
        DOB:
```

3

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    05/14/2001

     Source, who is not in a position to testify, advised the following:

     The term "he" will be the pronoun used for the source; no gender is implied.

**b6 -4**

**b7C -4**

**b7D -1**

     Source advised that he has received [ ] regarding the May 19, 2001, protest at Vandenberg Air Force Base, California. [ ] nothing pertinent and did not make any suggestion of illegal activity. The source advised that [ ] has all the information [ ]

659

---

Investigation on    May 14, 2001   at   San Luis Obispo, CA    (telephonically)    **b2 -3**

File #  266D-LA-226745   [ ]              Date dictated   May 14, 2001    **b7D -1**

by    SA [ ]                                 **b6 -1**

                                                **b7C -1**

This document contains neither recommendations nor conclusions of the FBI. It is the pr........ .. ..he FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

115z3.01

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                     **Date:** 06/01/2001

**To:** Counterterrorism          **Attn:** DTOU
                                            SSA [                    ]          b6 -1

        Los Angeles              **Attn:** SSA [              ] NSD6    b7C -1

**From:** Los Angeles
          SMRA                                              b2 -1
          **Contact:** SA [                        ]        b6 -1

**Approved By:** [                      ]                    b7C -1

**Drafted By:** [                    ] jlz                   b6 -1
                                                            b7C -1

**Case ID #:** 266D-LA-226745    (Pending)

**Title:** UNSUBS;                      b6 -4
           [                        ]    b7C -4
           SANTA CRUZ DIRECT ACTION COALITION;
           GREENPEACE;
           GLOBAL NETWORK AGAINST WEAPONS
           AND NUCLEAR POWER IN SPACE;
           RUKUS;
           CATHOLIC WORKERS GROUP;
           VANDENBERG ACTION COALITION;
           AOT-DT-GRC

**Synopsis:** Conversion from Preliminary Inquiry to Full
Investigation.

**Details:** The purpose of this communication is to inform the
Bureau that this case is being converted to a Full Investigation. b6 -1,4
On June 1, 2001, FBI [              ] Special Agent [              ]  b7C -1,4
contacted Los Angeles Special Agent [              ] and advised     b7D -1
that [                                                    ]
has provided reliable information in the past, advised that a

[                                                                    ]

        The author has interviewed trespass arrestees who have
been arrested in the past year. The arrestees have made general
comments that they support actions to impede test launches. One

                                685

130z2.01

To:   Counterterrorism   From:  Los Angeles
Re:   266D-LA-226745, 06/06/2001

b2 -4

[            ] advised that an act of trespassing that was
sustained for a period of hours and caused an abort of the test
would inflict a high price to the Air Force, both from a
publicity standpoint and a financial standpoint. [            ]
opined that the protestors will always have a photo opportunity
and have many vantage points to photographs themselves standing
near some launch facility. [            ] pointed out that
Space Launch Complex #6, located 25 miles from LF 3, is visible
from several nearby hilltops, and can give the impression that
the protestors succeeded in entering VAFB. [            ]
suggested that the protestors be "allowed" to take their photos
at some point away from the actual silo, thereby eliminating any
threat.   Within this context, [            ] explained that by
not taking aggressive enforcement action in certain areas
preserves resources and eliminates some incentive from the
protestors to approach LF 3, since the protestors may only have
the objective of gaining a photo and being arrested for
trespassing.

b6 -2

b7C -2

b2 -4

b6 -2

b7C -2

2

689

To: Counterterrorism  From: Los Angeles
Re:  266D-LA-226745, 06/06/2001

b2 -4
b6 -4
b7C -4
b7D -1

b2 -4

b6 -4

b7C -4

b7D -1

b6 -4

b7C -4

b7D -1

690

Recd from Source
5-17-01

b6 -4
b7C -4
b7D -1

1 of 2

693                    26ED-LA- 226745

b6 -4
b7C -4
b7D -1

694

5/17/01 11:58 AM

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/09/2001    b6 -4

Source, who is not in a position to testify, provided the b7C -4
following information:    b7D -1

Source stated that

Source stated that

b6 -4
b7C -4
b7D -1

b6 -4
b7C -4
b7D -1

Investigation on    07/07/2001    a                                    (telephonically)    b2 -3

File #   266D-LA-226745,                            Date dictated    07/09/2001    b7D -1

by   SA                            b6 -1
                                                     730
                            b7C -1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

b2 -3

266D-LA-226745,                    b7D -1

Continuation of FD-302 of _____Source_____ , On 07/07/2001 , Page _ 2 _

b6 -4

b7C -4

b7D -1

731

FD-302 (Rev. 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   **05/16/2001** b6 -1,4

SOURCE was telephonically contacted by b7C -1,4
Special Agent (SA)                        from his            Office b7D -1
whereupon SOURCE advised the following information

SOURCE advised to the best of his/her knowledge

b6 -4
b7C -4
b7D -1

SOURCE advised                                              b6 -4
                                                            b7C -4
                        SOURCE advised that                b7D -1

b6 -4
b7C -4
b7D -1
                                            Furthermore, it was
suggested by SOURCE that
                                                    Additional

Investigation on   **05/09/2001**                        **(telephonically)** b2 -3
                                                                              b7D -1
File # **266D-LA-226745 (SUB A)**              Date dictated **05/16/2001**

by   **SA**                          nb   b6 -1

738

This document contains neither recommendations nor conclu b7C -1 s FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

266D-LA-226745

Continuation of FD-302 of _____**SOURCE**_____ , On __05/09/2001__ , Page ___2___

**information given by SOURCE revealed** ⬚

⬚_____⬚

⬚_____⬚ **SOURCE further advised that**

b6 -4

b7C -4

b7D -1

739

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

b6 -1,4
b7C -1,4
b7D -1

Date of transcription    03/16/2001

SOURCE, who is not in a position to testify, provided the following information:

On _____ Special Agent (SA) _____ FEDERAL BUREAU OF INVESTIGATION (FBI) telephonically contacted SOURCE at his/her residence as a follow-up to their meeting _____ and the following information was obtained:

b6 -4
b7C -4
b7D -1

SOURCE advised that _____

SOURCE advised that _____

b6 -4
b7C -4
b7D -1

SOURCE advised that he/she _____

Investigation on    3/13/01    at _____

b2 -3
b7D -1

File # _____ 266D-LA-226745(SQ4) 38    Date dictated    3/13/01

740

by    SA _____ mmh    b6 -1
b7C -1

This document contains neither recommendations nor conclusions. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

266D-LA-226745

b6 -4
b7C -4
b7D -1

Continuation of FD-302 of    SOURCE    , On 3/13/01 , Page 2

b6 -4
b7C -4
b7D -1

    Furthermore, it is his/her understanding that

        SOURCE advised that                                      b6 -4
however,                                                          b7C -4
He/she also advised that                                        b7D -1

        SOURCE advised that                                      b6 -4
                                                                 b7C -4
                                                                 b7D -1

    SOURCE will provide additional information regarding this matter in the future.

    No other information provided.

741

01R0621

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

b6 -1,4

b7C -1,4

b7D -1

Date of transcription    03/16/2001

     Source, who is not in a position to testify, provided the following information:

     SOURCE telephonically contacted Special Agent (SA) [_____] at the [_____] of the FEDERAL BUREAU OF INVESTIGATION (FBI) whereupon a meeting was arranged on same date. The following information was obtained:

     SOURCE advised that he/she [_____]

b6 -4

b7C -4

[_____] SOURCE advised that [_____] he/she is responsible for [_____]

b7D -1

     He/she advised SA [_____] that [_____]

     SOURCE stated that [_____]

b6 -4

[_____] Furthermore, it was his/her concern that the aforementioned [_____]

b7C -4

b7D -1

     He/she further stated that [_____]

     During the same meeting, SOURCE advised that [_____]

b6 -4

b7C -4

b7D -1

     SOURCE advised the following [_____]

b6 -4

b7C -4

b7D -1

Investigation on   3/7/01   at [_____]

b2 -3

b7D -1

File # [_____] 266D-LA-226745(SQ4)   Date dictated  3/13/01

by   SA [_____] mmh  b6 -1

b7C -1

742

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

266D-LA-226745(SQ4)

Continuation of FD-302 of __SOURCE_____ , On __3/7/01____ , Page __2__

b6 -4
b7C -4
b7D -1

It is SOURCE's understanding that

SOURCE also advised that he/she could provide

Furthermore, SOURCE advised

b6 -4
b7C -4
b7D -1

743

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/03/2001

Source, who is not in a position to testify, provided the following information:

Source advised that

b6 -4

Source stated that an individual by    b7C -4
the name of          stated to Source that                    b7D -1

Source stated that

b6 -4                                    Source stated that
b7C -4                                    along with others,
b7D -1     would be          Source was assured that

         is an individual who was responsible for
                                   during
         as well as being responsible for

Source further advised that

                                    regarding
         Source stated that
         and is in charge of                              b6 -4
mentioned, will be                    In addition, it is    b7C -4
Source's understanding that                                 b7D -1
                                    for the purpose of
         It is Source's assumption that an individual by
the name of          is responsible for
                    accompanied                    It
should be noted Source advised that
                              is
whose name is not known at the moment.

At present,                                                 b6 -4
                                           Source           b7C -4
         stated that                                        b7D -1

---

Investigation on    06/28/2001    at                        b2 -3

File #          SUB A/266D-LA-226745 (SQ4)  Date dictated  06/28/2001   b7D -1

by    SA                        ksr  b6 -1
                                                                   744
                              b7C -1
This document contains neither recommendations nor conclu    e FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

/266D-LA-226745 (SQ4)      b2 -3
                                            b7D -1

Continuation of FD-302 of ___Source___ , On 06/28/2001 , Page ___2___

                                                                    b6 -4
                                                                    b7C -4
                                According to Source,               b7D -1

Source advised

                                Moreover, the plans
                                and it is believed
by Source that aforementioned

        Source stated that                                         b6 -4
                                                                    b7C -4
                                                                    b7D -1

        has the belief as well as
                                There are also
                                                                    b6 -4

                                                                    b7C -4

                                        Source      b7D -1
advised that

        believes that
                                            Source
stated that                                                        b6 -4
        Furthermore, Source stated that                           b7C -4
                                            It is with  b7D -1
this thought that Source believes

        To further amplify            Source stated that
                                                                    b6 -4
Source stated that          will allegedly                         b7C -4

                                                                    b7D -1

                                                                    b6 -4
                                                                    b7C -4
                                                                    b7D -1

FD-302a (Rev. 10-6-95)

/266D-LA-226745 (SQ4)

b2 -3
b7D -1

Continuation of FD-302 of ___Source_____ , On 06/28/2001 , Page ___3___

b6 -4
b7C -4
b7D -1

746

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription ___06/12/2001___

Source, who is not in a position to testify, provided the following information:

Source advised that

b6 -4
b7C -4

Source advised that

b7D -1

Furthermore, source advised that
in anticipation                          There is                    on
                        which will be handling

Source advised that it should be known that the
GREENPEACE organization is set up as two organizations which are
GREENPEACE INTERNATIONAL, which is based in Amsterdam, and
GREENPEACE USA, which is based in Washington, D.C.

Source also advised that a
b6 -4
b7C -4
b7D -1            Source's best information was that

It
should be noted, source advised that
Furthermore, source stated that

Source stated that

---

Investigation on ___06/04/2001___ at _____    b2 -3

File # _____266D-LA-226745 - M    Date dictated ___06/11/2001___    b7D -1

by SA _____ ijd b6 -1 _____    747

This document contains neither recommendations nor conclu b7C -1 he FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

| | 266D-LA-226745 | b2 -3 |
|---|---|---|
| | | b7D -1 |

Continuation of FD-302 of     **Source**                                    , On  06/04/2001  , Page     2

Source stated that [_____]
[_____] Source does not know
**b6 -4**   the name of the particular establishment; however, [_____] is a
regular at this particular locale.  Source stated that [_____] is a
**b7C -4**   white male, approximately 5'11" and weighs 170 pounds, has close-
**b7D -1**   cropped, nearly shaved head; no facial hair; wears glasses; has a
fair complexion; and has [_____] Source further advised
source believes this individual is [_____]

It was revealed by source that [_____] named
[_____] (Last Name Unknown [LNU]), who is [_____] was
[_____]
[_____]
[_____] In addition, an
individual by the name of [_____] is [_____]
who will be [_____]
[_____] Source
**b6 -4**   stated that [_____]
[_____]
**b7C -4**   [_____] Source recalls [_____]
[_____] Source
**b7D -1**   believes that [_____]
[_____] It is the sources'
belief that [_____] Source
stated [_____]
[_____] however, this
[_____]
[_____] It is the source's belief and understanding
that the [_____]
[_____] Furthermore, the source has been
advised that it is [_____]
[_____]

Source stated that [_____]
[_____] It is in this area that the source was
advised that [_____]
[_____]
[_____] In addition, source stated that [_____]
[_____]

748

FD-302a (Rev. 10-6-95)

266D-LA-226745    b2 -3
                  b7D -1

Continuation of FD-302 of ___Source_____ , On _06/04/2001_ , Page __3__

b6 -4          It should be noted that [                    ]
b7C -4  [                                                   ]
b7D -1         Source is [                                  ]
        [                                  ] however, source
        will know for certain about [          ] during the
        [                    ] Furthermore, it was source's understanding
b6 -4   [                    ] there will be [            ]
b7C -4  [                                        ] Source
b7D -1  stated that information source has regarding [    ]
        [                                                  ]
        [                                        ] Source does
        not have an address. Source also advised that a telephone number
        of [          ] was used either as an individual or [          ]
        [                                                  ]

             Source will provide additional information regarding this
        matter in the future.

             No other information provided.

749

rA21599

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    06/19/2001

Source, who is not in a position to testify, provided the following information:

On [                    ] Special Agent (SA) [                    ]   b6 -1,4
FEDERAL BUREAU OF INVESTIGATION (FBI), was in telephonic contact   b7C -1,4
with source and the following information was obtained:            b7D -1

Source advised [                                                    ]

[                                    Furthermore, ]              b6 -4

[                                                              ]  b7C -4

[      Furthermore, source stated that it was the intention of    b7D -1

b6 -4    [                                                            ]

b7C -4   Source advised that above aforementioned will [        ]   b6 -4

b7D -1   [                                                        ]   b7C -4

Source further advised that [                              ]   b7D -1

[                                                                ]

b6 -4
b7C -4
b7D -1   It should be noted that source was told that [        ] is
concerned about [                                            ]

Source stated that [                                    ]   b6 -4

[            ] The individual [                    ] is a gentleman   b7C -4
by the name of [        ] which is his alias, (Last Name Unknown   b7D -1
[LNU]), and [                                    ] Source stated that

Investigation on   06/11/2001   at [                    ]   (telephonically)   b2 -3

File # [                    ] 266D-LA-226745 (SQ4)   Date dictated   06/14/2001   b7D -1

by   SA [                    ] djd   b6 -1
                                                        750
                                     b7C -1

This document contains neither recommendations nor conclusions of ... .... It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

266D-LA-226745 (SQ4)

b2 -3
b7D -1

Continuation of FD-302 of _____ Source _____ , On 06/11/2001 , Page 2

b6 -4
b7C -4
b7D -1

is a very savvy individual and has traveled extensively throughout
the world.  Furthermore, an individual by the name of

is

Source advised that

As a point of
information, source advised that

however, they have

Source also advised that an individual by the name of

b6 -4
b7C -4
b7D -1

is now working

According to source,                (phonetic) is the

This same individual is the person who                    b6 -4

It was

this individual whom source advised that                  b7C -4

It is the                                                  b7D -1

understanding of source that

Source was informed that

Source feels source will still have access to information

b6 -4
b7C -4
b7D -1

and will

In addition, source observed

nothing regarding           according to source.

Source located       on source's own, which

It was source's idea to

b6 -4
b7C -4
b7D -1

As soon as the source completes this

source will contact SA            and

Source advised SA            that a

751



FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    06/22/2001

      Source who is not in a position to testify, provided the b6 -1,4
following information:                            b7C -1,4

b7D -1

      On [ ] source telephonically contacted Special
Agent (SA) [ ] at his office whereupon source advised
the following information relative to [ ]

[ ] The following information was obtained:

      Source advised that he met and spoke with [ ] and
[ ]

                   As a follow-up to source's
conversation with SA [ ] on [ ]
[ ] advised source that [ ]

      According to source, [ ]

b6 -1,4
b7C -1,4
b7D -1

                 Source stated that the
aforementioned [ ] is [ ] Furthermore, source stated that
aforementioned [ ] will [ ]

           Source stated that
will [ ]

            source stated that [ ]
[ ] is believed to
be [ ]

b6 -4
b7C -4
b7D -1

      According to source, [ ]

b6 -4
b7C -4
b7D -1
[ ] It was also

Investigation on  6/18/2001  at [ ] (Telephonically)  b2 -3
File # 266D-LA-226745 (SUB A)  Date dictated  6/18/2001  b7D -1
by  SA [ ] dvs (SQ 4)  b6 -1
b7C -1  753

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

266D-LA-226745 (SUB A)    b2 -3
                          b7D -1

Continuation of FD-302 of ___SOURCE_____ , On 6/18/2001 , Page ___2___

stated by the source, that [                    ]

[                    According to source, [                    ] b6 -4

[                    ] The possibility exists that [ ] b7C -4

[                    ] b7D -1

Regarding the [                    ]
source advised [                    ]

[                    Furthermore, [          ] are still [ ] b6 -4
[          ] as indicated earlier.  However, with [ ] b7C -4

[                    ] b7D -1

In addition, source stated that [                    ]

[                    ] b6 -4

[                    ] b7C -4

[                    ] b7D -1

[          According to source, this particular [          ]
[          ] is [                    ]

It is the understanding of the source, that [          ]

[                    ] 6 -4

[          Source advised that [    ] point of view is [    ] 7C -4
[          In addition, source advised that [          ] 7D -1

[                    ]

[                    ] b6 -4

754    b7C -4

. b7D -1

FD-302a (Rev. 10-6-95)

266D-LA-226745 (SUB A)    b2 -3
                          b7D -1

Continuation of FD-302 of    SOURCE _____ , On _6/18/2001_ , Page ___3___

b6 -4
b7C -4
b7D -1

according to source.   Source stated that
regarding this matter
                    It should be noted, that
                        Furthermore, source stated that

                    According to source,

        Source will provide additional information regarding this
matter in the future.

        No other information provided.

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription     06/22/2001

      Source, who is not in a position to testify, provided the
following information:

b6 -1,4

b7C -1,4        On [            ] source telephonically contacted Special
Agent (SA) [            ] at his office whereupon source advised
b7D -1    the following information relative to [

     /    Source advised that [

[                                    ] advised source
that [

                                   According to source,
b6 -4    [        ] advised that [        ] is not [        ] very well.
b7C -4    In addition, [        ] stated that [

b7D -1         According to source, [        ] stated that [

            Source stated that [        ] stated [        ] will

    In addition, it was further advised to source that

b6 -4

b7C -4

b7D -1
               It is source's understanding that aforementioned
[        ] will [

      [        ] stated to source that [        ]    b6 -4

b7C -4

b7D -1

---

Investigation on    6/14/2001    at [                    ] (Telephonically)    b2 -3

File # [                266D-LA-226745 (SUB A)    Date dictated    6/18/2001    b7D -1

by    SA [                ] dvs (SQ 4)    b6 -1
                                          -756-
                               b7C -1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

266D-LA-226745 (SUB A)

b2 -3
b7D -1

Continuation of FD-302 of ___SOURCE___ , On _6/14/2001_ , Page __2__

b6 -4
b7C -4
b7D -1

Source advised that aforementioned information from
involved                              Furthermore, source stated
that

b6 -4
b7C -4
b7D -1

further advised that he/she could not                        Source

However, source advised that
Just recently, source
advised that                                          which was

6 -4
7C -4
7D -1

To save money, source
advised that

Source advised that                                    b6 -4
will reveal                b7C -4
b7D -1

It should be noted, according to source that the

b6 -4
b7C -4
b7D -1

The individual who is
responsible                        is            along with

757

FD-302a (Rev. 10-6-95)

266D-LA-226745 (SUB A)   b2 -3
                         b7D -1

Continuation of FD-302 of ___SOURCE___ , On _6/14/2001_ , Page __3__

b6 -4
b7C -4

b7D -1            Source stated that

b6 -4     Furthermore, source advised
b7C -4
b7D -1

         Source will provide additional information regarding this
matter in the future.

         No other information provided.

758

 

(Rev. 08-28-2000)

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:  04/08/2002

To: [          ]                  Attn:  SA [          ]        b6 -1
    Washington Field              Attn:  SA                     b7C -1

From:  Los Angeles                                             b7D -1
       Santa Maria RA
       Contact:  SA [                              ]

Approved By: [                              ]                  b2 -1

Drafted By:  [                    ] jlz                        b6 -1

                                                               b7C -1

Case ID #: 266D-LA-226745    (Pending)

Title:  UNSUBS;                            **#05-CV-1004**

b6 -4   [                              ]
b7C -4
        SANTA CRUZ DIRECT ACTION COALITION;
        GREENPEACE;
        GLOBAL NETWORK AGAINST WEAPONS
        AND NUCLEAR POWER IN SPACE;
        RUKUS;
        CATHOLIC WORKS GROUP
        VANDENBERG ACTION COALITION;
        AOT-DT-GRC

Synopsis:  (X)  Meeting with source.

                      ~~Derived From~~  G-3
                      ~~Declassify On:~~  X1
                                                               b6 -1

**Administrative:**  (X)  Reference telephone call Los Angeles SA   b7C -1
[                    ] to [          ] SA [          ] 04/05/2002.
Reference tel call SA [          ] to WFO SA [          ]       b7D -1
04/08/2002.

~~SECRET~~

                                                    **792**

:9621.02

~~SECRET~~

To: [          ] From: Los Angeles                    b7D -1
Re:  266D-LA-226745, 04/08/2002

**(U)**

**Details:**  (⋈)  Source [          ] has provided significant      b2 -3
information pertaining to this case and other DT cases.   Source
plans to [                                        ] in the near      b6 -4
future and will attempt to [                              ] to include
[              ] if permitted [              ]  Source's      b7C -4
[                              ] will be [              ]      b7D -1
[          ] It is possible that [                  ] some
information [              ]                                  b2 -3

**(U)**

(⋈)  The agent will be in Washington D.C. 04/22/2002-      b6 -4
04/25/2002 in order to attend a FCI Conference.  [          ]
[                                                              ]      b7C -4
[                                                              ]      b7D -1
[          ] Unless advised to the contrary, SAC WFO and ADIC LA concur
[                              ]

**(U)**

(⋈)  In referenced tel call, [          ] SA [          ]      b6 -1
advised that he will be unable to meet with the source due to a      b7C -1
prior commitment, but if his schedule changes, he plans on      b7D -1
joining the meeting.

~~SECRET~~

2

~~SECRET~~

To: [                    ] From:  Los Angeles          b7D -1
Re:  266D-LA-226745, 04/08/2002

**LEAD(s):**

**Set Lead 1:   (Adm)**

   <u>ALL RECEIVING OFFICES</u>

      Read and clear.

~~SECRET~~

3                                              **794**

b6 -4
b7C -4

2660-CA-226745-59

I.1
IL01
CAFBILA00
WARNING - APPROACH WITH CAUTION.  HOWEVER, MAKE NO EFFORT
TO ARREST INDIVIDUAL UNLESS THERE IS EVIDENCE OF A
VIOLATION OF FEDERAL, STATE, OR LOCAL STATUTE(S).  ONCE AN
INDIVIDUAL IS IDENTIFIED WITHIN THIS SYSTEM, CONDUCT ALL
LOGICAL INVESTIGATION UTILIZING TECHNIQUES AUTHORIZED IN
YOUR JURISDICTION.  DO NOT ALERT THE INDIVIDUAL TO THE
FBI'S INTEREST AND CONTACT YOUR LOCAL FBI FIELD OFFICE AT
THE EARLIEST OPPORTUNITY.

b6 -4

b7C -4

OUTPUT MSG 331,     FROM ----

b6 -4

b7C -4

CLETS - CLETS INQUIRY/UPDATE FREE FORM - ENTER DATA IN TTY FORMAT

b6 -4

b7C -4

I J
1L01
CAFBILA00
CANCEL NAM/

b6 -4

b7C -4

OUTPUT MSG 342, PAGE 01 OF 01, FROM          05/18/2002   15:49 NO MSGS WAITING