b6 -4
b7C -4

266D-LA-226745-60

IJ
II.01
CAFBILA00
WARNING — APPROACH WITH CAUTION.  HOWEVER, MAKE NO EFFORT
TO ARREST INDIVIDUAL UNLESS THERE IS EVIDENCE OF A
VIOLATION OF FEDERAL, STATE, OR LOCAL STATUTE(S).  ONCE AN
INDIVIDUAL IS IDENTIFIED WITHIN THIS SYSTEM, CONDUCT ALL
LOGICAL INVESTIGATION UTILIZING TECHNIQUES AUTHORIZED IN
YOUR JURISDICTION.  DO NOT ALERT THE INDIVIDUAL TO THE
FBI'S INTEREST AND CONTACT YOUR LOCAL FBI FIELD OFFICE AT
THE EARLIEST OPPORTUNITY.

b6 -4

b7C -4

OUTPUT MSG 300,        FROM ----

b6 -4

b7C -4

CLETS -- CLETS INQUIRY/UPDATE FREE FORM -- ENTER DATA IN TTY FORMAT

**b6 -4**

**b7C -4**

IJ
1L01
CAFBILA00
CANCEL NAM

**b6 -4**

**b7C -4**

OUTPUT MSG 343, PAGE 01 OF 01, FROM          05/18/2002    15:50 NO MSGS WAITING

**800**

b6 -4

b7C -4

266D-LA-226745-61

IJ
1L01
CAFBILA00
WARNING - APPROACH WITH CAUTION.  HOWEVER, MAKE NO EFFORT
TO ARREST INDIVIDUAL UNLESS THERE IS EVIDENCE OF A
VIOLATION OF FEDERAL, STATE, OR LOCAL STATUTE(S).  ONCE AN
INDIVIDUAL IS IDENTIFIED WITHIN THIS SYSTEM, CONDUCT ALL
LOGICAL INVESTIGATION UTILIZING TECHNIQUES AUTHORIZED IN
YOUR JURISDICITION.  DO NOT ALERT THE INDIVIDUAL TO THE
FBI'S INTEREST AND CONTACT YOUR LOCAL FBI FIELD OFFICE AT
THE EARLIEST OPPORTUNITY.

OUTPUT MSG 325,      FROM ----

b6 -4

b7C -4

**802**

CLETS - CLETS INQUIRY/UPDATE FREE FORM - ENTER DATA IN TTY FORMAT

b6 -4

b7C -4

I.J
1L.01
CAFBILA00
CANCEL NAM

b6 -4

b7C -4

OUTPUT MSG 340, PAGE 01 OF 01, FROM          05/18/2002    15:47 NO MSGS WAITING

803

b6 -4

b7C -4

266D-LA-226745-62

IJ
1L01
CAFBILA00
WARNING — APPROACH WITH CAUTION.  HOWEVER, MAKE NO EFFORT
TO ARREST INDIVIDUAL UNLESS THERE IS EVIDENCE OF A
VIOLATION OF FEDERAL, STATE, OR LOCAL STATUTE(S).   ONCE AN
INDIVIDUAL IS IDENTIFIED WITHIN THIS SYSTEM, CONDUCT ALL
LOGICAL INVESTIGATION UTILIZING TECHNIQUES AUTHORIZED IN
YOUR JURISDICTION.   DO NOT ALERT THE INDIVIDUAL TO THE
FBI'S INTEREST AND CONTACT YOUR LOCAL FBI FIELD OFFICE AT
THE EARLIEST OPPORTUNITY.

b6 -4

b7C -4

OUTPUT MSG 312,       FROM ————

CLETS - CLETS INQUIRY/UPDATE FREE FORM - ENTER DATA IN TTY FORMAT

b6 -4

b7C -4

IJ
1L01
CAFBILA00
CANCEL NAM:

b6 -4

b7C -4

OUTPUT MSG 341, PAGE 01 OF 01, FROM          05/18/2002    15:48 NO MSGS WAITING

806

b6 -4

b7C -4

266D- LA-22674S-63

IJ
1L01
CAFBILA00
WARNING — APPROACH WITH CAUTION.  HOWEVER, MAKE NO EFFORT
TO ARREST INDIVIDUAL UNLESS THERE IS EVIDENCE OF A
VIOLATION OF FEDERAL, STATE, OR LOCAL STATUTE(S).  ONCE AN
INDIVIDUAL IS IDENTIFIED WITHIN THIS SYSTEM, CONDUCT ALL
LOGICAL INVESTIGATION UTILIZING TECHNIQUES AUTHORIZED IN
YOUR JURISDICITION.  DO NOT ALERT THE INDIVIDUAL TO THE
FBI'S INTEREST AND CONTACT YOUR LOCAL FBI FIELD OFFICE AT
THE EARLIEST OPPORTUNITY.

b6 -4

b7C -4

OUTPUT MSG 260,    FROM ———

808

CLETS - CLETS INQUIRY/UPDATE FREE FORM - ENTER DATA IN TTY FORMAT

b6 -4

b7C -4

IJ
1LO1
CAFBILA00
CANCEL NAM,

b6 -4

b7C -4

OUTPUT MSG 264, PAGE 01 OF 01, FROM          05/18/2002    15:36 NO MSGS WAITING

b6 -4
b7C -4

266D-CA-226745-64

J.t
1L01
CAFBILA00
WARNING - APPROACH WITH CAUTION.  HOWEVER, MAKE NO EFFORT
TO ARREST INDIVIDUAL UNLESS THERE IS EVIDENCE OF A
VIOLATION OF FEDERAL, STATE, OR LOCAL STATUTE(S).  ONCE AN
INDIVIDUAL IS IDENTIFIED WITHIN THIS SYSTEM, CONDUCT ALL
LOGICAL INVESTIGATION UTILIZING TECHNIQUES AUTHORIZED IN
YOUR JURISDICITION.  DO NOT ALERT THE INDIVIDUAL TO THE
FBI'S INTEREST AND CONTACT YOUR LOCAL FBI FIELD OFFICE AT
THE EARLIEST OPPORTUNITY.

b6 -4

b7C -4

OUTPUT MSG 337,        FROM -----

811

CLETS — CLETS INQUIRY/UPDATE FREE FORM — ENTER DATA IN TTY FORMAT

b6 -4

b7C -4

IJ
1L01
CAFBILA00
CANCEL NAM/

b6 -4

b7C -4

OUTPUT MSG 339, PAGE 01 OF 01, FROM          05/18/2002    15:46 NO MSGS WAITING

**812**

b6 -4

b7C -4

IJ
1L01
CAFBILA00
WARNING - APPROACH WITH CAUTION.  HOWEVER, MAKE NO EFFORT
TO ARREST INDIVIDUAL UNLESS THERE IS EVIDENCE OF A
VIOLATION OF FEDERAL, STATE, OR LOCAL STATUTE(S).  ONCE AN
INDIVIDUAL IS IDENTIFIED WITHIN THIS SYSTEM, CONDUCT ALL
LOGICAL INVESTIGATION UTILIZING TECHNIQUES AUTHORIZED IN
YOUR JURISDICITION.  DO NOT ALERT THE INDIVIDUAL TO THE
FBI'S INTEREST AND CONTACT YOUR LOCAL FBI FIELD OFFICE AT
THE EARLIEST OPPORTUNITY.

b6 -4

b7C -4

OUTPUT MSG 255,    FROM ----

814

CLETS - CLETS INQUIRY/UPDATE FREE FORM - ENTER DATA IN TTY FORMAT

b6 -4

b7C -4

IJ .
1L01
CAFBILA00
CANCEL NAM/

b6 -4

b7C -4

OUTPUT MSG 263, PAGE 01 OF 01, FROM        05/18/2002    15:35 NO MSGS WAITING

**815**

b6 -4

b7C -4

266D-LA-226 45

TJ
1L01
CAFBILA00
WARNING - APPROACH WITH CAUTION.   HOWEVER, MAKE NO EFFORT
TO ARREST INDIVIDUAL UNLESS THERE IS EVIDENCE OF A
VIOLATION OF FEDERAL, STATE, OR LOCAL STATUTE(S).   ONCE AN
INDIVIDUAL IS IDENTIFIED WITHIN THIS SYSTEM, CONDUCT ALL
LOGICAL INVESTIGATION UTILIZING TECHNIQUES AUTHORIZED IN
YOUR JURISDICITION.   DO NOT ALERT THE INDIVIDUAL TO THE
FBI'S INTEREST AND CONTACT YOUR LOCAL FBI FIELD OFFICE AT
THE EARLIEST OPPORTUNITY.

b6 -4

b7C -4

OUTPUT MSG 250,      FROM ----

CLETS - CLETS INQUIRY/UPDATE FREE FORM - ENTER DATA IN TTY FORMAT
UJ
XGM.CAFBILA00.NAM/                                                    b6 -4

                                                                     b7C -4



UJ
1L01
CAFBILA00
CANCEL.NAM/                                          b6 -4

                                                     b7C -4



OUTPUT MSG 262, PAGE 01 OF 01, FROM          05/18/2002   15:33 NO MSGS WAITING

b6 -4

b7C -4

2660-2A-22675

IJ
IL01
CAFBILA00
WARNING -- APPROACH WITH CAUTION.   HOWEVER, MAKE NO EFFORT
TO ARREST INDIVIDUAL UNLESS THERE IS EVIDENCE OF A
VIOLATION OF FEDERAL, STATE, OR LOCAL STATUTE(S).   ONCE AN
INDIVIDUAL IS IDENTIFIED WITHIN THIS SYSTEM, CONDUCT ALL
LOGICAL INVESTIGATION UTILIZING TECHNIQUES AUTHORIZED IN
YOUR JURISDICITION.   DO NOT ALERT THE INDIVIDUAL TO THE
FBI'S INTEREST AND CONTACT YOUR LOCAL FBI FIELD OFFICE AT
THE EARLIEST OPPORTUNITY.

b6 -4

b7C -4

OUTPUT MSG 270,       FROM ------

**820**

CLETS - CLETS INQUIRY/UPDATE FREE FORM - ENTER DATA IN TTY FORMAT

b6 -4

b7C -4

IJ
1L01
CAFBILA00
CANCEL NAM/

b6 -4

b7C -4

OUTPUT MSG 344, PAGE 01 OF 01, FROM          05/18/2002    15:51 NO MSGS WAITING

**821**

b6 -4
b7C -4

266A-DL-101814

History

b6 -4
b7C -4

[____] arrested in the 2003 ExxonMobil incident in Irving, Texas.

b6 -4
b7C -4

Recent Developments                                    Out of Scope

b6 -4
b7C -4

b6 -4
b7C -4

for the 2004 ExxonMobil/GreenPeace protest.

b6 -4
b7C -4

Out of Scope

266A-DL-101814

**266A-DL-101814**

b6 -4

b7C -4

b6 -4
b7C -4

History

protest
2003 ExxonMobil/GreenPeace action which resulted in 36 arrests by the
Irving Police Department.

Out of Scope

arrested at the 2003 ExxonMobil/GreenPeace action.

b6 -4

b7C -4

Out of Scope

950

266A-AN-13010

b6 -4
b7C -4

DBA ☐

**AOT-DT-VC-PO**
**266A-AN-13010**
initiated 6/13/2001

b6 -1
b7C -1

DTOU POC's- SSA ☐ IOS ☐ IOS ☐

b6 -4
b7C -4
b7D -2

Out of Scope

leadership includes several former Greenpeace activists

b6 -4
b7C -4

Out of Scope

951

266F-AN-12355

b6 -4

b7C -4

**ET AL;**
**DISRUPTION OF MISSILE DEFENSE PROGRAM**
**THULE AIR FORCE BASE, GREENLAND;**
**AOT**
**266F-AN-12355**
initiated 12/28/1999

**DTOU POC's- SSA** ____ **IOS** ____ **IOS** ____

b6 -1

b7C -1

Case Summary: The Greenpeace ship, the "Arctic Sunrise", has initiated operation named "Greenpeace Stop Star Wars program" in and around Nuuk and Thule AFB, Greenland in effort to thwart President Bush's National Missile Defense program. Confidential sources report

b6 -4

b7C -4

b7D -2

952

b6 –4
b7C –4

# Leadership Cont'd

b6 –4
b7C –4

Out of Scope

- 
  – Former Greenpeace Board Member

953

b6 –4
b7C –4

b6 –4
b7C –4

100A-SF-135777

—                                    3

Other Organizations;    -Worked with Greenpeace

**b6 -4**    Notes (Files):
**b7C -4**

Out of Scope



b7A -1

b6 -4

b7C -4

956

b6 -4
b7C -4
b7D -2

-1

'HER Outside the scope

FOR OFFICIAL USE ONLY

3

activity is highly pronounced. Specifically, the Anchorage Division reports that Alaska has been the target of clashes between environmentalists and developers, the oil industry, the logging industry, whaling industry, and the management of Alaskan fish and game matters. In particular, the Anchorage Division reports of the following law enforcement progress and challenges in dealing with the threat emanating from Greenpeace.

b6 -4

b7C -4

b7D -2



-1





-FOR OFFICIAL USE ONLY

logging industry, whaling industry, and the management of Alaskan fish and game matters. In particular, the Anchorage Division reports of the following law enforcement progress and challenges in dealing with the threat emanating from Greenpeace.

b6 -4
b7C -4
b7D -2

5 -1



THER Outside the scope

OTHER Outside the scope

-For Internal FBI Use Only-

participant at the Greenpeace-sponsored demonstration against Southern California Edison an unarrested (SCE) held in Irvine, California, on 4/3/2002 and 4/4/2002.

b6 -4
b7C -4

OTHER Outside the scope



b6 -1,4

b7A -1

b7C -1,4

OTHER Outside the scope

b7A -1

OTHER Outside the scope



b6 -1,4

b7A -1

b7C -1,4

OTHER Outside the scope

b7A -1



OTHER Outside the scope

A# 05-CV-1004

04/25/2000

Mr. Watson:

b6 -4

b7C -4

**ET AL;**
**DISRUPTION OF THE NORTHSTAR OILFIELD PROJECT,**
**BEAUFORT SEA, ALASKA;**
**AOT-DT-INTERSTATE THEFT;**
**OO:  ANCHORAGE**
**266F-AN-12355**

b6 -4

b7C -4

<u>RECENT DEVELOPMENTS</u>

On 04/13/2000, [          ] and [          ] were arrested by the North Slope Borough Police Department (NSBPD) at Seal Island, Alaska, after they walked backwards, with hands raised, onto British Petroleum Amoco's property.  The two apparently walked in reverse so their peaceful arrest could be videotaped and posted to the Greenpeace Internet web site.  The

7D -2

<u>BACKGROUND</u>

b7D -2

This investigation was predicated on information provided by the AST that individuals associated with Greenpeace were planning to demonstrate against, disrupt, delay and

[          ] The group's long term goal is to stop oil and gas production in the Arctic.

1 - Mr. Watson
1 - [          ]
1 - [          ]
TJG:tjg

1 - [          ]
1 - Each DT/CPS Unit Chief
1 - Each DTOU SSA/IOS
1 - [          ] NPO (info)

b6 -1

b7C -1

CA# 05-CV-1004

**Anchorage**    OTHER outside the scope



ET AL;
**DISRUPTION OF MISSILE DEFENSE PROGRAM**
**THULE AIR FORCE BASE, GREENLAND;**
**AOT**
**266F-AN-12355**
initiated 12/28/1999
**DTOU POC's- SSA** [ ] **IOS** [ ] **IOS** [ ]

b6 -4
b7C -4

b6 -1
b7C -1

Case Summary: The Greenpeace ship, the "Arctic Sunrise", has initiated operation named "Greenpeace Stop Star Wars program" in and around Nuuk and Thule AFB, Greenland in effort to thwart President Bush's National Missile Defense program. Confidential sources report

b6 -4
b7C -4
b7D -2

5 -4

7C -4

7D -2

THER outside the scope

Greenpeace way of doing things and is allegedly interested in doing activities similar to

HER outside the scope

as been involved in Greenpeace opposition to the National Missile Defense program, he

b6 -4

b7C -4

THER Outside the scope

1063

Message                                                                                    Page 1 of 1

**From:**

b6 -1

**Sent:** Thursday, July 29, 2004 6:26 PM                              b7C -1

**To:**

**Subject:** RE: FYI on DT foreign nationals

**UNCLASSIFIED**
**NON-RECORD**

Interesting.  Thanks.

            b6 -1

            b7C -1

-----Original Message-----
**From:**                                                              b6 -1
**Sent:** Thursday, July 29, 2004 3:29 PM                               b7C -1
**To:**

**Subject:** FYI on DT foreign nationals

**UNCLASSIFIED**
**NON-RECORD**

                                                                       b2 -4
                                                                       b5 -1

    IA                          — b6 -1

                                  b7C -1

b2 -1

    **UNCLASSIFIED**

    **UNCLASSIFIED**

4/19/2005

b6 -4

b7C -4

b7D -4

b7D -4

b6 -4

b7C -4

b7D -4

1127

b7D -4

b6 -4
b7C -4
b7D -4

1128          b7D -4

b6 -4
b7C -4
b7D -4

b7D -4                    1129



b6 -4
b7C -4
b7D -4

1130

b7D -4

KERN COUNTY SHERIFF DEPARTMENT

b6 -4

b7C -4

b7D -4

b7D -4

b6 -4

b7C -4

b7D -4

b7D -4

b6 -4
b7C -4
b7D -4

b7D -4

1133

KERN COUNTY SHERIFF DEPARTMENT

b6 -4

b7C -4

b7D -4

b7D -4

1134

b6 −4

b7C −4

b7D −4

1135