KERN COUNTY SHERIFF DEPARTMENT

b6 -4

b7C -4

b7D -4

1136

b6 -4

b7C -4

b7D -4

b7D -4

KERN COUNTY SHERIFF DEPARTMENT

b6 -4

b7C -4

b7D -4

1138

b7D -4

b6 -4
b7C -4
b7D -4

b7D -4

b6 -4

b7C -4

b7D -4

1140

b7D -4

KERN COUNTY SHERIFF DEPARTMENT

b6 -4

b7C -4

b7D -4

1141

b7D -4

b6 -4

b7C -4

b7D -4

b7D -4

KERN COUNTY SHERIFF DEPARTMENT

b6 -4

b7C -4

b7D -4

1143

b7D -4

End of Data
07/15/01                      List Summary Response                    UNI050MK
15:36:23
Type X, x, or / to view Full Response, then press Enter.

b6 -4

b7C -4

Command . . > ................................................................ +
F1=Help F3=Exit F4=Prompt F12=Cancel

1144

b6 -4
b7C -4
b7D -4

b7D -4



b6 -4
b7C -4
b7D -4

1146

b7D -4



b6 -4
b7C -4
b7D -4

1147

b7D -4

b7D -4

1148

b7D -4



b6 -4
b7C -4
b7D -4

1149

b7D -4

b6 -4

b7C -4

b7D -4

1150

b7D -4



b6 -4
b7C -4
b7D -4

1151

b7D -4

b6 -4

b7C -4

b7D -4

1152

b7D -4

b6 -4

b7C -4

b7D -4

1153

b7D -4

b6 -4

b7C -4

b7D -4

1154

b7D -4

b6  -4

b7C -4

b7D -4

1155

KERN COUNTY SHERIFF DEPARTMENT

b6 -4
b7C -4
b7D -4

1156

b6 -4
b7C -4
b7D -4

1157

b7D -4

b6 -4

b7C -4

b7D -4

1158

b7D -4



b6 -4

b7C -4

b7D -4

1159

b7D -4

b6 -4

b7C -4

b7D -4

1 of 1

KERN COUNTY SHERIFF DEPARTMENT

b6 -4

b7C -4

b7D -4

1161



b6 -4
b7C -4
b7D -4

1162

b7D -4



b6 -4
b7C -4
b7D -4

1163

b7D -4

-4

-4

-4

1 of 1

KERN COUNTY SHERIFF DEPARTMENT

b6 -4
b7C -4
b7D -4

b6 -4
b7C -4
b7D -4

1166

b7D -4

b6 -4

b7C -4

b7D -4

1167

b7D -4

b6 -4

b7C -4

b7D -4

1168

b7D -4



b6 -4

b7C -4

b7D -4

1169

b7D -4



b6  -4
b7C -4
b7D -4

1170

7D -4

b7D -4

b7D -4

List Summary Response

b6 -4

b7C -4

b6 -4,5

b7C -4,5

b7D -4

l of l

KE● COUNTY SHERIFF DEPARTM●NT

b6 -4

b7C -4

b7D -4

1174

b6 -4

b7C -4

b7D -4

1175

b7D -4

KERN COUNTY SHERIFF DEPARTMENT

b6 -4
b7C -4
b7D -4

1176

b6 -4,5
b7C -4,5
b7D -4

of 1

b6 -4
b7C -4
b7D -4

1178

b7D -4

b6 -4

b7C -4

b7D -4

1179

b7D -4

7

b6 -4

b7C -4

b7D -4

1180

b7D -4

b6 -4

b7C -4

b7D -4

1181

b7D -4

RE●COUNTY SHERIFF DEPARTM●T

b6 -4

b7C -4

b7D -4

1182

b6 -4

b7C -4

b7C -4

1183

b7D -4

KERN COUNTY SHERIFF DEPARTMENT

b6 -4
b7C -4
b7D -4

1184

b6 -4

b7C -4

b7D -4

1185

b7D -4

KERN COUNTY SHERIFF DEPARTMENT

b6 -4

b7C -4

b7D -4

1186