b6 -4,5
b7C -4,5

2135

b6 -4,5
b7C -4,5

2136

b6 -4,5
b7C -4,5

b6 -4,5
b7C -4,5

2138

b6 -4,5
b7C -4,5

**2139**

b6 -4,5
b7C -4,5

2140

b6 -4,5
b7C -4,5

2141

LAMPLIGHTER INN & SUITES-SAN LUIS OBISPO
1604 MONTEREY STREET
SAN LUIS OBISPO, CA 93401

b6 -4

b7C -4

2142

LAMPLIGHTER INN & SUITES-SAN LUIS OBISPO
1604 MONTEREY STREET
SAN LUIS OBISPO, CA 93401

b6 -4

b7C -4

2143

LAMPLIGHTER INN & SUITES-SAN LUIS OBISPO
1604 MONTEREY STREET

LAMPLIGHTER INN & SUITES-SAN LUIS OBISPO   b6 -4
1604 MONTEREY STREET
SAN LUIS OBISPO, CA 93401   b7C -4

2144

LAMPLIGHTER INN & SUITES-SAN LUIS OBISPO   b6 -4
1604 MONTEREY STREET
SAN LUIS OBISPO, CA 93401   b7C -4

LAMPLIGHTER INN & SUITES-SAN LUIS OBISPO    b6 -4
1604 MONTEREY STREET
SAN LUIS OBISPO, CA 93401                   b7C -4

2145

LAMPLIGHTER INN & SUITES-SAN LUIS OBISPO    b6 -4
1604 MONTEREY STREET
SAN LUIS OBISPO, CA 93401                   b7C -4

LAMPLIGHTER INN & SUITES-SAN LUIS OBISPO   b6 -4
1604 MONTEREY STREET   b7C -4
SAN LUIS OBISPO, CA 93401

LAMPLIGHTER INN & SUITES-SAN LUIS OBISPO
1604 MONTEREY STREET
SAN LUIS OBISPO, CA 93401

2146

LAMPLIGHTER INN & SUITES-SAN LUIS OBISPO   b6 -4
1604 MONTEREY STREET   b7C -4
SAN LUIS OBISPO, CA 93401

2147

LAMPLIGHTER INN & SUITES-SAN LUIS OBISPO   b6 -4
1604 MONTEREY STREET   b7C -4
SAN LUIS OBISPO, CA 93401

b6 -4,5
b7C -4,5        2148

b6 -4,5
b7C -4,5

266D-LA-227827-1A48

2150