# EXHIBIT B



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

Pittsburgh, PA 15203-2148
February 26, 2003

INTERNATIONAL TERRORISM
MATTERS

Pittsburgh Division Joint Terrorism Task Force (JTTF) investigation has revealed the following information of which your agency may already be aware:

The Thomas Merton Center (TMC), located at 5125 Penn Avenue, Pittsburgh, Pennsylvania (PA), telephone 412-361-3022, webpage: www.thomasmertoncenter.org, has been determined to be an organization which is opposed to the United States' war with Iraq. A review of the above website revealed that when the United States begins war with Iraq:

> "All who desire peace and an end to war gather at the Federal Building downtown, corner of Liberty and Grant at 12 noon for an interfaith prayer vigil, 5 P.M. for a rally, and possible civil disobedience for those prepared to do this."

Also listed on the website is the date February 15, 2003. This day is a day of international protestors against the war promoted by United for Peace and Justice (www.unitedforpeace.org). The organization hosted the international rally and march against the war in New York City at the United Nations Building. Hundreds of people from the Pittsburgh region were making the trip to New York City for the protest. In addition, thousands more were anticipated in local marches, rallies, and vigils in Youngstown, Ohio (OH), Morgantown, West Virginia (WV), and Butler, Meadville, and Pittsburgh, PA.

Regional events included:

12:00 P.M. North Side Vigil for Peace in Iraq. Allegheny UU Church, North Avenue and Resaca Place (North Side)

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-04-2006 BY 60309AUCtam/dcg/mbh

INTERNATIONAL TERRORISM
MATTERS

12:00 P.M. East End Community Stand for Peace, corner of Penn and Highland (East Liberty)

12:00 P.M. Regent Square Community Vigil for Peace in Iraq. Waverly Church corner of Forbes and Braddock (Regent Square)

The above information is for your use and any action deemed appropriate.



(Rev. 08-28-2000)

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE **Date:** 11/29/2002

**To:** Pittsburgh

**From:** Pittsburgh
Squad 4
**Contact:** SA [redacted]

b6
b7C

**Approved By:** [redacted]

**Drafted By:** [redacted] tro TRO

**Case ID #:** (S) 199-0 (Pending)

**Title:** (S) IT Matters

**Synopsis:** (S) To report results of investigation of Pittsburgh anti-war activity.

(S) **Derived From :** G-3
**Declassify On:** X1

**Details:** (S) The Thomas Merton Center (TMC), 5125 Penn Avenue, Pittsburgh, Pennsylvania, telephone: (412) 361-3022, webpage: www.thomasmertoncenter.org, is a left-wing organization advocating, among many political causes, pacificism.

(S) TMC holds daily leaflet distribution activities in downtown Pittsburgh and is currently focused on its opposition to the potential war with Iraq. According to these leaflets, Iraq does not possess weapons of mass destruction and that, if the United States invades Iraq, Sadam Hussien [sic] will unleash bio-chemical weapons upon American soldiers.

(S) TMC advertises its activities on its webpage. On November 24, 2002, TMC coordinated the 8th Annual An-Nass (Humanity) Day at the Islamic Center of Pittsburgh, 4100 Bigelow Blvd., Pittsburgh, Pennsylvania 15213. The contact person for this event was Farooq Hussaini of the Islamic Center, work telephone: (412) 622-8838, home telephone: [redacted], email: [redacted] URL: www.icp-pgh.org. The purpose of An-Nass Day was "to bring all people of Pittsburgh together in understanding and respecting each other and also to inform them about Islam and Muslims."

~~SECRET~~

b6
b7C

I: \14\ [redacted] 333 TRO01.EC

DECLASSIFIED BY 60309AUCtam/dcg/mbh
ON 01-12-2006

199-0-734

SECRET

To: Pittsburgh From: Pittsburgh
Re: (S) 199-0, 11/29/2002

(S) Tim Vinning, the Merton Center's executive director, stated to Pittsburgh Tribune Review columnist Mike Seate that there are more than a few Muslims and people of Middle Eastern descent among the regulars attending meetings at the Merton Center's East Liberty headquarters.

(S) On November 29, 2002, SA [redacted] photographed TMC leaflet distributors at the Pavilion in Market Square, Pittsburgh, Pennsylvania. These photographs are being reviewed by Pittsburgh IT specialists.

b6
b7C

(S) One female leaflet distributor, who appeared to be of Middle Eastern descent, inquired if SA [redacted] was an FBI Agent. No other TMC participants appeared to be of Middle Eastern descent.

b6
b7C

♦♦

SECRET