UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 05-1004<br>(ESH) |

## ORDER

Upon consideration of defendant's Motion for Partial Summary Judgment, the briefs of the parties, the *Vaughn* Index and the 5th Hardy Declaration, it is hereby

**ORDERED** that the motion is **GRANTED**; except that the government is to produce:

1) document 73, except it may redact the names of individuals contained therein pursuant to Exemptions 6 and 7(C), and the final full paragraph and the concluding two sentences pursuant to Exemption 5; and

2) document 91, except that it may redact information that is classified or that relates to individuals whose identities were not revealed in the version previously produced to plaintiffs.

　　　　　　　　　　　　　　　　　　　　　　　　　　 s/
　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: May 2, 2006