# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | : | |
| **AMERICAN CIVIL LIBERTIES UNION,** | : | |
| *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-1004** |
| | : | **(ESH)** |
| **FEDERAL BUREAU OF INVESTIGATION,** | : | |
| *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

Upon consideration of defendant's Motion for Partial Summary Judgment, the briefs of the parties, the *Vaughn* Index and the 5th Hardy Declaration, it is hereby

**ORDERED** that the motion is **GRANTED**; except that the government is to produce:

1) document 73, except it may redact the names of individuals contained therein pursuant to Exemptions 6 and 7(C), and the final full paragraph and the concluding two sentences pursuant to Exemption 5; and

2) document 91, except that it may redact information that is classified or that relates to individuals whose identities were not revealed in the version previously produced to plaintiffs.


_____
            s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: May 2, 2006