*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
**13 NJTTF Challenged Documents**                                                                                         **Page 1**

| Document # | FOIA # & Subject | FDPS Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 1 | **1010249 NJTTF Admin Folder 1, Section 1** | NJTTF Admin 1 | b5-1, b6-1, b7C-1[1] | Withheld in Part | 1 | E-mail dated 8/18/03 - subject: RE: Buckley Amendment |
| 102 | **1010249 NJTTF Admin Folder 2, Section 6** | NJTTF Admin 496 | b2-2, b6-1, b7C-1, b7E-1, b7F-1, O/S | Withheld in Part | 1 | Page 32,of a document entitled "Department of Justice Responses to Questions for the Record, Concerning the USA Patriot Act (P.L. 107-56), Committee on the Judiciary, United States House of Representatives, June 5, 2003" |
| 167 | **1010249 NJTTF Admin Folder 3, Section 2** | NJTTF Admin 1215-1216 | b5-1, b6-1, 4, b7C-1, 4, O/S | Withheld in Part | 2 | E-mail traffic, dated 3/2/04, Subject: Re: RE: Meeting with DIA/JITF-CT on Friday, March 5th at 1:00 PM |
| 172 | **1010249 NJTTF Admin Folder 3, Section 3** | NJTTF Admin 1243-1244 | b2-1, b5-1, b6-1, b7C-1, b7E-1 | Withheld in Part | 2 | E-mail traffic dated 10/15/03, Subject: RE: ECPA NSL issued to University ISP |
| 263 | **1010249 NJTTF Admin Folder 4, Section 6** | NJTTF Admin 2450 | b5-1 | Withheld in full | 1 | Page 21 of a draft document entitled "Privacy Impact Assessment, Section V, Privacy Questions" |

---

[1] The coded exemption categories discussed in this declaration are as follows: (b)(1): Information Properly Classified by an FBI Classification Authority Pursuant to Executive Order 12958, As Amended; (b)(2)-1: Internal Telephone, Facsimile, Room Numbers, and E-mail Addresses of FBI Employees; (b)(2)-2: Information Related Solely to the Internal Personnel and Rules and Practices of an Agency; (b)(5)-1: Deliberative Process and Attorney-Client Privileges; (b)(6)-1: Names and/or Identifying Information Pertaining to FBI Employees; (b)(6)-2: Names and/or Identifying Information of Third Parties of Investigative Interest or Who Provided Information to the FBI; (b)(6)-3: Names and/or Identifying Information of Third Parties Merely Mentioned; (b)(6)-4: Names and/or Identifying Information of Non-FBI Employees; (b)(7)(A): Information Pertaining to Pending Law Enforcement Investigations; (b)(7)(C)-1: Names and/or Identifying Information Pertaining to FBI Employees; (b)(7)(C)-2: Names and/or Identifying Information of Third Parties of Investigative Interest or Who Provided Information to the FBI; (b)(7)(C)-3: Names and/or Identifying Information of Third Parties Merely Mentioned; (b)(7)(C)-4: Names and/or Identifying Information of Non-FBI Employees; (b)(7)(D)-2: Names and/or Identifying Information Furnished by Third Parties with an Implied Assurance of Confidentiality; (b)(7)(E)-1: Internal Investigative Techniques and Procedures; and (b)(7)(F)-1: Information If Released Could Reasonably Cause Harm and/or Endanger the Life or Physical Safety of any Individual.

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
**13 NJTTF Challenged Documents**                                                                                                              **Page 2**

| Document # | FOIA # & Subject | FDPS Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 274 | 1010249 NJTTF Admin Folder 5, Section 1 | NJTTF Admin 2562-2564 | b2-1, 2, b5-1, b6-1, b7A, b7C-1, b7E-1, b7F-1 | Withheld in "full' | 3 | Page 3-5, of an EC, dated 7/14/03, From: Counterterrorism / NJTTF, To: General Counsel, Administrative Law Unit, Subject: Pre Privacy Impact Assessment |
| 287 | 1010249 NJTTF Admin Folder 5, Section 2 | NJTTF Admin 2675 | b2-2, b7A, b7E-1, b7F-1 | Withheld in full | 1 | Page 11 of 18-page Power Point presentation, dated 10/18/2004, regarding NJTTF initiative |
| 288 | 1010249 NJTTF Admin Folder 5, Section 2 | NJTTF Admin 2678-2679 | b2-2, b7A, b7E-1, b7F-1 | Withheld in full | 2 | Pages 14 and 15 of 18-page Power Point presentation, dated 10/18/2004, regarding NJTTF initiative |
| 289 | 1010249 NJTTF Admin Folder 5, Section 2 | NJTTF Admin 2681 | b2-2, b7A, b7E-1, b7F-1 | Withheld in full | 1 | Page 17 of 18-page Power Point presentation, dated 10/18/2004, regarding NJTTF initiative |
| 290 | 1010249 NJTTF Admin Folder 5, Section 2 | NJTTF Admin 2684 | b2, b7A, b7E, b7F | Withheld in full | 1 | Page 2 of three-page NJTTF special project briefing, dated 1/11/2005 |
| 291 | 1010249 NJTTF Admin Folder 5, Section 2 | NJTTF Admin 2704-2721 | b1, b2-2, b6-1,2,3 b7A, b7C-1,2,3 b7D-2, b7E-1, b7F-1 | Withheld in full | 18 | Page 2 of 45-page NJTTF special project briefing dated 11/15/2004 |

*ACLU, et al. v. DOJ, et al., Civ. A. No. 05-CV-1004 (D.D.C.)*
**13 NJTTF Challenged Documents**                                                                                                      **Page 3**

| Document # | FOIA # & Subject | FDPS Bates # Range | Exemptions Cited | Withheld in Full or in Part | # of pages in document | Description of Document |
|---|---|---|---|---|---|---|
| 292 | **1010249 NJTTF Investigative Folder 1, Section 1** | NJTTF Inv 2732-2734 | b1, b2-2, b6-1,2, 3, b7C-1,2,3, b7E-1, b7F-1 | Withheld in Part | 3 | EC, dated 7/28/04, To: Counterterrorism, Director's Office, From: General Counsel, National Security Law Branch, Subject: Intelligence Oversight Board Matter 2004 (pages 1, 3, 4 - only) |
| 295 | **1010249 NJTTF Investigative Folder 1, Section 1** | NJTTF Inv 2740 | b1, b2-2, b6-1, b7C-1, b7E-1, b7F-1 | Withheld in Part | 1 | EC, dated 1/30/04, To: General Counsel, From: SAC Squad, Subject: Possible Intelligence Oversight Board ("IOB") Violation (first page only) (check FDPS re any additional pages) |