UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. ) | |
| ) | Civil Action No. |
| Plaintiffs ) | 1:05cv01004-ESH |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et al. ) | |
| ) | |
| Defendants ) | |

**[PROPOSED] ORDER**

This _____ day of _____, 2006, upon consideration of the parties' Joint Motion to Set Briefing Schedule Regarding Plaintiffs' Motion for Attorney's Fees, it is hereby ORDERED that the parties' joint motion is GRANTED. Accordingly, it is further ORDERED that:

- Plaintiffs' motion for attorney's fees shall be filed on or before October 20, 2006;
- Defendants' response shall be filed on or before November 17, 2006; and
- Plaintiffs' reply shall be filed on or before December 1, 2006.

_____
Hon. ELLEN SEGAL HUVELLE
U.S. District Judge