UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>Defendants. | No. 1:05-cv-1004 (ESH) |

**CONSENT MOTION TO RESET THE BRIEFING SCHEDULE
REGARDING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

Plaintiffs, the American Civil Liberties Union, *et. al.*, with consent of defendants, Federal Bureau of Investigation, *et. al.*, respectfully move this Court to reset the briefing schedule for plaintiffs' motion for an award of attorney's fees.  Counsel for the parties continue to negotiate in good faith and hope to resolve this dispute without the need for further litigation before the Court.  Accordingly, we propose the following schedule:

- Plaintiffs' motion for attorney's fees shall be filed on or before November 17, 2006;
- Defendants' response shall be filed on or before December 15, 2006; and
- Plaintiffs' optional reply shall be filed on or before December 29, 2006.

THEREFORE, for the reasons stated, the parties respectfully request that the Court grant the joint motion to reset the briefing schedule as proposed herein.  A proposed order is filed herewith.

Respectfully submitted,

/s/ *Arthur B. Spitzer*

Arthur B. Spitzer  (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
Phone:  (202) 457-0800
Fax: (202) 452-1868

Ann Beeson
Ben Wizner
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Phone: (212) 549-2500

Counsel for Plaintiffs

October 16, 2006