UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, *et al.*, <br><br> Defendants. | No. 1:05-cv-1004 (ESH) |

[proposed] **ORDER**

Upon consideration of plaintiffs' motion to reset the briefing schedule for their motion for an award of attorney's fees, and defendants' consent thereto, it is hereby ORDERED that the following schedule shall apply:

- Plaintiffs' motion for attorney's fees shall be filed on or before November 17, 2006;
- Defendants' response shall be filed on or before December 15, 2006; and
- Plaintiffs' optional reply shall be filed on or before December 29, 2006.

Dated:  October ____, 2006

_____
Ellen S. Huvelle
United States District Judge