UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
:
AMERICAN CIVIL LIBERTIES UNION :
FOUNDATION, *et al.*, :
:
Plaintiffs, :
:
v. : No. 1:05-cv-1004
:
FEDERAL BUREAU OF :
INVESTIGATION, *et al.*, :
:
Defendants. :
---------------------------------------------------------------x

**MOTION FOR ADMISSION, *PRO HAC VICE*, OF
NASRINA BARGZIE AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for admission *pro hac vice* of Nasrina Bargzie, an attorney with the National Legal Department of the American Civil Liberties Union in New York, as additional counsel for plaintiffs in this case. Ms. Bargzie is a member of the California Bar.

    Respectfully submitted,

    */s/ Arthur Spitzer*
    Arthur Spitzer
    D.C. Bar No. 235960
    American Civil Liberties Union
     of the National Capital Area
    1400 20th Street, NW, Suite 119
    Washington, D.C. 20036
    Phone: (202) 457-0800
    Fax: (202) 452-1868

    Counsel for Plaintiffs

October 30, 2006