UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION, *et al.*,

Defendants.

No. 1:05-cv-1004 (ESH)

**CONSENT MOTION TO RESET THE BRIEFING SCHEDULE
REGARDING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

Plaintiffs, the American Civil Liberties Union, *et. al.*, with consent of defendants, Federal Bureau of Investigation, *et. al.*, respectfully move this Court to again reset the briefing schedule for plaintiffs' motion for an award of attorney's fees. Counsel for the parties are continuing to negotiate in good faith and are optimistic that this dispute will soon be settled without the need for further litigation. Accordingly, we propose the following revised schedule:

- Plaintiffs' motion for attorney's fees shall be filed on or before December 17, 2006;
- Defendants' response shall be filed on or before January 15, 2007; and
- Plaintiffs' optional reply shall be filed on or before January 29, 2007.

Wherefore the parties respectfully request that the Court reset the briefing schedule as proposed herein. A proposed order is filed herewith.

Respectfully submitted,

/s/ *Arthur B. Spitzer*

Arthur B. Spitzer  (D.C. Bar No. 235960)
American Civil Liberties Union
　of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
Phone:  (202) 457-0800
Fax: (202) 452-1868

Ann Beeson
Ben Wizner
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Phone: (212) 549-2500

Counsel for Plaintiffs

November 14, 2006