UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

      Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION, *et al.*,

      Defendants.

No. 1:05-cv-1004 (ESH)

[proposed] **ORDER**

Upon consideration of plaintiffs' motion to reset the briefing schedule for their motion for an award of attorney's fees, and defendants' consent thereto, it is hereby ORDERED that the following schedule shall apply:

- Plaintiffs' motion for attorney's fees shall be filed on or before December 18, 2006;
- Defendants' response shall be filed on or before January 15, 2007; and
- Plaintiffs' optional reply shall be filed on or before January 29, 2007.

Dated:  November  ____, 2006

                                                                                             Ellen S. Huvelle
                                                                                             United States District Judge